# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nutrition Corp, Inc., dba FreshNLean,

**Debtor 1**

Chapter 7

Case No. 1:24–bk–01672–HWV

## Notice

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

- List of All Creditors.

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 206Sum – Summary of Assets and Liabilities for Non–Individuals.
- 202 – Declaration Under Penalty of Perjury for Non–Individual Debtors.
- 206A/B –Schedule A/B: Assets – Real and Personal Property.
- 206D – Schedule D: Creditors Who Have Claims Secured by Property.
- 206E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 206G – Schedule G: Executory Contracts and Unexpired Leases.
- 206H – Schedule H: Codebtors.
- 207 – Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy.
- 2030 – Disclosure of Compensation of Attorney for Debtor.

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 9, 2024 |

ntdeffil (Notice of Deficient Filing) (10/23)