# Notice Recipients

District/Off: 0314–1 | User: AutoDocketer | Date Created: 7/9/2024
Case: 1:24–bk–01672–HWV | Form ID: ntdeffil | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert Edward Bittner     rbittner@bakerlaw.com

TOTAL: 1