IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC | : | 1-24-BK-01672 |
| d/b/a FRESHNLEAN | : | |
| Debtors | : | Chapter 7 |
| | : | |
| BRIDGE LEASING GROUP, LLC | : | |
| Movant | : | |
| | : | |
| V. | : | |
| | : | |
| KARA K. GENDRON, Trustee | : | |
| Respondent | : | |

# ORDER

Upon consideration of the Motion filed by Bridge Leasing Group, LLC, and it appearing that the Trustee has concurred it is hereby:

ORDERED that the Equipment Lease dated April 27, 2023 between Debtor and Bridge Leasing Group, LLC for a Spiral Oven and components and an Incline Conveyor and Rotary Drum Blancher is hereby deemed to be rejected by the Trustee pursuant to 11 USC 365.