IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NUTRITION CORP, INC | : 1-24-BK-01672 |
| d/b/a FRESHNLEAN | : |
|     Debtors | : Chapter 7 |
| | : |
| BRIDGE LEASING GROUP, LLC | : |
|     Movant | : |
| | : |
|     V. | : |
| | : |
| KARA K. GENDRON, Trustee | : |
|     Respondent | : |

## CERTIFICATE OF CONCURRENCE

TO THE CLERK:

    I hereby certify that KARA K. GENDRON, Trustee, does concur with the relief sought in this Motion.

    /S/ Steven M. Carr
    Steven M. Carr, Esquire
    Ream, Carr, Markey Woloshin & Hunter, LLP
    119 East Market Street
    York, PA 17401
    (717)843-8968