IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC <br> d/b/a FRESHNLEAN | : <br> : | 1-24-BK-01672 |
| Debtors | : <br> : | Chapter 7 |
| BRIDGE LEASING GROUP, LLC | : | |
| Movant | : <br> : | |
| V. | : <br> : | |
| KARA K. GENDRON, Trustee | : | |
| Respondent | : | |

## NOTICE

Notice is hereby given that BRIDGE LEASING GROUP, LLC has filed a Motion to Reject Equipment Lease with Concurrence.

If you object to the relief requested, you must file your objection/response on or before August 14, 2024, with the Clerk of Bankruptcy Court and serve a copy on Steven M. Carr, Attorney for the Movant at 119 E Market St, York, PA 17401. If you file and serve an objection/response within the time permitted, a hearing will be held on

**Date: August 04, 2024**               **Time: 9:30 AM**

United States Bankruptcy Court
The Sylvia H. Rambo US Courthouse
1501 North 6th Street
Harrisburg, PA 17102

If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: <u>July 24, 2024</u>                Steven M. Carr, Esquire
                                          119 East Market Street
                                          York PA  17401
                                          (717) 843-8968
                                          I.D. No. 34336