```
Label Matrix for local noticing          Eastern Produce Distributors LLC        Genpro, Inc.
0314-1                                   166 Commerce Rd                         201 NJ-17 400
Case 1:24-bk-01672-HWV                   Pittston, PA 18640-9585                 Rutherford, NJ 07070
Middle District of Pennsylvania
Harrisburg
Wed Jul 24 15:20:04 EDT 2024

Nutrition Corp, Inc.                     U.S. Bankruptcy Court                   Ana V. Estrada
333 N. Euclid Way                        Sylvia H. Rambo US Courthouse           25570 RIVER BEND DRIVE
Anaheim, CA 92801-6738                   1501 N. 6th Street                      Apt 17A
                                         Harrisburg, PA 17102-1104               YORBA LINDA, CA 92887-6441

Christopher Luke Telarico                Daniel Villa                            Elsa Astrid Schultz
17261 Regulus Dr                         12712 Anabel avenue                     27576 Bahamonde
Yorba Linda, CA 92886-3639               Garden Grove, CA 92843-4235             Mission Viejo, CA 92692

Paul J. Lemoncelli Jr                    Paylocity                               The Neil Jones Food Company
1201 Prescott Ave                        34 Seymour Street                       1701 NW 16th St
Dunmore, PA 18510-1252                   Tonawanda, NY 14150-2126                Vancouver, WA 98660-1067

The Thomas Colace Co., Inc.              United States Trustee                   Western Repacking, LLLP
PO Box 3088                              US Courthouse                           PO Box 3088
Immokalee, Florida 34143-3088            1501 N. 6th St                          Immokalee, Florida 34143-3088
                                         Harrisburg, PA 17102-1104

Western Repacking, LLLP                  Kara Katherine Gendron                  Robert Edward Bittner
Post Office Box 3088                     Mott & Gendron Law                      Baker and Hostetler LLP
Immokalee, FL 34143-3088                 (Trustee)                               1735 Market Street
                                         125 State St                            Ste 3300
                                         Harrisburg, PA 17101-1025               Philadelphia, PA 19103-7509


         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Thomas Colace Co., Inc.           (u)Western Repacking LLLP               (d)Eastern Produce Distributors LLC
                                                                                 166 Commerce Rd
                                                                                 Pittston PA 18640-9585


(d)Genpro, Inc.                          End of Label Matrix
201 NJ-17 400                            Mailable recipients    17
Rutherford NJ 07070                      Bypassed recipients     4
                                         Total                  21
```

Case 1:24-bk-01672-HWV    Doc 12-5    Filed 07/24/24    Entered 07/24/24 15:22:51    Desc
Supplement Matrix    Page 1 of 1