IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC  d/b/a FRESHNLEAN | : | 1-24-BK-01672 |
| Debtors | : | Chapter 7 |
| BRIDGE LEASING GROUP, LLC | : | |
| Movant | : | |
| V. | : | |
| KARA K. GENDRON, Trustee | : | |
| Respondent | : | |

## AMENDED CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following addresses:

Office of the U.S. Trustee

Kara K. Gendron, Trustee

Robert E. Bittner, Esquire
Attorney for Debtor

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at the following addresses:

See Matrix

                                                Ream, Carr, Markey Woloshin & Hunter, LLP

                                                /S/ Steven M. Carr
                                                Steven M. Carr, Esquire
                                                Attorney for Movant
                                                119 East Market Street
                                                York, PA   17401
                                                (717) 843-8968
                                                I.D. #34336