IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| NUTRITION CORP, INC. and | CASE NOS: 24-bk-01672 HWV; |
| NUTRITION CORP HOLDCO, INC. | 24-bk-01673 HWV |

_____/

## CERTIFICATE OF SERVICE

Thomas J. MacNeely certifies that on July 25, 2024, he filed a copy of the *Ex Parte* Motion for *Pro Hac* Admission that was served electronically via the Court's CM/ECF filing system upon:

Robert E. Bittner, Esquire
Baker and Hostetler LLP
1735 Market Street
Ste 3300
Philadelphia, PA 19103-7501

Gregory B. Schiller, Esquire
U.S. Department of Justice
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Kara K. Gendron, Trustee
Mott & Gendron Law
125 State Street,
Harrisburg, PA 17101

                                                  ROSENN, JENKINS & GREENWALD, LLP

                                  BY:    /s/ Thomas J. MacNeely
                                                    Thomas J. MacNeely, Esquire
                                                    Atty. I.D. 78044
                                                    Cross Creek Pointe
                                                    1065 Highway 315, Suite 200
                                                    Wilkes-Barre, PA 18702
                                                    Ph: 570-826-5678
                                                    tmacneely@rjglaw.com