IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| NUTRITION CORP, INC. and | CASE NOS: 24-bk-01672 HWV; |
| NUTRITION CORP HOLDCO, INC. | 24-bk-01673 HWV |
| _____/ | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF TRAVIS COMSTOCK

Upon consideration of the *Ex Parte* Motion for Admission *Pro Hac Vice* filed by Thomas MacNeely on behalf of Travis Comstock:

It is hereby ordered that the motion is **GRANTED** and Travis Comstock is hereby admitted to practice *pro hac vice* in the above-captioned bankruptcy case.

Dated: _____          _____
                          United States Bankruptcy District Judge