United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01672-HWV |
| Nutrition Corp, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 29, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Thomas J. MacNeely, ROSENN JENKINS & GREENWALD, 1065 Highway 315 BLVD, STE 200, WILKES-BARRE, PA 18702 UNITED STATES 18702-6941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eugene C Kelley | on behalf of Creditor Eastern Produce Distributors LLC ekelley@kpwslaw.com abartoli@kpwslaw.com;emk@kpwslaw.com |
| Eugene C Kelley | on behalf of Creditor Genpro Inc. ekelley@kpwslaw.com, abartoli@kpwslaw.com;emk@kpwslaw.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Mary Jean Fassett | on behalf of Creditor Western Repacking LLLP mjf@mccarronlaw.com |
| Mary Jean Fassett | on behalf of Creditor The Thomas Colace Co. Inc. mjf@mccarronlaw.com |

| | |
|---|---|
| Robert Edward Bittner | on behalf of Debtor 1 Nutrition Corp Inc. rbittner@bakerlaw.com |
| Steven M. Carr | on behalf of Creditor Bridge Leasing Group LLC stevecarr8@comcast.net, jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Thomas J. MacNeely | on behalf of Creditor Pathward National Association tmacneely@rjglaw.com, rschaffer@rjglaw.com;czendarski@rjglaw.com |
| Travis Comstock | on behalf of Creditor Pathward National Association tcomstock@gmhlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NUTRITION CORP, INC., | : | CASE NO: 1-24-bk-01672-HWV |
| Debtor | : | |

## ORDER

Upon consideration of the Motion to Appear Pro Hac Vice filed by Thomas MacNeely on behalf of Travis Comstock, Doc. 16, it is

**ORDERED** that the Motion is **GRANTED** and Travis Comstock is admitted is admitted pro hac vice to appear before this Court and to practice in the above-captioned bankruptcy proceeding and all adversary proceedings and other contested matters arising therein as counsel for Pathward, National Association.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 29, 2024