**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| NUTRITION CORP, INC., DBA | : | |
| FRESHNLEAN, | : | |
| | : | CASE NO. 1:24-bk-01672-HWV |
| Debtor. | : | |

## <u>ORDER</u>

Upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by the Debtor, Doc. 10, and the Court's July 24, 2024 Order, Doc. 11, it is

**ORDERED** that the Motion is **DENIED** for failure to comply with the Court's July 24, 2024 Order.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 1, 2024