# Notice Recipients

District/Off: 0314–1 | User: AutoDocketer | Date Created: 8/1/2024
Case: 1:24–bk–01672–HWV | Form ID: pdf010 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Robert Edward Bittner     rbittner@bakerlaw.com

                                           TOTAL: 1