IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| NUTRITION CORP, INC. | Case No. 1:24-bk-01672 |
| Debtor. | |

### ORDER

Upon consideration of the Debtor's Motion for Limited Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion"), Doc. 31, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's deadline for filing its schedules and statement of financial affairs is extended through August 16, 2024.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 13, 2024