**Fill in this information to identify the case:**

Debtor name    **Nutrition Corp, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:24-bk-01672**

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2024**    X **/s/ Matthew Foster**
                                           Signature of individual signing on behalf of debtor

                                           **Matthew Foster**
                                           Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor

Debtor name **Nutrition Corp, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:24-bk-01672**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ 18,146,044.85

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $ 18,146,044.85

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 13,195,861.86

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 297,239.14

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 16,426,217.03

4.  **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

   $ 29,919,318.03

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **Unknown** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chino Commercial Bank** | **Operating** | **4776** | **Unknown** |
| 3.2. | **Chino Commercial Bank** | **Main** | **7595** | **Unknown** |
| 3.3. | **Chino Commercial Bank** | **Payroll** | **7900** | **Unknown** |
| 3.4. | **Western Alliance** | **Checking** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No.   Go to Part 3.

■ Yes   Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Old Republic National Title** | $68,542.10 |
| 7.2. | **UGI Utilities** | $33,149.00 |
| 7.3. | **Johnson Controls Security Solutions - PA Fobs** | $2,000.00 |
| 7.4. | **PPL Electric Utilities** | $5,416.00 |
| 7.5. | **Mountain Summit Apartments, LLC - Lease Deposit** | $1,000.00 |
| 7.6. | **Duesenberg-Seventh Street, Llc - Lease Deposit** | $21,406.88 |
| 7.7. | **Colonnade Capital Management LLC - Lease deposit** | $3,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **2 Industrial Drive LLC  - Prepaid insurance** | $5,491.90 |
| 8.2. | **Arch Specialty Insurance - Prepaid Insurance** | $38,795.21 |
| 8.3. | **Argonaut - Prepaid Insurance** | $56,700.00 |
| 8.4. | **Beazly - Prepaid Insurance** | $2,101.14 |
| 8.5. | **Chubb/Federal - Prepaid Insurance** | $21,712.00 |

| | | |
|---|---|---:|
| 8.6. | **North American Capacity - Prepaid Insurance** | $31,553.43 |
| 8.7. | **QBE - Prepaid Insurance** | $3,844.00 |
| 8.8. | **Risk Placement Services (RPS) - Prepaid Insurance** | $32,442.80 |
| 8.9. | **Thomas Asseo - Prepaid Insurance** | $24,000.00 |
| 8.10. | **Travelers Insurance - Prepaid Insurance** | $7,398.00 |
| 8.11. | **Prepaid Other - Alchemy Systems, Lp** | $66,405.19 |
| 8.12. | **Prepaid Other - B.E.S.T Service Inc** | $2,379.70 |
| 8.13. | **Prepaid Other - BCORE NLV Sloan Owner LLC** | $35,881.71 |
| 8.14. | **Prepaid Other - Benchmark International** | $25,000.00 |
| 8.15. | **Prepaid Other - Bloomberg Second Measure Llc** | $29,997.97 |
| 8.16. | **Prepaid Other - County Of Orange** | $89,117.35 |
| 8.17. | **Prepaid Other - Eanet PC** | $25,000.00 |
| 8.18. | **Prepaid Other - Exclaimer Ltd** | $7,787.16 |
| 8.19. | **Prepaid Other - Fuel Online** | $31,000.00 |

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document   Page 5 of 675

| 8.20. | **Prepaid Other - Icon Owner Pool 1 Inland Empire/Oc Non-Business Parks, Llc** | $27,648.04 |
|---|---|---|
| 8.21. | **Prepaid Other - Innormax LLC** | $4,680.00 |
| 8.22. | **Prepaid Other - Insight Commercial Property Advisory** | $26,881.88 |
| 8.23. | **Prepaid Other - Instapage Inc dba Postclick** | $45,000.00 |
| 8.24. | **Prepaid Other - Integrated Productivity Systems LLC** | $8,426.34 |
| 8.25. | **Prepaid Other - Judy Jaik** | $53,000.00 |
| 8.26. | **Prepaid Other - Kaempfer Crowell, Ltd.** | $2,500.00 |
| 8.27. | **Prepaid Other - Kaufman Dolowich LLP** | $10,000.00 |
| 8.28. | **Prepaid Other - Law Offices Of Harold A. Laufer & Associates** | $6,300.00 |
| 8.29. | **Prepaid Other - Lee & Associates Commercial Real Estate Services Inc** | $12,658.42 |
| 8.30. | **Prepaid Other - LPL Financial - RPCP** | $10,000.00 |
| 8.31. | **Prepaid Other - Old Republic National Title** | $2,200.00 |
| 8.32. | **Prepaid Other - Pathward** | $7,500.00 |
| 8.33. | **Prepaid Other - Playvox** | $18,786.00 |

| | | |
|---|---|---|
| 8.34. | **Prepaid Other - Prospect Law LLP** | $10,000.00 |
| 8.35. | **Prepaid Other - Reichman & Associates P.C.** | $7,500.00 |
| 8.36. | **Prepaid Other - Reiser** | $11,111.05 |
| 8.37. | **Prepaid Other - Smartsheet Inc** | $29,060.00 |
| 8.38. | **Prepaid Other - Stealth Venture Labs Inc** | $35,123.37 |
| 8.39. | **Prepaid Other - Sullivan & Worcester LLP** | $12,000.00 |
| 8.40. | **Prepaid Other - Tesla** | $62,545.33 |
| 8.41. | **Prepaid Other - Tracegains** | $32,436.00 |
| 8.42. | **Prepaid Other  - Ujet** | $40,875.00 |
| 8.43. | **Marketing Prepaid Expenses - American Racing LLC** | $25,000.00 |
| 8.44. | **Marketing Prepaid Expenses - Anaheim Arena Management, LLC** | $90,000.00 |
| 8.45. | **Marketing Prepaid Expenses - Aspire IQ Inc** | $17,991.00 |
| 8.46. | **Marketing Prepaid Expenses - Billy Kemper Llc** | $3,000.00 |
| 8.47. | **Marketing Prepaid Expenses - Black Crow AI, Inc** | $126,000.00 |

| | |
|---|---|
| 8.48. **Marketing Prepaid Expenses - Chargebee Inc** | $60,293.75 |
| 8.49. **Marketing Prepaid Expenses - Fuel Online** | $49,499.00 |
| 8.50. **Marketing Prepaid Expenses - Grin Technologies, Inc.** | $6,656.25 |
| 8.51. **Marketing Prepaid Expenses - GSE Sports Marketing, Inc.** | $75,000.00 |
| 8.52. **Marketing Prepaid Expenses - Ignite OPM, LLC dba Perform, LLC** | $21,000.00 |
| 8.53. **Marketing Prepaid Expenses - Improvado.Io** | $35,250.00 |
| 8.54. **Marketing Prepaid Expenses - Instapage Inc dba Postclick** | $15,000.00 |
| 8.55. **Marketing Prepaid Expenses - Jacob Raymond Gagne** | $20,400.00 |
| 8.56. **Marketing Prepaid Expenses - Jh2 Racing** | $109,753.00 |
| 8.57. **Marketing Prepaid Expenses - Katella Avenue Partners, Llc** | $103,000.00 |
| 8.58. **Marketing Prepaid Expenses - Media Design Group** | $52,504.32 |
| 8.59. **Marketing Prepaid Expenses - NBC Universal Media LLC** | $25,000.00 |
| 8.60. **Marketing Prepaid Expenses - River Direct Inc.** | $581,935.71 |
| 8.61. **Marketing Prepaid Expenses - Sean Dylan Kelly** | $41,666.65 |

| 8.62. | **Marketing Prepaid Expenses - Stealth Venture Labs Inc** | **$15,622.82** |
|---|---|---|
| 8.63. | **Marketing Prepaid Expenses - Stitcher** | **$15,744.00** |
| 8.64. | **Marketing Prepaid Expenses - Tatari, Inc** | **$1,655,520.16** |
| 8.65. | **Marketing Prepaid Expenses - TikTok** | **$41,049.94** |
| 8.66. | **Marketing Prepaid Expenses - Vayner Baseball Llc** | **$50,000.00** |
| 8.67. | **Marketing Prepaid Expenses - Yamaha Motor** | **$480,000.00** |
| 8.68. | **Pineapple Co.** | **$208,531.96** |
| 8.69. | **Facebook** | **$112.61** |
| 8.70. | **Law Offices of Warren R. Shiell** | **$89.64** |
| 8.71. | **Packers Sanitation Services, Inc.** | **$870.91** |
| 8.72. | **Sirob Imports Inc.** | **$341.00** |
| 8.73. | **Sysco of Central PA** | **$1,411.78** |

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

| **$5,075,597.47** |
|---|

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          53,307.92      -           53,307.92      =....              $0.00
                        face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                      $0.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress**<br>**130000 Inventory - Packaging** | | $176,656.26 | | Unknown |
|        130200 Inventory - Food | | $1,418,247.84 | | Unknown |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      $0.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value          0.00  Valuation method                    Current Value          0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Fixed Assets - Office Furniture & Fixture** | **$110,096.39** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment** | **$106,329.48** | | **Unknown** |
| | **Computer Equipment** | **$106,344.14** | | **Unknown** |
| | **Software** | **$995,758.09** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | **$0.00** |
| --- | --- | --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Unknown** | **$5,453.86** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | |
|---|---|---|
| Kitchen Machinery & Equipment | $4,699,928.16 | Unknown |
| Kitchen Furniture & Fixture | $226,651.55 | Unknown |
| Warehouse & Production Equipment | $1,265,889.68 | Unknown |
| Warehouse Furniture & Fixtures | $34,593.97 | Unknown |

51. **Total of Part 8.**                                                                        $0.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leasehold Improvements | Leaseholder | $1,306,623.18 | | Unknown |

56. **Total of Part 9.**                                                                        $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.freshnlean.com (website name)** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | |
    |---|---|
    | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>**Green Creek Loans to Shareholders**   **2,683,059.20** - **0.00** =<br>    Total face amount    doubtful or uncollectible amount | **$2,683,059.20** |

| | | | | |
|---|---|---|---|---|
| **Triton Loans to Shareholders** | 1,932,004.04 - Total face amount | 0.00 doubtful or uncollectible amount | = | $1,932,004.04 |
| **Atha Loans to Shareholders** | 3,643,118.01 - Total face amount | 0.00 doubtful or uncollectible amount | = | $3,643,118.01 |
| **Green Creek Accrued Interest Receivable** | 82,141.40 - Total face amount | 0.00 doubtful or uncollectible amount | = | $82,141.40 |
| **Atha Accrued Interest Receivable** | 111,610.36 - Total face amount | 0.00 doubtful or uncollectible amount | = | $111,610.36 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|---|---|---|
| **Net Operating Loss (NOL)** | Tax year **2022** | $4,128,692.00 |

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Axis Insurance Company - D&O Policy ending 76-01** | $139,859.00 |
| **QBE - Worker's Compensation Policy policy ending 1633** | $226,149.37 |
| **Northe Pointe Insurance Company - Commercial Automobile Policy - ending 1020** | $3,844.00 |
| **North American Capacity Insurance Company - Contaminated Products Policy - ending in 25-01** | $15,693.00 |
| **General Casualty Company of Wisconsin - Commercial Fire Policy - ending in 6119** | $10,677.00 |
| **Arch Specialty Insurance Company (Coalition) - Cyber Policy - ending in 2023** | $22,039.00 |
| **Regent Insurance Company - Commercial Umbrella Policy - ending in CCU 6119** | $31,156.00 |
| **Regent Insurance Company - Commercial Liability Policy - ending in CGA 6119** | $40,134.00 |
| **Travelers - ERISA Fidelity - ending in 4309** | $271.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                           | **$13,070,447.38** |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     □ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,075,597.47 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,070,447.38 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,146,044.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,146,044.85 |

**Fill in this information to identify the case:**

Debtor name   **Nutrition Corp, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:24-bk-01672**

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral.    **Column B**<br>**Value of collateral that supports this claim** |

---

**2.1**   **Ascentium Capital**

Creditor's Name

**PO Box 11407**
**Birmingham, AL**
**35246-3059**

Creditor's mailing address

| | | |
|---|---|---|
| **Describe debtor's property that is subject to a lien** | **$24,418.58** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**   **Bridge Leasing Group**

Creditor's Name

**8236 Douglas Ave.**
**Suite 720**
**Dallas, TX 75225**

Creditor's mailing address

| | | |
|---|---|---|
| **Describe debtor's property that is subject to a lien** | **$70,408.00** | **Unknown** |

**chris.cronk@hklaw.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BSAC I, LLC dba FNL PF II, LLC** | Describe debtor's property that is subject to a lien | $416,106.31 | Unknown |

Creditor's Name

**106 Decker Court #260
Attn: Glenn Mastey
Irving, TX 75062**
Creditor's mailing address

**All assets**

---

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BSAC I, LLC dba FNL PF II, LLC** | Describe debtor's property that is subject to a lien | $11,738,555.96 | Unknown |

Creditor's Name

**106 Decker Court #260
Attn: Glenn Mastey
Irving, TX 75062**
Creditor's mailing address

**All assets**

---

Describe the lien
**UCC-1**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BSAC I, LLC dba FNL PF II, LLC** | Describe debtor's property that is subject to a lien | $575,000.00 | Unknown |

Creditor's Name

**106 Decker Court #260
Attn: Glenn Mastey
Irving, TX 75062**
Creditor's mailing address

**All assets**

---

Describe the lien

UCC-1

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **Crown Equipment Corporation** | Describe debtor's property that is subject to a lien | $567.24 | Unknown |

Creditor's Name

**PO Box 640352**
**Cincinnati, OH 45264**

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **CT Corporation System** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**330 N Brand Blvd.**
**Ste. 700**
**Glendale, CA 91203**

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **De Lage Landen Financial** |
|---|---|

Creditor's Name

**Services, Inc.**
**P.O. Box 41602**
**Philadelphia, PA**
**19101-1602**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$6,377.05**      **Unknown**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Hitachi Capital America Corp.** |
|---|---|

Creditor's Name

**7808 Creekridge Circle**
**Suite 250**
**Edina, MT 55439**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$0.00**      **Unknown**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Mariscos Bahia** |
|---|---|

Creditor's Name

**8300 Rex Road**
**Pico Rivera, CA 90660**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      **$3,963.69**      **Unknown**

**Describe the lien**
**Judgment Lien**

---

|                                          |                                                                  |
|------------------------------------------|------------------------------------------------------------------|
| Creditor's email address, if known       | Is the creditor an insider or related party?                     |
|                                          | ■ No                                                             |
|                                          | ☐ Yes                                                            |
|                                          | Is anyone else liable on this claim?                             |
| **Date debt was incurred**               | ☐ No                                                             |
|                                          | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)     |
| **Last 4 digits of account number**      |                                                                  |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>1 | **Pathward National Association** | Describe debtor's property that is subject to a lien | **$148,766.02** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5480 Corporate Drove
Suite 350
Troy, MI 48098**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>2 | **Providence Capital Funding, Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3070 Saturn St
Suite 100
Brea, CA 92821**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**SPRFiling@cscglobal.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Robert Resier & Co., Inc.** | Describe debtor's property that is subject to a lien | **$49,846.17** | **Unknown** |

Creditor's Name

**725 Dedham St
Canton, MA 02021**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1**
_____
**Is the creditor an insider or related party?**
■ No
_____
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor, and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Somax Inc Dba San** | Describe debtor's property that is subject to a lien | **$76,550.00** | **Unknown** |

Creditor's Name

**Luis Sausage Company
PO Box 5276
Orange, CA 92863**
_____
Creditor's mailing address

**Describe the lien**
**Judgment Lien**
_____
**Is the creditor an insider or related party?**
■ No
_____
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor, and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | **$61,251.37** | **Unknown** |

Creditor's Name

**1310 Madrid St
Ste 106
Marshall, MN 56258**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.16 | **Us Foods, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

$24,051.47    Unknown

**15155 Northam Street
La Mirada, CA 90638**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6993**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$13,195,861.86

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Crown Equipment Corporation
44 S. Washington St.
New Bremen, OH 45869** | Line **2.6** | |

---

Debtor name **Nutrition Corp, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:24-bk-01672**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Barnes**<br>**1817 Pittston Ave**<br>**Apt#3**<br>**Scranton, PA 18505** | $345.73 | $345.73 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address<br>**Aaron David Moore**<br>**--**<br>**--, -- --** | $1,109.20 | $1,109.20 |
| --- | --- | --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,827.31 | $2,827.31 |
| | **Adriana Saucedo Brito**<br>**763 Laredo Ave**<br>**Pomona, CA 91768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,255.82 | $5,255.82 |
| | **Alvin Hollister**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $789.73 | $789.73 |
| | **Ana Zhagnay**<br>**912 S Webster Ave**<br>**Scranton, PA 18505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $600.75 | $600.75 |
| | **Angel R Martinez** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 25 of 675

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.19 | $390.19 |
| --- | --- | --- | --- | --- |
| | **Angela** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.59 | $552.59 |
| --- | --- | --- | --- | --- |
| | **Anisia Dos Santos** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.12 | $852.12 |
| --- | --- | --- | --- | --- |
| | **Anthony Flores**<br>**239 Butler St**<br>**Pittston, PA 18640-2649** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.46 | $577.46 |
| --- | --- | --- | --- | --- |
| | **Antonia Vasquez Salcedo**<br>**444 10th Ave**<br>**Scranton, PA 18504** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document      Page 26 of 675

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.54 | $536.54 |
| --- | --- | --- | --- | --- |

**Anuel De Jesus**
**68 Wyoming St**
**Wilkes Barre, PA 18702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,205.06 | $2,205.06 |
| --- | --- | --- | --- | --- |

**Araceli Garcia**
**328 South 9th St**
**Scranton, PA 18504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.34 | $564.34 |
| --- | --- | --- | --- | --- |

**Argely Decena-Tolentino**
**1712 Dorothy St**
**Scranton, PA 18504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.69 | $538.69 |
| --- | --- | --- | --- | --- |

**Arlin E. Villa**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address<br>**Arlinda Tavares** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.53 | $490.53 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Artemio Baez**<br>**139 Bowman St**<br>**Wilkes Barre, PA 18702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,097.20 | $1,097.20 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Aurelina Guzman**<br>**517 Luzerne St**<br>**Scranton, PA 18504-2624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $445.65 | $445.65 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Bryant Grant**<br>**15 West Bergh St.**<br>**Plains, PA 18705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $584.47 | $584.47 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 28 of 675

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,786.27 | $9,786.27 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**CA Dept Of Tax & Fee Admin**
**PO Box 942879**
**Sacramento, CA 94279-3535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.34 | $764.34 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Carlos A. Lopez Gomez**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $777.48 | $777.48 |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Carlos Del Rosario**
**Pittston Ave. 305**
**Floor 1**
**Scranton, PA 18505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.61 | $1,637.61 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Carlos Herrera**
**119 Hannover St**
**Wilkes-Barre, PA 18702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $717.19 | $717.19 |
|------|---|---|---|---|
| | **Cesarina Hernandez**<br>**2 Hopkins St. rear**<br>**Wilkes-Barre, PA 18705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $814.24 | $814.24 |
|------|---|---|---|---|
| | **Christian Esparra Maldonado**<br>**1009 Mt Vernon Ave**<br>**Scranton, PA 18508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,990.12 | $2,990.12 |
|------|---|---|---|---|
| | **Christopher Caprio**<br>**324 Chase Street**<br>**West Pittston, PA 18643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $696.93 | $696.93 |
|------|---|---|---|---|
| | **Cristian Plasencia**<br>**628 S Blakely St**<br>**#628**<br>**Scranton, PA 18510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 30 of 675

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$607.86** | **$607.86** |
|---|---|---|---|---|
| | **Cristopher Flores**<br>**239 Butler St**<br>**Pittston, PA 18640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$752.89** | **$752.89** |
|---|---|---|---|---|
| | **Dahyana Pichardo**<br>**614 E Elm St**<br>**#1**<br>**Scranton, PA 18505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$673.30** | **$673.30** |
|---|---|---|---|---|
| | **Daniel Maria Silvestre**<br>**1605 Jackson Ave**<br>**#B**<br>**Scranton, PA 18504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$736.34** | **$736.34** |
|---|---|---|---|---|
| | **Darius Kawanga**<br>**643 Adams Avenue**<br>**#203**<br>**Scranton, PA 18510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 31 of 675

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.61 | $589.61 |
|---|---|---|---|---|

**David Irving**
**246 Meridian Ave**
**#246**
**Scranton, PA 18504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.20 | $238.20 |
|---|---|---|---|---|

**Denise Wahl**
**23 Olendike St**
**Throop, PA 18512**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.54 | $692.54 |
|---|---|---|---|---|

**Denny Batista**
**480 N Washington St**
**Wilkes Barre, PA 18705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.63 | $681.63 |
|---|---|---|---|---|

**Desire Gomez**
**724 S Irving Ave**
**Scranton, PA 18505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 32 of 675

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.87 | $758.87 |
|---|---|---|---|---|

**Diallo Bass**
**1203 Pittston Ave**
**#2-B**
**Lackawanna, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.85 | $927.85 |
|---|---|---|---|---|

**Diana Ramirez**
**917 Slocum Ave.**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,884.80 | $1,884.80 |
|---|---|---|---|---|

**Diane Bray**
**612 Pear St**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $845.66 | $845.66 |
|---|---|---|---|---|

**Diego Rodriguez**
**1028 Prospect Ave Rear**
**Scranton, PA 18505-1876**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1:24-bk-01672-HWV     Doc 36     Filed 08/19/24     Entered 08/19/24 17:19:02     Desc
Main Document     Page 33 of 675

**2.39**

Priority creditor's name and mailing address
**Digna Polanco**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$591.64    $591.64

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address
**Edgar Williams**
**628 Fig St**
**#A**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,299.41    $1,299.41

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address
**Eduardo Guerrero**
**268 Moyallen St**
**Wilkes Barre, PA 18702-5735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$818.25    $818.25

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address
**Elizabeth Flores**
**232 1/2 Butler St**
**Pittson, PA 18640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$832.88    $832.88

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.05 | $465.05 |
|---|---|---|---|---|

**Elvin E. Soto**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.75 | $1,143.75 |
|---|---|---|---|---|

**Emmanuel Bostic**
**--**
**--, -- --**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,572.42 | $1,572.42 |
|---|---|---|---|---|

**Eridania Nazario**
**632 Foster St**
**Scranton, PA 18508**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.54 | $652.54 |
|---|---|---|---|---|

**Fabian G Marin Zabaleta**
**181 South Hancock St**
**Wilkes-Barre, PA 18702**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.42 | $568.42 |
|------|---|---|---|---|
| | **Fernanda Khandji** | Check all that apply. | | |
| | **803 School St** | ☐ Contingent | | |
| | **Moosic, PA 18507** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.61 | $858.61 |
|------|---|---|---|---|
| | **Fernando Flores** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.25 | $616.25 |
|------|---|---|---|---|
| | **Florangel Vallejo Cabrera** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.95 | $0.00 |
|------|---|---|---|---|
| | **Gabriel Romay** | Check all that apply. | | |
| | **1347 Bryn Mawr** | ☐ Contingent | | |
| | **Scranton, PA 18504** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 36 of 675

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.33 | $704.33 |
|---|---|---|---|---|

**Glennys Segura**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.79 | $947.79 |
|---|---|---|---|---|

**Gloria Cruz**
**2821 Birney Ave**
**Scranton, PA 18505**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.09 | $669.09 |
|---|---|---|---|---|

**Greyfi Ortiz**
**1225 Diamond Avenue**
**Scranton, PA 18508**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,383.99 | $1,383.99 |
|---|---|---|---|---|

**Hector Mora**
**335 Railroad Ave**
**Scranton, PA 18505**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Case 1:24-bk-01672-HWV  Doc 36  Filed 08/19/24  Entered 08/19/24 17:19:02  Desc
Main Document  Page 37 of 675

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,535.69 | $1,535.69 |
|---|---|---|---|---|
| | **Hyun Myoung Lee**<br>**--**<br><br>**--, -- --** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,347.16 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.29 | $670.29 |
|---|---|---|---|---|
| | **Isabel Martinez** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,714.70 | $2,714.70 |
|---|---|---|---|---|
| | **Jairo J Hichez**<br>**405 Boulevard St**<br>**Dickson City, PA 18519** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 38 of 675

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,053.71 | $2,053.71 |
|------|------|------|------|------|
| | **Jennifer Fernandez**<br>**916 W Locust St**<br>**#916**<br>**Scranton, PA 18504** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,812.63 | $1,812.63 |
|------|------|------|------|------|
| | **Jenny Guzman**<br>**370 Madison St**<br>**Wilkes barre, PA 18705** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.59 | $748.59 |
|------|------|------|------|------|
| | **Jeudy De Jesus**<br>**1411 N. Washington Ave**<br>**Apt 1B**<br>**Scranton, PA 18509** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.31 | $919.31 |
|------|------|------|------|------|
| | **Joe P. Bond**<br>**14 George St**<br>**Pittston, PA 18640** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document   Page 39 of 675

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.17 | $1,061.17 |
|---|---|---|---|---|
| | **Johndra Soto** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.74 | $1,618.74 |
|---|---|---|---|---|
| | **Jorge Aguero** **120 S Main Ave** **Scranton, PA 18504** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.82 | $615.82 |
|---|---|---|---|---|
| | **Jose Fernando Larios Lagunes** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.76 | $615.76 |
|---|---|---|---|---|
| | **Jose Gonzalez** **903 Eynon St.** **Scranton, PA 18504** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 40 of 675

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,495.43 | $1,495.43 |

**Jose Luis Rodriguez**
**218 E Wilhelmina St**
**Apt B**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.50 | $590.50 |

**Jose Miguel Hernandez Jimenez**
**480 N Washington St**
**Wilkes Barre, PA 18705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.59 | $458.59 |

**Jose Rodriguez**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.34 | $594.34 |

**Josefina Camacho Diaz**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.59 | $837.59 |
|---|---|---|---|---|

**Juan Nova Tejeda**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,843.17 | $1,843.17 |
|---|---|---|---|---|

**Juan Pablo Duarte Paulino**
**2 Hopkin St Rear**
**Wilkes-Barre, PA 18705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.56 | $574.56 |
|---|---|---|---|---|

**Juan T. Mejia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.51 | $728.51 |
|---|---|---|---|---|

**Juana Del Carmen Camacho**
**1627 Church Ave**
**Scranton, PA 18508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document          Page 42 of 675

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.66 | $739.66 |
| --- | --- | --- | --- | --- |

**Leonardo Rodado**
**422 S Sherman St**
**Wilkes Barre, PA 18702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,049.44 | $2,049.44 |
| --- | --- | --- | --- | --- |

**Liz Quezada**
**1339 Rundle St**
**Scranton, PA 18504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.58 | $2,066.58 |
| --- | --- | --- | --- | --- |

**Loren Feliz**
**112 S Main St**
**Scranton, PA 18504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,219.14 | $3,219.14 |
| --- | --- | --- | --- | --- |

**Lucio Vasquez**
**228 Pittston Ave**
**Scranton, PA 18505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 43 of 675

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,049.87** | **$1,049.87** |
|---|---|---|---|---|

**Lucy Centeno**
**830 Willow St Rear**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$877.48** | **$877.48** |
|---|---|---|---|---|

**Luis Duran**
**1339 Rundle St**
**Scranton, PA 18504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,693.19** | **$1,693.19** |
|---|---|---|---|---|

**Luis Eduardo Valdez**
**--**
**--, -- --**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,831.32** | **$1,831.32** |
|---|---|---|---|---|

**Luis Ramos**
**625 E. Sanderling St**
**Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,869.62 | $2,869.62 |
|---|---|---|---|---|

**Manuel Mejia**
**588 N Main St**
**Wilkes-Barre, PA 18705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.18 | $1,136.18 |
|---|---|---|---|---|

**Manuel Vasquez**
**219 2nd St**
**Avoca, PA 18641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,195.03 | $2,195.03 |
|---|---|---|---|---|

**Maria C. Lopez**
**526 E Elm St**
**Scranton, PA 18505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.77 | $600.77 |
|---|---|---|---|---|

**Maria De Leon**
**241 Stanton St**
**Wilkes Barre, PA 18702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 45 of 675

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.92 | $705.92 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Maria Filomena Castro**
**719 S Webster Ave**
**Scranton, PA 18505-4203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.13 | $622.13 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Maria L Guzman**
**544 Colfax Avenue**
**2nd Floor**
**Scranton, PA 18510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.88 | $784.88 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Maria Mayllazhungo**
**608 Pittston Ave**
**Scranton, PA 18505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,117.63 | $2,117.63 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Maria Z Lala Castro**
**--**
**--, -- --**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 46 of 675

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.82 | $767.82 |
|---|---|---|---|---|

**Marianyi Ramirez**
**511 Fig St**
**Scranton, PA 18505-2492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.99 | $548.99 |
|---|---|---|---|---|

**Mario Vasquez**
**1225 Diamond Ave**
**Scranton, PA 18508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,193.54 | $1,193.54 |
|---|---|---|---|---|

**Marisa D'Amato**
**805 N Washington St**
**Wilkes Barre, PA 18705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.78 | $628.78 |
|---|---|---|---|---|

**Martha Mejia**
**511 Fig St**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.31 | $535.31 |
|---|---|---|---|---|

**Mary Martinez**
**828 Maple St**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,726.65 | $4,726.65 |
|---|---|---|---|---|

**Melissa Warner**
**1303 Susquehanna Ave**
**Exeter, PA 18643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,829.89 | $2,829.89 |
|---|---|---|---|---|

**Michael Thomas**
**913 Madison Avenue**
**Scranton, PA 18510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.14 | $485.14 |
|---|---|---|---|---|

**Michelle Stetina**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $988.99 | $988.99 |
|------|---|---|---|---|
| | **Miguel Fuentes**<br>**722 S Main Ave**<br>**Scranton, PA 18504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $676.06 | $676.06 |
|------|---|---|---|---|
| | **Mirian Bautista**<br>**828 Maple St**<br>**Scranton, PA 18505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $773.02 | $773.02 |
|------|---|---|---|---|
| | **Miyagi Encarnacion**<br>**1411 N Washington Ave**<br>**Scranton, PA 18509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,102.90 | $3,102.90 |
|------|---|---|---|---|
| | **Molly Feire-Hirsch**<br>**55 Monroe Place**<br>**Apt #509**<br>**Bloomfield, NJ 07003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 49 of 675

| 2.103 | Priority creditor's name and mailing address<br>**Nabila Kakar**<br>**615 Adams Ave**<br>**Scranton, PA 18510** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,599.86** | **$1,599.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address<br>**Natali Sanchez Rodriguez**<br>**1826 Mail Ave**<br>**Scranton, PA 18508** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$629.85** | **$629.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address<br>**Nercelina Pereira** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$585.50** | **$585.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address<br>**Nubia A Jimenez**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$587.54** | **$587.54** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.99 | $622.99 |
|---|---|---|---|---|
| | **Paola F Moreira Pereira** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.78 | $841.78 |
|---|---|---|---|---|
| | **Papo Aquino**<br>**281 High Blvd**<br>**Wilkes Barre, PA 18702-4357** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.50 | $599.50 |
|---|---|---|---|---|
| | **Patricia Saula**<br>**615 Fig Street**<br>**Scranton, PA 18505** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,078.01 | $4,078.01 |
|---|---|---|---|---|
| | **Paul Gurzynski**<br>**28 Sunshine Road**<br>**Shickshinny, PA 18655** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,872.02 | $4,872.02 |

**Paul Lemoncelli Jr**
**--**
**--, -- --**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.85 | $1,865.85 |

**Paul Nicholas**
**610 E Grant St**
**Olyphant, PA 18447**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,346.44 | $2,346.44 |

**PNC Bank**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,481.68 | $2,481.68 |

**Rachel Bensinger**
**137 Butler Street**
**#1**
**Forty Fort, PA 18704**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.115** Priority creditor's name and mailing address

**Rafa Rivera Colon**
**201 N Main Street**
**Taylor, PA 18517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$575.06     $575.06

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116** Priority creditor's name and mailing address

**Rafael Castillo**
**1432 W Locust St**
**134 Lincoln Ave**
**Scranton, PA 18504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,555.10     $1,555.10

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117** Priority creditor's name and mailing address

**Rafael Tomas Alonzo Feliz**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.95     $635.95

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118** Priority creditor's name and mailing address

**Rafaela Reynoso**
**605 Pittston Ave**
**#2B**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$687.07     $687.07

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.26 | $659.26 |
|---|---|---|---|---|
| | **Ramon Gonzalez**<br>**39 Stanley St**<br>**Wilkes Barre, PA 18702** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.54 | $522.54 |
|---|---|---|---|---|
| | **Randy Alonzo Fana** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,017.57 | $1,017.57 |
|---|---|---|---|---|
| | **Ricardo Mendoza**<br>**1720 Capouse Ave**<br>**Scranton, PA 18509** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,942.58 | $2,942.58 |
|---|---|---|---|---|
| | **Robert  Resendez**<br>**1720 Capouse Ave**<br>**Scranton, PA 18509** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 54 of 675

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.48 | $1,307.48 |
| --- | --- | --- | --- | --- |
| | **Robert Bray**<br>**612 Pear St**<br>**Scranton, PA 18505** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.72 | $544.72 |
| --- | --- | --- | --- | --- |
| | **Robert Soto**<br>**820 River St**<br>**Scranton, PA 18505** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.34 | $762.34 |
| --- | --- | --- | --- | --- |
| | **Robyn Frederick**<br>**414 Main St**<br>**Avoca, PA 18641** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.80 | $691.80 |
| --- | --- | --- | --- | --- |
| | **Rosa D. Escoto Argueta**<br>**1400 Linden St**<br>**Scranton, PA 18510** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 55 of 675

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,655.90 | $2,655.90 |
|-------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Rosa Guasco**
**1720 Prospect Ave**
**#2**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.34 | $744.34 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Rosa Pomaquiza**
**535 Birtch St**
**Scranton, PA 18505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.28 | $409.28 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Rosalia Y Ferreira**
**--**
**--, -- --**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.02 | $689.02 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Rosalva Pina**
**188 Robert St**
**Casa**
**Nanticoke, PA 18634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.131 | Priority creditor's name and mailing address<br>**Ruben Daniel Guerrero** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $809.52 | $809.52 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address<br>**Sandy Vasquez**<br>**9 Manor Drive**<br>**Dallas, PA 18612** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,339.87 | $1,339.87 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address<br>**Santa Santana**<br>**73 Prospect St**<br>**Wilkes Barre, PA 18702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,981.55 | $1,981.55 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address<br>**Sara Otero**<br>**238 George St**<br>**#2**<br>**Moosic, PA 18507** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $703.83 | $703.83 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address<br>**Steven Passmore**<br>**103 Lakewood Manor**<br>**Scranton, PA 18505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,873.09** | **$2,873.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address<br>**Suhasini Lazarus**<br>**2418 Prospect Ave**<br>**Scranton, PA 18505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$556.85** | **$556.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address<br>**Teresa Tejeda Reyes**<br>**892 Scanlon Ave**<br>**#4**<br>**Scranton, PA 18508** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,072.67** | **$1,072.67** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address<br>**Theodore Johnson**<br>**329 S 9th Ave**<br>**1st fl rear**<br>**Scranton, PA 18504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,014.89** | **$1,014.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,448.63 | $1,448.63 |
|---|---|---|---|---|

**Timothy Adomiak**
**139 N Main Ave #1**
**Scranton, PA 18504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,343.17 | $2,343.17 |
|---|---|---|---|---|

**Transito Saula**
**615 Fig St**
**Scranton, PA 18505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.98 | $647.98 |
|---|---|---|---|---|

**Valdez Mercedez-De La Cruz**
**480 N Washington**
**Wilkes Barre, PA 18705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.65 | $849.65 |
|---|---|---|---|---|

**Valeria Diaz**
**628 S Blakely St**
**#1**
**Dunmore, PA 18510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,179.55 | $2,179.55 |
|---|---|---|---|---|

**Valeria Rodriguez**
**830 Willow St. Rear**
**Scranton, PA 18505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.31 | $571.31 |
|---|---|---|---|---|

**Veruzca  Orozco**
**119 Hanover St**
**Wilkes-Barre, PA 18702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.62 | $698.62 |
|---|---|---|---|---|

**Victor Deleon Martines**
**431 Wheeler Ave**
**Scranton, PA 18510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,979.21 | $2,979.21 |
|---|---|---|---|---|

**Wayne E. Davis**
**234 South Main St.**
**Taylor, PA 18517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 60 of 675

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,894.94 | $1,894.94 |
|---|---|---|---|---|

**William Lewis**
**1514 Olive St**
**#1**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.79 | $880.79 |
|---|---|---|---|---|

**Yolanda Nunez**
**119 Hannover St**
**Moosic, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $594.18 | $594.18 |
|---|---|---|---|---|

**Yulys Pina-Alcantara**
**520 Perry St.**
**#2A**
**Nanticoke, PA 18634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,154.14 | $1,154.14 |
|---|---|---|---|---|

**Zigrid Chinchilla**
**644 Orchard St.**
**#1**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* **1:24-bk-01672** |
| | Name | |

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1-800 Flowers**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**10 Designs**<br>**221 19th Street**<br>**Unit C**<br>**Huntington Beach, CA 92648** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**1204 Mission Hospital**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**163 Corporation**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**1st-Time Right**<br>**P.O. Box 855917**<br>**Minneapolis, MN 55485-5917** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**1Worldsync Dayton Oh**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __for notice purposes__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**2 Industrial Drive LLC**<br>**325 W. Main St**<br>**Belleville, IL 62220** | As of the petition filing date, the claim is: *Check all that apply.*  **$589,236.20** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred __** | **Basis for the claim: __Trade debt__** |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
**2017 Elemar Inc.**
**12623 Albers St.**
**North Hollywood, CA 91607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**2Wheelstrack**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**360Training.Com**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**3Alpha LLC**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**3Cloud LLC**
**PO Box 778742**
**Chicago, IL 60677-8742**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$216,951.50**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
**4Allpromos**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**4Imprint**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **5 & Vine** | ☐ Contingent | |
| | **605 Logan Avenue** | ☐ Unliquidated | |
| | **Toronto, Ontario --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **5Guys** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **619Kneedraggrz** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **6Sigma.Us** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **7-Eleven** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,158.38 |
|---|---|---|---|
| | **71 Pounds, Inc** | ☐ Contingent | |
| | **510 Shotgun Rd** | ☐ Unliquidated | |
| | **Suite 301** | ☐ Disputed | |
| | **Sunrise, FL 33326** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **76** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  41 of 631

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document    Page 64 of 675

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**91 Express Lanes Rebil**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.23 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**99 Ranch Market**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**A & A Holdings Llc**
**216 West White Oak St**
**Leitchfield, KY 42754**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | $1,604.38 |
|---|---|---|---|

**A Line Printing**
**1683 Jones Mill Rd**
**Statesboro, GA 30461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | | $8,156.40 |
|---|---|---|---|

**A&M Cold Storage & Trailer Leasing**
**111 W Monroe St**
**New Bremen, OH 45869**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**A-List Me LLC**
**222 Post Rd**
**Unit 8D**
**Westerly, RI 02891**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | | $21,748.00 |
|---|---|---|---|

**A.J. Guzzi General Contractors**
**9 Skyline Dr**
**Clarks Summit, PA 18411**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A.M.S Montebello**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.78 |
|---|---|---|---|

**A1 Lock & Safe LLC**
**308 Cedar Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A2A**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AAA**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aames Lock & Safe Company**
**818 W Chapman Ave**
**Orange, CA 92868**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Carretero**
**2175 South Mallul drive**
**#162**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Chadwick**
**819 W Washington Ave**
**Apt 14**
**Santa Ana, CA 92706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Gonzalez**
**1651 Vineyard Ave.**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Gurrola**
**1325 South Orange Avenue**
**#16**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron King**
**928 South 9 Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Luna**
**14517 Arlee Avenue**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Moore**
**324 Maple St**
**scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abdoul Coulibaly**
**38 Cemetery St**
**Ashley, PA 18706-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abelina Mayorga**
**1158 W. Becon Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Abigaid Valenzuela**
**1935 E. Monroe Ave Apt. 8**
**Orange, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Abimael Lopez**
**326 S Garnsey St**
**Apt 102**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**ABR Employment Services**
**BIN 88760**
**Milwaukee, WI 53288-0760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Abraham Luviano Hernandez**
**516 West Rosslynn Ave**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Abundia Iturbide**
**709 North Topeka Street**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Access**
**PO Box 744094**
**Atlanta, GA 30374-4094**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Accord Financial Group, Inc.**
**473 Troy Pike**
**Suite B**
**Covington, OH 45318**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document          Page 68 of 675

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accuranker**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,817.80 |
|---|---|---|---|

**Accusource, Inc.**
PO Box 849398
Los Angeles, CA 90084

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ace Hardware**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,038.00 |
|---|---|---|---|

**ACE Packaging Inc**
499 Nibus St
Suite E
Brea, CA 92821

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,010.25 |
|---|---|---|---|

**Acme Corrugated Box Co. Inc.**
2700 Turnpike Dr
Hatboro, PA 19040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,936.81 |
|---|---|---|---|

**Acomo US Holding Dba**
**Tradin Organic USA**
100 Enterprise Way, Ste B 101
Scotts Valley, CA 95066

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Action Sales**
829 Monterey Pass Rd
Monterey Park, CA 91754

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Adalid Torres Espinoza**
4749 Orange St
Pico Rivera, CA 90660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Adam Torres**
1105 1/2 W. Locust St
Scranton, PA 18504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Addshoppers**
222 S Church St.
Ste 410M
Charlotte, NC 28202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Addyl Rivera Badillo**
11621 Brookhurst St
Garden Grove, CA 92840

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Adeela Ahsaan**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Adelina Cabrera Barrios**
7082 Fenway Dr
Apt 7
Westminster, CA 92683

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Adobe**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adomiak Timothy**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adorama.Com**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Montaguth**
**409 1/2 E ADELE STREET**
**ANAHEIM, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Sandoval**
**1608 W Alomar Ave**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Viguri**
**1836 W Glencrest Ave**
**Apt C**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Servin Sanchez**
**9571 Maureen Dr**
**#A**
**Garden Grove, CA 92841**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADT**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Automation Inc.**
339 SW 6th Street
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Detection System**
4740 W Electric Ave
Milwaukee, WI 53219-1626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Stainless & Alloys, Inc.**
P. O. Box 97
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFC Trading & Wholesale, Inc**
4738 Valley Blvd
Los Angeles, CA 90032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFC Urgent Care**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Affordable Portables LLC**
8001 Somerset Blvd
Suite 229
Paramount, Ca 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Afpa Fitness Education**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agf Food Group Llc**
**221 Laurel Road**
**Ste 150**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aglay Tejeda**
**3313 Topaz Lane**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agustin Pretti**
**14319 Horst Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahmed Aboubaker**
**16425 Harbor Boulevard**
**Apt 248**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aida Pacheco**
**1071 S. Clifpark Cir**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ailin Trejo**
**1241 S Hickory St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aimlogic**
**4944 Cas Street**
**Suite 910**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 1:24-bk-01672-HWV     Doc 36     Filed 08/19/24     Entered 08/19/24 17:19:02     Desc
Main Document     Page 73 of 675

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,738.91 |
|---|---|---|---|

**Air Compressor Services**
**3 Custom Mill Court**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,815.22 |
|---|---|---|---|

**Airgas USA, Llc**
**P.O. Box 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Airmed Care Network**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJ Osmus**
**243 Winding Lane**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJ Portables, Inc.**
**22431 Antonio Pkwy**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Hollister**
**507 NEVILLE RD**
**MOSCOW, PA 18444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AL TAYEBAT MARKET**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Avalos**
**433 South Falcon Street**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Ruiz**
**1419 East Sunview Drive**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alarmco, Inc.**
**2007 Las Vegas Blvd South**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert's Organics**
**P.O. Box 412641**
**Boston, MA 02241-2641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberto Aquino**
**5952 Muller St**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberto Garcia lorenzo**
**810 12th Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberto Peinado**
**10569 Royal Oak Way**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alberto Priego Valdez**<br>**709 S Neptune St**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alberto Salcedo**<br>**1410 East Grove Avenue**<br>**Apt 19**<br>**Orange, CA 92865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Albertsons**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,713.11 |
|---|---|---|---|
| | **Alchemy Systems, Lp**<br>**5301 Riata Park Court**<br>**Bldg F - Suite 100**<br>**Austin, TX 78727** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alchemy Works**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alec DeRieux**<br>**401 W Orangewood Ave**<br>**E106**<br>**Anaheim, CA 92802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Alec Duvane**<br>**10500 La Reina Ave**<br>**Apt A**<br>**Downey, CA 90241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __for notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 76 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alec Stern**
**8219 Strub Ave.**
**Whittier, CA 90602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandra Navarrete**
**5662 Western Ave**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Ayala**
**12910 Priscilla St**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Carrillo**
**1434 E Broadway**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Cena**
**100 N. Rob Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro D Carlos**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro De La Rosa**
**321 South Rose Street**
**Unit 2**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Del Carmen Ramirez**
1206 N Parton St
#100
Santa Ana, CA 92701

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Guerrero Sanchez**
4080 West 1st St
Apt 278
Santa Ana, CA 92703

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Jimenez Salazar**
12241 Arrowhead St
#42
Stanton, CA 90680

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Moralez**
323 W Johnson St
Compton, CA 90220

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Moreno**
4590 Pedley Road
Riverside, CA 92509

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Navarro**
870 N J Street
San Bernardino, CA 92411

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alejandro Orozco**
12906 Indian Ln
Norwalk, CA 90650

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Alejandro Resendiz**
**2002 N Ponderosa**
**#123**
**Santa Ana, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 Nonpriority creditor's name and mailing address**

**Alejandro Rodriguez**
**17004 Villa Rita**
**Whitter, CA 90603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122 Nonpriority creditor's name and mailing address**

**Alejandro Vera**
**821 S Webster Ave**
**#19**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 Nonpriority creditor's name and mailing address**

**Alejeandro De La Rosa**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 Nonpriority creditor's name and mailing address**

**Alessandra Davila Valer**
**18292 Piper Place**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 Nonpriority creditor's name and mailing address**

**Alex Alvarez**
**329 W. Ralston St**
**Ontario, CA 91762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 Nonpriority creditor's name and mailing address**

**Alex Gutierrez**
**371 N Rob Way**
**#371**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Henriquez**
**501 Harrison Ave**
**#1**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Pena**
**1942 N Deerpark Dr**
**#153**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Rodarte**
**15123 Brookhurst St**
**#348**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Santana-Mejia**
**281 High**
**Wilkes barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Smith**
**2819 W Larchmont**
**Peoria, IL 61615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Ventura**
**7207 Van Buren Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Hazel**
**03 Lake Drive**
**White haven, PA 18661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexander Lopez** | ☐ Contingent | |
| | **68305 Modalo Road** | ☐ Unliquidated | |
| | **Cathedral City, CA 92234** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexander Moran** | ☐ Contingent | |
| | **112 South Anaheim Blvd** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexander Perez Abrego** | ☐ Contingent | |
| | **1017 N Wright St** | ☐ Unliquidated | |
| | **Santa Ana, CA 92701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexandra Caffery** | ☐ Contingent | |
| | **12111 Corsicana Trail Manor** | ☐ Unliquidated | |
| | **Manor, TX 78653** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexandra Garcia** | ☐ Contingent | |
| | **6733 Charner St** | ☐ Unliquidated | |
| | **Bell Gardens, CA 90201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexandra Guzman Ramirez** | ☐ Contingent | |
| | **619 Green Ridge Street** | ☐ Unliquidated | |
| | **Scranton, PA 18509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alexandre Kang** | ☐ Contingent | |
| | **19132 Magnolia St** | ☐ Unliquidated | |
| | **Unit C8** | ☐ Disputed | |
| | **Huntington Beach, CA 92646** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Corona**
**820 North Harbor Blvd**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Guerra**
**311 E Wakefield**
**Apt 1**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Hernandez**
**1974 W Glenoaks Ave**
**#L**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Hines**
**2536 Lullaby Lane**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Nava Sanchez**
**1124 N Citron St**
**Apt 101**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Navarrete**
**405 S Helena St**
**Apt 105**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Alexis Nunez Garcia**
**12661 Morningside Ave**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Pitts**
**1511 W 84th Place**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Velasquez**
**1138 S Baker St**
**Santa ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfonso Saldivar**
**306 N Bush St**
**Apt 5**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfonso Tamayo**
**1821 W Glencrest Ave**
**#C**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Garcia**
**12471 Loraleen St**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Mendoza Saldivar**
**119 S Magnolia**
**Apt 26**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Miralrio**
**1631 W. Pampas Ln**
**#2**
**ANaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Murillo-Campos**
**125 N Syracuse St**
**Apt 26**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Reyes**
**329 N. Rose St.**
**#A**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfredo Villanueva**
**3203 Ash Lane**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alia Clay**
**645 S Echo**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Anzures**
**941 N Walnut St**
**Apt F**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Bennett**
**1042 Saint Louis Ave**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Gonzalez de Gonzalez**
**1013 Nicklett Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alicia Uribe**
**12052 W Orangewood Ave**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alicia Vargas Anzurez**
**210 E Montwood Ave**
**Apt 3**
**La Habra, CA 90631**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alicia Zo Schlott**
**110 Brevard Ct**
**Jacksonville, NC 28546**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alihandra Gauta**
**2133 West Cris Ave**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alixon Garcia**
**609 Storrs St**
**Dickson City, PA 18519**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**All American National**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**All City Animal Trapping**
**PO Box 9118**
**San Pedro, CA 90734**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Hernandez Quezada**
825 W La Palma Ave
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allen Tate**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alliance Trailer Corp**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allianz**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allianz Event**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,236.62 |
|---|---|---|---|

**Alling & Jillson, Attys At Law**
276 Kingsbury Grade, Ste 200
PO Box 3390
Lake Tahoe, NV 89449-3390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allman Spry Attys At Law**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**
Allmerica Financial Benefits
Ins. Co.
PO BOX 15149
Worcester, MA 01615-0149

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177**

**Nonpriority creditor's name and mailing address**
Ally Noriega
1308 Westchester Dr
Oklahoma City, OK 73120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.178**

**Nonpriority creditor's name and mailing address**
Alma Valero
11732 Stuart Dr
Apt 4
Garden Grove, CA 92843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179**

**Nonpriority creditor's name and mailing address**
Alondra Acevedo
7701 Fillmore Dr
#A
Buena Park, CA 90620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180**

**Nonpriority creditor's name and mailing address**
Alpha Cabral
574 S Franklin St
#1
Wilkes Barre, PA 18702

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181**

**Nonpriority creditor's name and mailing address**
Alpha Card Systems Llc
P.O. Box 95727
Chicago, IL 60694-5727

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,331.60

---

**3.182**

**Nonpriority creditor's name and mailing address**
Alpine Marketing Inc
200 Trade Zone Drive
Ronkonkoma, NY 11779

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Altalagi Dougan**
**2248 West Colchester Drive**
**Unit 5**
**Anaheim, CA 92804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Altar Produce Llc**
**800 Harold Ave**
**Calexico, CA 92231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alura Lewis**
**6272 San Lorenzo Drive**
**Buena Park, CA 90620**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alvin Huipe**
**8080 Bever Place**
**Unit 3**
**Stanton, CA 90680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Chavez**
**200 S Delano St**
**#4**
**Anaheim, CA 92804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Medina**
**17101 Springdale St**
**#114**
**Huntington Beach, CA 92649**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amairani Vazquez**
**150 N East St**
**#109**
**Anaheim, CA 92805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aman Zemoy**
**23514 Moneta Ave**
**Carson, CA 90745**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Palmer**
**169 Flat Rock Rd**
**Forest City, PA 18421**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Ranero**
**106 Moosic Heights**
**Avoca, PA 18641**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amasty**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amazon**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amazon Fresh**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Smith**
**33 Reynolds Street**
**Hughestown, PA 18640**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.197** Nonpriority creditor's name and mailing address
**Ambra Franklin**
**2026 Olive Avenue**
**Long Beach, CA 90806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198** Nonpriority creditor's name and mailing address
**Amcor Specialty Cartons**
**Americas, LLC**
**445 Dividend Drive**
**PeechTree City, CA 30269**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.199** Nonpriority creditor's name and mailing address
**AMD Oil Sales LLC**
**90 North Franklin Turnpike**
**Ramsey, NJ 07446**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.200** Nonpriority creditor's name and mailing address
**Amelia Mekemson**
**21661 Brookhurst Street**
**Apt 184**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201** Nonpriority creditor's name and mailing address
**American Airline**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.202** Nonpriority creditor's name and mailing address
**American Cancer Society**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203** Nonpriority creditor's name and mailing address
**American Express**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

---

**3.204**

**Nonpriority creditor's name and mailing address**

**American Horse Products**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.205**

**Nonpriority creditor's name and mailing address**

**American Racing LLC**
**22231 Mulholland Hwy #117**
**Calabsas, CA 91302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Amerisan LLC**
**1 Chelsea Parkway**
**Suite 101-102**
**Boothwyn, PA 19061**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$6,319.47

---

**3.207**

**Nonpriority creditor's name and mailing address**

**Amex Wireless Phone**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.208**

**Nonpriority creditor's name and mailing address**

**Amparo Wright**
**2030 W Dogwood Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.209**

**Nonpriority creditor's name and mailing address**

**AMS Loft Salon**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Amy Peterson**
**14439 Gridley Road**
**Norwalk, CA 90650**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Aguirre**
**520 S Illinois**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Estrada**
**25570 River Bend Drive**
**Apt. 17A**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Martinez**
**846 Saginaw**
**#11H**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Quezada Alejo**
**8960 Pacific Ave**
**Apt. A**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Sanchez**
**307 N Newell Pl**
**Apt.307**
**Fullerton, CA 92838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anaay Reyna**
**405 E Imperial hwy**
**#456**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**Anaheim Arena Management, LLC**
**2695 E Katella Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

**Anaheim Fire & Rescue**
PO Box 448
Anaheim, CA 92815

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219** Nonpriority creditor's name and mailing address

**Anaheim Fullerton Towing**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220** Nonpriority creditor's name and mailing address

**Anaheim Public Utilities - Anaheim**
201 South Anaheim Blvd
PO Box 3069
Anaheim, CA 92803

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221** Nonpriority creditor's name and mailing address

**Anaheim Public Utilities - Penhall**
201 South Anaheim Blvd
PO Box 3069
Anaheim, CA 92803

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,877.37**

---

**3.222** Nonpriority creditor's name and mailing address

**Anaheim Restaurant Supply**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223** Nonpriority creditor's name and mailing address

**Analiese Trimber**
The Bacon Princess
40 Palatine, 416
Irvine, CA 92612

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224** Nonpriority creditor's name and mailing address

**Anatolia Alas Castro**
615 N Eastwood Ave
Santa Ana, CA 92701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

**3.225** | Nonpriority creditor's name and mailing address
**Andean Dream, Llc**
15560 N Frank Lloyd Wright Blvd.
Ste. B4-5424
Scottsdale, AZ 85260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226** | Nonpriority creditor's name and mailing address
**Anders Mercado Martinez**
193 E Main St
Wilkes Barre, PA 18705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227** | Nonpriority creditor's name and mailing address
**Andrea Becerra**
29 Orange Via
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.228** | Nonpriority creditor's name and mailing address
**Andrea Bustos**
1017 N Wright St
Santa Ana, CA 92701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229** | Nonpriority creditor's name and mailing address
**Andrea Moreno**
315 East Julianna St
Apt C
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230** | Nonpriority creditor's name and mailing address
**Andres Duran**
2127 E Almont Ave
#A
Anaheim, CA 92806

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231** | Nonpriority creditor's name and mailing address
**Andres Moreno**
415 S Kroeger St
#A
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

**3.232** | Nonpriority creditor's name and mailing address

**Andrew Alegre**
2828 W Lincoln Ave
Apt 182
Anaheim, CA 92801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.233** | Nonpriority creditor's name and mailing address

**Andrew Boucher**
10781 Palma Vista Ave #6
Garden Grove, CA 92840-1375

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.234** | Nonpriority creditor's name and mailing address

**Andrew Christopher De Boer**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.235** | Nonpriority creditor's name and mailing address

**Andrew De Boer**
PO Box 2886
Chino Hills, CA 91709

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.236** | Nonpriority creditor's name and mailing address

**Andrew De La Cerda**
622 N. Olive St
#C
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.237** | Nonpriority creditor's name and mailing address

**Andrew Dixon**
2000 Tweed St.
Placentia, CA 92870

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.238** | Nonpriority creditor's name and mailing address

**Andrew Girard**
8236 Hamilton Green
Buena Park, CA 90621

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Gonzales**
331 N Colfax St
La Habra, CA 90631

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Howard**
1429 Tolliver St
#1429
Santa Ana, CA 92703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Laguna**
631 S. Alvy St
Anaheim, CA 92802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Nguyen**
1837 Peninsula Pl
Costa Mesa, CA 92627

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Nieto**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Puentes**
710 1/2 W Santa Ana St
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Robles**
6110 Roosevelt Ave
South Gate, CA 90280

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Andrian Sandoval** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Andson Huynh** | ☐ Contingent | |
| | **9411 Pitkin Street** | ☐ Unliquidated | |
| | **Rosemead, CA 91770** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Andy Teng** | ☐ Contingent | |
| | **1978 Mrytle Ave** | ☐ Unliquidated | |
| | **Long Beach, CA 90806** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Aneudiz Acosta** | ☐ Contingent | |
| | **710 N. Pensylvania Ave** | ☐ Unliquidated | |
| | **#710** | ☐ Disputed | |
| | **Wilkes-Barre, PA 18705** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Angel Califf** | ☐ Contingent | |
| | **9412 Tweedy Ln** | ☐ Unliquidated | |
| | **Downey, CA 90240** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Angel Chairez** | ☐ Contingent | |
| | **318 N Bush st** | ☐ Unliquidated | |
| | **#103** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | **Angel Chavez** | ☐ Contingent | |
| | **144 S Westchester Dr** | ☐ Unliquidated | |
| | **#13** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Gonzalez**
**1411 N Washington Ave**
**#3**
**Scranton, PA 18509**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Lucas del Angel**
**1250 S Brookhurts**
**Unit 2067**
**Anaheim, CA 92804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Munoz**
**321 S Olive St**
**#205**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Nieto**
**6153 Homewood Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Ortiz**
**5871 Burnham Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Perez Guzman**
**1727 W Pine St**
**SANTA ANA, CA 92703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Quinonez**
**2131 Broden Street**
**Apt A**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Ramos Alcaraz**
**13028 Sunshine Ave**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Solorio**
**114 E Wilken Way**
**Apt 1**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel Zavala**
**1430 W Raymar**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Acosta**
**503 N Fairhaven St**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Maria Rosario De La Cruz**
**1120 Price St**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Rosario De La Cruz**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Sarmiento**
**2000 W Glenoaks Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 99 of 675

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Gonzalez**
**325 River Lane**
**Taylor, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Hurtado**
**5952 Muller Street**
**Unit A**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica M. Califf**
**9412 Tweedy Ln**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Mateos**
**514 N Jackson St**
**Apt B**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Navarro**
**2314 S Park Dr**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Viejo Bueno**
**2040 St Yale**
**#A**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelina Cabrera**
**512 E Wilhelmina St**
**#A**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**3.274** Nonpriority creditor's name and mailing address

**Angelys Maysonet Figueroa**
**1109 Stafford Ave**
**Apt 1**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.275** Nonpriority creditor's name and mailing address

**Angi New York**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.276** Nonpriority creditor's name and mailing address

**Angie Camacho**
**635 E. 116th Street**
**Los Angeles, CA 90059**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277** Nonpriority creditor's name and mailing address

**Anna Bianca Viado**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278** Nonpriority creditor's name and mailing address

**Anna Ocampo**
**2229 W Colchester Dr**
**Apt B**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279** Nonpriority creditor's name and mailing address

**Anne Harrison**
**4639 Coach Rd**
**Columbus, OH 43220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.280** Nonpriority creditor's name and mailing address

**Anthem**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,406.00** |
|---|---|---|---|
| | **Anthem Blue Cross**<br>**PO Box 511300**<br>**Los Angeles, CA 90051-7855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony Ayala**<br>**15636 Ashgrove Drive**<br>**La Mirada, CA 90638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony Casillas**<br>**4625 W Chapman Ave**<br>**Apt 2**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony DuBarry**<br>**547 Kennedy St**<br>**Scranton, PA 18508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony Hoy**<br>**409 West 1st Ave**<br>**La Habra, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony Juarez-Medina**<br>**150 North Coffman Street**<br>**Apt 110**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Anthony LaPadula**<br>**2223 Euclid Avenue**<br>**Long Beach, CA 90809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,582.27** |
| --- | --- | --- | --- |

**Anthony Magaraci dba**
**Trinity Packaging Supply**
**PO Box 22600**
**New York, NY 10087-2600**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Mitchell**
**168 S. Armstrong Way B**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Plascencia**
**2713 W Orion Ave. 2**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Ramirez**
**1444 S Highland Ave**
**H204**
**Fullerton, CA 92832**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Rodriguez**
**1450 E Grove Ave**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Rosenberg**
**1309 S Falcon St**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Anthony Tinoco-Mayorga**
**1357 S Walnut St**
**#3965**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 103 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Topete**
412 South Fann St
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthropologie**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anton Tran**
11279 Primrose Ave
Fountain Valley, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Arauz**
618 North Pauline #8
#8
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Cervantes**
1837 West Glencrest Ave
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Moreno**
4590 Pedley Rd.
Riverside, CA 92509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Pereira**
184 Village Drive
Taylor, PA 18517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antonio Perez**
**914 S Arden**
**Apt 6**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Antron Pittman**
**1250 S Euclid St**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apaulo Music Product**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apex Assasins**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apex Pro America LLC**
**281 N Puente St**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Apolis**
**222 N. Pacific Coast Hwy**
**Ste. #2250**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Trade debt__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apollo Magic**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __for notice purposes__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 82 of 631

Case 1:24-bk-01672-HWV Doc 36 Filed 08/19/24 Entered 08/19/24 17:19:02 Desc
Main Document  Page 105 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apollo Printing**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Apple**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AppleOne Employment Services**
**Accounts Receivable**
**P.O. Box 29048**
**Glendale, CA 91209-9048**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Appliance Parts 365**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Applied Business Strategy, LLC**
**1100 Superior Avenue E**
**Suite 1750**
**Cleveland, OH 44114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Chen**
**1701 Pepper St**
**Unit B**
**Alhambra, CA 91801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**April Haro**
**619 West Provential Drive**
**Apt B**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aquawn Rivera**
**209 W Parker St**
**Scranton, PA 18508**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Araceli Gonzalez**
**871 E 57th St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aracely Mendoza**
**6072 Homewood Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arash Maddah**
**10 Via Estampida**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARB Refrigerant**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,454.61 |
|---|---|---|---|

**Arbon Equipment Corporation**
**25464 Network Place**
**Chicago, IL 60673-1254**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arc Butcher & Baker**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arch Specialty Insurance**

**--**

**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**Archer Atlantic Global**
**Logistics LLC dba**
**1860 Blake St, Ste 620**
**Denver, CO 80202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Architects Orange, Llp**
**144 N Orange Street**
**Orange, CA 92866**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arco**

**--**

**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arelis Villa**
**1225 Hampton St**
**#2**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arenui E. Frapwell**
**5642 La Jolla Hermosa Ave.**
**La Jolla, CA 92037**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Argeni Guerrero**
**122 E Leatrice Lane**
**Unit 1**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Argonaut**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariana Ornelas**
**307 N Newel Pl**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariana Samano Ramirez**
**2195 Ogden St**
**Muscoy, CA 92407**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariannys Moreno Garcia**
**381 Hamilton St**
**#C102**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Caballero**
**8362 Holder St**
**Buena Park, CA 90620**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Gayosso**
**2454 W Chanticleer Rd.**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Pasternak**
**1617 35th St NW**
**Washington, DC 20007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arionne Hatcher**
**1240 E San Antonio Dr**
**Apt. 105**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aritzia**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Armando Brito**
**628 S Blakely St**
**#1**
**Dunmore, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Avellaneda Munoz**
**13066 Blackbird St**
**Apt 2**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Paniagua**
**11089 Cynthia Cir**
**#28**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Reyes**
**2103 W Brownwood Ave**
**#3**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armida Gonzalez**
**1602 W Catalpa Dr**
**#5**
**Anahiem, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armidas Sotomayor**
**79 Alban Lane**
**Taylor, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armor-X**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arnol Zepeda**
**333 N Berendo St #210**
**Los Angeles, CA 09004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arol Martinez**
**531 N Minor St**
**#531**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arron Weisel**
**7642 Volga Drive**
**Apt 1**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Art Station Vehicle Template**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Artemio Macias Ochoa**
**21806 Hawaiian Ave**
**Apt G**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.351** | **Nonpriority creditor's name and mailing address** |

**3.351**

**Nonpriority creditor's name and mailing address**

**Arthur Alonso**
**721 W. La Palma Ave**
**#203**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.352**

**Nonpriority creditor's name and mailing address**

**Artlist Ltd**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.353**

**Nonpriority creditor's name and mailing address**

**Arturo Figueroa**
**P.O. Box 9474**
**Fountain Valley, CA 92728**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.354**

**Nonpriority creditor's name and mailing address**

**Arturo Torres**
**1241 North East St**
**Sp. 23**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.355**

**Nonpriority creditor's name and mailing address**

**Asana**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.356**

**Nonpriority creditor's name and mailing address**

**Ascencion Mendoza**
**1100 Fairhaven Avenue**
**Apt 134**
**Santa Ana, CA 92705**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.357**

**Nonpriority creditor's name and mailing address**

**Asgn Incorporated-Creative**
**Circle Llc**
**5900 Wilshire Blvd, 11th Flr**
**Los Angeles, CA 90036**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ash Dourado**
**1510 W Cerritos Ave**
**CA, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Dourado**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Rowe**
**20723 Roseton Ave**
**Los Angeles, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Williams**
**21800 S Avalon Blvd**
**#413**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashlynn Eidemiller**
**1062 Trewellyn Ave**
**Penllyn, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashlynn Petrozzini**
**1062 Trewellyn Ave**
**Penllyn, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashraf Nasser**
**150 N. Muller St**
**Unit 104**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365**

Nonpriority creditor's name and mailing address
**ASI LLC**
**500 NW Plaza Dr**
**Ste 700**
**Saint Ann, MO 63074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.366**

Nonpriority creditor's name and mailing address
**Asia Diaz**
**215 Arthur Ave**
**Scranton, PA 18510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.367**

Nonpriority creditor's name and mailing address
**Asleydi Garcia**
**609 Storrs Street**
**Dickson City, PA 18519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.368**

Nonpriority creditor's name and mailing address
**ASMA Racing**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.369**

Nonpriority creditor's name and mailing address
**Aspire IQ Inc**
**550 Montgomery St**
**Suite 800**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,042.50**

**3.370**

Nonpriority creditor's name and mailing address
**Astima Inc.**
**733 Davis Street**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.371**

Nonpriority creditor's name and mailing address
**Asuncion Torres**
**1022 Prospect Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document      Page 114 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|--------|--------------------------|------------------------|-------------------|
|        | Name                     |                        |                   |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Asurion Wireless Insurance**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**AT&T - 2005 (New Acct)**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**AT&T - 3365 (Old Acct)**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Atara Bernstein**
**5508 South Bend Road**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Athena Alapati**
**5801 Burnham Ave**
**Apt 207**
**Buena Park, CA 90621**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Atlantic Beverage Company LLC**
**3775 Park Ave**
**Unit 12**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Atlassian**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ATS Technologies LLC**
**563 Plymouth St**
**Middleboro, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Attack Performance**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Auberge Du Soleil**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audi Financial Services**
**P.O. Box 5215**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number __3526__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audiogram**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Brito**
**1720 Capouse Ave.**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aurelia Anaya**
**10471 Courson Dr**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Aurora Jeronimo** | ☐ Contingent | |
| | **329 South Harbor Blvd** | ☐ Unliquidated | |
| | **Unit 38** | ☐ Disputed | |
| | **Santa Ana, CA 92704** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Aurora Pelaez Fuentes** | ☐ Contingent | |
| | **10251 Fern Avenue** | ☐ Unliquidated | |
| | **Apt 329** | ☐ Disputed | |
| | **Stanton, CA 90680** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Ausencio Sanchez-Cheluca** | ☐ Contingent | |
| | **1262 E Sycamore St** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Austin Castaneda** | ☐ Contingent | |
| | **1627 Winn Court** | ☐ Unliquidated | |
| | **Pomona, CA 91768** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Austin Posadas** | ☐ Contingent | |
| | **1677 W. Cindy Ln** | ☐ Unliquidated | |
| | **Apt.C** | ☐ Disputed | |
| | **Anaheim, CA 92802** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Austin Shupe** | ☐ Contingent | |
| | **1552 S Beverly Glen Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90024** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Austria E Guzman Vidal** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Austria Guzman Vidal**<br>**1433 N Lincoln Ave**<br>**Scranton, PA 18508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Authnet**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Automated Gate Services, Inc.**<br>**526 Princeland Ct**<br>**Corona, CA 92879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,697.12 |
| --- | --- | --- | --- |
| | **Automation Control Solutions**<br>**278 Matthews Rd**<br>**Springbrook TWP, PA 18444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **AutoZone**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,258.00 |
| --- | --- | --- | --- |
| | **Av Thomas Produce, Inc.**<br>**PO Box 286**<br>**Livingston, CA 95334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
| --- | --- | --- | --- |
| | **Avanti Nut Company Inc.**<br>**P.O. Box 719**<br>**Linden, California 95236-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avelina Serna**
**2041 W Broadway**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avelino Castillo**
**318 S Sherman St**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Axel Lopez**
**2113 W Catalina Ave**
**#2**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Axel Serrano-Nunez**
**17002 Stanley Ln**
**2d**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aylin Martinez**
**1270 E Lincoln Ave**
**#219**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aylin Navarro**
**140 N Citrus Ranch Rd**
**Apt 105**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Azalea Armixo**
**995 Pomona Rd**
**Spc 33**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Azul Coria**
12022 Walnut St.
Apt. 2
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B&H Photo**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B.A. Carlson Trading Corp**
101 Village Square Plaza
Suite 2
Somers, NY 10589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B.E.S.T Service Inc**
PO BOX 361
Dallas, PA 18612-0361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bach Diagnostics**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Backstage LLC**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,370.00 |
|---|---|---|---|

**Baker & Hostetler LLP**
PO BOX 70189
Cleveland, OH 44190-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Counsel__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Baker Commodities, Inc**
**4020 Bandini Blvd**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Baker Party Rental**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bakhtiyar Davrushov**
**2644 Birney Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Baldor Specialty Foods Inc**
**155 Food Center Dr**
**Bronx, NY 10474-5411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bank of America**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Banza Llc**
**75 Remittance Dr**
**Dept 1351**
**Chicago, IL 60675-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Barb Stacey**
**174 Forest Rd**
**Mountaintop, PA 18707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Pechal**
**619 Lawrence St**
**#2**
**Old Forge, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barclay**
**745 Seventh Avenue**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,013.87 |
|---|---|---|---|

**Barcodes LLC**
**PO Box 95637**
**Chicago, IL 60694-5637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barkhodarian Law Firm, Plc**
**Client Trust**
**6047 Bristol Pkwy, 2nd Flr**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barnes & Noble**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barnizy Oviedo**
**1001 Riverine Ave**
**Apt 12**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,041.98 |
|---|---|---|---|

**Bascom Maple Farms, Inc**
**56 Sugarhouse Rd.**
**Alstead, NH 03602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bastian Solutions, Llc**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay Air Solutions**
P.O. Box 3941
Torrance, CA 92801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,363.50 |
|---|---|---|---|

**Bay Alarm Company - Camera System - Euclid**
P.O. Box 51041
Los Angeles, CA 90051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,793.23 |
|---|---|---|---|

**Bay Alarm Company - Penhall**
P.O. Box 51041
Los Angeles, CA 90051-5337

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.34 |
|---|---|---|---|

**Bay Alarm Company - Security Alarm MonitOR**
P.O. Box 51041
Los Angeles, CA 90051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bbi Beau Bureaux Interiors**
17835 Sky Park Circle
Bldg. 13, Suite G
Irvine, CA 92614

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bcis**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 123 of 675

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BCM Customer Service**<br>**12155 Kirkham Rd**<br>**Poway, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BCORE NLV Sloan Owner LLC**<br>**PO Box 200323**<br>**Dallas, TX 75320-0323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Beam Designs Inc**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bear Flag Fish**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bearings & Drives**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Beatrice Jimmerson**<br>**208 N Aladdin Dr**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Beatrice Villa**<br>**2710 Associated Dr**<br>**Apt C83**<br>**Fullerton, CA 92835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beatriz Garcia**
6733 Charner St
Bell Gardens, CA 90201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beatriz Ocampo Montes**
9166 W Cerritos Avenue
Unit 72
Anaheim, CA 92804

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beatriz Ramirez**
1032 West Houston Avenue
Fullerton, CA 92833

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beaver Street Fisheries, INC.**
1741 W. Beaver St
Jacksonville, FL 32209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beazly**
--
--, -- --

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bed Bath & Beyond**
--
--, -- --

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,759.61 |
|---|---|---|---|

**BEDEMCO IMPORT EXPORT INC**
3 Barker Ave
Suite 325
White Plains, NY 10601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Belinda Casas**
5901 Darlington Ave
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bellator Tickets**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,965.99 |
|---|---|---|---|

**Benchmark Insurance Company**
26650 The Old Road
Suite 110
Valencia, CA 91381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benchmark International**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benigna Gutierrez**
502 North Manor Street
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benito Pacheco**
7851 Davmor Ave
Stanton, CA 90680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Herrera**
909 S. Knott Ave
Unit 2
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

**Benjamin Johnson-Cobb**
**7985 Orchid Drive**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457** Nonpriority creditor's name and mailing address

**Benjamin Krall**
**200 N. Gilbert St**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.458** Nonpriority creditor's name and mailing address

**Benjamin Paschal**
**243 Harrison ave**
**#1**
**Scranton, PA 18504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.459** Nonpriority creditor's name and mailing address

**Benjamin Pichardo**
**829 West Grafton Place**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.460** Nonpriority creditor's name and mailing address

**Berenice Flores**
**6810 Obispo Ave**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.461** Nonpriority creditor's name and mailing address

**Bertha Frias**
**2001 E Santa Fe Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462** Nonpriority creditor's name and mailing address

**Best Buy**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bethune & Associates Fbo**
**Security Nation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Better Business Bureau**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverages & More**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bianca Martinez**
**2029 Laurie Lane**
**Unit A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bianca Viado**
**1000 S Paula Dr**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big 5 Sporting Goods**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,240.00 |
|---|---|---|---|

**Big Mountain Foods 2 Ltd**
**904 Clieveden Avenue**
**Delta, BC V3M 5R5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BigRentz**<br>**1063 McGaw Ave Suite 200**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bill .com** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Billy Kemper Llc**<br>**59-456 Alapio Rd**<br>**Haleiwa, HI 96712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,900.00 |
|---|---|---|---|
| | **Binning Transport Inc**<br>**P.O. Box 610028**<br>**Dallas, TX 75261-0028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bins N Bins Dumpster Rental, Inc.**<br>**1318 W 58th Street**<br>**Los Angeles, CA 90037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Bismarck Varela**<br>**1527 Banning Blvd.**<br>**Wilmington, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,500.00 |
|---|---|---|---|
| | **Black Crow AI, Inc**<br>**447 Broadway**<br>**2nd Floor #382**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blacklane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Avalos**
**210 City Boulevard West**
**Apt 216**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Estela Rivas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Leyva**
**970 East Lexington Ave**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Mendoza**
**1502 N Van Ness Ave**
**#3**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Rivas**
**300 North Vine Street**
**Apt B**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,999.99 |
|---|---|---|---|

**Bloomberg Second Measure Llc**
**P.O. Box 411106**
**Boston, MA 02241-1106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blooms**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blu Pet Spa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Ribbon Farm Dairy**
**827 Exeter Ave**
**West Pittston, PA 18643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Sky Foods Inc dba**
**ASA Trading Co.**
**1501 Doolittle Dr, Unit A**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BMW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bo Krips**
**1619 W. Creascent Ave.**
**Apt. B7**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Board & Brew**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bodno**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bodycentre Day Spa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bojangles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bolton & Company**
PO Box 856563
Minneapolis, MN 55485-6563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bolton Insurance Services LLC**
PO Box 102833
Pasadena, CA 91189-2833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnie Rodriguez**
12182 Haga St
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Books A Million**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boomerang**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,907.97 |
|---|---|---|---|

**Borges - National USA Corporation**
**2 Van Riper Rd**
**Montvale, NJ 07645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boris Allan Thertus**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boris Thertus**
**122 N Magnolia**
**Apt 104**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,200.00 |
|---|---|---|---|

**Bothwell Transport Inc**
**PO Box 12499**
**Glendale, AZ 85318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boyle Heights Sinclair**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brady & Company CPA's**<br>**8326 196th St SW**<br>**Edmonds, WA 98026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BrainTree** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brandon Huynh**<br>**9411 Pitkin Street**<br>**Rosemead, CA 91770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brandon Paasch Racing Llc**<br>**85 Ely Harmony Rd**<br>**Freehold, NJ 07728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brandon Todd**<br>**15 Santa Rosa Ave**<br>**Salinas, CA 93901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
| --- | --- | --- | --- |
| | **Brandon Walz**<br>**413 E Mason Ave**<br>**Alexandria, VA 22301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Braxton Angle**<br>**3306 Watermarke Place**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brayan Huerta**
**9781 Bixby Avenue**
**Apt E**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breana Naea**
**12635 Main St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brenda Borrego**
**1932 S Diamond St**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brenda Macias**
**15403 S Washington Ave**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brenda Puentes Robles**
**12035 Thorson Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brenda Williams-Coronado**
**14347 Ibex Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brendan Brazier**
**657 Sunset Ave**
**Unit B**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,379.30 |
|---|---|---|---|

**Brenntag Northeast LLC**
**PO BOX 411341**
**Boston, MA 02241-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenntag Pacific, Inc.**
**FILE # 2674**
**Los Angeles, CA 90074-2674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Burke**
**8442 Deepview Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BREX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Breyner Rey**
**1525 E Eureka St.**
**Apt. 105**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Davis**
**601 S Agate**
**Anahiem, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Evans**
**1835 East Elm St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brian Ochoa** | ☐ Contingent | |
| | **2114 West Sunset Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Briana Cornejo** | ☐ Contingent | |
| | **12591 Shelley Dr** | ☐ Unliquidated | |
| | **#7** | ☐ Disputed | |
| | **Garden Grove, CA 92840** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Briana Vizcaya** | ☐ Contingent | |
| | **1815 Jeanna Pl** | ☐ Unliquidated | |
| | **Upland, CA 91784** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brianna D Guild** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brianna Guild** | ☐ Contingent | |
| | **17382 Waal circle** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92647** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brianna Mendoza** | ☐ Contingent | |
| | **2720 Associated Road** | ☐ Unliquidated | |
| | **Unit C5** | ☐ Disputed | |
| | **Fullerton, CA 92835** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bridge Leasing** | ☐ Contingent | |
| | **233 South Wacker Drive** | ☐ Unliquidated | |
| | **Suite 5350** | ☐ Disputed | |
| | **Chicago, IL 60606** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bright Path**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brightback**
**5 3rd St**
**Suite 600**
**San Francisco, CA 94103**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bristol Farms**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Britanny Briones**
**1835 W Neighbors Ave**
**#4**
**Anaheim, CA 92801**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Clark**
**3510 Denver Ave**
**Long Beach, CA 90810**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany McNair**
**909 S Knott Ave**
**Apt. 2**
**Anaheim, CA 92804**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittny Gonzalez**
**812 N Geneva St**
**Anaheim, CA 92801**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.540** | **Nonpriority creditor's name and mailing address**

**Browserstack, Inc.**
**4512 Legacy Dr**
**Ste 100**
**Plano, TX 75024-2186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541** | **Nonpriority creditor's name and mailing address**

**Bruce Carey**
**15 Morgan Lane**
**Pittston, PA 18640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542** | **Nonpriority creditor's name and mailing address**

**Bruna de Almeida**
**16761 Viewpoint Ln**
**#353**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.543** | **Nonpriority creditor's name and mailing address**

**Bruno Diaz Rival**
**801 N Loara St**
**Apt 244**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.544** | **Nonpriority creditor's name and mailing address**

**Bryan Diaz**
**628 S Blakely St**
**#1**
**Dunmore, PA 18510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545** | **Nonpriority creditor's name and mailing address**

**Bryan Guzman**
**10625 Scott ave**
**Whittier, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546** | **Nonpriority creditor's name and mailing address**

**Bryan Hernandez**
**2015 Pomona Ave**
**Apt B205**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Rivera**
**1132 E Santa Fe Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Sanchez**
**155 S. Pepper St**
**Orange, CA 92868**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brynn Samuelson**
**14220 Burbank Blvd**
**Apt 102**
**Los Angeles, CA 91401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BSIS Bureau of Security and**
**Investigative**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bt Pixel Film**
**29 Vanits Dr.**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buck Naked Onions**
**34325 Apple Valley Rd**
**Parma, ID 83660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buck Wholesale**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Budget.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Buffalo Wild Wings**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bulldog Drummond, Llc**
**34 Tesla**
**Suite 100**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bunker Foods Corp**
**6000 Collins Ave**
**Suite 328**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bunzl Distribution Ca, Llc**
**P.O. Box 59709**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,111.77**

**Bunzl Philadelphia**
**PO BOX 402337**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Burke Corporation**
**1516 S. D Ave**
**Nevada, IA 50201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burke Marketing Corporation**
**dba Burke Co**
**1516 S. D Ave**
**Nevada, IA 50201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burnett & Son Meat Co., Inc.**
**1420 S Myrtle Ave**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burt L Wright**
**1627 Pittston Ave**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burt Wright**
**1627 Pittston Ave**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bus Insider**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Busch Llc**
**PO Box 8247**
**Virginia Beach, VA 23450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Business Wire**
**PO Box 884182**
**Los Angeles, CA 90088-4182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Buttonwillow Raceway O**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Byron Cruse**
**9541 Roberds St**
**Rancho Cucamonga, CA 91701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Byte Foods, Inc.**
**101 Glacier Pt**
**Ste A**
**San Rafael, CA 94901-5547**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,053.63 |
|---|---|---|---|

**C&L Refrigeration**
**P.O. Box 2319**
**Brea, Ca 92822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C-Squared PR, Inc.**
**8071 Slater Ave.**
**Ste 255**
**Huntington Beach, CA 92647**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CA Contractors Insurance Services**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CA Dept Of Public Health**
**P.O. Box 997435**
**Sacramento, CA 95899-7435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CA Environment Protection Agency**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CA Secretary Of State**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CA State Tax**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caitlin Wright**
**9 Clove Blossom**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cal Chamber**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cal Fire Protection Co**
**12701 Panorama View**
**Santa Ana, Ca 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,786.50** |
|---|---|---|---|

**Cal Fresco, Llc**
**1765 W. Penhall Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal Sierra Technologies**
**39055 Hastings St**
**Ste. 103**
**Fremont, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caleb Feller**
**1235 South Berkley St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caleb Joshua Feller**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calf Killer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caliber Collision**
**26100 Dimension Dr**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Choice Benefit**
**Administrators**
**PO Box 7088**
**Orange, CA 92863-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.18 |
|---|---|---|---|

**California Coast Plumbers INC.**
**4075 E. La Palma**
**Suite H**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Locksmith Security Solutions**
1018 N. Tustin Ave.
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California State License Board**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caliphoto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calvin Henry**
705 Rosen Ct
1
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,227.00 |
|---|---|---|---|

**Cambridge Commodities Inc**
dba Earth Circle Ingredients
3071 Venture Dr., Ste.100
Lincoln, CA 95648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camilo Palacios**
1777 Mitchell Ave
Apt 98
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAMLOCK Security**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.596** | |

**Nonpriority creditor's name and mailing address**

**Candice Bouldin**
22020 Claretta Ave
#B
Hawaiian Gardens, CA 90716

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.597** | |

**Nonpriority creditor's name and mailing address**

**Candice Quintrell**
1759 W. Orange Ave
#A
Anaheim, CA 92804

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.598** | |

**Nonpriority creditor's name and mailing address**

**Candida Arias**
790 S. San Antonio Ave.
Pomona, CA 91766

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.599** | |

**Nonpriority creditor's name and mailing address**

**Candinale Way Motors Inc.**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.600** | |

**Nonpriority creditor's name and mailing address**

**Canva**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.601** | |

**Nonpriority creditor's name and mailing address**

**Canvas Cultures**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.602** | |

**Nonpriority creditor's name and mailing address**

**Capital Premium Financing Inc.**
P.O. Box 660232
Dallas, TX 95266

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,801.62 |
| --- | --- | --- | --- |
| | **Capitol Food Company**<br>**PO BOX 6629**<br>**Pasadena, CA 91199-2347** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __2347__ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,638.88 |
| --- | --- | --- | --- |
| | **Capitol Machine Co.**<br>**1642 E. Edinger Ave.**<br>**Unit A**<br>**Santa Ana, CA 92705-5002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Car SPA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Cardinal Path LLC**<br>**515 N. State,**<br>**22nd Floor**<br>**Chicago, IL 60654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Careers In Food**<br>**195 Raymond Hill Rd**<br>**Suite D**<br>**Newnan, GA 30265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,195.50 |
| --- | --- | --- | --- |
| | **Cargo Express Freight Corp**<br>**PO Box 9889**<br>**Anaheim, CA 92812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carl Lehman**<br>**1111 N. Kenmore Ave.**<br>**Apt 304**<br>**Los Angeles, CA 90029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 148 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla Del Aguila**
**1706 Jefferson Ave**
**scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla Ruvalcaba**
**1609 W Ball Rd 6**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carla Tovar**
**303 N Rose St**
**Apt 2**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlita Pereira**
**184 Village**
**Taylor, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Aguilar**
**3410 South Main Street**
**Unit H7**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Alvarado**
**13916 Lomitas Ave**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Botello**
**1947 W. Tedmar Ave.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document      Page 149 of 675

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Cuchijay**
**2333 Lewis Street**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Duarte**
**203 E Grevillea Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos G Sandoval**
**1582 W Ball Rd**
**#15**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Godoy**
**3912 Mission Blvd.**
**Unit 4**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Hernandez**
**1241 North East St**
**Spc #28**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Hernandez**
**32951 Sandalwood Ln**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Ibarra Lopez**
**9234 Palm St.**
**#F**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Larios**
323 N Bush St
#B
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Lopez**
722 S Main Ave
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Lopez Barrios**
431 S Hesperia St
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Morales**
171 Winter St
#171
Pittston, PA 18640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Perez Jimenez**
410 South Clementine St
Apt 106
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Perez Velez**
166 Tompkins St
Pittston, PA 18640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlos Ramirez**
1611 East 6th St
Santa Ana, CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 151 of 675

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Rodriguez**
7101 9th Street
Apt 12
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Saminez Bocel**
657 N Chippewa
Apt 81
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carmen Bernal**
15962 S Myrtle Ave
#1
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carmen Elena Maldonado Cruz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carmen Hernandez**
613 South Matilda St
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carmen Medina**
2123 E. Westport Dr. #7
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carmen Pena Razo**
1261 North Placentia Ave
Apt 107
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carneros Inn** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carnivore Snax** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carolina Atilano** | ☐ Contingent | |
| | **3002 W Elder Ave** | ☐ Unliquidated | |
| | **Santa Ana, CA 92704** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carolina Edge** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carolina Granados** | ☐ Contingent | |
| | **1327 W. Civic Center Dr.** | ☐ Unliquidated | |
| | **Apt 8** | ☐ Disputed | |
| | **Santa Ana, CA 92703** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Carolina Zavala** | ☐ Contingent | |
| | **501 E Katella Ave.** | ☐ Unliquidated | |
| | **#14A** | ☐ Disputed | |
| | **Orange, CA 92867** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Caroline Tinoco** | ☐ Contingent | |
| | **3560 Van Wig Ave** | ☐ Unliquidated | |
| | **Baldwin Park, CA 91706** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cascade Labs Inc**
**101A Clay St # 126**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casey Klimasiewfski**
**520 Delaware Ave**
**#3**
**Olyphant, PA 18447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catalina Express**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Catalino Tun Jeatz**
**326 N Valley St**
**#1**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,234.02 |
|---|---|---|---|

**Catapult Print and Packaging LLC**
**5945 Hazeltine National Dr**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ccof Certification Services, Llc**
**2155 Delaware Ave.**
**Ste. 150**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cebrina Chamorro**
**712 S Gilbuck Dr**
**Anahiem, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

**3.652**    Nonpriority creditor's name and mailing address

**Ceccaci Lift Truck Services**
**dba C.L.T.S Inc**
**949 Underwood Road**
**Olyphant, PA 18447**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.653**    Nonpriority creditor's name and mailing address

**Ceiling Ease Cleaning**
**8502 E Chapman Ave #148**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.654**    Nonpriority creditor's name and mailing address

**Celia Martinez Bautista**
**3161 W Ball Rd**
**Apt 116**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.655**    Nonpriority creditor's name and mailing address

**Celin Gamez**
**329 E Elm St**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.656**    Nonpriority creditor's name and mailing address

**Celina Mayllazhungo**
**913 Pittston Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.657**    Nonpriority creditor's name and mailing address

**Certified Laboratories Of CA**
**65 Marcus Drive Dept. SCA**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,903.00**

---

**3.658**    Nonpriority creditor's name and mailing address

**Certified Tire And Service**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Beltre**
**619 Prospect Ave**
**#D3**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Cruz**
**201 N East St**
**# 26**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Diaz**
**801 N Janns St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Diaz**
**2109 W Romneya Dr**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Lopez**
**108 W. Wilken Way**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Martinez**
**7381 Franklin Street**
**#C**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Martinez Zapien**
**10441 Miranda Ave**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Matus**
**150 W. Foothill Blvd.**
**Unit 150**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Medina**
**801 S Fairview St**
**#M2**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Ramales**
**6462 Rostrata Ave**
**Unit 101**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Rios**
**509 N Sabina St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Sanchez**
**1262 E Sycamore St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cesar Toledo**
**1563 West Ball Road**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CFC Lloyds Of London**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Chandler Regets**
**7446 El Centro Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Chanel Gutierrez**
**156 North Muller Street**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Chanry Saron**
**5703 Cherry Avenue**
**Apt A9**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,880.00 |
| --- | --- | --- | --- |

**Chapman and Cutler LLP**
**1270 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Counsel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,250.00 |
| --- | --- | --- | --- |

**Chargebee Inc**
**340 S Lemon Ave**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Charisma Crafts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Charlene Ramirez**
**12415 Viarna St**
**cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charles Doyle**
605 S Boxwood St.
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charles Reyes**
1590 W Palm Ln
#10
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charles S Whiting Iii Dba**
The Mayhem Pro
159 Avocado St.
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charles Villezcas**
23067 Vought St
Moreno Valley, CA 92553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,647.00 |
| --- | --- | --- | --- |

**Charles W. Grimm Construction, Inc**
PO Box X
Waymart, PA 18472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charles Wences**
13145 Casa Linda Ln
Apt 16C
Garden Grove, CA 92844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Charley Velazquez**
207 E Leatrice Ln #2
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlie Barrera**
**206 South Main Street**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlie Gomez**
**11651 Stanford Avenue**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlotte Bellinger**
**2100 West 93rd Street**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chase Gill**
**7811 Shaffer Cir**
**#1**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chase Steward**
**3990 Zion Lane**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chasin Foods**
**6818 Watcher Street**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ChatGPT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address**<br>**Cheapo Air**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address**<br>**Checksforless**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address**<br>**Chef Elyser**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address**<br>**Chef Ryan**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.698 | **Nonpriority creditor's name and mailing address**<br>**Chefs Toys**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address**<br>**Chelsea Russell**<br>**9091 Mediterranean Drive**<br>**Huntington Beach, CA 92646**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.700 | **Nonpriority creditor's name and mailing address**<br>**Chesapeake Spice Co., LLC**<br>**PO Box 6129**<br>**Hermitage, PA 16148-0922**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,593.42 |

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chevron**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chibuzo Obiefuna**
**738 S. Ogden Dr #201**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chicago Metallic Bakeware**
**417 E. Water St**
**Urbana, OH 43078**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chick-Fil-A**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,502.46 |
|---|---|---|---|

**Chilemar Inc**
**261 West Pomona Blvd**
**Monterey Park, CA 91754**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chino Commercial Bank**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chloe Ramirez**
**9509 Loch Avon Dr.**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Alcantar**
**10426 San Vincente Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Carretero**
**10401 Gothic Avenue**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Chavez**
**144 S Westchester Dr #13**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Dettore**
**359 Fern St**
**Freeland, PA 18224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Gilbert**
**1834 W Glencrest Ave**
**#B**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Rivera**
**3019 W Edinger Ave**
**#F**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian A. Ochoa Orozco**
**10930 Garfield Ave**
**Apt 363**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Duran**
**212 South Kraemer Blvd**
**Unit 2610**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Gomez**
**14551 Taft Street**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Gutierrez**
**2210 E Blanchard Ave**
**#U108**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Huerta**
**2635 Greenborough Place**
**West Covina, CA 91792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Marseilles**
**1142 W North St.**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Molina**
**3429 W Rome Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Morales**
**117 W Wilson Ave**
**#5**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Nealey**
3332 Racine Drive
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Ochoa Orozco**
10713 Western Ave
Apt 201
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Ortiz**
118 W Mountain View Ave
Apt 1
La Habra, CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Pando**
2246 Parkside Avenue
Unit 302
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Reynolds**
1238 East Oak Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christian Trujillo Ortiz**
2454 W Orangethorpe Ave
#142
Fullerton, CA 92832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Christina Buchanan**
11853 Cyclops Street
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christina Lujan**
2627 N. Bourbon St.
#82
Orange, CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christina Pacheco**
914 S Arden Pl
#2
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christine Beransen**
499 Mulberry St
Apt 404
Scranton, PA 18503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Africa**
141 West Ridge St
Nanticoke, PA 18634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Alonso**
13102 Partridge Street
Spc.66
Garden Grove, CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Baez**
16343 Sierra Street
Fountain Valley, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Boothe**
54-2470 Headon Forest Dr
Burlington, ON L7M3X4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher Brown**<br>**478 E 55th St**<br>**Long Beach, CA 90805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher Caprio**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher Castaneda**<br>**2140 West La Palma Avenue**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher Dukes**<br>**3444 West Olinda Lane**<br>**#7**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher Gomez**<br>**224 E Clifton Ave**<br>**Apt**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher J Gilbert** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christopher J Loysen**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher James Bechtold**
**13636 Hammer Ave**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lara Alvarado**
**150 North East Street**
**Apt 201**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Loysen**
**539 Linden St**
**Scranton, PA 18503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lundin**
**200 South Raymond Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Matua**
**3106 Topaz Lane**
**Apt B**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Mccall**
**1829 Cedar Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Mike Valles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christopher Quevedo**
**12092 Adrian Street**
**Apt 5-202**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Christopher Sistrunck**
**2603 East Ball Road**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chubb/Federal**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chuckwalla Valley**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chudnovsky Law**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Church Brothers, Llc**
**P.O. Box 509**
**Salinas, CA 93902-0509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cichi Lll**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Cuadros**
927 S Trident St
Apt 2
Anaheim, CA 92804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Guzman**
14298 Sandcastle Ct
Moreno Valley, CA 92553

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Mislang**
10415 Chaney Ave
Downey, CA 90241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cindy Rieder**
3617 Winfield Ave
Moosic, PA 18507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cinepolis Ca**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,300.89 |
|---|---|---|---|

**Cintas Fire Protection**
PO Box 636525
Cincinnati, OH 45263-6525

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Ciranda, Inc**
708 2nd Street
Hudson, WI 54016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Circle K**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |

**Circle Logistics Inc.**
**PO Box 8067**
**Fort Wayne, IN 46898-8067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Citgo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City Market**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City Of Anaheim**
**PO Box 3222**
**Anaheim, CA 92803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Hermosa Beach Police Dept**
**540 Pier Avenue**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of North Las Vegas**
**134107 Fire Line**
**P.O. Box 360118**
**North Las Vegas, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of North Las Vegas**
**134108 Fire Line**
**P.O. Box 360118**
**North Las Vegas, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of North Las Vegas**
**134109 Irrigation**
**P.O. Box 360118**
**North Las Vegas, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of North Las Vegas**
**134110 Water/Sewage/Garbage**
**P.O. Box 360118**
**North Las Vegas, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of North Las Vegas**
**134111 Water/Sewage**
**P.O. Box 360118**
**North Las Vegas, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Of Santa Monica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ciuti International Inc**
**10865 Jersey Blvd**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarice Diaz**
**601 Deacon St**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|--------|-----|------|-----|
| | Name | | |

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Classpass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia A Garcia**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Briceno**
**320 W Vermont Ave**
**Apt 107**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Campos**
**412 North Claudina Street**
**Apt 5**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Escalante**
**22335 S Vermont Ave**
**Spc 31**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Garcia**
**2077 S Jetty Dr.**
**#2**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Serrato**
**1840 S Curtis Ave**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudio Inga**
521 Pittston Ave
#2
scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudio Mola Paulino**
633 Costello Ct
Scranton, PA 18510-1716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudy De Leon Penalonzo**
225 South Rio Vista Street
Apt 89
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clean Freak**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clean Safety Inc.**
2235 E Francis St
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cleanitsupply.Com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ClearCo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ClearMe.com** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cloudflare** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cloudways** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Club Backdrops** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Clyde Strausbaugh** | ☐ Contingent | |
| | **1500 Main St** | ☐ Unliquidated | |
| | **Pittston, PA 18641** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CM Process Solutions** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Coating Solutions Inc.** | ☐ Contingent | |
| | **13525 Fenway Blvd N** | ☐ Unliquidated | |
| | **Hugo, MN 55038** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Brubaker**
1300 S Figueroa St
#416
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Ross**
2363 W Mall Ave
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coextruded Plastic Technologies
Inc dba CPT Inc**
3706 Enterprise Drive
Janesville, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cold Box, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cold Star**
3640 Francis Ave
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033,516.59 |
|---|---|---|---|

**ColdTrack**
145 Talmadge Rd #4
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Morris-McAuliffe**
213 East Madison Ave
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806**
Nonpriority creditor's name and mailing address
**Cole Plejdrup**
**4170 View Park Drive**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.807**
Nonpriority creditor's name and mailing address
**Cole-Parmer**
**13927 Collections Center Drive**
**Chicago, IL 60693-0139**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.808**
Nonpriority creditor's name and mailing address
**Cole-Parmer Instrument**
**Company LLC**
**13927 Collections Center Dr**
**Chicago, IL 60693-0139**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.809**
Nonpriority creditor's name and mailing address
**Collen Simpson**
**518 N Main Ave**
**Scranton, PA, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810**
Nonpriority creditor's name and mailing address
**Colliers Parrish International**
**PO Box 735236**
**Dallas, TX 75373-5236**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
Nonpriority creditor's name and mailing address
**Colonnade Capital Management LLC**
**29 Valley Drive**
**Suite 3000**
**Greenwich, CT 06831**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
Nonpriority creditor's name and mailing address
**Color Zone Designs**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorexa USA Corporation**
810 SE 8th Ave
Suite C
Deerfield Beach, FL 33441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comair**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.89 |
|---|---|---|---|

**Comcast / Xfinity (PA Apartment)**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast / Xfinity (PA House)**
PO Box 70219
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.25 |
|---|---|---|---|

**ComLock Security**
302 W. Katella Ave
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comlock Security Group Inc**
dba Commercia
302 W Katella Ave
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Commercial Contracting Services, LLC**
125 Import Rd
Pittston Township, PA 18640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Common Desk**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,069.38 |

**Common Thread Collective, Inc.**
66 W Flagler St
Suite 900 - #2039
Miami, FL 33130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Compliancesigns.Com**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Comptroller State of New York**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Concepcion Orellana De Torres**
1154 West Locust Ave
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Concur Technologies, Inc.**
601 108th Avenue NE
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Confirmation.com**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connie You**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Saunders**
**6918 Dale Street**
**Buena Park, CA 90620**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Tembrock**
**West Alomar Ave 1608**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Consolidated Medical**
**Bio-Analysis**
**10700 Walker Street**
**Cypress, CA 90630**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constant Contact**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Container Store**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Control Point, Llc**
**4280 Night Star Street**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cook Unity**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cool Indulge**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Copita SaUSAlito**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corinne Montiel**
**10842 Inez Street**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cornell Flagg**
**801 N Loara St**
**#149**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corrine Santoscoy**
**14602 Dalwood Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

3.841 **Nonpriority creditor's name and mailing address**

**Cort Business Services Corp.**
**PO BOX 17401**
**Baltimore, MD 21297-1401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.842 **Nonpriority creditor's name and mailing address**

**Cortderro Frazier**
**3070 East Frontera St**
**Anaheim, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.843 **Nonpriority creditor's name and mailing address**

**Cosmos Event Rentals**
**1773 West Lincoln Ave**
**Suite S**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.844 **Nonpriority creditor's name and mailing address**

**Cosmos Health Solutions, Llc**
**2973 Harbor Blvd - 150**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.845 **Nonpriority creditor's name and mailing address**

**Costa**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.846 **Nonpriority creditor's name and mailing address**

**Costco**
**15330 Fairfield Ranch Rd #K**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.847 **Nonpriority creditor's name and mailing address**

**Country Eggs, Llc**
**10757 Lincoln Road**
**Lucerne Valley, CA 92356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**County Of Orange**
**Attn: Treasurer- Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**County Wide Septic Llc**
**12523 Limonite Ave.**
**Ste. #440**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Courtney Ward-Tyson**
**2000 River Ave**
**#432**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,434.50 |
|---|---|---|---|

**Coyle Strapping & Supply Inc**
**1070 Lousons Road**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $482.30 |
|---|---|---|---|

**Cozzini Bros**
**8430 W. Bryn Mawr Ave**
**Suite 800**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Craigslist**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Crane Stationary**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 183 of 675

| | | | |
|---|---|---|---|
| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Crate & Barrel** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Create-A-Party** | ☐ Contingent | |
| | **428 Berry Way** | ☐ Unliquidated | |
| | **Brea, CA 92821** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Creditors Adjustment Bureau Inc** | ☐ Contingent | |
| | **4340 Fulton Avenue** | ☐ Unliquidated | |
| | **(3rd Floor)** | ☐ Disputed | |
| | **Sherman Oaks, CA 91423** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Crimson Chemicals, Inc.** | ☐ Contingent | |
| | **3136 Joyce Drive** | ☐ Unliquidated | |
| | **Fort Worth, TX 76116** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Crismely Villanueva** | ☐ Contingent | |
| | **253 Wyoming St** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18705** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Cristal Valerio** | ☐ Contingent | |
| | **410 S Harbor Blvd** | ☐ Unliquidated | |
| | **Apt G** | ☐ Disputed | |
| | **Fullerton, CA 92832** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Cristian Aguilar Perez** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV     Doc 36     Filed 08/19/24     Entered 08/19/24 17:19:02     Desc
Main Document          Page 184 of 675

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cristian Alonso**
**1920 West Culver Ave**
**Unit 320**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cristian E Aguilar Perez**
**300 W. 2nd St**
**#266**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cristian Munoz**
**410 East 68th St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cristian Rodriguez**
**2237 South Towner St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,611.56 |

**Criteo Corp**
**PO BOX 392422**
**Pittsburgh, PA 15251-9422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Criticalcss**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Crunchbase**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cruz Moreno**
**325 North Jackson Street**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crystal Martinez**
**1030 W. MacArthur Blvd Unit115**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crystal McCrae**
**325 N Kodiak St**
**Unit B**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crystal Pacheco Gomez**
**1071 S Clifpark Cir**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ct Race Tires**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,632.00 |
|---|---|---|---|

**CTL Printing**
**1741 W Lincoln Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cucina Alessa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,738.04** |
|---|---|---|---|

**Culinary Innovation Llc**
**1202 McGaw Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|

**Culligan Water Conditioning**
**PO Box 90**
**Endicott, NY 13760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cuper Olivares**
**2950 West Lynrose Drive**
**Apt J-4**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Custom Art 4U**
**1222 La Verde Lane**
**San Marcos, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,811.27** |
|---|---|---|---|

**Custom Produce Sales**
**PO Box 977**
**Kingsburg, CA 93631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Customink**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CVS**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Cynthia Chavez**
811 W Romneya Dr
Apt 17
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Cynthia Rodriguez**
5950 Loveland St
Apt I
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**D&D Wholesale Distributors Inc.**
777 Baldwin Park
City of Industry, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Damian Vasquez**
1051 Primrose Lane
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Damon Bradford**
6821 Groves Street
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Dan Chan**
2000 W. Glenoaks Ave.
Apt. 65
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Dana Watson**
1531 West 7th Street
Unit 104
Upland, CA 91786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 188 of 675

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**3.890**

Nonpriority creditor's name and mailing address
**Danauris Santana**
**317 South Main St**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891**

Nonpriority creditor's name and mailing address
**Dang Her**
**2832 E Randy Ave**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892**

Nonpriority creditor's name and mailing address
**Danica Patrick - Influencer**
**2000 Avenue of the Stars**
**Los Angeles, CA 90067**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893**

Nonpriority creditor's name and mailing address
**Daniel Alo**
**600 West 3rd Street**
**Apt 208**
**Santa Ana, CA 92701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.894**

Nonpriority creditor's name and mailing address
**Daniel Beltran**
**2327 West Valencia Drive**
**Fullerton, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895**

Nonpriority creditor's name and mailing address
**Daniel Carlos**
**412 N Valley**
**#1**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.896**

Nonpriority creditor's name and mailing address
**Daniel De La Torre**
**9541 Maureen Dr**
**#C**
**Garden Grove, CA 92841**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Garcia**
**1251 Deerpark Dr**
**#71**
**Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Gomez**
**1015 W Arlington Ave**
**Apt. A**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Good**
**176 Garth Road**
**Apt. 4N**
**Scarsdale, NY 10583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Guillen**
**4801 W. 1St Street**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Lee**
**1906 Applewood Acres**
**South Abington Township, PA 18411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Lopez**
**103 South Everett**
**#1**
**Scranton, PA 18504**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Maldonado**
**19319 E Greenhaven St**
**Covina, CA 91722**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Martinez**
**10251 Fern Ave.**
**Apt. 423**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Mclean**
**634 Prescott Ave**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Navarro**
**165 N Citrus Ranch Rd**
**#202**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Ortega**
**137 Delano St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Padilla**
**4982 N Mayfield Ave**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Paniagua**
**11089 Cynthia Circle**
**#28**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Perez**
**2448 E. 126 St**
**#101**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Ponce**
1014 S Newhope St
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Romig**
7822 Trinity Lane
La Palma, CA 90623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Severino**
513 Center St
#2
Dunmore, PA 18512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Villa**
12712 Anabel Ave
Garden Grove, CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniela Flores**
14386 Disney Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniella Maxwell**
4200 Park Newport
#209
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danielle Baldino**
91 Walnut St
Building 26 Apt 4
Toms River, NJ 08753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Danny Chen**
**12756 Alchester Street**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Danny Garcia**
**616 North Rose St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Danros, Llc**
**255 S. Euclid Street**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Danyale Haley**
**1541 N Highland Ave**
**Unit B**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Darian Rodriguez**
**1165 Minerva Ct**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Darien Mom**
**PO Box 16145**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Daring Foods**
**1209 N Orange St**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darius Carr**
1630 S. Hampstead St.
#D
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darlveun Nolan**
8731 La Salle St
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darnell Bennett**
1724 W 65th St
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darrell Woodall**
710 N Cliveden Ave
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dashawn Hogan**
744 Willow St
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dat Nguyen**
7712 Eileen St
Stanton, CA 90680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dataun Johnson**
1325 N Western Ave
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davian Alava**
405 E Imperial Hwy
#456
Los Angeles, CA 90061

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davianny Nin**
112 S Main Ave
#2
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Belford**
127 Union Jack Mall
Marina Del Rey, CA 90292

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Camarena**
1619 W. Crescent Ave.
#C12
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Carmona Maza**
373 S River St
#1
Wilkes Barre, PA 18702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Gutierrez**
8351 August Dr.
Anaheim, CA 92804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Khoutsavanh**
2550 E Underhill Ave
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Medrano**
**1030 W. MacArthur Blvd**
**#149**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Mendoza**
**1756 West Glen Avenue**
**Apt 2**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Nava Godinez**
**2925 Mendoza Dr**
**#A**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Norman Keith Thomson**
**148 S Roxbury Dr #3**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Ornelas**
**1627 E. Elm St**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Ortiz**
**155 South Angelina Dr.**
**#B214**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Pitts**
**13680 Alderwood Ln**
**#78E**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **David Rodriguez**<br>**408 N Philadelphia St**<br>**Anaheim, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | **David Steinbach**<br>**61080 Manhae Loop**<br>**Bend, OR 97702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **David Toliver**<br>**4156 South Budlong Ave**<br>**Los Angeles, CA 90037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **David Topete**<br>**14509 S Corlett Ave**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Davide Gonzalez**<br>**115 Main St**<br>**#3A**<br>**Childs, PA 18407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Davidson Provision**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Davion Davis**<br>**914 W Locust St**<br>**Scranton, PA 18504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davion Irving**
**622 Alder Street**
**Rear 1L**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davyon Andrews**
**2110 Highpointe Dr**
**Apt 207**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dawn Lee**
**1137 PA 307**
**Factoryville, PA 18419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dayan Vasquez**
**801 North Loara Street**
**Apt 135**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dayllen Mauro**
**1009 North Hermosa Dr**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daymark Safety Systems**
**12836 South Dixie Highway**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daysi Cortes**
**21600 Bloomfield Avenue**
**Apt 31**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960**

**Nonpriority creditor's name and mailing address**
**De La Riva Construction, Inc.**
**421 E Commercial St.**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.961**

**Nonpriority creditor's name and mailing address**
**De'Quan Brown**
**710 South Beach Blvd**
**Anaheim, CA 92804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.962**

**Nonpriority creditor's name and mailing address**
**Dean Leach**
**2510 w. Glencrest Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.963**

**Nonpriority creditor's name and mailing address**
**Dean Paul**
**1565 Avenida Selva**
**Fullerton, CA 92833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.964**

**Nonpriority creditor's name and mailing address**
**Deborah Misikei**
**124 S Laxore St**
**Apt C**
**Anaheim, CA 92804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.965**

**Nonpriority creditor's name and mailing address**
**Decal Application Corp.**
**PO BOX 893099**
**Temecula, CA 92589**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966**

**Nonpriority creditor's name and mailing address**
**Decal Spec**
**7372 Walnut Ave**
**Ste E**
**Buena Park, CA 90620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deen Altawil**
23203 Pintado
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deen Said Altawill**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deep Sea Wholesale**
15301 S Blackburn Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deepsurplus.Com**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deidre Payne**
7112 Fenway Drive
#16
Westminster, CA 92683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deion Ross**
11925 E Centralia Road
Apt 203
Hawaiian Gardens, CA 90716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delante Nelson**
717 23rd St
Long Beach, CA 90806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,055.05 |
|---|---|---|---|

**Delaware Valley Packaging Group**
1425 Wells Dr
Bensalem, PA 19020

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delightful Quality Produce Company**
9875 S. Priest Dr.
Ste. 101
Tempe, AZ 85284

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dell**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dell Inc**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Air Lines**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta-One Software**
545 W. Lambert Rd #D
Brea, CA 92821

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deluxe**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Demetrio Aguayo**
**1115 N Liberty Lane**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Demetrio Roman**
**12262 Gilbert St**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Demetrius Grissom**
**168 Armstrong Way**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Demographics Pro**
**605 West Main Street**
**Suite 109**
**Carrboro, NC 27510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,975.00 |
|---|---|---|---|

**DeNaples Towing, Inc.**
**400 Mill Street**
**Dunmore, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denault Hardware**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennes Woolsey**
**1770 W Neighbors**
**Apt 4**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Dennis Long**
539 Linden St
Scranton, PA 18503

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Denny Flores**
1412 Academy St
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Denny Rosas**
802 E. Pine St
Apt 2
Santa Ana, CA 92701

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Denver Modern**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Denzel Samuelu**
13842 McMains Street
Garden Grove, CA 92844

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Dept Of Food & Agriculture**
Meat, Poultry and Egg Safety Branch
1220 N. Street
Sacramento, CA 95814

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Derek Garcia**
12071 Laguna St
#3
Garden Grove, CA 92840

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Derek Gioia** | ☐ Contingent | |
| | **8729 Nightingale Avenue** | ☐ Unliquidated | |
| | **Fountain Valley, CA 92708** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Derek Zamora** | ☐ Contingent | |
| | **2308 Summit Pointe** | ☐ Unliquidated | |
| | **Scranton, PA 18508** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Desi Vega** | ☐ Contingent | |
| | **840 West La Jolla Street** | ☐ Unliquidated | |
| | **Placentia, CA 92870** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Desiree Lovelady** | ☐ Contingent | |
| | **4972 Red Bluff Rd.** | ☐ Unliquidated | |
| | **Riverside, CA 92503** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Desiree Mack** | ☐ Contingent | |
| | **410 South Clementine St** | ☐ Unliquidated | |
| | **Apt 205** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Desiree Valera** | ☐ Contingent | |
| | **13963 Dunton Drive** | ☐ Unliquidated | |
| | **Whittier, CA 90605** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Destinee Arrenaviz** | ☐ Contingent | |
| | **200 Delano Street** | ☐ Unliquidated | |
| | **Apt 4** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Destiny Koehler**
**12 Via Serena**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Destiny Lopez**
**2621 Harbor Blvd**
**#D 7**
**Costamesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Destiny Vargas**
**528 N. Pauline St**
**#4**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$511.41** |
| --- | --- | --- | --- |

**Detectamet Inc.**
**5111 Glen Alden Drive**
**Henrico, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,026.48** |
| --- | --- | --- | --- |

**Devault Refrigeration**
**731 Wambold Road**
**Souderton, PA 18964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$745.00** |
| --- | --- | --- | --- |

**Dewey Pest Control - Anaheim**
**P.O.Box 7114**
**Pasadena, CA 91109-7214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$490.00** |
| --- | --- | --- | --- |

**Dewey Pest Control - Penhall**
**P.O. Box 7114**
**Pasadena, CA 91109-7214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deyvi Pina-Alcantara**
**188 Robert St.**
**Nanticoke, PA 18634**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dialpad**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diamond Sharp**
**513 Mercury Lane**
**Brea, CA 92821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diana Palacios Guevara**
**1530 S. 9th Street**
**Anaheim, CA 92802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diana Sanchez**
**1530 9th Street**
**Anaheim, CA 92802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diego Flores Linares**
**404 1/2 E La Habra Blvd**
**La Habra, CA 90631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Diego Granados**
**17147 Barbee Ave.**
**Fontana, CA 92336**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Leon**
**1000 N. Magnolia Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Morales**
**409 East Adele Street**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Raxhuleu Godinez**
**8951 Pacific Ave**
**#B**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Ritchie**
**20612 Roseton Avenue**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diego Verdin**
**217 S Delano St**
**Apt 1**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dielle Fernandes**
**288 North Olive St**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diesel Direct West LLC**
**3861 Duck Creek Drive**
**Stockton, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Digital River**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Digital Summit**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Digna Samaniego**
**517 Pittston Ave**
**#2**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dillion Layre**
**140 E Taylor Street**
**Taylor, PA 18517**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dinh Doan**
**3038 Associated Road**
**Apt 69**
**Fullerton, CA 92835**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dion And Sons, Inc**
**1543 W. 16th Street**
**Long Beach, CA 90813**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diplov Dahal**
**1136 W Blaine St. 201**
**Riverside, CA 92507**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Direct Energy Business, LLC**
**804 Carnegie Center**
**Princeton, NJ 08540**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**DISCOUNTSCH**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Disneyland**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Disqus**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**DMV**
**P.O. Box 942897**
**Sacramento, CA 94297-0897**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Docusign**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Dolce Wellness Spa**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dollar Tree**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domingo Garcia**
**985 Samar Court**
**Corona, CA 92880**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domingo Pedro**
**3175 Samuel Street**
**Riverside, CA 92504**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominic Herrell**
**750 N Bonita Ct.**
**Ontario, CA 91762**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominic Mam**
**1027 Gardenia Ave**
**Long Beach, CA 90813**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald Drayton**
**539 Linden St**
**Scranton, PA 18503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald Locklear**
**5427 E Keynote**
**Long Beach, CA 90808**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>4 | **Nonpriority creditor's name and mailing address**<br>**Donnell White**<br>**5409 Parmount Blvd**<br>**Long Beach, CA 90805** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>5 | **Nonpriority creditor's name and mailing address**<br>**Donovan Cruz**<br>**11802 Roxbury Rd**<br>**Garden Grove, CA 92840** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>6 | **Nonpriority creditor's name and mailing address**<br>**Donovan Elliott**<br>**1505 East Lincoln Ave**<br>**Anaheim, CA 92805** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>7 | **Nonpriority creditor's name and mailing address**<br>**Doordash**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>8 | **Nonpriority creditor's name and mailing address**<br>**Dora Orellana Osorio**<br>**22312 24th Avenue South**<br>**Des Moines, WA 98198** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>9 | **Nonpriority creditor's name and mailing address**<br>**Dorian Gibson**<br>**3625 Banbury Drive**<br>**Apt 16-L**<br>**Riverside, CA 92505** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,179.18** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105<br>0 | **Nonpriority creditor's name and mailing address**<br>**Dot Foods, Inc.**<br>**PO Box 854529**<br>**Minneapolis, MN 55485-4529** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95,406.10** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas Feeney**
**2001 Deerpark Drive**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas Flanders**
**1331 S Vine Ave Apt 47**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Dovetale.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DragonFrame**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Drew Nieto**
**1256 E. Willow St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Dropbox**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Drucilla Gauta**
**2133 W. Cris Ave.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duane Farrow**
**716 Flint Ave**
**Apt 19**
**Wilmington, CA 90744**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duesenberg-Seventh Street, Llc**
**1800 Avenue of the Stars**
**#1400**
**Los Angeles, CA 90067**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duke Energy**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dulce Santos**
**343 Adams Avenue**
**Scranton, PA 18503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dunkin Donuts**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dunn Edwards Paints**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dura Sourcing Inc.**
**15221 Fairfield Ranch Rd.**
**#130**
**Chino Hills, CA 91709**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Duracard** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,670.23** |
|---|---|---|---|
| | **DW Richards Sons Inc.** | ☐ Contingent | |
| | **701 Rocky Glen Road** | ☐ Unliquidated | |
| | **Moosic Boro, PA 18641** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Dylan Pike** | ☐ Contingent | |
| | **954 Katella St** | ☐ Unliquidated | |
| | **Orange, CA 92651** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Dylan Zimmerman** | ☐ Contingent | |
| | **8236 Hamilton Grn** | ☐ Unliquidated | |
| | **Buena Park, CA 90621** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$760.08** |
|---|---|---|---|
| | **Dynamic Conveyor Corp** | ☐ Contingent | |
| | **5980 Grand Haven Rd** | ☐ Unliquidated | |
| | **Norton Shores, MI 49441** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$622.49** |
|---|---|---|---|
| | **E A Champlin Lift Truck Repairs LLC** | ☐ Contingent | |
| | **1242 Winola Road** | ☐ Unliquidated | |
| | **Clarks Summit, PA 18411** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **E Bostic** | ☐ Contingent | |
| | **325 Plymouth Ave** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**E Caballero**
**515 s. knott avenue apt. 101**
**1821 west bernardy place**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**E-Business International, Inc**
**4365 Route 1 South**
**Suite 212**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,132.50** |
|---|---|---|---|

**E.K. Martin & Sons Inc**
**dba Martin's Quality Eggs**
**25 Wissler Rd**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,999.07** |
|---|---|---|---|

**Eanet PC**
**550 S. Hope St,**
**Suite 750**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Earth Class Mail**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**eBay**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Echo Global Logistics Inc.**
**600 W. Chicago Ave**
**Suite 725**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes **

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,302.00** |
| --- | --- | --- | --- |

**Echo Lake Foods Inc**
316 W. Grove St
Burlington, WI 53105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,280.24** |
| --- | --- | --- | --- |

**Ecko Ice Products**
1320 South Baker Ave.
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1081 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,439.55** |
| --- | --- | --- | --- |

**Ecko Products Group**
740 S Milliken Ave., A,B,C
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1082 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143,284.84** |
| --- | --- | --- | --- |

**Eco Food Pak , Inc.**
15578 Hellman Avenue
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1083 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,763.78** |
| --- | --- | --- | --- |

**Ecolab**
P.O. BOX 100512
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1084 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ecolab Food Safety Specialties**
24198 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1085 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,478.36** |
| --- | --- | --- | --- |

**EcoLab Pest Elimination Division**
26252 Network Place
Chicago, IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Ecompressedair**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Economic Group Pension Services, Inc.**
**PO Box 54**
**Franklin Square, NY 11010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Economy Rentals**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Ed Tucker**
**168 Second St.**
**#168**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**EDD**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Eddie Altamirano**
**1 Oak St**
**Apt B**
**Hudson, PA 18705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Edgar Arellano**
**710 S Dorchester**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edgar Mendoza**
**2307 E Ball Rd**
**Apt 442**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edgar Torres**
**1057 S Verde St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edible Arrangements**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edilberta Solano**
**555 E Harrison Ave.**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edith Gonzalez Nunez**
**4512 1/2 E Linsley St**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edmundo Barragan Figueroa**
**2318 W Orangethorpe Ave**
**Apt 21**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.109 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Edmundo Vazquez**
**306 North Vine**
**Apt A**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Casarrubias**
**1836 West Gramercy Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Chavez**
**9812 Cockatoo Lane**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Marin**
**2852 W Lincoln Ave**
**Apt C**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Ocampo**
**13671 Hazel St**
**Garden Grove, CA 92844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Ortiz Garcia**
**230 West 11th Street**
**San Bernardino, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Perez**
**8021 8th street**
**Buena park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo Priego**
**709 S Neptune**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eduardo Trejo**
**2401 N. Laird Street**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward & Sons Trading Co., Inc**
**P.O. Box 1326**
**Carpinteria, CA 93014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward McClain**
**3815 W 54th St**
**#3/4**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Padilla**
**615 Stoneybrook Drive**
**Apt. 347**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwin A Lopez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwin Bacho**
**1802 W. Neighbors Ave.**
**Apt. 1**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwin Banuelos**
**3912 Mission Blvd.**
**Unit 4**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Edwin Collazo** | ☐ Contingent | |
| | **1944 Washburn St** | ☐ Unliquidated | |
| | **Scranton, PA 18504** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Edwin Mejia** | ☐ Contingent | |
| | **211 San Felipe** | ☐ Unliquidated | |
| | **Pomona, CA 91767** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Edwin Palomino** | ☐ Contingent | |
| | **1362 N Mako Ln** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Edwin Sanchez** | ☐ Contingent | |
| | **1945 W Tedmar** | ☐ Unliquidated | |
| | **Anaheim, CA 92804** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Edy Anuario** | ☐ Contingent | |
| | **116 South Kroeger Street** | ☐ Unliquidated | |
| | **Apt A** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **eFax** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.95** |
| | **eFax Corporate** | ☐ Contingent | |
| | **700 S. Flower St.** | ☐ Unliquidated | |
| | **Floor 15** | ☐ Disputed | |
| | **Los Angeles, CA 90017** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Efigenia Ocampo**<br>**13671 Hazel St**<br>**Garden Grove, CA 92844**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.112<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Efilemyforms**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Efrain Rodriguez**<br>**303 Moosic Heights**<br>**Avoca, PA 18641**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Ehaccp.Org**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Elba Hernandez**<br>**206 Vienna Dr**<br>**Santa Ana, CA 92703**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Eleazar Delgado**<br>**719 S Malden Ave**<br>**Fullerton, CA 92832**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**ELECTRIFY**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elemental Bottles**
16580 Harbor Blvd.
Ste  H
Fountain Valley, CA 92708

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elena Maldonado Cruz**
2821 Birney Ave
Scranton, PA 18505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elena Ovando**
841 W La Habra Blvd
Apt. B105
La Habra, CA 90631

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eli Gardner**
20814 Seine Ave
#A
Lakewood, CA 90702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eli Santiago**
288 S Wilkes Barre Blvd
Wilkes-Barre, PA 18702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elia Vela**
302 E. Broadway
#204
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eliana Alvarez**
2215 W Broadway
Apt 323
Anaheim, CA 92804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elias Robles IV**
14347 Ibex Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eliezer Villa**
1300 Luzerne St
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Zuniga**
13233 Bechard Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elis Morais**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eliseo Banuelos**
629 S Sherrill St
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eliseo IV Genera**
14828 Cameo Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elite Spice Inc.**
7151 Montevideo Road
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elite Window Tinting**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** |

**Elizabed Salgado**
**1100 N. Acacia St.**
**#14**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** |

**Elizabeth Cabanas**
**951 E Greenwood Ave**
**La Habra, CA 90631**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** |

**Elizabeth Cruz**
**1205 Stanford St**
**Apt A**
**Santa Ana, CA 92701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** |

**Elizabeth Frias**
**2001 E Santa Fe Ave.**
**Fullerton, CA 92831**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** |

**Elizabeth Juarez**
**10422 Fern Ave**
**Apt 1**
**Stanton, CA 90680**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** |

**Elizabeth Porter**
**2545 W Green Acre Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1149 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elizabeth Rendon**
**2110 S. Lewis St.**
**Ste. 107**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1150 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elizabeth Roman Guzman**
**13301 Fletcher St**
**Apt 1**
**Garden Grove, CA 92844**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1151 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elizabeth Webster**
**16762 Viewpoint Lane**
**Apt 4**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1152 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elmer Sanchez**
**626 Hickory St**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1153 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eloisa Garcia**
**145 S. Western Ave.**
**Apt. 235**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1154 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elona Brando**
**12065 Eddleston Drive**
**Porter Ranch, CA 91326**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.1155 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elpidio Hernandez**
**621 E Vermont ave**
**#B**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.115 6 | **Nonpriority creditor's name and mailing address**<br>**Elsa Astrid Shultz**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.115 7 | **Nonpriority creditor's name and mailing address**<br>**Elsa Schultz**<br>**27675 Bahamonde**<br>**Mission Viejo, CA 92692-3233**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.115 8 | **Nonpriority creditor's name and mailing address**<br>**Elvia Magana De Cervantes**<br>**2370 Locust Ave**<br>**Long Beach, CA 90806**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.115 9 | **Nonpriority creditor's name and mailing address**<br>**Elvia Miranda**<br>**13248 2nd Street**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.116 0 | **Nonpriority creditor's name and mailing address**<br>**Elyan Rodriguez**<br>**1009 Remington Ave**<br>**Scranton, PA 18505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.116 1 | **Nonpriority creditor's name and mailing address**<br>**Emaan Teli**<br>**7949 Poinsettia Dr**<br>**Buena Park, CA 90620**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.116 2 | **Nonpriority creditor's name and mailing address**<br>**Emanuel Jones Jr.**<br>**1900 Pacific Avenue**<br>**APT 3203**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 227 of 675

| 3.116 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ember**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Embroidery Unlimited**
2366 E Orangethorpe Ave
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$768.00** |
|---|---|---|---|

**Emergency Power Controls, Inc.**
P.O. Box 545
Yorba Linda, CA 92885

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Emilee Wedell**
635 N. Chippewa ave
Apt 43
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Emilia Martinez Lopez**
10891 Marshall Lane
Garden Grove, CA 92840

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Emilio Estrada**
10251 Fern Avenue
Unit 323
Stanton, CA 90680

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Emilio Gentile**
506 South Revere St
Anaheim, CA 92805

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emilio Larwence Gentile**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emma Gutierrez Mendez**
821 North Janss Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emma Leticia Gutierrez Mendez**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmanuel Tomas**
2100 S La Brea Ave
Los Angeles, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmanuele Lozano**
1532 S Calle del Mar
Unit D
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emory Clay**
9249 E Rancho Park Pl
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enajae Cole**
6431 Los Robles Ave
Apt 5
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**England Logistics**
**1325 S. 4700 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enotense**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enrique Ramirez**
**404 1/2 E La Habra Blvd**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Entercon Operations**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enterprise Rent-A-Car**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Envato**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EOM Advisors LLC**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.118 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **EPAC LOS ANGELES dba EPAC FLEXIBLES** | ☐ Contingent | |
| PO Box 69553 | ☐ Unliquidated | |
| Baltimore, MD 21264-9553 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Epallet, Inc.** | ☐ Contingent | |
| 5115 Clareton Dr | ☐ Unliquidated | |
| Ste 200 | ☐ Disputed | |
| Agoura Hills, CA 91301 | | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Erewhon** | ☐ Contingent | |
| -- | ☐ Unliquidated | |
| --, -- -- | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Eric De La Cruz** | ☐ Contingent | |
| 300 North Rampart St | ☐ Unliquidated | |
| Apt 178 | ☐ Disputed | |
| Orange, CA 92868 | | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Eric Guerrero** | ☐ Contingent | |
| 168 N Muller St | ☐ Unliquidated | |
| Unit 308 | ☐ Disputed | |
| Anaheim, CA 92801 | | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Eric Lemos** | ☐ Contingent | |
| 3121 Quartz Lane | ☐ Unliquidated | |
| Apt. 1 | ☐ Disputed | |
| Fullerton, CA 92831 | | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.119 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Eric Manzo** | ☐ Contingent | |
| 22425 Devlin Ave | ☐ Unliquidated | |
| Hawaiian Gardens, CA 90716 | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

---

**3.119
1**

**Nonpriority creditor's name and mailing address**

**Eric Rolle**
**124 N Main Ave**
**Apt 20**
**Scranton, PA 18504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
2**

**Nonpriority creditor's name and mailing address**

**Eric Stone**
**986 Richmond Dr**
**#L3**
**Fort Collins, CO 80526**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
3**

**Nonpriority creditor's name and mailing address**

**Erick Andaya**
**3142 Topaz Lane**
**Apt B**
**Fullerton, CA 92831**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
4**

**Nonpriority creditor's name and mailing address**

**Erick Jimenez**
**281 South Welles St**
**Wilkes Barre, PA 18702**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
5**

**Nonpriority creditor's name and mailing address**

**Erickson Surfaces, Inc.**
**--**
**--, -- --**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
6**

**Nonpriority creditor's name and mailing address**

**Erik Aender Medina Zamarripa**
**1115 W. Broadway**
**Apt 3**
**Anaheim, CA 92805**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119
7**

**Nonpriority creditor's name and mailing address**

**Erik Escamilla**
**531 S La Veta Park Circle**
**#204**
**Orange, CA 92868**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _for notice purposes_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erik Leong**
**1750 West Romneya Drive**
**Apt 106**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erik Madrid**
**2642 West Lincoln Avenue**
**Apt 209**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erik Medina Zamarripa**
**1720 Capouse Ave**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erik Mendez**
**1221 North Dresden Place**
**Apt 6**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erika Cardenas**
**1008 West 3rd Street**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erika Estrada**
**1202 E Golden St**
**#D**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika Gutierrez**
**2863 West Lincoln Ave**
**Unit 158**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika Hernandez**
**1125 South Towner St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika M Estrada**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika Martinez**
**618 McKenna Court**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernest Packaging**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernesto Larios**
**1248 E. Broadway**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernesto Rubio De La Torre**
**8572 Thorpe Ave**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Peralta**
**301 S. Birch St**
**Apt 11**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Peter Ruiz**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Ruiz**
**602 S State College Blvd**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,613.50** |
|---|---|---|---|

**Ernst & Young Us Llp**
**P.O. Box 846793**
**Los Angeles, CA 90084-6793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eros Garcia Leger**
**345 S Main Ave**
**#1**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Errands 24/7**
**2C Liberty #320**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ervin Choc Tilom**
**1318 N Duran St**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 235 of 675

---

**3.1218**

**Nonpriority creditor's name and mailing address**
**Erylene Cooke**
**1801 Stafford Ave.**
**#10 AG**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1219**

**Nonpriority creditor's name and mailing address**
**Esha Research, Inc.**
**4747 Skyline Road St.**
**Ste 100**
**Salem, OR 97306**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1220**

**Nonpriority creditor's name and mailing address**
**Esmeralda Ramirez**
**7782 Adams Way**
**Buena Park, CA 90620**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1221**

**Nonpriority creditor's name and mailing address**
**Esmirna Castillo**
**328 N Citron St.**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1222**

**Nonpriority creditor's name and mailing address**
**Esperanza Rac Salazar**
**12861 West Street**
**Spc 63**
**Garden Grove, CA 92840**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1223**

**Nonpriority creditor's name and mailing address**
**Esperanza Reyes**
**410 N Lemon St**
**Apt 20**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1224**

**Nonpriority creditor's name and mailing address**
**Espresso Boutique**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.122 5 | |

**Nonpriority creditor's name and mailing address**
**Essex Food Ingredients, Inc**
**9 Lee Blvd**
**Frazer, PA 19355**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.122 6 | |

**Nonpriority creditor's name and mailing address**
**Esteban Aguilar**
**1188 Camino Del Sol**
**Perris, CA 92571**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.122 7 | |

**Nonpriority creditor's name and mailing address**
**Estefania Teran-Bravo**
**842 S Helena St**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.122 8 | |

**Nonpriority creditor's name and mailing address**
**Estela Alarcon de Memije**
**915 North Fairview St**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.122 9 | |

**Nonpriority creditor's name and mailing address**
**Esther Axtel dba ELA Properties LLC**
**4755 SR 438**
**Dalton, PA 18414**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.123 0 | |

**Nonpriority creditor's name and mailing address**
**Esti Foods LLC**
**275 Veterans Blvd**
**Rutherford, NJ 07070**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.123 1 | |

**Nonpriority creditor's name and mailing address**
**Ethan Burk**
**916 S. Boulder Pl**
**Anaheim Hills, CA 92808**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ethan Drury**
2140 S. Lewis St
#105
Anaheim, CA 92802

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ethicalhat Inc**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Etsy**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eulalio Guzman**
822 North Flower Street
Santa Ana, CA 92703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eulices Mendoza**
508 E Imperial Hwy
Unit A
Fullerton, CA 92835

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eunice Bendo**
2211 E Orangewood Ave
#276
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eva Gonzalez**
364 Upper Powderly St
Carbondale, PA 18407

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eva Loyola**
**8940 Pacific Ave**
**Apt A**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eva Torres Arevalo**
**6812 Malibu Dr.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eva Tsai**
**9809 Brightlea Drive**
**Vienna, VA 22181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Harris-Allen**
**619 Adams Avenue**
**#619**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evangelina Diaz Gaytan**
**12302 Firebrand St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evangelista Garcia**
**209 Ambrose St**
**Dunmore, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evaristo Canseco**
**2469 W Roberta Ave**
**Apt 27**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address**<br>**Evelyn C. Doyle**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.124 7 | **Nonpriority creditor's name and mailing address**<br>**Evelyn Castro**<br>**2101 Jackson Street**<br>**Apt. 2**<br>**Scranton, PA 18504**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.124 8 | **Nonpriority creditor's name and mailing address**<br>**Evelyn Champlin**<br>**5040 Via Helena**<br>**La Palma, CA 90623**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.124 9 | **Nonpriority creditor's name and mailing address**<br>**Evelyn Doyle**<br>**807 Belmont Ave**<br>**Long Beach, CA 90804**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.125 0 | **Nonpriority creditor's name and mailing address**<br>**Evelyn Lorraine Champlin**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.125 1 | **Nonpriority creditor's name and mailing address**<br>**Everpress Media Plaques**<br>**1991 E. State Rd 60 #101**<br>**Valrico, FL 33594**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.125 2 | **Nonpriority creditor's name and mailing address**<br>**Everything But Water**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 240 of 675

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Evilis Santos**
**304 E Elm**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Evolution Management &**
**Marketing, Llc - Influencer**
**14622 Ventura Blvd #2007**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Exclaimer Ltd**
**445 Park Ave**
**9th Floor**
**New York, NY 10022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Exhibit Management**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Expedia**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Experian**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Extra Space Storage**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Exxon**
--
--, -- --

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EZ Pass NY**
--
--, -- --

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**F Suite**
--
--, -- --

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,336.68 |
|---|---|---|---|

**F&I Electrical Inc**
**9602 Cedar Street**
**Bellflower, CA 90706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fabian Gomez Vaca**
**911 West La Palma Avenue**
**Apt 14**
**Anaheim, CA 92801**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fabian Navarro**
**11016 Newville Ave**
**#B**
**Downey, CA 90241**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fabiola Montes**
**1347 Bryn Mawr St**
**Scranton, PA 18504**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fabiola Vasquez**
**920 N Claudina St**
**Apt A**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Facebook**
**1 Hacker Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Factor75.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Farheen Dayala**
**8103 Cooper Lane**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Farid Jordan Aragon**
**409 1/2 E Adele St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Farley Doxey**
**1887 Lampson Avenue**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,374.00** |
|---|---|---|---|

**Farm Fresh Produce Inc**
**PO Box 124**
**Faison, NC 28341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Fast 5 Xpress** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,231.07** |
|---|---|---|---|
| | **Fastenal Company** | ☐ Contingent | |
| | PO Box 1286 | ☐ Unliquidated | |
| | Winona, MN 55987-1286 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Fastrack Riders** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Fastube, Llc** | ☐ Contingent | |
| | 41714 Haggerty Circle S | ☐ Unliquidated | |
| | Canton, MI 48188 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __for notice purposes__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,403.32** |
|---|---|---|---|
| | **Fedex Fnl Ca 4906** | ☐ Contingent | |
| | 942 South Shady Grove Road | ☐ Unliquidated | |
| | Memphis, TN 38120 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$389,551.16** |
|---|---|---|---|
| | **Fedex Fnl Ks 7526** | ☐ Contingent | |
| | 942 South Shady Grove Road | ☐ Unliquidated | |
| | Memphis, TN 38120 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Fedex FNL KY 9315**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,079,886.79 |

**Fedex Fnl PA 7370**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,314.44 |

**Fedex Fnl PRG 0937**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510,843.57 |

**Fedex Fnl Tx 0979**
942 South Shady Grove Road
Memphis, TN 38120

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FedEx Freight**
Dept LA
PO Box 21415
Pasadena, CA 91185-1415

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FedEx GK 7131**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.24 |

**Fedex Mh Ca 5495**
942 South Shady Grove Road
Memphis, TN 38120

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.29 |
| --- | --- | --- | --- |

**Fedex Mh Ky 3737**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fedex Mh Mo 4970**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415,507.74 |
| --- | --- | --- | --- |

**Fedex MH PA 2854**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**FedEx Office**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fedex Tri Ca 6068**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fedex Tri Ks 0446**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fedex Tri Ky 8953**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|--------|--------------------------|--------------------------|-------------------|
| | Name | | |

---

**3.1295**

**Nonpriority creditor's name and mailing address**

**Fedex Tri Tx 0995**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1296**

**Nonpriority creditor's name and mailing address**

**Felipe De la Cruz Adames**
**480 N Washington St**
**Wilkes Barre, PA 18705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1297**

**Nonpriority creditor's name and mailing address**

**Felipe Del Cid**
**2627 W. Broadway Ave**
**#51**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1298**

**Nonpriority creditor's name and mailing address**

**Felipe N Del Cid**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1299**

**Nonpriority creditor's name and mailing address**

**Felix Torres**
**1022 Prospect Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1300**

**Nonpriority creditor's name and mailing address**

**Ferguson Ent**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1301**

**Nonpriority creditor's name and mailing address**

**Fermin Ramos**
**5230 Pendleton Avenue**
**Apt. 24**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|--------|--------------------------|------------------------|-------------------|

Name

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**Fernanda Lopez**
**108 W Wilken Way**
**#42**
**Anaheim, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**Fernando Carrera**
**12020 Hall Ave.**
**Bloomington, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**fernando Lamas**
**7815 Bowen Dr**
**whittier, CA 90602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**Fernando Larios**
**306 Prospect Ave.**
**#3**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**Fernando Machin**
**1411 S Webster Ave.**
**#1**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**Fernando Manzano**
**700 W La Jolla St**
**#36**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Fernando Ramirez**
**2128 West Brownwood Ave**
**Apt 4**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fernando Ramos** <br> **1120 N Lemon St** <br> **#217** <br> **Orange, CA 92867** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fetalaiga Misikei** <br> **1954 W Glenoaks Ave** <br> **Apt C** <br> **Anaheim, CA 92801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fetchen Sheet Metal** <br> **329 Rear South Main St** <br> **Old Forge, PA 18518** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Ffe Transportation Services, Inc.** <br> **3400 Stonewell Drive** <br> **Lancaster, TX 75134-1536** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fiaapia Findley** <br> **11819 Verona Ln** <br> **Los Angeles, CA 90047** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fidel Alvarado** <br> **801 S Fairview St** <br> **Apt N-1** <br> **Santa Ana, CA 92704** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Fidel Rodriguez** <br> **417 N. Rose St** <br> **#D** <br> **Anaheim, CA 92805** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __for notice purposes__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 249 of 675

| 3.131 6 | **Nonpriority creditor's name and mailing address**<br>**Fidelia Salazar**<br>**1780 West Lincoln Avenue**<br>**Apt 304**<br>**Anaheim, CA 92801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.131 7 | **Nonpriority creditor's name and mailing address**<br>**Fidelity Paper & Supply Corp**<br>**901 Murray Road**<br>**East Hanover, NJ 07936**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$296,855.85** |
| 3.131 8 | **Nonpriority creditor's name and mailing address**<br>**Figg Inc**<br>**10050 Crosstown Circle**<br>**Suite 400**<br>**Eden Prairie, MN 55344**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46,620.00** |
| 3.131 9 | **Nonpriority creditor's name and mailing address**<br>**Fiix Inc**<br>**35 Golden Ave**<br>**Suite A201**<br>**Toronto, ON M6R 2J5**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.132 0 | **Nonpriority creditor's name and mailing address**<br>**FinalScout.com**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.132 1 | **Nonpriority creditor's name and mailing address**<br>**Fiorella Colca**<br>**2810 Huntington St**<br>**#12**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.132 2 | **Nonpriority creditor's name and mailing address**<br>**Firehouse Subs**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.132 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Citizens BancShares, Inc.**
4300 Six Forks Road
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fitbod Inc**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Five Below**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Five Guys**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Five Star Plumbing & Heating LLC**
452 E Silverado Ranch #169
Las Vegas, NV 89183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flagship Printing**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fletcher Jones Motor**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Flor Vallejo**
**345 S Main Avenue**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,185.00** |
|---|---|---|---|

**Flor-Tec Inc**
**PO Box 887**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>Trade debt</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Flora Hernandez**
**202 S West St**
**#C**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Floralfilosophy.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Florencia Avila Vasquez**
**415 W. Valencia Dr.**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Floyd Williams**
**600 Langsdorf Dr**
**#D32**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Flynn Scale**
**16404 Hawthorne Blvd**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FlyNyon**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Foam Zone, Inc**
945 E. California Street
Ontario, CA 91761

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Food Express**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Food Facilities Consultants Llc**
7295 Quaking Aspen Street
Las Vegas, NV 89149

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,119.20** |
|---|---|---|---|

**Food Safety Net Services, Ltd (Fsns)**
PO Box 116438
Carrollton, TX 75011-6438

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124,829.56** |
|---|---|---|---|

**Foodguys, Inc**
PO Box 3823
Seattle, WA 98124

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Forefront Insurance**
10788 Des Moines Ave
Porter Ranch, CA 91326

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Forensics Detectors**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Formcenter**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Formswift.Com**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Forrest Lovejoy**
**507 S. Landmark Lane**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fortunata Antunez**
**1248 N Lombard Dr**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,946.81** |
|---|---|---|---|

**Foster Farms**
**4340 Fulton Ave**
**Third Floor**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fox Marketing Products**
**40655 Calle Bandido**
**Murieta, CA 92562-9179**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frame.Io**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franchesca Martinez**
625 Prescott Ave
#2R
Scranton, PA 18510

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franchesca Payano**
22 Crown Circle Dr
22 2A
Scranton, PA 18505

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franchise Tax Board**
P.O Box 942867
Sacramento, CA 94267-0011

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisca Echeverria Palacios**
403 E. Simmons Ave
Anaheim, CA 92802

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisca Morales**
3050 S Bristol St.
Unit 8Q
santa ana, CA 92704

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisca Palacios**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Blancarte**
**801 S Fairview St**
**Unit M2**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Estrada**
**1515 W Minerva Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Gonzalez**
**306 N Bush St**
**Apt 1**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Lopez**
**3444 East Palmyra Ave**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Mejia**
**305 Pittston Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Meza Cruz**
**130 Nisson Rd**
**#3**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Morales**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Moreira**
**139 Wilson Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Rodriguez**
**506 S Garnsey St**
**#506**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Vargas**
**11350 Dale Street**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Vargas VIllanueva**
**417 N Rose St**
**#F**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francoli Gourmet**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Callahan Co. Inc.**
**775 Keystone Industrial Park Road**
**Throop, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Fuentes**
**320 W Guinida Lane**
**Apt 3**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Maldonado**
**1418 West Porter Avenue**
**Fullerton, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Sailas**
**1206 E Avalon Ave**
**Santa Ana, CA 92705**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frank Torres - 1850 Studios**
**2007 S. Van Ness Ave**
**Santa Ana, CA 92707**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,587.00 |
|---|---|---|---|

**Frank's Distributing, Inc.**
**P.O. Box 2020**
**Nogales, AZ 85628**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franklin Torres**
**12401 Studebaker Rd**
**#42**
**Norwalk, CA 90650**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Bush & Assoc., Inc.**
**2151 Sampson Ave**
**Corona, CA 92879**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Hodges**
**225 Elm St**
**Moosic, PA 18507**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freddie L Mealing**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freddie Mealing**
1517 Mulberry Street
Scranton, PA 18510

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fredi Loeza**
7800 2nd
#11
Stanton, CA 90680

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**French West, Inc.**
3680 Beverly Blvd
Los Angeles, CA 90004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fresh Avenue Partners Llc**
PO BOX 1298
Santa Maria, CA 93456

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fresh Events Co.**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fresh Market**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | Nonpriority creditor's name and mailing address **Fresh N Lean.Com, Inc** -- --, -- -- | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | Nonpriority creditor's name and mailing address **Fresh Point** -- --, -- -- | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | Nonpriority creditor's name and mailing address **Freshly** -- --, -- -- | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | Nonpriority creditor's name and mailing address **Freshpoint Of Southern California, Inc.** 155 N Orange Ave City of Industry, CA 91744 | As of the petition filing date, the claim is: *Check all that apply.* | $34,665.53 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | Nonpriority creditor's name and mailing address **Freshworks** -- --, -- -- | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | Nonpriority creditor's name and mailing address **Friction Racing Products** -- --, -- -- | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address **From The Ashes Embroidery** 2020 W. Lone Cactus Dr. Phoenix, AZ 85027 | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fsc Monarch Bearing Company**
**11765 Slauson Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,825.00 |
|---|---|---|---|

**Fuel Online**
**54 W 39th St**
**12th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fuji Mats**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,213.60 |
|---|---|---|---|

**Full Harvest Technologies Inc.**
**Dept LA 25271**
**Pasadena, CA 91185-5271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,077.00 |
|---|---|---|---|

**Full Sail Logistics LLC**
**PO Box 1415**
**Des Moines, IA 50305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fully**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fun Track Dayz LLC**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,767.12 |

**Furmano Foods**
**770 Cannery Road**
**Northumberland, PA 17857**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FW Results**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriel Acosta**
**14249 Broadway**
**Apt 102**
**Whittier, CA 90604**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriel Baltazar**
**11515 Walcroft St**
**Lakewood, CA 90715**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriel Carreon**
**2775 Mesa Verde Drive East**
**Unit Y-108**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriel De Santiago**
**16657 Carob Avenue**
**Chino Hills, CA 91709**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriel Rico**
**2201 W Broadway**
**Ste. 202**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gabriel Valentin**
**518 N Keyser Ave**
**Scranton, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 |

**Nonpriority creditor's name and mailing address**
**Gabriel Ventura**
**11 Bruce Ln**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.140 9 |

**Nonpriority creditor's name and mailing address**
**Gabriela Carvajal**
**32 West Market**
**Wilkes Barre, PA 18701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.141 0 |

**Nonpriority creditor's name and mailing address**
**Gabriela Hernandez**
**8751 Caluma Court**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.141 1 |

**Nonpriority creditor's name and mailing address**
**Gabriela Vicente**
**2126 E Almont Ave**
**Apt. C**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.141 2 |

**Nonpriority creditor's name and mailing address**
**Gaby Gomez**
**2015 West Myrtle Street**
**Apt 6**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.141 3 |

**Nonpriority creditor's name and mailing address**
**Gafni & Levin Llp Client**
**Trust Account**
**12121 Wilshire Blvd, Ste 805**
**Los Angeles, CA 90025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**Galley Solutions, Inc**
**18808 Stone Canyon Lane**
**Canyon Country, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Gallup Store**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Ganahl Lumber**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 7 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Garcia Vargas Art**
**600 South Spring St**
**#1806**
**Los Angeles, CA 90014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Gardens Wellness Spa**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 9 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Garrett Lee Daniels**
**30901 Mead River Ct**
**Temecula, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 0 | **Nonpriority creditor's name and mailing address** | | | $0.00 |

**Gary Robinson**
**1203 Pittston Ave**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gas Lamp Entertainment**
**591 Washington Blvd**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gaudencio Santos Manzanarez**
**10413 Fern Ave**
**#A**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gema Duarte**
**203 E Grevillea Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gemsa Enterprises, Llc.**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,307.00** |
|---|---|---|---|

**Gemsa Oils**
**P.O. Box 1447**
**La Mirada, CA 90637-1447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Genaro Segura Navarro**
**242 Kellogg Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gender Api**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Genesis Chavez** | ☐ Contingent | |
| **7342 Century Boulevard** | ☐ Unliquidated | |
| **Paramount, CA 90723** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Genessee Rivera** | ☐ Contingent | |
| **941 N Onondaga Ave** | ☐ Unliquidated | |
| **Anaheim, CA 92801** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130,500.00 |
| **Genpro Inc** | ☐ Contingent | |
| **201 Route 17 North** | ☐ Unliquidated | |
| **Suite 400** | ☐ Disputed | |
| **Rutherford, NJ 07070** | | |
| Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GenuineInk.com** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **George Sanchez** | ☐ Contingent | |
| **141 S. Sherman AVE.** | ☐ Unliquidated | |
| **#1** | ☐ Disputed | |
| **Scranton, PA 18504** | | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **George Smith** | ☐ Contingent | |
| **9595 La Capilla Ave** | ☐ Unliquidated | |
| **Fountain Valley, CA 92708** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Geovanni Gonzalez Garcia** | ☐ Contingent | |
| **915 South Arden Place** | ☐ Unliquidated | |
| **Apt.#5** | ☐ Disputed | |
| **Anaheim, CA 92802** | | |
| Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Alcala Arreygue** | ☐ Contingent | |
| | **2515 East Alki Place** | ☐ Unliquidated | |
| | **Anaheim, CA 92806** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Briceno** | ☐ Contingent | |
| | **2052 N. Bush St.** | ☐ Unliquidated | |
| | **Unit 303** | ☐ Disputed | |
| | **Santa Ana, CA 92706** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Escobar-Bahena** | ☐ Contingent | |
| | **13152 Pleasant St** | ☐ Unliquidated | |
| | **Apt 4** | ☐ Disputed | |
| | **Garden Grove, CA 92843** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Monroy** | ☐ Contingent | |
| | **2114 Broden St.** | ☐ Unliquidated | |
| | **ANAHEIM, CA 92802** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Tello** | ☐ Contingent | |
| | **12540 215th St** | ☐ Unliquidated | |
| | **Lakewood, CA 90715** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gerardo Valentin** | ☐ Contingent | |
| | **1821 N Main Ave** | ☐ Unliquidated | |
| | **#C** | ☐ Disputed | |
| | **Scranton, PA 18508** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.40 |
| --- | --- | --- | --- |
| | **Gerhart Systems and** | ☐ Contingent | |
| | **Controls Corp** | ☐ Unliquidated | |
| | **300 Bushkill Street, POBox 580** | ☐ Disputed | |
| | **Tatamy, PA 18085** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Geri Ridley**
**7545 Katella Avenue**
**#32**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gianni Correa**
**12633 Gurley Ave**
**Downey, CA 90242**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gigi Chow**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gilberto Castillo-Piedra**
**329 North Bush Street**
**Apt 4**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gilberto Verde**
**201 N Dale Ave**
**Apt. M4**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gino Ocasio**
**330 Cherry St**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,841.30 |
|---|---|---|---|

**Giorgio Fresh Co.**
**108 Plaza Drive**
**Suite 200**
**Blandon, PA 19510**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giovanni Campos**
**1142 West North Street**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giovanni Franco Garcia**
**2219 Pine Ave**
**#7**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giovanny Bernal Hernandez**
**4710 E. San Luis St**
**#3**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giovanny Roque**
**2130 W Crescent Ave**
**#2101**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Girija Subedi**
**43 Crown Circle Dr**
**#1C**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giselle Pineda**
**2248 W Colchester Dr**
**#1**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Giselle Valladolid**
**1527 E Hedgewood Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Gisselle Mendez**<br>**939 S lemon St**<br>**#A**<br>**Anahiem, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Github**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GLD Creative**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Glen Ivy Hot Springs**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Glenn Owens**<br>**16124 Rosecrans Ave**<br>**#D15**<br>**La Mirada, CA 90638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,350.00 |
|---|---|---|---|
| | **GLJ Two, LLC  Dba**<br>**United States of Freight**<br>**3100 S Federal Hwy. Ste. F**<br>**Delray Beach, FL 33483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Global Industrial**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 3 | Nonpriority creditor's name and mailing address<br>**Global Medical Response**<br>--<br>--, -- -- | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 4 | Nonpriority creditor's name and mailing address<br>**Global Trash Solutions**<br>**1194 Old Dixie Hwy,**<br>**Ste 7**<br>**Lake Park, FL 33403** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | Nonpriority creditor's name and mailing address<br>**Global Village Fruit Inc**<br>**DBA The Jackfruit Company**<br>**4755 Walnut St., Ste. B**<br>**Boulder, CO 80301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,932.37 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 6 | Nonpriority creditor's name and mailing address<br>**Globe Promotions**<br>**3025 Airport Ave**<br>**Hanger D**<br>**Santa Monica, CA 90405** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | Nonpriority creditor's name and mailing address<br>**Gloria Flores**<br>**12182 Haga Street**<br>**Garden Grove, CA 92841** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | Nonpriority creditor's name and mailing address<br>**Gloria Rodriguez**<br>**515 South Cooper Street**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | Nonpriority creditor's name and mailing address<br>**Gloria Santiago**<br>**328 N Filmore Ave**<br>**Scranton, PA 18504** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gloria Simental**
9322 Harle Ave
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244,205.02 |
|---|---|---|---|

**Gls Fresh N Lean**
P.O. Box 31990
Stockton, CA 95213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,668.52 |
|---|---|---|---|

**Gls Modify Health**
P.O. Box 31990
Stockton, CA 95213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gls Trifecta**
P.O. Box 31990
Stockton, CA 95213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gluten Free Foods
Manufacturing, Llc**
5010 Eucalyptus Ave.
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Go To Traffic School**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GoDaddy**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Godaddy.Com** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gofundme** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **GoInHouse** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Golden Bear Hauling** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Golden Coast Dermatology** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172,910.07 |
| --- | --- | --- | --- |
| | **Golden State Seafood Inc.** 512 Stanford Ave. Los Angeles, CA 90013 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Gonzalo Jimenez Valdez** 12241 Arrowhead Street Apt 42 Stanton, CA 90680 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 273 of 675

| 3.148 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Good Feet** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,654.79 |
|---|---|---|---|
| | **Good Food Made Simple, LLC** | ☐ Contingent | |
| | **180 Linden Street,** | ☐ Unliquidated | |
| | **Suite 7B** | ☐ Disputed | |
| | **Wellesley, MA 02482** | Basis for the claim: **Trade debt** | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Google** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Google *Calm** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Google *Gsuite_Nutricc@Google.Com** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Google Play** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Google Storage** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GoPuff**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Graciela Jimenez Dominguez**
**410 South Clementine Street**
**Apt 106**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Graciela Rodriguez**
**918 W Lincoln**
**Apt. B**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Graciela Romero de Gil**
**2800 W 17th St**
**Apt 247**
**Santa Ana, CA 92706**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grainger**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grande Family Restaurant Inc**
**4200 Birney Ave**
**Moosic, PA 18507**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gravity Red Productions**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149 8**

Nonpriority creditor's name and mailing address
**Great Lakes**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149 9**

Nonpriority creditor's name and mailing address
**Great West Produce, Inc.**
**2600 S. Eastern Avenue**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$259,007.85**

---

**3.150 0**

Nonpriority creditor's name and mailing address
**Greenery Studios Inc.**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.150 1**

Nonpriority creditor's name and mailing address
**Greg Garcia**
**4416 W. Sirius Ave.**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.150 2**

Nonpriority creditor's name and mailing address
**Greg Sanchez**
**582 S. Dudley St.**
**Pomona, CA 91766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.150 3**

Nonpriority creditor's name and mailing address
**Gregory Thomas**
**132 S. Westchester Dr.**
**Apt. B18**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.150 4**

Nonpriority creditor's name and mailing address
**Gregory Woods**
**970 E Doves Nest Ave**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.150<br>5 | Nonpriority creditor's name and mailing address<br>**Griffin Pujol**<br>**3914 Tuller Ave.**<br>**Culver City, CA 90230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| --- | --- | --- | --- |
| 3.150<br>6 | Nonpriority creditor's name and mailing address<br>**Grin Technologies, Inc.**<br>**400 Capital Mall**<br>**Suite 900**<br>**Sacramento, CA 92801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,656.25 |
| 3.150<br>7 | Nonpriority creditor's name and mailing address<br>**Griselda Esparza**<br>**14309 Ragus Street**<br>**La Puente, CA 91746**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>8 | Nonpriority creditor's name and mailing address<br>**Griselda Zamarripa Rodriguez**<br>**1115 W Broadway**<br>**Anaheim, CA 92805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>9 | Nonpriority creditor's name and mailing address<br>**Growsurf Startup Plan**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.151<br>0 | Nonpriority creditor's name and mailing address<br>**GrubHub**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.151<br>1 | Nonpriority creditor's name and mailing address<br>**Grubhub***<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 277 of 675

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
| --- | --- | --- | --- |

**GS1 US, Inc.**
**Dept 781271**
**P.O Box 78000**
**Detroit, MI 48278-1271**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GSE Sports Marketing, Inc.**
**276 5th Ave**
**Suite 711**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Guadalupe Alvarado**
**1241 North East St**
**Apt 28**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Guadalupe Lerista**
**9113 Rosecrans Ave**
**SPC 36**
**Bellflower, CA 90706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Guadalupe Quiroz Cielo**
**1629 W Civic Center Drive**
**#207**
**Santa Ana, CA 92703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Guadalupe Ramirez**
**549 Penrose Drive**
**Corona, CA 92880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Guadalupe Zambrano**
**935 N Keystone St**
**ANAHEIM, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guardian Booth**
527 Route 303
Orangeburg, NY 10962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gudelio Del Carmen**
1226 West Walnut St
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guillermo Castillo Recinos**
1677 W. Palais Rd.
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guillermo Sarabia Martinez**
926 South Park Circle
Apt 4
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guinness World Rec**
89 Broadway
Suite 840
New York, NY 10006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guitar Center**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gumercinda Mayen Cruz**
1816 E Sycamore St
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 279 of 675

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Gumesinda Martinez**
**1251 North Placentia Ave**
**Apt 120**
**Anaheim, CA 92806**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Gus Romero**
**1240 N Fulton St**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Gustavo Almaguer**
**1506 E Spruce st**
**Unit B**
**Placentia, CA 92870**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Gustavo Martin**
**1646 W Walnut St**
**Apt 4**
**Santa Ana, CA 92703**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Gustavo Mejia**
**10432 San Vincente Ave**
**South Gate, CA 90280**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**Gustavo Toledo**
**1563 W Ball Rd**
**#C**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Gwynneth Garibaldo**
**10600 Western Ave**
**Apt 40**
**Stanton, CA 90680**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.153 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
H Mart
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.153 4 |

**Nonpriority creditor's name and mailing address**
Handcare Gloves Inc
10900 Research Blvd
Suite 160C
Austin, TX 78759

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,625.00

---

| 3.153 5 |

**Nonpriority creditor's name and mailing address**
Hanmi Bank
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.153 6 |

**Nonpriority creditor's name and mailing address**
Harbor Freight Tools
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.153 7 |

**Nonpriority creditor's name and mailing address**
Hardware Lane Co.
Collins Square, Tower 4, Level 18
727 Collins Street
Docklands, VIC 03008-0000

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.153 8 |

**Nonpriority creditor's name and mailing address**
Harris Teeter
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.153 9 |

**Nonpriority creditor's name and mailing address**
Harvest Food Group
1600 Pebblewood Lane
Naperville, IL 60563

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harvey Ponce**
3614 1/2 W Camille St
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,630.69 |
|---|---|---|---|

**Haun Welding Supply Inc**
5921 Court Street Road
Syracuse, NY 13206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haus Of Design**
324 Colleen Place
Costa Mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haven Innovation**
1705 Eaton Drive
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HayabUSA Fight**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HB Racing**
427 Kendall Ave
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Health In Transportation**
1484 S. 5050 W.
Cedar City, UT 84720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.154
7**

**Nonpriority creditor's name and mailing address**

**Healthpointe Med Group**
**16702 Valley View Ave**
**La Mirada, CA 90638**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
8**

**Nonpriority creditor's name and mailing address**

**Heartsmart.Com**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
9**

**Nonpriority creditor's name and mailing address**

**Heather Columbus**
**10301 Stageline St**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
0**

**Nonpriority creditor's name and mailing address**

**HEB**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
1**

**Nonpriority creditor's name and mailing address**

**Hector Echeverria**
**629 W Vermont Ave**
**Apt 14-A**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
2**

**Nonpriority creditor's name and mailing address**

**Hector Rodriguez**
**806 E 32nd St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
3**

**Nonpriority creditor's name and mailing address**

**Hedrick Fire Protection**
**13309 Central Ave**
**Chino, CA 91710-5102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,465.00**

---

| 3.155 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Heidi Coronado**
14347 Ibex Ave
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Helda De La Cruz Herrera**
210 N Balcom Ave
Fullerton, CA 92832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Helena Gauta**
2133 W. Cris Ave.
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hello Fresh**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Henry Koroma**
1432 Church Ave
Scranton, PA 18508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Her Fresh Flowers**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hermila Sanchez Salceda**
1410 East Grove Ave
Apt 19
Orange, CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 284 of 675

| 3.156<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hermila Sanchez Salcedo**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heroku Heroku**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Herr Fresh Flowers**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hershel Cedillo**
**2121 W Edna Dr**
**Santa Ana, CA 92706**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hertz**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hey Dude/Crocs Inc dba Lucky Top**
**500 Eldorado Blvd**
**Building 5**
**Broomfield, CO 80021**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HHR Performance**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,800.60** |
|---|---|---|---|
| | **Hidden Villa Ranch** <br> P.O. Box 34001 <br> Fullerton, CA 92834-9401 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **High Stepping Pony Productions LLC** <br> 455 Main St <br> El Segundo, CA 90245 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Highland Milling** <br> 601 East Kensington Road <br> Mount Prospect, IL 60056 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hilary Kurth** <br> 5841 Fullerton Ave <br> #3 <br> Buena Park, CA 90621 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hilda Rico Rodriguez** <br> 17232 Oak Lane <br> #2 <br> Huntington Beach, CA 92647 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hillcrest Pharmacy** <br> -- <br> --, -- -- | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hilton** <br> -- <br> --, -- -- | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hire A Helper LLC**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hisham Gaber**
1402 Valcarlos Ave
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,948.76 |
|---|---|---|---|

**HLI Government Services**
5925 Carnegie Blvd
Suite 515
Charlotte, NC 28209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoag Clinic**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoang Nguyen**
3123 Frieda St
West Covina, CA 91792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hoang Tran**
11592 Gail Ln
Garden Grove, CA 92840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hobby Lobby**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 287 of 675

| 3.158 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Holiday Inn** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Holly Flores** | ☐ Contingent | |
| | **721 Cypress St** | ☐ Unliquidated | |
| | **Throop, PA 18512** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Hollywood Feed** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Holman Family Counseling, Inc** | ☐ Contingent | |
| | **PO Box 8011** | ☐ Unliquidated | |
| | **Canoga Park, CA 91309** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Home Chef** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Home Goods** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Honoria Teran**
**1401 S. Orange Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,400.00 |
|---|---|---|---|

**Hoodz Of The Beach Cities**
**9151 Atlanta Ave #7170**
**Huntington Beach, CA 92615**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hope Miller**
**445 N 6th Ave**
**Scranton, PA 18503**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Horatiu Bratu**
**485 East Afton Lane**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,100.00 |
|---|---|---|---|

**Hormel Foods**
**PO Box 100352**
**Pasadena, CA 91189**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hortencia Hernandez**
**1024  Lido St.**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hortencia Huerta**
**213 South Walnut St**
**Apt 104**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 289 of 675

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hortencia Lara**
321 South Dale Ave
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hotels.com**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hotjar**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hotlogic**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Houman Shahi**
17291 Irvine Blvd
Suite 420
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,459.60 |
|---|---|---|---|

**House Foods**
7351 Orangewood Ave
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Howard Gauta**
100 E 59Th Street
Long Beach, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | **Nonpriority creditor's name and mailing address**<br>**Hp.Com Store**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.160 4 | **Nonpriority creditor's name and mailing address**<br>**HPS Food & Ingredients Inc.**<br>**706 6th Avenue North**<br>**Saskatoon, SK S7K 2S9**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 5 | **Nonpriority creditor's name and mailing address**<br>**HQ Supplies & Services LLC**<br>**PO BOX 171**<br>**Monmouth Junction, NJ 08852**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 6 | **Nonpriority creditor's name and mailing address**<br>**Hti Logistics, Llc**<br>**P.O. Box 3355**<br>**Yuba City, CA 95992**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 7 | **Nonpriority creditor's name and mailing address**<br>**Hudson Trading Group LLC**<br>**PO Box 74008972**<br>**Chicago, IL 60674-8972**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 8 | **Nonpriority creditor's name and mailing address**<br>**Hugh McCrae**<br>**325 N Kodiak St**<br>**Anaheim, CA 92807**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.160 9 | **Nonpriority creditor's name and mailing address**<br>**Hugo Guillen**<br>**8671 Cerritos Avenue**<br>**Apt B**<br>**Stanton, CA 90680**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.161 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hugo Lopez**
**12561 Cipriano Lane**
**Eastvale, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Humanitas Holdings, Inc**
**19401 S Vermont Ave**
**K105**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Humberto Rodriguez**
**6924 Remmet Ave**
**Canoga Park, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hungry Root**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hunt A Killer**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hyatt**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hybco, U.S.A.**
**363 S Mission Rd**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 292 of 675

| 3.161 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,253.10 |

**Hygiena Llc**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199-2007**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hyginix**
**3830 Valley Ctr Dr. #705**
**PMB 745**
**San Diego, CA 92130-3307**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ian Deiter**
**410 South Clementine St**
**Unit 205**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ian Manly**
**5971 Stanton Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Iandra Caceres Herrera**
**17 E Second St**
**Apt 1**
**Larksville, PA 18651**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ice Star Refrigeration**
**8117 West Manchester Ave.**
**#318**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,390.93 |

**Icon Owner Pool 1 Inland**
**Empire/Oc Non-B**
**P.O. Box 208245**
**Dallas, TX 75320-8245**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ID Services 24/7**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ideal Machining And Supply, Inc.**
2537 Tyler Ave.
El Monte, CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ignacio Mejia**
465 E. Center St.
#143
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,017.90 |
|---|---|---|---|

**Ignite OPM, LLC dba Perform, LLC**
2389 E. Venice Ave #410
Venice, FL 34292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ikea**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Imani Ford**
320 N Park Vista St
Spc #175
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IMCD US Food Inc**
2 Equity Way
Suite 210
Westlake, OH 44145-1050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Immersive Van Gogh**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Improvado.Io**
**2800 Leavenworth St.**
**Suite 250**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IMSI Design**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**In Junk King**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**In N Out**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**In-N-Out Burger**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Inc CEO Project**
**P.O. Box 60602**
**Potomac, MD 20859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Inc. And Fast Company** | ☐ Contingent | | |
| **--** | ☐ Unliquidated | | |
| **--, -- --** | ☐ Disputed | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __for notice purposes__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.163 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$15,442.00** |
| **Incentax, Llc** | ☐ Contingent | | |
| **9450 SW Gemini Dr** | ☐ Unliquidated | | |
| **PMB# 40429** | ☐ Disputed | | |
| **Beaverton, OR 97008-7105** | | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __Trade debt__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.164 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Indeed** | ☐ Contingent | | |
| **--** | ☐ Unliquidated | | |
| **--, -- --** | ☐ Disputed | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __for notice purposes__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.164 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **India Arroyo** | ☐ Contingent | | |
| **2331 W West Ave** | ☐ Unliquidated | | |
| **#3** | ☐ Disputed | | |
| **Fullerton, CA 92833** | | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __for notice purposes__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.164 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Indian Ridge** | ☐ Contingent | | |
| **400 Emlen Way** | ☐ Unliquidated | | |
| **Telford, PA 18969** | ☐ Disputed | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __for notice purposes__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.164 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$0.00** |
| **Individual Foodservice** | ☐ Contingent | | |
| **(Trade Supplies Inc.)** | ☐ Unliquidated | | |
| **--, -- --** | ☐ Disputed | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __for notice purposes__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.164 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$52,840.00** |
| **Industrial Construction Services** | ☐ Contingent | | |
| **and Design Inc.** | ☐ Unliquidated | | |
| **PO Box 175** | ☐ Disputed | | |
| **Lake Winola, PA 18625** | | | |
| **Date(s) debt was incurred** __ | Basis for the claim: __Trade debt__ | | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Industrial Electric**
**PO Box 772840**
**Detroit, MI 48277-2840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,699.75**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**Industrial Metal Supply Co**
**8300 San Fernando Road**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**Inecta LLC**
**225 Broadway**
**Suite 660**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,762.50**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**Ingalls Conveyors, Inc.**
**1005 W Olympic Blvd**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**Ingardia Bros. Produce, Inc.**
**700 S. Hathaway St.**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,535.90**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

**Ingredient Resources INC.**
**125 Schmitt Blvd**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

**Ingrid Aldana**
**1512 S Ninth St**
**Apt 8**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.165 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Inn015max LLC**
**Innomax LLC**
**4660 La Jolla Village Dr**
**Suite 100**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Insight Commercial Property**
 **Advisory**
**5042 Paseo Dali**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Instacart**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Instapage Inc dba Postclick**
**PO Box 92251**
**Las Vegas, NV 89193-2251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,843.20** |
|---|---|---|---|

**Insulated Products Corp**
**250 W. Artesia Blvd.**
**Rancho Dominguez, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Inszone Insurance Services, Inc.**
**2721 Citrus Road**
**Suite A**
**Rancho Cordova, CA 95742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,292.88** |
|---|---|---|---|

**Integrated Productivity Systems LLC**
**PO Box 97**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

---

**3.1659**

**Nonpriority creditor's name and mailing address**
**IntegriTec, Inc**
**5093 N LeHigh Gorge Rd**
**White Haven, PA 18661**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,335.00**

---

**3.1660**

**Nonpriority creditor's name and mailing address**
**Intelligent Business Systems Llc**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1661**

**Nonpriority creditor's name and mailing address**
**Interfit**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1662**

**Nonpriority creditor's name and mailing address**
**International Furniture Rentals**
**of Central PA**
**7035 Jonestown Rd**
**Harrisburg, PA 17112**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,140.24**

---

**3.1663**

**Nonpriority creditor's name and mailing address**
**International Paper Company**
**6400 Poplar Avenue**
**Memphis, TN 38197**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1664**

**Nonpriority creditor's name and mailing address**
**International Sourcing Network**
**1900 Rayner Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1665**

**Nonpriority creditor's name and mailing address**
**Interstate Foods Inc**
**310 S. Long Beach Blvd**
**Compton, CA 90221**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$34,384.00**

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Intralinks, Inc.**
**685 Third Ave**
**9th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Intuit**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Investment Inc. LLC**
**980 E. Business**
**121**
**Lewisville, TX 75057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Invision App, Inc.**
**--**
**Building B Ste 4**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IPIC Psadena**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IPS Industries Inc.**
**12641 166th St,**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Ira Miller**
**4 Oak Ave**
**#1**
**Scranton, PA 18407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167
3**

**Nonpriority creditor's name and mailing address**

**Irene Strange**
**1000 South Coast Drive**
**Apt S208**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
4**

**Nonpriority creditor's name and mailing address**

**Irenio Sanchez**
**1262 E. Sycamore St.**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
5**

**Nonpriority creditor's name and mailing address**

**Irina Krivolap**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
6**

**Nonpriority creditor's name and mailing address**

**Iris Chavarria**
**10583 Court Ave**
**#83**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
7**

**Nonpriority creditor's name and mailing address**

**Iris Llamas**
**2027 East Almont Avenue**
**#D**
**Anaheim, CA 92806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
8**

**Nonpriority creditor's name and mailing address**

**Irma A Quinones**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
9**

**Nonpriority creditor's name and mailing address**

**Irma Quinones**
**15007 Downey Ave**
**#15**
**Paramount, CA 90723**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Irma Reyna**
**230 North Aladdin Dr**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Irma Torres Vazquez**
**138 South Lincoln Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,324.90** |
|---|---|---|---|

**IRP Meat and Seafood CO**
**400 Emlen Way**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isa Levya**
**1710 S Evergreen St**
**Apt A**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isaac Anguiano**
**1305 North Minot St**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isaac Hines**
**2536 Lullaby Lane**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Isabel Gomez Silvestre**
**304 N. Bayport Circle, C**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isabel Sanchez** | ☐ Contingent | |
| | **15221 S White Ave** | ☐ Unliquidated | |
| | **#3** | ☐ Disputed | |
| | **Compton, CA 90221** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isabella Aguilar** | ☐ Contingent | |
| | **7318 El Lucero Cir** | ☐ Unliquidated | |
| | **Buena Park, CA 90620** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isaiah Cabrera** | ☐ Contingent | |
| | **2121 West Valencia Drive** | ☐ Unliquidated | |
| | **Fullerton, CA 92833** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isaiah Cuellar** | ☐ Contingent | |
| | **1608 W Alomar Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92806** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isaiah Grijalva** | ☐ Contingent | |
| | **1786 W. Greenleaf Ave** | ☐ Unliquidated | |
| | **#2** | ☐ Disputed | |
| | **Anaheim, CA 92840** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isaiah J Lott** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Isaiah Jr Staley** | ☐ Contingent | |
| | **1255 Valencia Ave** | ☐ Unliquidated | |
| | **Apt D** | ☐ Disputed | |
| | **Hemet, CA 92543** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaiah Molina**
**10621 Bolsa Ave**
**Garden Grove, CA 92843**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaiah Ramirez**
**512 S Bruce St**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaiah Staley**
**345 E Commonwealth #268**
**Orange, CA 92832**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isaias Gonzalez**
**1713 East Arbutus Ave**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isel Hernandez**
**1314 N Harbor Blvd**
**Apt 121**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ismael Abraham Mendoza**
**4020 1/2 Slauson Ave**
**Apt A**
**Maywood, CA 90270**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ismael Ceballos**
**Po Box 878**
**Lake Elsinore, CA 92531**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ismael Mendoza**
4020 1/2 Slauson Ave
Apt A
Maywood, CA 90270

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ismael Olivares Mariano**
13096 Blackbird St.
Space # 99
Garden Grove, CA 92843

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Ismael Ramales**
6462 Rostrata Ave
Apt 101
Buena Park, CA 90621

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Isom Burgess**
445 N 6th Ave
Scranton, PA 18503

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**ISPCA**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Israel Hernandez**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Israel Hernandez Mendez**
7732 Fillmore Dr
#C
Buena Park, CA 90620

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Israel Nunez-Garcia**
12661 Morningside Ave.
Apt. 5
Garden Grove, CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Israel Sanchez**
5712 Western Ave.
Buena Park, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Israel Zuniga**
10757 Magnolia
#101
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Issac Ceron**
2130 W Crescent Ave
Apt 2087
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Istaffing Inc**
1 Park Plaza
Suite 600
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,783.40 |
|---|---|---|---|

**iTi Tropicals, Inc**
PO Box 57079
Philadelphia, PA 19111-7079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ivan Arce**
1801 W Neighbors Ave
Apt 1
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Ayala**
835 N Stoneman Ave
Alhambra, CA 91801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Lopez Villa**
3917 Hazard Ave
Apt A
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Madrigal**
607 1/2 Adele St
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Ojeda**
129 Hughes St
Kingston, PA 18704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Perez**
702 North Gilbert Street
Apt 13
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivan Rosario Diaz**
14701 Monroe Street
Midway City, CA 92655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivon Arredondo**

Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ivon Delgado**
**837 N Redondo Dr E**
**Orange, CA 92801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**izzy Coll**
**548 Blvd Ave**
**#2**
**Dickson, PA 18519**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.172 3    $0.00

---

**Nonpriority creditor's name and mailing address**
**J J Keller & Associate**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.172 4    $0.00

---

**Nonpriority creditor's name and mailing address**
**J. Matthew Brand**
**--**
**--, -- --**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.172 5    $0.00

---

**Nonpriority creditor's name and mailing address**
**J.B. Hunt Transport, Inc.**
**P.O. Box 749079**
**Los Angeles, CA 90074**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

3.172 6    $27,043.40

---

**Nonpriority creditor's name and mailing address**
**Jaaron Harris**
**17422 Vierra Ave**
**Cerritos, CA 90703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.172 7    $0.00

---

**Nonpriority creditor's name and mailing address**
**Jabez's Liquidation LLC**
**137 Broad St**
**Pittston, PA 18640**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.172 8    $0.00

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document          Page 308 of 675

| 3.1729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack in the Box**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Taveras**
822 Smith St
Scranton, PA 18504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackeline Urrea**
2130 W Crescent Ave
#2017
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackie Irving**
560 Mary St
Scranton, PA 18509

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,075.00 |
|---|---|---|---|

**Jackson Lewis P.C.**
P.O. Box 416019
Boston, MA 02241-6019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacob Alfonso**
539 Linden St
Scranton, PA 18503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Jacob Raymond Gagne**
139 Overlook Dr
Durango, CO 81301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline Esquivel**
**13102 S Penrose Ave**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline Mejia**
**1100 W Amerige Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline Villalvazo**
**7641 Puerto Rico Drive**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaden Silva**
**5775 Western Ave**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jahrock'N Productions**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jahsiere Graham**
**2033 W Olive Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaime Flores**
**239 Butler St**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** **jaime Marin** **626 Hickory St** **#1** **Scranton, PA 18505** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 4 | **Nonpriority creditor's name and mailing address** **Jaime Rivas Urbina** **300 North Vine St** **Apt B** **Anaheim, CA 92805** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 5 | **Nonpriority creditor's name and mailing address** **Jaime Vilchez** **15150 Magnolia St** **#293** **Westminster, CA 92683** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 6 | **Nonpriority creditor's name and mailing address** **Jaimee Rose** **--** **--, -- --** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 7 | **Nonpriority creditor's name and mailing address** **Jair Laris** **810 N Garfield St** **#3** **Santa Ana, CA 92701** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 8 | **Nonpriority creditor's name and mailing address** **Jair Luna** **311 East Pomona St** **Santa Ana, CA 92707** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.174 9 | **Nonpriority creditor's name and mailing address** **Jaki Davis** **23244 Dracaea Ave** **Moreno Valley, CA 92553** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| 3.175 0 | **Nonpriority creditor's name and mailing address** |

**Jalanie Herrera Luna**
**9751 Bixby Ave**
**Unit I**
**Garden Grove, CA 92841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 1 | **Nonpriority creditor's name and mailing address** |

**Jalder Betanco Ortez**
**2616 W Orangethorpe**
**Unit 42**
**Fullerton, CA 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 2 | **Nonpriority creditor's name and mailing address** |

**Jalisa Francis**
**6175 Linden Ave.**
**Apt. 17**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 3 | **Nonpriority creditor's name and mailing address** |

**Jamal Barbour**
**419 Birch St**
**Apt 2**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 4 | **Nonpriority creditor's name and mailing address** |

**Jamal Harris**
**1557 Plaza Del Amo**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 5 | **Nonpriority creditor's name and mailing address** |

**James A. Walker Jr**
**2913 El Camino Real**
**Apt # 514**
**Tustin, CA 92782**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.175 6 | **Nonpriority creditor's name and mailing address** |

**James Alapati**
**13842 Mcmains St**
**Garden Grove, CA 92844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.175 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Cortez**
1719 S Nutwood St
Anaheim, CA 92804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Davis**
1007 Bennington
Unit D
Upland, CA 91786

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Jackson**
912 Citrus Edge
Azusa, CA 91702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Lott**
720 E South St
720 203
Anaheim, CA 92805

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Martinez**
1331 Schlager St
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James McClory**
3900 35th Ave NW
Mandan, ND 58554

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Park**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 313 of 675

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.176 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **James Toal** | ☐ Contingent | | |
| **1222 S. Point View** | ☐ Unliquidated | | |
| **Los Angeles, CA 90035** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.176 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **James Walker** | ☐ Contingent | | |
| **10965 SE 92nd. Ave.** | ☐ Unliquidated | | |
| **Happy Valley, OR 97702** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.176 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Jamial White** | ☐ Contingent | | |
| **594 Cedar Crest Ave.** | ☐ Unliquidated | | |
| **Claremont, CA 91711** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.176 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Jamie Alvarado** | ☐ Contingent | | |
| **13916 Lomitas Ave** | ☐ Unliquidated | | |
| **La Puente, CA 91746** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.176 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Jamie Lee** | ☐ Contingent | | |
| **42 Chula Vista** | ☐ Unliquidated | | |
| **Unit106** | ☐ Disputed | | |
| **Irvine, CA 92602** | | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.176 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Jamika Bell** | ☐ Contingent | | |
| **2289 Farringdon Ave.** | ☐ Unliquidated | | |
| **Pomona, CA 91768** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  for notice purposes ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.177 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$2,000.00** |
| **JAMS Inc** | ☐ Contingent | | |
| **PO BOX 845402** | ☐ Unliquidated | | |
| **Los Angeles, CA 90084** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMS, INC.**
**PO BOX 845402**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAN**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jan Barron**
**8702, Valley View St.**
**#44**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janet Mejia**
**2979 Hollander St.**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janett Hernandez**
**212 N Hathaway St**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janette Hernandez**
**235 W Orangewood Ave**
**Apt 7A**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaqueline Aquino**
**953 Glencliff Street**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jarod Wright**
**129 Hill**
**Wilkes-Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jarvis Recruitment Group, Inc.**
**2800 Biscayne Blvd**
**Penthouse**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jasinta Velasquez**
**308 S Western Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jasmaine Mataia**
**928 S Hampstead St**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jasmin Gibson**
**2610 W Baylor Cir**
**Unit 202**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jasmin Priego**
**2103 W Brownwood Ave**
**#2**
**CA, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jasmine Andrade**
**323 N Bush Street**
**#F**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jasmine Bond**
**1761 Redondo Avenue**
**Apt 7**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jasmine Lopez**
**14258 Poplarchick Drive**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Callison**
**320 N Balcom Ave**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Matamoros**
**720 S Sylvan St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jason Ocampo**
**2377 West Broadway**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jasxian Ortiz**
**316 Church**
**Duryea, PA 18642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Javier Bermudez**
**155 S Angelina Drive**
**Apt 214**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:__ for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Javier Mercedes**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay Lindsay**
**2034 E Lincoln Ave**
**#124**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay Luyster**
**309 W Taylor St**
**Taylor, PA 18517**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay Munson**
**10271 Janice Lynn St**
**Cypress, CA 90630**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay Souriyavong**
**2720 Division St**
**Scranton, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaylen Causey**
**8004 Orangethorpe Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaylynn Johnson**
**12238 Cheshire St**
**#1**
**Norwalk, CA 90650**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jaylynn Newbill**
2616 E 219th Pl
Long Beach, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jayven Edwards**
8142 7th St
Buena park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jazlyn Urbina**
928 S Hampstead St
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jazmin Ogando**
153 S Garfield Ave
1
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jazmin Ruvalcaba-Gonzalez**
1201 East Puente Ave
West Covina, CA 91790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jazmine Guerrero**
1324 W Cerritos Ave
Apt C
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JBJ Distributing Inc**
PO Box 1287
Fullerton, CA 92836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**JC & Z Company Inc.**
**3900 Penner St.**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,335.00** |
|---|---|---|---|

**Jc Produce**
**2590 Harriet St**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jean Carlos Perez**
**625 Prescott Ave**
**#2R**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jean M Lambert**
**4 Strawberrybank Rd #19**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeanette Hernandez**
**129 West Guinida Lane**
**Unit 9**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Estrada Mendez**
**826 Primrose Avenue**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jehdeiah Williams**
**1135 Rock St**
**#2**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jelly Keju**
2021 West Juno Place #3
Anaheim, CA 92804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jen's Styling Booth**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Carranza**
13102 Partridge St
Garden Grove, CA 92843

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Gonzalez**
842 Hemlock St
#2
Scranton, PA 18505

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Mathew**
110 N Belinda Cir No 3
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Navas**
2627 E La Palma Avenue
#27
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Romero**
1815 Park Glen Circle
Santa Ana, CA 92706

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1820 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jennings & Associates**
**P.O. Box 5686**
**Fullerton, CA 92838-5686**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1821 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenny Gonzalez**
**402 Chesnut Ave**
**Kingston, PA 18704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1822 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenny Lyn Lapidario**
**8702 Valley View St.**
**Valley View Apt. 44**
**Buena Park, CA 90620**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1823 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenny Munoz Gonzalez**
**913 S Park Cir**
**#F**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1824 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jenny Paulino**
**158 S Brownie**
**#1**
**Scranton, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1825 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremiah Willis**
**300 S. Santa Fe Ave**
**#388**
**Los Angeles, CA 90013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1826 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremias Parra**
**208 Booth St.**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** **Jeremy Cowser** **712 S. Gilbuck Dr.** **Anaheim, CA 92802** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** **Jeremy Girard** **2047 Terrace Dr** **Signal Hill, CA 90755** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 9 | **Nonpriority creditor's name and mailing address** **Jeremy Gonzalez** **931 Sycamore Drive** **Corona, CA 92879** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 0 | **Nonpriority creditor's name and mailing address** **Jeremy Heldt DDS** **--** **--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | **Nonpriority creditor's name and mailing address** **Jeremy Miller** **801 Falkland Trce** **Pflugerville, TX 78660** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** **Jeremy Stanco** **Baker Rd** **Pittston, PA 18640** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** **Jeremy Vales** **8480 Glade Minnow Ave** **Las Vegas, NV 89113** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Perez**
4625 W Chapman Ave
Apt 2
Orange, CA 92868

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jersey Mike's**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,514.42 |
|---|---|---|---|

**JES Foods Celina Inc**
P.O. Box 367
Medina, OH 44258

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jes Restaurant Equipment**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesica Razo Rojas**
1261 North Placentia Avenue
Apt 107
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesse D Gibson Jr**
421 N McPherson St
La Habra, CA 90631

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesse Gibson**
1501 W Westmont Dr.
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesse Ornelas**
2238 Tiffany Pl
ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessi Gonzalez**
1670 W. Broadway
#13-B
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Aldana Espana**
3360 Topaz Lane
#J18
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Anderson**
6707 Franrivers Avenue
Los Angeles, CA 91307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Arvizu**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Boyington**
414 North Rio Vista Street
Apt B
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Chagolla**
1337 W Lynne Ave
Apt 6
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Coronado**
**16782 Jeffrey Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Diaz**
**115 N West Street**
**#201**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Dugan**
**2308 Summit Pointe Dr**
**Unit 2308**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Pimentel**
**7081 Albatross Dr**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Requejo**
**2130 West Crescent Avenue**
**Apt 2169**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Sanchez**
**9321 Nichols Dr**
**Gardengrove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Vega**
**318 S Lemon St.**
**#307**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Arvizu**
**292 Joann Street**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Lazaro**
**911 N. Hanover St**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Nava**
**2550 East Ward Terrace**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessy Barrientos**
**115 S College St**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Avila**
**210 East Montwood Ave**
**Unit 14**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus E Zuniga**
**1949 S Manchester Ave.**
**#86**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Garcia**
**400 W Baker Ave**
**#F2**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.186 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Gil Acevedo** | ☐ Contingent | |
| | **12146 216th St** | ☐ Unliquidated | |
| | **Apt D** | ☐ Disputed | |
| | **Hawaiian Garden, CA 90716** | | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Grimaldo** | ☐ Contingent | |
| | **15608 Claretta Avenue** | ☐ Unliquidated | |
| | **Norwalk, CA 90650** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Hernandez** | ☐ Contingent | |
| | **1720 Sheffield Drive** | ☐ Unliquidated | |
| | **La Habra, CA 90631** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Nery-Chairez** | ☐ Contingent | |
| | **1201 West Diamond Street** | ☐ Unliquidated | |
| | **Apt 14** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Pineda** | ☐ Contingent | |
| | **1332 W Chevy Chase Dr** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Priego** | ☐ Contingent | |
| | **2134 W Brownwood Ave** | ☐ Unliquidated | |
| | **Apt 1** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Jesus Rodarte** | ☐ Contingent | |
| | **1012 W Richland Ave** | ☐ Unliquidated | |
| | **Santa Ana, CA 92703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**Jesus Rolon**
**129 S Lincoln Ave**
**Scranton, PA 18504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**Jesus Rosas**
**327 E. Pearson Ave. 16**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

**Jesus Vazquez Camarena**
**455 W Valenca Dr**
**#B**
**Fullerton, CA 92832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

**Jesus Zuniga**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 3**

**Nonpriority creditor's name and mailing address**

**Jet Skis Plus**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 4**

**Nonpriority creditor's name and mailing address**

**JetBlue**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 5**

**Nonpriority creditor's name and mailing address**

**Jetsuitex**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jewelers Mutual** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,098.00** |
|---------|---------|---------|---------|
| | **Jh2 Racing** | ☐ Contingent | |
| | **36678 Agave Court** | ☐ Unliquidated | |
| | **Lake Elsinore, CA 92532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jhonny Pinto** | ☐ Contingent | |
| | **4110 Maris Ave** | ☐ Unliquidated | |
| | **Pico Rivera, CA 90660** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jianny Santiago** | ☐ Contingent | |
| | **1136 Providence Rd** | ☐ Unliquidated | |
| | **#1** | ☐ Disputed | |
| | **Scranton, PA 18508** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jihyeon Noh** | ☐ Contingent | |
| | **5345 Oak Park Ln** | ☐ Unliquidated | |
| | **Apt 153** | ☐ Disputed | |
| | **Oak Park, CA 91377** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jimmy Hernandez** | ☐ Contingent | |
| | **1839 W.12th St** | ☐ Unliquidated | |
| | **#301** | ☐ Disputed | |
| | **Los Angeles, CA 90006** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **Jiro Smith** | ☐ Contingent | |
| | **8640 Auto Center Dr** | ☐ Unliquidated | |
| | **#16** | ☐ Disputed | |
| | **Buena Park, CA 90621** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 330 of 675

| 3.188 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JJ's Flower Shop** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JMC Equipment, Llc** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jmg Specialties, Inc.** | ☐ Contingent | |
| | **29120 Commerce Center Drive #2** | ☐ Unliquidated | |
| | **Valencia, CA 91355** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joan Orecchio** | ☐ Contingent | |
| | **308 South Meadowood Ln** | ☐ Unliquidated | |
| | **Sierra Vista, AZ 85635** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Joanna Barrera** | ☐ Contingent | |
| | **3354 W Orange Ave** | ☐ Unliquidated | |
| | **#24** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00** |
|---|---|---|---|
| | **Jobot** | ☐ Contingent | |
| | **PO Box 31001-2434** | ☐ Unliquidated | |
| | **Pasadena, CA 91110-2434** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  Trade debt ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jocelyn Gonzalez** | ☐ Contingent | |
| | **5505 Como Ave** | ☐ Unliquidated | |
| | **Santa Ana, CA 92703** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:  for notice purposes ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jocelyn Lopez**
**215 Oak Street**
**Apt 8**
**Santa Ana, CA 92701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joci Gongliewski**
**218 E Agnes St.**
**Olyphant, PA 18447**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Glen Juarez**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Glenn Juarez**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Juarez**
**307 North Bush St**
**Unit C**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe L Upchuch**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Rivas**
**1107 W. Porter Ave.**
**#3**
**Fullerton, CA 92833**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Upchurch**
**220 N Garfield Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Warren**
**1703 Sanderson Ave**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joeana Eusebio**
**10012 Emerson Ave**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joel Sandoval**
**1226 W Roberta Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joel Velazquez Arteaga**
**1120 South Belhaven St**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joey Aguirre**
**1617 E Redwood Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joey Concepcion**
**56 Maxwell Street**
**Apt 1**
**Wilkes Barre, PA 18706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joey Manzo**
**1759 South Dallas Dr**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johancer Soto**
**820 River St**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johanna Alvarez Leon**
**12531 Morningside Ave**
**#7**
**Garden Grove, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joheinys Sanchez**
**2711 Indian Oak Drive**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Arce**
**307 Bennett Street**
**Luzurne,P.A., PA 18709**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Bettencourt**
**760 La Vina Lane**
**Altadena, CA 91001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Boyer**
**4 Bald Eagle Trail**
**Gouldsboro, PA 18424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191 1**

Nonpriority creditor's name and mailing address

**John Castillo**
**2131 1/2 S Broden**
**#C**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 2**

Nonpriority creditor's name and mailing address

**John Chen**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 3**

Nonpriority creditor's name and mailing address

**John Fitizsimmons**
**20544 Deerwatch Pl**
**Ashburn, VA 20147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 4**

Nonpriority creditor's name and mailing address

**John Lopez**
**216 East Truslow Ave**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 5**

Nonpriority creditor's name and mailing address

**John Marinelli**
**1336 Bryn Mawrst**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 6**

Nonpriority creditor's name and mailing address

**John Roberts**
**11 38th Place**
**#A**
**Long Beach, CA 90803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 7**

Nonpriority creditor's name and mailing address

**John Soules Foods, Inc.**
**PO Box 4579**
**Tyler, TX 75712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Verdida**
**1230 E. Glenwood Ave.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Wilkes**
**707 Minooka Ave**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnathan McCoy**
**2404 Nutwood Ave**
**A11**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnathan Rosson**
**6332 Winodee Dr**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnathan Rosson**
**4420 Johanna Ave**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnathan Thorne**
**16027 Brookhurst St**
**Unit I-249**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnny Harrington**
**621 Prescott Ave**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | **Nonpriority creditor's name and mailing address**<br>**Johnny Nava**<br>**1127 East Walnut Ave**<br>**Fullerton, CA 92831**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.192 6 | **Nonpriority creditor's name and mailing address**<br>**Johnny Pinto**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.192 7 | **Nonpriority creditor's name and mailing address**<br>**Johnny Sahagun**<br>**1114 W Diamond**<br>**Anaheim, CA 92801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.192 8 | **Nonpriority creditor's name and mailing address**<br>**Johnson Controls Security**<br>**Solutions- PA Fire Alarm**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,356.46** |
| 3.192 9 | **Nonpriority creditor's name and mailing address**<br>**Johnson Controls Security**<br>**Solutions- PA Fobs**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.193 0 | **Nonpriority creditor's name and mailing address**<br>**Jon Trabal**<br>**414 Moosic Heights**<br>**Avoca, PA 18641**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.193 1 | **Nonpriority creditor's name and mailing address**<br>**Jonarys Machado**<br>**12231 Tamerlane**<br>**Apt A**<br>**Granden Grove, CA 92840**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Castro**
**2660 West Ball Rd**
**#16**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Estrada**
**38 W Columbus Ave**
**#38**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Gonzales**
**129 West Guinida Ln**
**Apt 9**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Jefferson**
**2479 W Harriet Ln**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Martinez**
**7246 Nixon Dr**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Mason**
**11962 Donna Ln**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan McCoy**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 338 of 675

| 3.193 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Montano**
**200 N Gilbert**
**Apt 10**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Ochoa**
**7881 Davmor Ave**
**Stanton, CA 90680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Perez**
**225 E 1st Ave**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathon Alarcon**
**11159 Walnut St**
**Whittier, CA 90602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Bancala**
**106 Starlight Ln**
**Dalton, PA 18414**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Jimmerson**
**1827 North Viola St**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Moye**
**4854 S Apricot Way**
**Ontario, CA 91762-7285**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Neff**
**1240 S Centre St**
**#3**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Pacheco**
**125 North Belinda Cir**
**Apt 32**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Ramirez**
**1511 East Birch St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Cardenas**
**313 E. Adele St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Gamez**
**702 Prospect Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Gamez**
**702 Prospect Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Jaime**
**2129 W Catalina Ave**
**#4**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.195 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Julajuj**
**2106 W Brownwood**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Morones**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Morones Ornelas**
**435 N Cypress St**
**#B**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Munoz**
**319 S. Philadelphia St**
**#8**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Neri Gamez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Omar Perfecto Alonso**
**10251 Fern Ave**
**Apt 422**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jorge Pena Sanchez**
**2203 E. Center St**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jorge Perez**
**210 E Montwood Ave**
**Apt 14**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jorge Rosales**
**422 South West St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jorge Urbina**
**12341 Flagstone Place**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jorge Verde**
**201 N Dale Ave**
**Apt M4**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Josalyn Holguin**
**10335 Cardinal Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jose A. Santiago**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Jose Aguirre**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 342 of 675

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Alberto Mendez Baez**
61 Wood St
#61
Wilkes-Barre, PA 18702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Alvarado Amador**
1241 N East St
SPC 28
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Bautista**
729 Jones St #309
San Francisco, CA 94109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Bernal**
3410 South Main St
Unit A-5
Santa Ana, CA 92707

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Brito**
415 West Sycamore St
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Campos**
3629 Hope St
Huntington Park, CA 90255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|------------------------------------------------------|------------------------------------------------------------------------|-----------|

**Jose Campos Ramirez**
3629 Hope St
Huntington Park, CA 90255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Escobar**
**1530 9th St**
**Apt D**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Garcia**
**201 N. Dale Ave**
**#M4**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Gil Romero**
**2701 W McFadden Ave**
**Apt 78**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Gomez**
**211 S Beach Blvd.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Gutierrez**
**500 S La Veta Park Cir**
**#6**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Gutierrez Murillo**
**1430 N. Acacia St.**
**#2**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jose Iniguez**
**1005 N Citron Ln**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Irizarry**<br>**1016 5th St**<br>**#1**<br>**Moosic, PA 18507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose J Garcia**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Lopez**<br>**2725 S Center St**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Lopez-Santos**<br>**123 Lakeside Dr**<br>**Buena Park, CA 90621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Lucero Bibanco**<br>**3115 Quartz Ln**<br>**#2**<br>**Fullerton, CA 92831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Luis**<br>**Orchard St**<br>**#419**<br>**Kingston, PA 18704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jose Martinez**<br>**8951 Pacific Ave**<br>**Apt B**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Medina**
619 Prospect Ave
#2B
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Montano**
1651 Mitchell Ave
Apt P1
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Montes**
1502 W. Dogwood Ave
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Morales Cruz**
817 E Walnut Ave
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Moreno**
1701 E La Habra Blvd
Unit 29
La Habra, CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Novoa**
423 Enclave Circle
Unit 101
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Ortiz**
89 Bentwood Rd.
PH
Drums, PA 18222

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Osegueda**
2770 W Yale Ave.
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Palacios Ramos**
151 W Guinida Ln #1
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Pernia Roballo**
144 S Westchester Dr
Anaheim, CA 92804

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Pineda Alvear**
1027 E Nocta St
Ontario, CA 91764

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Pineda Gonzalez**
7903 Calobar Ave
Whittier, CA 90606

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Raya Ortiz**
122 S Ohio St
#104
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Reyes**
**2821 Birney Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Rico**
**4939 E Willetta St**
**Apt #2**
**Phoenix, AZ 85008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Romero-Olea**
**6722 Homer St**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Sanchez**
**720 S Sylvan St**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Santana**
**129 W Guinida Ln**
**Apt 7**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Santiago**
**175 S Rio Vista St**
**A140**
**Anaheim, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.200 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Santos Sanchez**
**19050 Colima Rd**
**Apt 129**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2008 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Solorio**
**9382 Stirrup St**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2009 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Tejeda**
**1180 N Lombard Dr**
**Apt C**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2010 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Torres Serrano**
**1818 W Neighbors Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2011 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Urrutia**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2012 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Vega**
**1339 N Gilbert St**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2013 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Zapata**
**8940 Pacific Ave # A**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.2014 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josefina Arias**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.201 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Josefina Ortega Garzon** | ☐ Contingent | |
| **2015 N Bush St** | ☐ Unliquidated | |
| **#203** | ☐ Disputed | |
| **Santa Ana, CA 92706** | | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Josefina Vazquez** | ☐ Contingent | |
| **1337 E Wilshire Ave** | ☐ Unliquidated | |
| **Apt F** | ☐ Disputed | |
| **Fullerton, CA 92831** | | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Josefine Arias** | ☐ Contingent | |
| **245 Empire St** | ☐ Unliquidated | |
| **Wilkes Barre, PA 18702** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Joseluis Rodriguez** | ☐ Contingent | |
| **284 Barney St** | ☐ Unliquidated | |
| **Apt 1** | ☐ Disputed | |
| **Wilkes Barre, PA 18702** | | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Joseph Banda** | ☐ Contingent | |
| **224 S. Lyon St** | ☐ Unliquidated | |
| **Apt . # 1** | ☐ Disputed | |
| **Santa Ana, CA 92701** | | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Joseph Chesla** | ☐ Contingent | |
| **5009 Birney Ave** | ☐ Unliquidated | |
| **Moosic, PA 18507** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Joseph Coyazo** | ☐ Contingent | |
| **2221 Fisher Ct** | ☐ Unliquidated | |
| **Redondo Beach, CA 90278** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Duran**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Flores**
**14717 Pioneer Blvd**
**#33**
**Norwalk, CA 90650**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gomez**
**2111 South Fairview St.**
**#A**
**Santa Ana, CA 92704**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Guevara**
**1025 Marc Court**
**Diamond Bar, CA 91765**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Mariscal**
**7210 Washington Ave**
**#D**
**Whittier, CA 90602**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Martinez**
**606 N Townsend St**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Masciel**
**1700 North Kellogg**
**Apt D**
**Anaheim, CA 92807**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Naylor II**
**3718 W 157st**
**Lawndale, CA 90260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Sanchez**
**11561 Stanton Ave**
**Stanton, CA 90680**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Suarez Bautista**
**628 S Oakwilde Dr**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Olivares Hernandez**
**17 Westbrook Ln**
**Pomona, CA 91766**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Pommerening**
**107 S. Agate Pl**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josh Russo**
**346 N Sunset Ave**
**Unit 108**
**La Puente, CA 91744**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2035 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Anthony Russo**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Arellanes**
**14511 Marilla Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Hanson**
**dba Caveman Productions**
**2639 Wellington Rd**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Hernandez**
**4457 N Jackson Ave**
**Fresno, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Miranda**
**329 W Hampshire Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Torres**
**1145 W Casa Grande Ave**
**#E**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joshua Vazquez**
**7378 Blackhawk Cir**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Josue Castro**
**13420 Harlow Ave**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josue David**
**400 N Bush St**
**Apt B**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josue Flores**
**2230 S Loara St**
**Unit 116**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josue Rodriguez**
**1412 Academy St**
**#1**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jotform Inc.**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jovani Rodriguez Mejia**
**213 S Walnut St**
**Apt 102**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jovanny Perez**
**8021 8th St.**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.51 |
|---|---|---|---|

**Joyce Electrical Inc.**
**333 2nd St**
**Eynon, PA 18403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JR's Wheels and Tires** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan A. Hernandez** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan Alberto Sanchez** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan Alvarez** | ☐ Contingent | |
| | **405 N La Reina St** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan Angeles** | ☐ Contingent | |
| | **4632 E Tanglewood Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92807** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan Cardoso** | ☐ Contingent | |
| | **702 East Santa Ana Blvd** | ☐ Unliquidated | |
| | **Unit 413** | ☐ Disputed | |
| | **Santa Ana, CA 92701** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Juan Carlos Conde** | ☐ Contingent | |
| | **13832 Cedar Street** | ☐ Unliquidated | |
| | **Westminster, CA 92683** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 355 of 675

| 3.205 7 | **Nonpriority creditor's name and mailing address** **Juan Carlos Juracan Juracan** -- --, -- -- Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.205 8 | **Nonpriority creditor's name and mailing address** **Juan Castellano Rosario** 352 Parsonage St Pittston, PA 18640 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.205 9 | **Nonpriority creditor's name and mailing address** **Juan Castillo Alvarez** 1786 W Glencrest Ave #8 Anaheim, CA 92801 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.206 0 | **Nonpriority creditor's name and mailing address** **Juan Conde** -- --, -- -- Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.206 1 | **Nonpriority creditor's name and mailing address** **Juan Coronel** 925 N Claudina St #A Anaheim, CA 92805 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.206 2 | **Nonpriority creditor's name and mailing address** **Juan David Medrano** -- --, -- -- Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.206 3 | **Nonpriority creditor's name and mailing address** **Juan Escobales** 313 N Third St Moosic, PA 18641 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.206 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Galeana**
**216 W Guinida Ln**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Gonzalez**
**548 Fordham Dr**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Gonzalez Colon**
**2083 S Sprague Ln**
**#3**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Gutierrez Sanchez**
**3747 East 54th Street**
**Maywood, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Hernandez**
**1878 W Chanticleer Rd**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Ivan Gerardo Rodriguez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Juracan Juracan**
**326 N Valley St.**
**#1**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Manjarrez**
**6292 Indiana St**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Mercado Reyes**
**193 E Main St**
**Wilkes Barre, PA 18705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Miranda**
**3000 Fillmore Way**
**Apt. 85A**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Payamps**
**529 Eyno St**
**2**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Perez Marquez**
**2320 W La Habra Blvd**
**la habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Rangel**
**12851 Haster St.**
**Apt. 10B**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Reinaga**
**1510 Jackson Street**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Rodriguez**
1162 N Mayfair Ave
Apt G
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Roman Galeana**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan S Reinaga**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2081 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Sanchez**
123 N Resh St
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2082 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Sen Morales**
1040 N Shattuck Pl
Apt 1
Orange, CA 92867

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2083 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Trevino**
9200 Monte Vista Ave
#69
Montclair, CA 91763

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2084 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juan Valle**
521 Pine Ave
#106
Long Beach, CA 90802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juan Vicente**
**8900 Pacific**
**#C**
**Anaheim, CA 92804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juana Castillo**
**328 N. Citron St.**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juana Del Camacho**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juana HInojosa**
**241 E Adele St**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juana Nova**
**431 Wheeler Ave**
**#1**
**Scranton, PA 18510**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Juda Mailoto**
**700 W 157th St**
**Gardena, CA 90247**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,750.00** |
| --- | --- | --- | --- |

**Judicate West**
**1851 East First St**
**Suite 1600**
**Santa Ana, CA 92705**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.209 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Judit Sanchez**
**210 E Montwood**
**Apt.3**
**La Habra, CA 90631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Judy Eierdam**
**4115 Wild Azlea Ave.**
**Apt 3116**
**Fort Worth, TX 76116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Judy Jaik**
**506 E. Harrison Ave.**
**Pomona, CA 91767**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Judy Jaik**
**506 E. Harrison Ave.**
**Pomona, CA 91767**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loans to Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Judyann Lamille**
**2021 W Juno Pl**
**#2**
**Anahiem, CA 92802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julia Castillo**
**235 W Orangewood Ave**
**Apt 30C**
**Anaheim, CA 92802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Julia Soto**
**1740 W Greenleaf Ave**
**Anaheim, CA 92801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julian Gomez**
**4551 Bates Dr.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julian Reyes**
**33 Crowl Cr Dr**
**#1A**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Juliana Rodriguez**
**1925 W Greenleaf Ave**
**Apt 54**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julies at Birkdale**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julio Fortuna**
**482 3rd St**
**3rd**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julissa Bernal**
**911 S Reseda St**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Julius Husser**
**10800 Dale Ave**
**Apt 421**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** **Jump Rope Innovation Llc** **74 Washington Ave** **Hillsdale, NJ 07642** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 7 | **Nonpriority creditor's name and mailing address** **Jumping Wolf Media** **dba Nathan Kadziauskas** **11 Abilene Dr** **Trabuco Canyon, CA 92679** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 8 | **Nonpriority creditor's name and mailing address** **Jurian Silva** **320 5th Avenue** **PH** **Scranton, PA 18505** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 9 | **Nonpriority creditor's name and mailing address** **Justin Abas** **18908 Stark Ave** **Cerritos, CA 90703** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 0 | **Nonpriority creditor's name and mailing address** **Justin Garcia** **2077 S Jetty Dr** **#2** **Anaheim, CA 92802** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 1 | **Nonpriority creditor's name and mailing address** **Justin Holguin** **924 N Cavon Pl** **Anaheim, CA 92801** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 2 | **Nonpriority creditor's name and mailing address** **Justin Mallabo** **13846 Casablanca Ct** **Corona, CA 92880** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justin McInturff**
15621 Ladera Vista Dr
Chino Hills, CA 91709

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justin Straub**
7600 W Manchester Ave
Unit 242
Los Angeles, CA 90293

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justina Ortigoza**
5712 Western Ave
Buena Park, CA 90620

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justine Garcia**
--
--, -- --

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justo Lopic Toc**
2230 W. Lincoln Ave
#1214
Anaheim, CA 92801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Justus Basile**
125 7th St
Huntington Beach, CA 92648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Juventino Parroquin**
8382 Whitaker St
#26
Buena Park, CA 90621

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kaden Stormes**
**1402 Bryn Mawr St**
**Scranton, PA 18504-2718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kaedian LLP**
**8383 Wilshire Blvd**
**Suite 210**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kaempfer Crowell, Ltd.**
**1980 Festival Plaza Dr**
**Suite 650**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kai Yu Santos dba**
**Fulfill Your Products**
**1701 E Edinger Ave E6**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kaila Dreiling**
**10317 Columbia River Court**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kailey Daovieng**
**6343 Lincoln Ave**
**Apt i4**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kailua Sailboard**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kairo Vicente Marroquin**
**11963 Ottawa Place**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kaitlyn Pittman**
**12750 Centralia St.**
**#1**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kane Chhor**
**21613 Birch Hill Dr.**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Anzures**
**1701 E La Habra Blvd**
**Apt 29**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Beltran**
**1963 W Greenleaf Ave**
**Apt A**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Gomez**
**921 S Trident St**
**Apt 3**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kari A Rowe**
**6717 N Seneca St**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karina Hernandez**
**6168 Jennifer Ln**
**Jurupa Valley, CA 92509**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karina Rodarte**
**201 E Chapman Ave**
**Apt 62J**
**Placentia, CA 92870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karina Rodriguez**
**1375 Buena Vista Ave.**
**Pomona, CA 91766**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karla Alejos**
**120 E Alberta St**
**Apt A**
**Anaheim, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karla Garcia**
**1231 S Sharon Cir**
**#F2**
**Anaheim, CA 92804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karla Montecino**
**1116 Louise St**
**Santa Ana, CA 92703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kate Burgess**
**529 Main St**
**Old Forge, PA 18518**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.214 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katella Avenue Partners, Llc**
**2695 E. Katella**
**Anaheim, CA 92806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katella Fuel**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katerin Matos**
**550 Carey Ave**
**Wilkes Barre, PA 18702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katherine Reynoso**
**37 Harry**
**Wilkes Barre, PA 18705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katherine Torrance**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katherine Torrence**
**18932 Gregory Ln**
**Huntington Beach, CA 92646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kathryn Romo**
**6482 Savoy Cir**
**Buena Park, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Hernandez**
**529 Prescott Ave**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katie's Snack Foods**
**4094 Anson Dr**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katom Restaurant Supply**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.50 |
|---|---|---|---|

**Kaufman Dolowich LLP**
**135 Crossways Park Dr**
**Suite 201**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kawan Scarborough**
**828 Herbert St**
**#28**
**Scranton, PA 18706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kayla May Yaakov**
**1305 Hilltown Rd.**
**Biglerville, PA 17307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kayshaun Galliego**
**539 Linden St**
**Scranton, PA 18503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.215 5**

**Nonpriority creditor's name and mailing address**
**KC Digital Solutions**
**540 S State College Blvd.**
**Fullerton, CA 92831**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,359.44

---

**3.215 6**

**Nonpriority creditor's name and mailing address**
**KC Power Clean**
**2500 E. Imperial Hwy**
**Suite 149A #385**
**Brea, CA 92821**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215 7**

**Nonpriority creditor's name and mailing address**
**KCD Training**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215 8**

**Nonpriority creditor's name and mailing address**
**KDR Equipment, Inc.**
**13875 Kay Rd**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215 9**

**Nonpriority creditor's name and mailing address**
**Kean Coffee**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.216 0**

**Nonpriority creditor's name and mailing address**
**Keira Emily Chapman**
**11621 Brookhurst Street**
**Garden Grove, CA 92840**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.216 1**

**Nonpriority creditor's name and mailing address**
**Keisha Hamilton**
**1107 W Pacific Coast Hwy**
**#6**
**Wilmington, CA 90744**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.216 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Magee**
**9201 Pacific Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelley Supply, Inc.**
**PO Box 100**
**Abbotsford, WI 54405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Valbuena**
**2217 Olivine Dr.**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellie Davalos**
**18214 E Bellefont Dr**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Spicers Packaging**
**PO Box 741227**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellyne Weathers**
**310 Kaokolo Pl**
**Kapaa, HI 96746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelvin Peggins**
**9722 W Colchester Dr**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kennie McGowan** <br> **836 Herbert St** <br> **#836** <br> **Scranton, PA 18505** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kenny Diaz** <br> **2117 West Ave** <br> **Fullerton, CA 92833** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kenya Lockett** <br> **505 N Rose St** <br> **Anaheim, CA 92805** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Keon Tyler** <br> **33 River St** <br> **#3** <br> **Carbondale, PA 18407** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,896.00 |
|---|---|---|---|
| | **Kevala International Llc** <br> **6902 Alissa Dr.** <br> **Rowlett, TX 75089** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Keven Dixon** <br> **8004 Orangethorpe Ave** <br> **#225** <br> **Buena Park, CA 90621** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kevin Campos** <br> **123 N Resh St** <br> **Anaheim, CA 92805** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Espana** | ☐ Contingent | |
| | **1250 S Brookhurst St** | ☐ Unliquidated | |
| | **Apt. 1018** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Hernandez** | ☐ Contingent | |
| | **13115 Le Parc Blvd** | ☐ Unliquidated | |
| | **Unit 16** | ☐ Disputed | |
| | **Chino Hills, CA 91709** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Lagunas** | ☐ Contingent | |
| | **14421 Livingston St** | ☐ Unliquidated | |
| | **Tustin, CA 92780** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Lima** | ☐ Contingent | |
| | **1911 S Haster St** | ☐ Unliquidated | |
| | **#80** | ☐ Disputed | |
| | **Anaheim, CA 92802** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Lo** | ☐ Contingent | |
| | **2021 Choctaw Dr** | ☐ Unliquidated | |
| | **West Covina, CA 91791** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin Lopez** | ☐ Contingent | |
| | **2442 E Alden Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92806** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kevin McGuire** | ☐ Contingent | |
| | **470 Strawberry Ln** | ☐ Unliquidated | |
| | **Mountain Top, PA 18707** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Moseley**
**7085 Santa Irene Cir.**
**Apt.113**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Ocampo**
**914 S Arden Pl**
**#2**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Persson**
**128 N Ivy Ave**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Pope**
**41-24 Birney Ave**
**#118**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Robeniol**
**7640 El Escorial Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Traynor**
**748 N. Sabina St.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevona S Williams**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 351 of 631

| 3.219 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevona Williams**
**12635 Main St**
**#222**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keystone Compliance LLC**
**131 N Columbus Innerbelt**
**New  Castle, PA 16101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.57 |
|---|---|---|---|

**Keystone Propane Service Inc**
**1201 Marshwood Rd**
**Throop, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Khwaja Sediqi**
**615 Adams Ave**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Khwaja U Sediqi**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kiandra David**
**130 Courtright St**
**Pringle, PA 18704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kiara King**
**3100 Garnet Lane**
**Apt A**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.219<br>7 | **Nonpriority creditor's name and mailing address**<br>**Kierra Davidson**<br>**8892 19th Street 143**<br>**Rancho Cucamonga, CA 91701** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219<br>8 | **Nonpriority creditor's name and mailing address**<br>**Kimberlie Willsher**<br>**135 Pearl Ave**<br>**San Carlos, CA 94070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219<br>9 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Maenhout**<br>**Box 2207**<br>**Wrangell, AK 99929** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Morris**<br>**17941 Baron Cir**<br>**Huntington Beach, CA 92647** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220<br>1 | **Nonpriority creditor's name and mailing address**<br>**Kimberly Sain**<br>**21201 Kittridge St**<br>**Los Angeles, CA 91303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220<br>2 | **Nonpriority creditor's name and mailing address**<br>**Kimyata Denise**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220<br>3 | **Nonpriority creditor's name and mailing address**<br>**King Labule**<br>**15825 Deer Trail Dr.**<br>**Chino Hills, CA 91709** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 4 | **Nonpriority creditor's name and mailing address** **Kittaya Treseangrat Dba** **Kittaya Treseangrat Inc** **21427 Nashville St** **Chatsworth, CA 91311** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 5 | **Nonpriority creditor's name and mailing address** **Klaviyo Software** **--** **--, -- --** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 6 | **Nonpriority creditor's name and mailing address** **Knoppy Hoffman** **9599 Melanie Dr** **Saint Michael, MD 21663** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 7 | **Nonpriority creditor's name and mailing address** **Knuth Refrigeration &** **Air Conditioning, Inc.** **615 Gibbons St** **Scranton, PA 18505-3352** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$40,554.81** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 8 | **Nonpriority creditor's name and mailing address** **Koal Denning** **13002 Edwards Rd** **La Mirada, CA 90638** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 9 | **Nonpriority creditor's name and mailing address** **Koal P Denning** **--** **--, -- --** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 0 | **Nonpriority creditor's name and mailing address** **Koch Foods Incorporated** **PO Box 71245** **Chicago, IL 60694-1245** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$104,950.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**
**Kogi Group Corporation**
**4370 Eagle Rock Blvd**
**Los Angeles, CA 90041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**
**Koncept Innovators LLC**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**
**Kori Hardy**
**1433 Coronado Ave**
**Apt 304**
**Long Beach, CA 90804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**
**Krave Group Llc  Dba**
**Motoamerica**
**18004 Sky Park Cir., Ste. 110**
**Irvine, CA 92614**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,006.00

---

| 3.221 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**
**Kreon Jackson**
**7062 Knox Ave.**
**Fontana, CA 92336**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**
**Krishnamurti Landscaping**
**Home Services**
**330 N. Sumner Ave**
**Scranton, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**
**Krista Bustamante**
**22701 Chicora Dr**
**Diamond Bar, CA 91765**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kristian Tafao** | ☐ Contingent | |
| | **1130 Lewis Ave** | ☐ Unliquidated | |
| | **Long Beach, CA 90813** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kristy Muentes** | ☐ Contingent | |
| | **219 Moosic Heights** | ☐ Unliquidated | |
| | **Avoca, PA 18641** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kroger** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
| --- | --- | --- | --- |
| | **Kronen Corp** | ☐ Contingent | |
| | **4174 Commercial Ave** | ☐ Unliquidated | |
| | **Madison, WI 53714** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kushtrim Shabani** | ☐ Contingent | |
| | **821 Maple St** | ☐ Unliquidated | |
| | **Scranton, PA 18505** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kyle Baker** | ☐ Contingent | |
| | **4217 Birney Ave** | ☐ Unliquidated | |
| | **Moosic, PA 18507** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Kyle Frank** | ☐ Contingent | |
| | **7916 Remington Rd** | ☐ Unliquidated | |
| | **Montgomery, OH 45242** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyleren Mathieu**
**3990 Zion Lane**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kylie Tenorio**
**7141 El Viento Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,663.00 |
|---|---|---|---|

**L.A. Foods LLC**
**5115 Clareton Dr**
**Suite 200**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**La Cienega Food Equipment**
**2440 E. 52nd St**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LA City Parking Meter**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LA County Public Health**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**La Fortaleza**
**501 N. Ford Blvd**
**Los Angeles, CA 90022-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **La Sabrosa Market** **--** **--, -- --** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **La Tourangelle, Inc.** **918 Parker St** **Suite A-14** **Berkeley, CA 94710** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **La Tulipe Floral** **--** **--, -- --** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **La Wireless, Llc** **23890 Copper Hill Dr. #148** **Valencia, CA 91354** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,451.26** |
|---|---|---|---|
| | **Labelmatch** **126 W. Streetsboro St #14** **Hudson, OH 44236** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Labor Law Center** **--** **--, -- --** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.80** |
|---|---|---|---|
| | **Lackawanna River Basin** **Sewer Authority** **PO Box 280** **Olyphant, PA 18447-0280** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 381 of 675

| 3.2239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ladov Law Firm, P.C.**
**1101 Market St**
**Suite 2820**
**Philadelphia, PA 19107-2993**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lady On The Rocks, Llc**
**4161 Redondo Beach Blvd**
**#201**
**Lawndale, CA 90260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakeisha Lucier**
**2554 Associated Rd**
**#02**
**Fullerton, CA 92835**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lameo & Associates Inc**
**PO Box 321**
**Dunmore, PA 18512**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lamia Gabal MD**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lanikai Cleaning**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LaQuanda Brandon**
**401 N Bush St.**
**#214**
**Santa Ana, CA 92701**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Larry Cooper** | ☐ Contingent | | |
| **3619 Sedlock Dr** | ☐ Unliquidated | | |
| **Corona, CA 92881** | ☐ Disputed | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Larry Mejia** | ☐ Contingent | | |
| **3137 Garnet Lane** | ☐ Unliquidated | | |
| **Apt A** | ☐ Disputed | | |
| **Fullerton, CA 92831** | | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Larry Moore** | ☐ Contingent | | |
| **1739 Orizaba Ave** | ☐ Unliquidated | | |
| **Long Beach, CA 90804** | ☐ Disputed | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.224 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Lascelles Green** | ☐ Contingent | | |
| **156 S Fillmore Ave** | ☐ Unliquidated | | |
| **#156** | ☐ Disputed | | |
| **Scranton, PA 18504** | | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.225 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **LaserShip Inc** | ☐ Contingent | | |
| **8401 Greensboro Dr** | ☐ Unliquidated | | |
| **Suite 700** | ☐ Disputed | | |
| **McLean, VA 22102** | | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.225 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **LaTasha Towner** | ☐ Contingent | | |
| **14060 Rock Place** | ☐ Unliquidated | | |
| **Riverside, CA 92503** | ☐ Disputed | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.225 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Latte Da Bagelry** | ☐ Contingent | | |
| **--** | ☐ Unliquidated | | |
| **--, -- --** | ☐ Disputed | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| **3.225 3** | |

**Nonpriority creditor's name and mailing address**

**Laura Asencio**
**605 Depot St**
**Scranton, PA 18509**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 4** | |

**Nonpriority creditor's name and mailing address**

**Laura Isabel Jeronimo Basurto**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 5** | |

**Nonpriority creditor's name and mailing address**

**Laura Jasso**
**243 West Tiller Ave**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 6** | |

**Nonpriority creditor's name and mailing address**

**Laura Jeronimo Basurto**
**10782 Rose St**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 7** | |

**Nonpriority creditor's name and mailing address**

**Laura Lopez**
**801 N Loara Street**
**#244**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 8** | |

**Nonpriority creditor's name and mailing address**

**Laura Mendoza**
**7340 8th Street**
**Apt 23**
**Buena Park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.225 9** | |

**Nonpriority creditor's name and mailing address**

**Laura Patino**
**1618 S Nutwood St**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 0 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Laureen Asseo**
**333 N. Euclid Way**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 1 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Laureen Asseo**
**333 N. Euclid Way**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Company**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.226 2 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Lauren Danjoi**
**7091 E Scenic Cir**
**Anaheim, CA 92807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 3 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Lauren Elizabeth Villatoro**
**7223 Pickering Ave**
**Apt 1**
**Whittier, CA 90602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 4 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Lauren Villatoro**
**7223 Pickering Ave**
**Apt 1**
**Whittier, CA 90602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 5 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Laury Estevez**
**613 Main St**
**Peckville, PA 18452**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 6 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

**Law Off of Miguel S. Ramirez**
**Client Trust Account**
**9171 Wilshire Blvd, Ste 500**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.226 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Off of Warren R. Shiell**
**9935 Santa Monica Blvd.**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Office of Wendy Sharp**
**1100 Glendon Ave**
**15th Floor**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Offices Of Harold A.**
**Laufer & Associates**
**PO Box 15261**
**Beverly Hills, CA 90209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Doors**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Roll Up Doors**
**4525 Littlejohn St**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Wholesale, LLC**
**4353 Exchange Ave**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lazaro Jimenez Ramirez**
**601 East Sycamore St**
**#4**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 363 of 631

| 3.227 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lazy Betty**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LB Aquarium & Convention Ctr**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lbs Financial**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lc Penner Co.**
2313 E Philadelphia St.
Ste P
Ontario, CA 91761

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Le Ventures, Llc**
8605 Santa Monica Blvd
Los Angeles, CA 90069-4109

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leandro Inirio Lopez**
137 South Cameron Ave
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee & Associates Commercial Real Estate Services Inc**
9838 Research Dr
Irvine, CA 92618

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,380.71** |
|---|---|---|---|

**Lee Electric Supply**
**240 Hickory Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Kum Kee (USA) Inc**
**14841 Don Julian Rd**
**City of Industry, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Meyers**
**914 26th St**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Zhao**

**CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,400.40** |
|---|---|---|---|

**Legacy Farms, Llc**
**1765 W. Penhall Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leilani Baltazar**
**21828 Belshire Ave**
**Apt 9**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leilani K Baltazar**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lemonade**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**lenny Bueno**
**7122 Stahov Ave**
**Westminster, CA 92683**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leo Sculpt**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonardo Arias Ceja**
**14621 Carfax Drive**
**Apt B**
**Tustin, CA 92780**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonardo Castillo**
**500 W Commonwealth Ave**
**Apt A**
**Fullerton, CA 92832**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonardo Hernandez**
**1818 W Neighbors Ave**
**Apt 3**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonardo Vasquez**
**6102 Homewood Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leonel Rivera**
**1629 Ball**
**#1**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leonila Lopez**
**326 S Garnsey St**
**Apt 102**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leonilla Lopez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leonor Armas**
**12579 9th St**
**Apt D205**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leonor Blanco**
**1120 W. Pearl St**
**Apt C**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leroy Carter**
**1112 Springbrook Ave**
**#C**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lesley Martinez**
**150 N Coffman St**
**Apt 212**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leslie Gloria**
**857 East 3rd Street**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leslie Rodriguez**
**1837 W Greenleaf Ave**
**#A**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leslies Organics**
**C/O Nutiva**
**213 W Cutting Blvd**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lessonly, Inc.**
**1129 E. 16th Street**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Let It Brie**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Arguelles Constanrino**
**2841 E Lincoln Ave**
**#251**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Coronel Soriano**
**1140 N. Leisure Ct.**
**#9**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **for notice purposes** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (*if known*) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.230 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Hernandez**
**1661 Neil Armstrong St**
**#134**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Ibarra**
**1250 S. Brookhurst St**
**Apt. 1056**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Pineda**
**624 S Mohawk Dr**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Rodriguez**
**329 S Harbor Blvd**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leticia Trejo**
**1241 S Hickory St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,906.83** |
|---|---|---|---|

**Level 3 Communication Llc**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> Trade debt </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Levy @ Circuit of the Americas**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u> for notice purposes </u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lexington Law**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lexus Financial Services**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Leydi Orellana Gonzalez**
1152 N Mohican Way
Apt 6
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LGSH**
16530 Ventura Blvd
Ste 305
Encino, CA 91436-2006

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lies Gumbs German**
1213 Preston Place
Scranton, PA 18504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,296.44 |
|---|---|---|---|

**Lift Parts Service Inc**
4559 E Washington Blvd
Commerce, CA 90040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lightswitch**
9663 Santa Monica Blvd.
Suite 794
Beverly Hills, CA 90210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lilia Rebollar**
**12531 Sungrove Cir**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lilian Mejia**
**2541 N. Delta**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Liliana Bravo Copado**
**616 North Rose St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lilycamera**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Alvarez**
**2243 E Vermont Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lindenmeyr Munroe**
**Three Manhattanville Rd**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lindiana S Tavares**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lindiana Tavares**
**142 Village Dr**
**Taylor, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lineage Logistics**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linkedin**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linktree**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Liqing Mao**
**5949 Natalie Rd**
**Chino hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lis  Murillo**
**13028 Sunshine Ave.**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa Jimenez**
**9320 Palmetto Ave**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisandro Perez**
**166 Tompkins St**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisbeth Jimenez**
**130 S Rebecca**
**#1**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisselotte Jimenez**
**258 Frederick St**
**Kingston, PA 18704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisset Diaz**
**12642 Spinnaker St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lissette Murillo**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Litmus Software Inc.**
**675 Massachusetts Ave**
**10th Floor**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Live Kaizen LLC**
**585 Station Rd**
**Amherst, MA 01002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|--------|------|------|------|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.234 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Logic Communications** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Logrocket** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Long Haul Trucking, Inc.** | ☐ Contingent | |
| | 6600 Jansen Ave. | ☐ Unliquidated | |
| | Albertville, MN 55301 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Long Reimber Winegar Llp** | ☐ Contingent | |
| | P.O. Box 87 | ☐ Unliquidated | |
| | Cheyenne, WY 82003 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Longevity Nutrition Inc** | ☐ Contingent | |
| | 19600 Fairchild Rd | ☐ Unliquidated | |
| | Suite 300 | ☐ Disputed | |
| | Irvine, CA 92612 | | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Lonnie Durham** | ☐ Contingent | |
| | 927 State Route | ☐ Unliquidated | |
| | #23 | ☐ Disputed | |
| | Spring Brook Township, PA 18444 | | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.235 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Lonnie Johnson** | ☐ Contingent | |
| | 127 West Midway Manor | ☐ Unliquidated | |
| | Anaheim, CA 92805 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Look Signs**
**27112 Cordero Ln**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loomis Insurance**
**PO Box 3128**
**Riverside, CA 92519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,462.92 |
|---|---|---|---|

**Lopez Electric**
**1831 Belcroft Ave**
**El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lorena Gonzalez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lorena Penaloza**
**4109 Carol Drive**
**Unit B**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lorenna Gonzalez**
**115 Main St**
**#2A**
**Childs, PA 18407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Los Angeles County Tax Collector**
**PO Box 54027**
**Los Angeles, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 8 | Nonpriority creditor's name and mailing address<br>**Los Angeles Produce Distributors**<br>PO BOX 86307<br>Los Angeles, CA 90086 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 9 | Nonpriority creditor's name and mailing address<br>**Los Indios Portable Toilets**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 0 | Nonpriority creditor's name and mailing address<br>**Louch & Langston Training, LLC**<br>**Influencer**<br>24335 Prielipp Rd, Ste 126<br>Wildomar, CA 92595 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 1 | Nonpriority creditor's name and mailing address<br>**Louis Zavala**<br>607 N Chippewa Ave<br>Apt 268<br>Anaheim, CA 92801 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 2 | Nonpriority creditor's name and mailing address<br>**Love Grace Inc.**<br>202 Atlantic Ave<br>Garden City Park, NY 11040 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,460.45 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 3 | Nonpriority creditor's name and mailing address<br>**Love S Country**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 4 | Nonpriority creditor's name and mailing address<br>**Love's Country Stores**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 5 | **Nonpriority creditor's name and mailing address**<br>**Lowe's**<br>--<br>--, -- --<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.236 6 | **Nonpriority creditor's name and mailing address**<br>**Lowell Holmes**<br>**1641 Sanderson Ave**<br>**Scranton, PA 18509**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.236 7 | **Nonpriority creditor's name and mailing address**<br>**Lowell Holmes**<br>**541 Prescott Ave**<br>**#1**<br>**Scranton, PA 18510**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.236 8 | **Nonpriority creditor's name and mailing address**<br>**Lower Lackawanna Valley**<br>**Sanitary Authority**<br>**302 Oak Street**<br>**Old Forge, PA 18518**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.236 9 | **Nonpriority creditor's name and mailing address**<br>**Lowes**<br>--<br>--, -- --<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.237 0 | **Nonpriority creditor's name and mailing address**<br>**Lowes Foods**<br>--<br>--, -- --<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.237 1 | **Nonpriority creditor's name and mailing address**<br>**LPL Financial - RPCP**<br>**P.O. Box 502533**<br>**San Diego, CA 92150-2533**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,000.00** |

| | |
|---|---|
| Debtor **Nutrition Corp, Inc.** | Case number (if known) **1:24-bk-01672** |
| Name | |

| | |
|---|---|
| **3.237** **2** | |

**Nonpriority creditor's name and mailing address**

**Lucia Flores**
**P.O. Box 4313**
**Santa Ana, CA 92702**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **3** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lucia Frausto reyes**
**1025 Gibbons St**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **4** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lucia Teran Bravo**
**7881 1st St**
**Apt 5**
**Stanton, CA 92805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **5** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lucian Bratu**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **6** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**LucidChart**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **7** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lucky Strike**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| **3.237** **8** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lucy Carrillo**
**615 Fig St.**
**Dpto. 2**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.237 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis A Morales**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis A Orozco**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Alberto Chavez**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Alejandro Ramos Luna**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Barrientos**
**114 East Wilken Way**
**Unit 1**
**Anaheim, CA 92802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Carranza**
**13102 Partridge St**
**Spc 55**
**Garden Grove, CA 92843**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Chavez**
**10782 Rose St**
**A**
**Stanton, CA 90680**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis David Salgado** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis Elizarraraz** | ☐ Contingent | |
| | **2662 W Dawnview Dr** | ☐ Unliquidated | |
| | **Rialto, CA 92377** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis F Chavez** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis Fermin** | ☐ Contingent | |
| | **2437 E Virginia Ave** | ☐ Unliquidated | |
| | **Anaheim, CA 92806** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis Garcia** | ☐ Contingent | |
| | **1114 Wason St** | ☐ Unliquidated | |
| | **Scranton, PA 18054** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis Garcia** | ☐ Contingent | |
| | **21056 Laguna Canyon Rd** | ☐ Unliquidated | |
| | **Laguna Beach, CA 92651** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Luis Morales** | ☐ Contingent | |
| | **531 N Manor St.** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Orosco__ | ☐ Contingent | |
| | __--__ | ☐ Unliquidated | |
| | __--, -- --__ | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Orozco__ | ☐ Contingent | |
| | __326 N Valley St__ | ☐ Unliquidated | |
| | __Anaheim, CA 92801__ | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Pacheco__ | ☐ Contingent | |
| | __414 Main St__ | ☐ Unliquidated | |
| | __Moosic, PA 18507__ | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Perez__ | ☐ Contingent | |
| | __4625 W Chapman Ave__ | ☐ Unliquidated | |
| | __Apt 2__ | ☐ Disputed | |
| | __Orange, CA 92868__ | | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Ramos Luna__ | ☐ Contingent | |
| | __1720 Capouse Ave__ | ☐ Unliquidated | |
| | __Scranton, PA 18509__ | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Rodriguez__ | ☐ Contingent | |
| | __706 Crown Avenue__ | ☐ Unliquidated | |
| | __#706__ | ☐ Disputed | |
| | __Scranton, PA 18505__ | | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | __Luis Salgado__ | ☐ Contingent | |
| | __2018 W Civic Center Dr__ | ☐ Unliquidated | |
| | __Apt C__ | ☐ Disputed | |
| | __Santa Ana, CA 92703__ | | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Swann**
**21812 Belshire Ave**
**Apt 2**
**Hawaiian Gardens, CA 90716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Valdez**
**134 S. Lincoln Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Zavala**
**9166 Cerritos Ave**
**Unit 63**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Martinez**
**15050 Monte Vista Ave.**
**Spc 132**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Sargent**
**2911 2nd Street Front House**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Telarico**
**17261 Regulus Dr**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lumberyard Crossfit**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Lumsden Corporation**<br>P.O. BOX 4647<br>Lancaster, PA 17604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Lurian V. Costa de Azevedo**<br>2821 West Sahara Ave<br>Apt 5<br>Las Vegas, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Luxury Lav, Llc**<br>P.O. Box 241157<br>Little Rock, AR 72223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Luz Cobil**<br>8940 Pacific Ave<br>Apt A<br>Anaheim, CA 92804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Luz Maria Walton**<br>--<br>--, -- -- | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Luz Walton**<br>1021 N Laguna St<br>Anaheim, CA 92801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Lyco Manufacturing Inc.**<br>115 Commercial Drive<br>P.O. Box 31<br>Columbus, WI 53925 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **for notice purposes** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Lyft**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Lynda.Com**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**M&J Pallet Recycling Inc**
12152 East End Ave
Chino, CA 91710

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 7 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**M1 Intergated Strength**
1555 Mesa Verde Drive E
Apt 32C
Costa Mesa, CA 92626

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 8 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**M5 Corp.**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 9 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Ma Edith Hernandez**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 0 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Ma Hernandez**
1106 E Commonwealth Ave
Fullerton, CA 92831

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.242 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ma Moreno**
**539 N Anna Dr**
**Apt E**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ma Solorio Barbosa**
**1675 W Pampas Ln #28**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ma Trinidad Gonzalez De Garcia**
**14883 Appleton St**
**Hesperia, CA 92345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Macario Arellano**
**6102 Homewood Ave**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Machine One Inc.**
**3666 S Brunswick Paseo**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Macrina Sanchez Mujica**
**214 South West Street**
**Apt 5**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Macy's**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madi Holodnak**
**313 Conroy Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madison Gioia**
**8729 Nightingale Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madison Holodnak**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madison Parker**
**1120 Monroe Ave**
**#1**
**Dunmore, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MadRays**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Magedelight**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Magento Extensions**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **for notice purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mageworx.Com**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Magic Plant**
PO BOX 2472
Johnson City, TN 37615

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maha Nasser**
150 N Muller St #104
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mahmood Peshiman**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mai Taniguchi**
8694 Rogue River Ave
Fountain Valley, CA 92708

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maicol Mejia**
293 S Grant St
Wilkes Barre, PA 18702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mail Boss**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mailchimp**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mailgun Technologies**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MailSouth Inc**
**DBA MSpark**
**PO Box 848469**
**Dallas, TX 75284-8469**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Main Street Books**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Main Street Checks**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maison Moving**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,054.14 |
|---|---|---|---|

**Majestic International**
**Spice Corp**
**PO Box 743539**
**Los Angeles, CA 90074-3539**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Makenzi Bair**
**1632 Grove Pl**
**Fullerton, CA 92831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Malaya Mitchell**
**508 Imperial Hwy**
**B**
**Fullerton, CA 92835**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Malibu Feed**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Malibu Vet Clinic**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Malik Gloster**
**1513 W.84th St.**
**#1**
**Los Angeles, CA 90047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mallory Ramirez**
**415 N Soto St**
**Los Angeles, CA 90033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Malloy Supply LLC**
**9508 W. Ruby Ave**
**Wauwatosa, WI 53225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malwarebytes**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.245 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Management Car**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.245 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manassero Farms, Inc**
4925 Via La Granja
Yorba Linda, CA 92886

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.245 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manola Cervantes**
222 N Miller
#102
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.246 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Candelario**
12022 Nava Street
Norwalk, CA 90650

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.246 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Cardet**
8216 Santa Inez Dr
Buena Park, CA 90620

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.246 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Medrano**
1215 S Empire
#14
Anaheim, CA 92804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.246 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Negrete Vazquez**
635 W La Habra Blvd
La Habra, CA 90631

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Pantaleon Rodriguez**
918 W Locust
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Ramirez**
734 S. Fondren St.
Apt. B
Orange, CA 92868

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Rodriguez**
139 Regent St
Wilkes Barre, PA 18702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**manuel Villa**
918 W Locust St
#918
Scranton, PA 18504

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuela Da Silva**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuela Silva Alcantara**
18651 Demion Ln
Apt A
Huntington Beach, CA 92646

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maori Semaia**
**729 S. Knott Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mar Mendoza**
**1270 East Lincoln Avenue**
**Apt #219**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mar West Commercial**
**15241 Laguna Canyon Rd**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marathon Mechanical- Air**
**Conditioning & Heat**
**P.O. Box 916**
**La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marc Forquer**
**12235 Pine Street**
**Unit 23**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marc Malone**
**306 Prairie Cir**
**Harrisburg, SD 57032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcela Gonzalez**
**11216 Kadota Ave.**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marcia Martinez**
820 River St
#820
Scranton, PA 18505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marcial Peguero**
439 N Washington St
Wilkes Barre, PA 18705

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marco Alcala**
2515 East Alki Pl
Anaheim, CA 92806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marco Marquez**
1180 N. Lombard Dr.
#A
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marco Martinez**
1235 S Sharon Cir
#K3
Anaheim, CA 92804

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marco Vargas**
318 Capistrano St
Placentia, CA 92870

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Marcos Diaz**
929 N Philadelphia St
Apt C
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcos Hernandez**
609 N Moraga St.
#2
Anaheim, CA 92801

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcos Jimenez**
616 N Olive St
#C
Anaheim, CA 92805

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcos Magdaleno Gutierrez**
11356 Dale St
Garden Grove, CA 92841

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcos Pineda**
8287 Cerritos Ave
Stanton, CA 90680

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcos Sanchez**
1413 Spurgeon
Apt 11
Santa Ana, CA 92701

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marcus Harrison**
3352 Birney Ave
Apt.C
Moosic, PA 18507

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margarita Garcia**
917 S Roberts
Apt 4
Anaheim, CA 92802

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.249 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margarita Romero De Los Santos**
**1649 W Malvern Ave**
**Apt 6**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margarita Tranquilino**
**125 S Ohio St**
**#C**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margarito Garcia**
**1250 S Euclid St**
**Apt B206**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mari Hamidi**
**613 Adams Ave**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Aida Torres**
**1325 East Wilshire Ave**
**Apt M**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Alica Chavez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Alma Meraz**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Altamirano de Sanchez**
3640 W. Ash Ave
Fullerton, CA 92833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Alvarez**
1628 W. Juno
#6
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Borja**
2000 W Glenoaks Ave
#72
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Bustos**
19 Lakeview Dr
South Abington Township, PA 18411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Cabrera**
6072 Homewood Ave
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Carranza**
1241 N. East St
Unit 28
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Cesena Vasquez**
205 E Acacia St
Unit A
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Chavez**
**827 S Hampstead St**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Cruz Melendez**
**2701 E. La Palma Ave**
**#3**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria D Alvarez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria de Castanon de Serna**
**2407 Clarke Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria De Jesus**
**613 Main St**
**Peckville, PA 18452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria De La Paz Trejo**
**222 W Olive**
**Apt 10**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria De Lourdes Castanon**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria del Carmen Martinez** | ☐ Contingent | |
| **914 N Claudina St** | ☐ Unliquidated | |
| **#A** | ☐ Disputed | |
| **Anaheim, CA 92805** | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria E. De Jesus** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria Flores** | ☐ Contingent | |
| **926 Marengo Place** | ☐ Unliquidated | |
| **Santa Ana, CA 92703** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria G Ortiz de Perez** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria G Ponce** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria Garcia** | ☐ Contingent | |
| **13656 Gemini St** | ☐ Unliquidated | |
| **Victorville, CA 92392** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Maria Garcia De Nava** | ☐ Contingent | |
| **1127 E Walnut Ave** | ☐ Unliquidated | |
| **Fullerton, CA 92831** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Gloria Garcia De Nava**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Gomez**
409 E Adele St
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Gonzalez Avila**
1618 W Juno Ave
Apt 3
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Guadalupe Ortiz de Perez**
1425 S Roosevelt Ave
Fullerton, CA 92832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Gutierrez Tafolla**
11963 Ottawa Pl
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Hernandez**
1502 W Dogwood Ave
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Herrera Mejia**
574 S Franklin St
Wilkes Barre, PA 18702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

**Maria Jaime**
**2129 West Catalina Ave**
**#4**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 7**

**Nonpriority creditor's name and mailing address**

**Maria Jimenez**
**1608 Hampstead St.**
**Apt. C**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 8**

**Nonpriority creditor's name and mailing address**

**Maria Jimenez De Alcantar**
**1903 West Broadway**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 9**

**Nonpriority creditor's name and mailing address**

**Maria Jimenez Fregoso**
**2400 E Lincoln Ave**
**Apt 170**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**Maria Jose Gomez**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**

**Maria L Jaime**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 2**

**Nonpriority creditor's name and mailing address**

**Maria Leon**
**4590 Pedley Rd.**
**Riverside, CA 92509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.253 3 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Lozano**
**465 S Clementine St**
**Apt 252**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Maldonado**
**517 S Shelley St**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Marcelo**
**9166 Cerritos**
**#77**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Mauricio**
**10252 Gilbert St**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 7 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Mendoza**
**7761 Melrose St**
**#3**
**Buena Park, CA 90621**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 8 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Meneses**
**P.O. Box 15271**
**Anaheim, CA 92803**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 9 | Nonpriority creditor's name and mailing address | | $0.00 |

**Maria Meraz**
**5130 Live Oak Street**
**Cudahy, CA 90201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document       Page 424 of 675

| 3.254 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Moreno**
**2660 West Ball Rd**
**#94**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Moyotl De Nieto**
**1256 E Willow St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Naranjo**
**3240 QuartzLN**
**#H12**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Navarrete**
**1275 E California Pl**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Nina P Ramos**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Nina Ramos**
**12611 Artesia Blvd**
**#422**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Maria Ortega**
**409 1/2 E Adele Street**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.2547 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Ortiz**
118 W Mountain View Ave
Apt 1
La Habra, CA 90631

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2548 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Ortiz de Mendoza**
PO Box 15745
Anaheim, CA 92803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2549 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Penaloza Quiterio**
9912 Argyle Dr
Huntington Beach, CA 92646

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2550 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Perez**
1536 E Pinewood Ave
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2551 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Ponce**
515 S. Knott Ave
#101
Anaheim, CA 92804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2552 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Rivera**
920 S Robert St
#1
Anaheim, CA 92802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2553 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Maria Robles**
12712 Twintree Ln
Garden Grove, CA 92840

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Salud Mendoza Ponce**
**2080 Cedar St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Sanchez**
**216 W Guinida Ln**
**Apt C**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Segura De Barrios**
**1406 W Crone Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Tejeda  De Gonzalez**
**1180 N Lombard Dr**
**Apt C**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Teresa Valenzuela**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Torres**
**1524 W Juno Ave**
**#A**
**Anaehim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maria Valencia**
**225 S Rio Vista St**
**Apt 86**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.256 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Valenzuela**
**1835 W Neighbors Ave**
**Apt 4**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Valle Garcia**
**201 N. East St**
**#11**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Vazquez**
**10261 Antigua St**
**Anaheim, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Vazquez Bello**
**115 N East St**
**Apt 7**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Velazquez**
**135 S Lincoln Ave**
**Apt D**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariano Salas**
**916 Snyder Ave**
**#1**
**Scranton, PA 10805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marie Aguirre Minor**
**PO Box 454**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marie Haynes Consulting Inc.**
--
Canada, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marie Rivera**
433 S Vicki Ln
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marilyn Messer**
5302 Erik Ave.
Amarillo, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marina Pagan**
1026 Madison Ave
Scranton, PA 18510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marinel Coronado**
4 Mott Avenue
Kingston, PA 18704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mario Casillas**
11752 Puryear Ln
Garden Grove, CA 92840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mario Chavez Diaz**
632 Hickory St
#1
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.257<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Hernandez**
**328 S Olive St**
**Apt B**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.257<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario L Hernandez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.257<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Lopez**
**1556 E Benmore Ln**
**Apt 2**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.257<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Luis Mendoza**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.257<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Martinez**
**1980 Wallace Ave**
**Apt C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.258<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Mendoza**
**13931 La Jolla Plaza**
**Garden Grove, CA 92844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.258<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Mario Mota**
**12132 Laguna St**
**#4**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.258 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario parra**
**316 Phelps St**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario Vargas**
**1701 E La Habra Blvd**
**APT 32**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,110.61** |
|---|---|---|---|

**Marisa Foods**
**1401 Santa Fe Ave**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marisa Rodriguez**
**1017 S Halladay St**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mariscos Las Brisas**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marisol Delgado**
**138 N. Hambledon Ave.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maritza Acosta**
**34 S Grant St**
**#2**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

---

**3.2589**

**Nonpriority creditor's name and mailing address**

**Maritza Ortega**
**1638 W 11th St**
**Santa Ana, CA 92703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2590**

**Nonpriority creditor's name and mailing address**

**Maritza Torres**
**38 W Columbus Ave**
**#38**
**Pittston, PA 18640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2591**

**Nonpriority creditor's name and mailing address**

**Mariza Perezchica**
**13398 Noble Place**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2592**

**Nonpriority creditor's name and mailing address**

**Marizol Moreno**
**212 S Kraemer Blvd #2715**
**Placentia, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2593**

**Nonpriority creditor's name and mailing address**

**Marjorie Requena**
**1100 N Acacia Street**
**#1**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2594**

**Nonpriority creditor's name and mailing address**

**Mark Diaz**
**161 Alpine Ct**
**Ontario, CA 91762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2595**

**Nonpriority creditor's name and mailing address**

**Mark Foods LLC**
**1115 Broadway Ste 301**
**New York, NY 10010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.259 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Grabban**
**1837 W Sallie Lane**
**Apt 2**
**Anaheim, CA 92804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Kieswetter**
**10152 Disney Circle**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Ledbetter**
**710 Mariposa St.**
**La Habra, CA 90631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Renova**
**1083 S 8th Ave**
**A-102**
**Brighton, CO 80601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marketmuse**
**--**
**--, -- --**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Markham Hobayan**
**15506 Los Altos Dr**
**La Puente, CA 91745**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marlen International Inc.**
**PO Box 71584**
**Chicago, IL 60694**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 433 of 675

| 3.260 3 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marlene Moran**
**164 S Wechester Dr.**
**Apt 9**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 4 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marlene Ramos**
**11717A Coldbrook Ave**
**Downey, CA 90421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 5 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marlene X Moran**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 6 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marleny Amaya**
**313 N Vine Street**
**Unit A**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 7 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marlin Business Auto Pays**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 8 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marqutis Booker**
**1305 St Ann St**
**Scranton, PA 18504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 9 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|

**Marriott**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _for notice purposes_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 434 of 675

| 3.261 0 | **Nonpriority creditor's name and mailing address**<br>**Martha Avila**<br>**14709 Frailey Ave**<br>**Compton, CA 90221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 1 | **Nonpriority creditor's name and mailing address**<br>**Martha Gonzalez**<br>**11196 Chico Ave.**<br>**Pomona, CA 91766** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 2 | **Nonpriority creditor's name and mailing address**<br>**Martha Inga**<br>**521 Pittston Ave**<br>**#2**<br>**Scranton, PA 18505** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 3 | **Nonpriority creditor's name and mailing address**<br>**Martha Oropeza**<br>**1606 S 9th St**<br>**Apt C**<br>**Anaheim, CA 92802** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 4 | **Nonpriority creditor's name and mailing address**<br>**Martha Sequeira**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 5 | **Nonpriority creditor's name and mailing address**<br>**Martin Bernal Orozco**<br>**1325 E Wilshire St**<br>**Apt. M**<br>**Fullerton, CA 92831** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 6 | **Nonpriority creditor's name and mailing address**<br>**Martin Flores**<br>**1004 Freeman Ave**<br>**Apt 201**<br>**Long Beach, CA 90804** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.2617**

**Nonpriority creditor's name and mailing address**

**Martin Harris**
**1007 Bennington St.**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2618**

**Nonpriority creditor's name and mailing address**

**Martin Mendoza**
**909 Alene Cir**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2619**

**Nonpriority creditor's name and mailing address**

**Martin Salinas**
**628 N. Alamo St**
**#4**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2620**

**Nonpriority creditor's name and mailing address**

**Martin Sosa**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2621**

**Nonpriority creditor's name and mailing address**

**Martin Sosa Gallardo**
**79 Remington**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2622**

**Nonpriority creditor's name and mailing address**

**Martina Rivera**
**946 S. Sutter Creek Rd**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2623**

**Nonpriority creditor's name and mailing address**

**Martinez, Paula**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 4**

**Nonpriority creditor's name and mailing address**
**Marukan Vinegar (U. S. A.) Inc.**
**16203 Vermont Ave**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 5**

**Nonpriority creditor's name and mailing address**
**Marvin Orellana**
**1152 N Mohican Way**
**Apt 6**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 6**

**Nonpriority creditor's name and mailing address**
**Mary C Sanchez**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 7**

**Nonpriority creditor's name and mailing address**
**Mary Castillo**
**222 W. Fir St**
**#J4**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 8**

**Nonpriority creditor's name and mailing address**
**Mary Claire Haver dba The Galveston Diet LLC**
**355 E Parkwood Dr**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,334.10**

---

**3.262 9**

**Nonpriority creditor's name and mailing address**
**Mary Huynh**
**6151 Radford Ave**
**Apt #237**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 0**

**Nonpriority creditor's name and mailing address**
**Mary Jane Fregoso**
**8322 Washington St**
**Buena Park, CA 90621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.263 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Pacheco**
**1071 S Clifpark Cir**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Sanchez**
**1600 W Broadway**
**#17B**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mason Morales**
**381 Hamilton St**
**C102**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Massage Envy**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Master Lift**
**P.O. Box 6514**
**Orange, CA 92863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Masterclass**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matilde Castellanos**
**7805 W Southgate Ave**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,355.48 |
|---|---|---|---|

**Matrix Science International Inc - 14398**
1061 Feehanville Dr
Mount Prospect, IL 60056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**Matrix Science International Inc - 14406 (shelf life)**
1061 Feehanville Dr
Mount Prospect, IL 60056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Carillo**
14014 Dillerdale St.
La Puente, CA 91746

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Carter**
405 Bartel St
#2
Scranton, PA 18508

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Goodenough**
1241 East 1st St
Apt 4
Long Beach, CA 90802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Nowak**
438 W 3rd St.
West Wyoming, PA 18644

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Pike**
954 Katella St
Laguna Beach, CA 92651

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Powderly**
522 S Helena St
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mauricio Lopez-Aguilar**
2040 S Nautical St
Apt 1
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Max Ginsberg**
2814 1/2 Sepulveda Blvd.
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maximiliano Rodriguez**
306 Prospect Ave
4
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maxwell Lozano**
3110 E Orangethorpe Ave
Apt C
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maya E. Javier**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maya Javier**
1516 5th Ave
Los Angeles, CA 90019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 440 of 675

---

**3.265 2**

**Nonpriority creditor's name and mailing address**

**Maylenis Leta**
**79 Lawrence St**
**Wilkes barre, PA 18702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

**Mayline DeGrafenread**
**20732 Seine Ave**
**Apt D**
**Lakewood, CA 90715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

**Mayra Cervantes**
**1812 W. Crestwood Ln**
**Apt. 8**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

**Mayra Conde**
**1234 N Berkeley Ave**
**San Bernardino, CA 92405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

**Mayra Garcia**
**6733 Charner St**
**Bell Gardens, CA 90201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 7**

**Nonpriority creditor's name and mailing address**

**Mayra Ortiz**
**801 S. Fairview St.**
**#G9**
**Santa Ana, CA 92704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 8**

**Nonpriority creditor's name and mailing address**

**Mayra Torres**
**4142 West Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.265 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MB Rental**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mbr Membership**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McDonald's**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McKenna A. Cannady**
9826 Joel Circle
Cypress, CA 90630

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McKenna Audi**
10850 Firestone Blvd.
Norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McKenna Cannady**
9826 Joel Circle
Cypress, CA 90630

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McKenna Motors**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.266 6**

**Nonpriority creditor's name and mailing address**
**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$8,157.88

---

**3.266 7**

**Nonpriority creditor's name and mailing address**
**Meadowood Food & Beverage**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 8**

**Nonpriority creditor's name and mailing address**
**Meals & Entertainment**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 9**

**Nonpriority creditor's name and mailing address**
**Meat Processing Produc**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 0**

**Nonpriority creditor's name and mailing address**
**Meati Foods**
**6880 Winchester Cir**
**Unit D**
**Boulder, CO 80301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 1**

**Nonpriority creditor's name and mailing address**
**Media Design Group**
**1964 Westwood Blvd.**
**Suite 350**
**Los Angeles, CA 90025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267 2**

**Nonpriority creditor's name and mailing address**
**Media Recruiting Group, Inc.**
**57 Tarryhill Rd**
**Tarrytown, NY 10591**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.267 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Media Resource Group, Llc**
**2 Depot Plaza**
**Suite 401**
**Bedford Hills, NY 10507**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Mediaworks Resource Group**
**4136 Del Rey Ave.**
**Marina del Rey, CA 90292**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Meeker Enterprises**
**PO Box 52**
**Lehman, PA 18627**

**$18,604.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:   Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Megamont Manpower Svcs**
**119 F Remollo St**
**Municipality of San Jose Negros**
**Orienta, Phillipines 6202**

**$59,435.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:   Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Megan Dillon**
**293 N State College Blvd**
**Apt 3038**
**Orange, CA 92868**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Megan Garcia**
**10618 Capistrano Ave**
**South Gate, CA 90280**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Megan Simonson**
**19281 Springport Dr**
**Rowland Heights, CA 91748**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.268 0 | **Nonpriority creditor's name and mailing address**<br>**Mehle Printing**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 1 | **Nonpriority creditor's name and mailing address**<br>**Mejia, Larry**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 2 | **Nonpriority creditor's name and mailing address**<br>**Melanie Garcia**<br>**100 West Midway Dr**<br>**Space 192**<br>**Anaheim, CA 92805** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 3 | **Nonpriority creditor's name and mailing address**<br>**Melanie Ladao**<br>**1144 N. Euclid St.**<br>**Apt 39**<br>**Anaheim, CA 92801** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 4 | **Nonpriority creditor's name and mailing address**<br>**Melanie Madurski**<br>**57 Saratoga Ct**<br>**Wilkes Barre, PA 18702** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 5 | **Nonpriority creditor's name and mailing address**<br>**Melanie Ramirez**<br>**1616 S Euclid St**<br>**#82**<br>**Anaheim, CA 92802** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 6 | **Nonpriority creditor's name and mailing address**<br>**Melinda Vazquez**<br>**2654 W Palais Rd.**<br>**Anaheim, CA 92804** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Melissa Aparicio** | ☐ Contingent | |
| | **8362 Holder St** | ☐ Unliquidated | |
| | **Buena Park, CA 90620** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Melissa Ponce** | ☐ Contingent | |
| | **12741 Twintree Ln** | ☐ Unliquidated | |
| | **Garden Grove, CA 92840** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Meller Performance Events Group** | ☐ Contingent | |
| | **PO Box 53761** | ☐ Unliquidated | |
| | **Irvine, CA 92619** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Mellow Mushroom** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Melody Amber Aguirre** | ☐ Contingent | |
| | **1328 Nicholas Ct** | ☐ Unliquidated | |
| | **Rialto, CA 92377** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Melvin Catalan** | ☐ Contingent | |
| | **301 S Valley St** | ☐ Unliquidated | |
| | **Anaheim, CA 92804** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Melvin Garcia Gutierrez** | ☐ Contingent | |
| | **2441 W. Lincoln Ave** | ☐ Unliquidated | |
| | **23** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 446 of 675

| 3.269 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mensoneleon**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mercedes Javier**
**23 Chestnut St**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mercedes-Benz Financial**
 **Services USA**
**35555 W 12 Mile Rd., Ste 100**
**Farmington Hills, MI 48331**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merchant Service Group, Llc**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metric Method**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metro**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metro Expresslanes**
**Service Center**
**PO Box 39110**
**Los Angeles, CA 90039**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 3.270 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Miandra David** **130 Courtright St** **Kingston, PA 18704** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MIC Food Division** **13595 SW 134th Ave** **Suite 201** **Miami, FL 33186** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Micaela Ramirez** **944 1/2 N Alma Ave** **Los Angeles, CA 90063** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Michael Avila** **909 S. Knott Ave.** **Apt. 2** **Anaheim, CA 92804** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Michael Benson** **13 Coolidge Ave** **Carbondale, PA 18407** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Michael Borado** **1205 W Cherry Drive** **Orange, CA 92804** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Michael Burnside** **--** **--, -- --** | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.2708**

**Nonpriority creditor's name and mailing address**

**Michael Cardoza**
**4146 Bear Brook Rd**
**Moscow, PA 18444**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2709**

**Nonpriority creditor's name and mailing address**

**Michael Cephas Martonaron JR**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2710**

**Nonpriority creditor's name and mailing address**

**Michael Chor**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2711**

**Nonpriority creditor's name and mailing address**

**Michael Contreraz**
**7454 Katella Ave**
**Unit 58**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2712**

**Nonpriority creditor's name and mailing address**

**Michael Cu**
**1318 N Duran St**
**Santa Ana, CA 92706**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2713**

**Nonpriority creditor's name and mailing address**

**Michael Flores**
**15349 Dittmar Dr**
**Whittier, CA 90603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2714**

**Nonpriority creditor's name and mailing address**

**Michael Gonzalez**
**307 Kathryn Drive**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Guzman**
**1633 S Calle Del Mar Apt #D**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Mays**
**2704 W Ball Rd.**
**#K31**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael McKinnon**
**2157 Pacific Ave.**
**Unit B 204**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Ning**
**120 South Grand Avenue**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Norman**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Page International Inc**
**Attn: 392604500 Ross St.**
**154-0460**
**Pittsburgh, PA 15262-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Tovar**
**4352 Northcroft Road**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michaels** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michel Perez** | ☐ Contingent | |
| | **13152 Westlake St** | ☐ Unliquidated | |
| | **Unit A** | ☐ Disputed | |
| | **Garden Grove, CA 92843** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michelle Alvarado** | ☐ Contingent | |
| | **1828 W Gramercy Ave** | ☐ Unliquidated | |
| | **#A** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michelle Armenta** | ☐ Contingent | |
| | **326 S Craig Dr** | ☐ Unliquidated | |
| | **Orange, CA 92869** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michelle Caballero** | ☐ Contingent | |
| | **6915 Faculty Cir** | ☐ Unliquidated | |
| | **#D** | ☐ Disputed | |
| | **Buena Park, CA 90621** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michelle Davis** | ☐ Contingent | |
| | **234 S Main St.** | ☐ Unliquidated | |
| | **Taylor, PA 18517** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Michelle Gonzales** | ☐ Contingent | |
| | **801 N Loara St** | ☐ Unliquidated | |
| | **Apt 135** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Ngo**
**2601 S Parco Ave.**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Micky Grana**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Micro Center**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Microdaq.Com, Ltd.**
**879 Maple St**
**Contoocook, NH 03229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Microsoft**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Microtrain International, Inc. Dba**
**Midcom Data Technologies, Inc.**
**33493 W. 14 Mile Rd., Ste 150**
**Farmington Hills, MI 48331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,888.25 |
|---|---|---|---|

**Mid-Valley Contracting**
**Services, Inc.**
**212 Dorantown Rd, Ste 2**
**Covington TWP, PA 18444**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midland Paper Company**
**101 E Palatine Rd**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Aguilar**
**1945 St Louis Ave**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Angel Millan**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Berenguel  aba Migz B**
**9631 Rocky Mountain Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Cervantes**
**2225 West Broadway**
**Apt E-116**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Gonzalez**
**10241 Mallison Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Mendoza**
**850 North Hillside**
**Apt 14**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Millan**
911 N Janss St
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Munoz**
319 S Philadelphia St
#8
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Pasamonte**
26151 Owl Court
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Pellot**
10 Mitchell Ave
Carbondale, PA 18407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Perez**
2041 S Sprague
#4
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miguel Priego**
2103 W. Brownwood Ave
Apt.2
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mikala Schmitz**
13205 Barbara Ann St.
Apt 5
North Hollywood, CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 0 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Chhor**
**326 East Plymouth St.**
**Long Beach, CA 90805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 1 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Maemura**
**21007 Parkridge Dr**
**Walnut, CA 91789**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Martorano**
**25735 Perlman Pl**
**Apt F**
**Stevenson Ranch, CA 91381**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 3 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Mckinnon**
**2157 Pacific Ave**
**Apt B204**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Moya**
**539 Linden St**
**Scranton, PA 18509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Ramos**
**803 Price St**
**#803**
**Dickson City, PA 18519**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**Mike Valles**
**16151 Jenner St**
**Huntington  Beach, CA 92647**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Miki Sharon, Inc.**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Milanote Pty Ltd**
**289 Flinders Ln**
**Level 8**
**Melbourne, -- VIC 3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mildred De Leon Fuentes**
**533 South Mancos**
**Anahiem, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mildred Ruiz**
**2448 E 126th St**
**Apt 101**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Miller Medina**
**529 Prescott av**
**#2**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Milvia Diaz**
**302 W Palais Rd**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mindy Kuk**
**1061 North Victoria Way**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** for notice purposes

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Minerva Huerta Gonzalez**
**480 S. Chatham Circle**
**#A**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Minorca Rengifo Perea**
**1433 N Lincoln Ave**
**#1**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mirasvit**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Miriam Bulla**
**18504 Beach Blvd**
**#661**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Miriam Castellanos**
**605 South Pandora Place**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mirna Recinos**
**1677 W Palais Rd**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mirta Delgado Garcia De Chavez**
**2337 W. Transit Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.277
1**

**Nonpriority creditor's name and mailing address**

**Mishael Ellis**
**4455 Casa Grande Cir**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277
2**

**Nonpriority creditor's name and mailing address**

**Missael De Jesus**
**1504 Lafayette St**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277
3**

**Nonpriority creditor's name and mailing address**

**Mission Equine Hospital**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277
4**

**Nonpriority creditor's name and mailing address**

**Mission Linen & Uniform**
**5400 Alton St**
**Chino, CA 91710-7601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$67,552.22**

---

**3.277
5**

**Nonpriority creditor's name and mailing address**

**Misty Taylor Dba MBT Solutions LLC**
**61161 Cottonwood Dr**
**Bend, OR 97702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277
6**

**Nonpriority creditor's name and mailing address**

**mitch Wickander**
**9710 Paseo de Pro**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277
7**

**Nonpriority creditor's name and mailing address**

**Mitchell Calderon**
**1421 Cameo Lane**
**Apt 3**
**Fullerton, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.277 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Mitsuwa Market** | | ☐ Contingent | |
| **--** | | ☐ Unliquidated | |
| **--, -- --** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$110,219.84** |
| **MLR Packaging, Inc.** | | ☐ Contingent | |
| **P.O. Box 3867** | | ☐ Unliquidated | |
| **Fullerton, CA 92834-3867** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** Trade debt | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Mng Engineering & Maintenance, Inc** | | ☐ Contingent | |
| **6475 Knott Ave.** | | ☐ Unliquidated | |
| **Unit 4** | | ☐ Disputed | |
| **Buena Park, CA 90620** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$91,571.81** |
| **Modern Meat, Inc.** | | ☐ Contingent | |
| **1427 East Highland Ave** | | ☐ Unliquidated | |
| **San Bernardino, CA 92404** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** Trade debt | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Moira Finefrock** | | ☐ Contingent | |
| **4121 Rice St.** | | ☐ Unliquidated | |
| **#2603** | | ☐ Disputed | |
| **Lihu, HI 96766** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Moises Cristo Campos** | | ☐ Contingent | |
| **507 S. East St.** | | ☐ Unliquidated | |
| **Apt. 12** | | ☐ Disputed | |
| **Anaheim, CA 92805** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Moksha Design Studio** | | ☐ Contingent | |
| **--** | | ☐ Unliquidated | |
| **--, -- --** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** for notice purposes | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Mold Masters**<br>**715 Ruberta Ave**<br>**Glendale, CA 91201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Molly Jacobson**<br>**6304 Vista Verde Dr. E**<br>**Gulfport, FL 33707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Mom, Darien**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Monarch Bay Cleaners**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Monarch Bearing**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95,849.00 |
| --- | --- | --- | --- |
| | **Monarch Trading LLC**<br>**6180 Aloca Avenue**<br>**Vernon, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Monday.com**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 460 of 675

| 3.279 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Zambrano**
**327 E. Person Ave**
**Unit 16**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monique Del Campo**
**851 S. Sunset  Ave**
**Unit 66**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monkey Business Cafe**
**208 N. Lemon St**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monoprice, Inc**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monroe Engineering Group Llc**
**2805 Barranca Pkwy**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.00 |
|---|---|---|---|

**Montage Landscaping**
**599A Rocky Glen Rd**
**Avoca, PA 18641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Montserrat Hernandez Alvarez**
**1296 Pittston Ave**
**Old Forge, PA 18518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moo.Com**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moosic Borough**
**715 Main Street**
**Moosic, PA 18507**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,809.00 |
|---|---|---|---|

**Morehouse Foods Inc.**
**760 Epperson Dr**
**City of Industry, CA 91748**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morgan Peercy**
**122 Charles St**
**Apt 3**
**Throop, PA 18512**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morgon Ltd**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morris Carpet Cleaning**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moses Padilla**
**1256 E Willow St**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Moses Perkins**
**1036 Turmont St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mother's Market**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Motiohead.Com**
**27 Old Goucester St**
**London, -- WC1N 3AX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Moto United**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Motoamerica.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Motorhelmets**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Motorsportreg**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Motoycycle Superstore**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,629.56 |

**Mountain Summit Apartments LLC**
6 Donny Drive
Scranton, PA 18505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mountain Valley Water**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mpbs Industries**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mpg Car Rental**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mpressions**
2551 W. La Palma Ave
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Mrs. Fields**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,118.14 |
|---|---|---|---|

**MSC Associates Inc dba**
**Mechanical Service Co**
**1145 Oak St**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MSS Restaurant Equipment**
--
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,450.00 |
|---|---|---|---|

**MUN CPAs**
**1760 Creekside Oaks Dr**
**Suite 160**
**Sacramento, CA 95833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**My Self Storage Space**
--
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mychael Mosqueda**
**2960 East Jackson Ave**
**Apt. R012**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myra Bivens**
**1900 Sawtelle Blvd**
**Apt 207**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,500.00 |
|---|---|---|---|

**N-Trans Inc**
**2000 Bennett Rd**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nakitta Masoe**
1506 E. Pinewood Ave
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Name Your Game, Inc.**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Ayala**
12910 Priscilla St
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Bocanegra**
1838 East Rose Ave
Orange, CA 92867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Galaviz Bonilla**
1670 West Broadway
Apt 3-B
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Marcial**
1680 W Tedmar Ave
Apt 14
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Martinez**
516 West Fern Dr
Fullerton, CA 92832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nancy Solis**
9372 Holder St
#100
Cypress, CA 90630

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nannina Angioni**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Nano's Trucking**
PO Box 227178
Los Angeles, CA 90022

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Naomi Alapati**
6302 Los Robles Ave
Buena Park, CA 90621

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nasch Cruz**
620 College St
#1
Nanticoke, PA 18634

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Natalia Mata**
1800 W. Gramercy Ave
#35
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nataly Rosales Valenzuela**
4101 Paramount Blvd
Spc 118
Pico Rivera, CA 90660

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nataly Sanchez**
**900 S State College Blvd**
**Anaheim, CA 92806-4658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Natasha Lacy**
**1834 W Glencrest Ave**
**#B**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nate Hogan**
**718 sherwood Ave**
**Dunmore, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nathan Collazo**
**1810 W Crescent Ave**
**#214**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nathan Gage**
**10325 Tabor Street**
**#607**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**Nathan Gage LLC**
**10325 Tabor St**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nathan Johnston**
**12100 S Vermont Ave**
**Unit 1**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan Michel**
**1636 W Roberta Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan Stubbs**
**6351 Abraham Ave.**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathanul Vogel**
**9001 Marlene Ave**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Beef Packing Co., Llc**
**P.O Box 874875**
**Kansas City, MO 64187-4875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Centre For**
**Accounts Receivable**
**33 Weldon Street, Ste 100**
**Moncton, NB E1C 8R2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,475.77 |
|---|---|---|---|

**National Lecithin LLC**
**100 Duffy Ave**
**Suite 510**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Natividad Alcaraz**
**8882 Cerritos Ave**
**#C5**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Natoslin Hunter**
2051 Orange Ave
Long Beach, CA 90806

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 6 |

**Natural Products Expo**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.285 7 |

**Nature'S Best**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.285 8 |

**Nature'S Produce**
3305 Bandini Blvd
Vernon, CA 90058

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.285 9 |

**Nayax Vending 34**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.286 0 |

**Nayeli Ortiz**
1633 S. Calle Del Mar
#D
Anaheim, CA 92802

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.286 1 |

**Nazareth Perez**
10000 Imperial Hwy
Apt F209
Downey, CA 90804

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.286 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nazari Chauffeured Transportation**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nazari Corp**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**NBC Universal Media LLC**
**30 Rockefeller Plaza**
**New York, NY 10112**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neff, Jordan M**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neftali Fabian Burgos**
**801 N Loara St**
**Apt 178**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neida Diaz**
**12302 Firebrand Street**
**Garden Grove, CA 92840**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Casasola**
**10550 Bolsa Ave**
**Apt. 32**
**Garden Grove, CA 92843**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Gomez Corea**
414 Hickory St
Apt 1
Scranton, PA 18505-1142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Hernandez**
829 North Harbor Blvd
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nelson Sanchez**
315 15th Ave
#2
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nena Gomez**
645 N Main Ave
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,940.00 |
|---|---|---|---|

**Nepa Outdoor Services**
587 Cortez Rd
Jefferson Township, PA 18436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nesbit Magazine**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nespresso**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nestor Rodriguez**<br>**337 Redondo Ave #203**<br>**Long Beach, CA 90814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Netflix**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Netstra Solutions**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Network of Cabling Services Inc**<br>**1290 SR 29 N**<br>**Meshoppen, PA 18630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **New Century Mazda of Alhambra**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **New Equation Llc Dba**<br>**Seer Interactive**<br>**PO Box 825651**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **New Pig**<br>**One Pork Avenue**<br>**Tipton, PA 16684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.288 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**New Relic**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**New York State Insurance Fund - NYSIF**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**New York Times**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Newegg**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NEWPORT ACUPUNCTURE**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,611.94** |
|---|---|---|---|

**Newport Ingredients**
**5850 W. 3rd St.**
**Suite 142**
**Los Angeles, CA 90036**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nextera Packaging Inc.**
**980 Berwood Ave E.**
**Suite 1700**
**Vadnais Heights, MN 55110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NiceLabel Americas Inc**
**Dba Cal- Sierra**
**933 N Mayfair Rd, Ste 320**
**Wauwatosa, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Denbeigh**
**1410 N. Edison Blvd**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Garabedian**
**3 GLen Iris**
**Dove Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Romero**
**822 W. Mcfadden Ave.**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicholas Telencho**
**223 hanover**
**Warrior Run, PA 18706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nickolas Nottebrock**
**4189 Cheshire Drive**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nickte-xha Castillo**
**920 S Nutwood St**
**Apt 53**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Carreon- Flores**
1011 Vista Lomas Ln
Corona, CA 92882

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas D. Mizeracki**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolas Mizeracki**
509 N. La Reina St
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Ramos**
160 Vine St
Plymouth, PA 18651

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicolle Brooks**
1889 Ridgemont Ln
Decatur, GA 30033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nikia Hogan**
2135 Jackson St
#1
Scranton, PA 18504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nilfisk Advance**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Ninfa Hernandez Cruz**
**857 S Claudina St**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**No Limit Flooring Inc.**
**2195 N. Harwood St**
**Orange, CA 92865**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Noah Anderson**
**5720 Klump Ave**
**Apt 3**
**Los Angeles, CA 91601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Noah Bowers-Ramos**
**425 S Vine St**
**Unit #162**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Noah Fierro**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.290 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Noah Gurrola**
**1325 S Orange Ave**
**#16**
**Fullerton, CA 92833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Noah Reynoso**
**1036 Violet Circle**
**Placentia, CA 92870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noah Walton**
**2230 W Lincoln Ave**
**#117**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nobu**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Noelle Hall-Tello**
**9501 Cerritos Ave**
**#212**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nolberto Cruz**
**2821 Birney Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nora Salguero**
**134 S. Pritchard Ave**
**Apt 5**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nora Sosa**
**1844 S Haster St**
**#49**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,246.72** |
|---|---|---|---|

**Nordic Ice**
**2705 Clemens Rd**
**Suite A-103**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2918**

Nonpriority creditor's name and mailing address
**Nordstrom**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2919**

Nonpriority creditor's name and mailing address
**Norma Bermudez**
**1415 W North St**
**#607**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2920**

Nonpriority creditor's name and mailing address
**Norma Rodriguez**
**333 South Devon Rd**
**Orange, CA 92828**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2921**

Nonpriority creditor's name and mailing address
**Norman Harty**
**330 Cherry Street Rear**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2922**

Nonpriority creditor's name and mailing address
**Norman S Wright Climatec**
 **Mechanical Equi**
**3325 E. La Palma Ave**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2923**

Nonpriority creditor's name and mailing address
**Norris Law Group, P.C.**
**1987 North 550 West**
**Provo, UT 84604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2924**

Nonpriority creditor's name and mailing address
**North American Capacity**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.292 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,388.00 |
|---|---|---|---|

**North End Electric Service**
**1225 North Keyser Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Norton**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Notis Vavlas**
**20 Stout St**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nour Elassar**
**9541 West Ball Rd**
**#212**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NovaStay Properties**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nr Bakery Equipment Services**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nrg Software**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| 3.293<br>2 | **Nonpriority creditor's name and mailing address** |

**Nsf Certification Llc**
**Dept Lockbox #771380**
**PO Box 77000**
**Detroit, MI 48277-1380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>3 | **Nonpriority creditor's name and mailing address** |

**NTA Model Management**
**1445 N. Stanley Ave**
**2nd Floor**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>4 | **Nonpriority creditor's name and mailing address** |

**Nubia Jimenez**
**722 S Main Ave**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>5 | **Nonpriority creditor's name and mailing address** |

**Nv Energy**
**P.O. Box 360118**
**Reno, NV 89520-3150**

Date(s) debt was incurred __

Last 4 digits of account number  **968**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>6 | **Nonpriority creditor's name and mailing address** |

**Nv Energy**
**P.O. Box 30150**
**Reno, NV 89520-3150**

Date(s) debt was incurred __

Last 4 digits of account number  **9147**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>7 | **Nonpriority creditor's name and mailing address** |

**Nvision**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.293<br>8 | **Nonpriority creditor's name and mailing address** |

**Nwhale Inc.**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.293 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nydia Aguilar**
**137 E Acacia St**
**Apt A**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**O'Reilly Auto Parts**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oatmeal Stories**
**Hogeweide 3923544**
**PX Utrecht**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oc Clerk - Recorder**
**PO Box 238**
**Santa Ana, CA 92702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oc Custom Vinyl Graphics**
**& Signs, Inc.**
**980 E. Orangethorpe Ave #E**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OC Restoration Services**
**3334 E. Coast Hwy #205**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OC Wellness Physicians**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OC Windshields**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Occo Co.**
557 4th St.
Apt 3R
Brooklyn, NY 11215

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|

**Occupational Health Centers**
Of California, A Medic
PO Box 3700
Rancho Cucamonga, CA 91729

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,750.00** |
|---|---|---|---|

**Occupational Safety and Health**
Administration - OSHA
7 N Wilkes-Barre Blvd., Ste. 410
Wilkes-Barre, PA 18702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Oceren**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Octavio Espinoza**
3263 Topaz Lane
Fullerton, CA 92831

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Odalys Pena**
16600 Orange Ave
#54
Paramount, CA 90723

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ode A La Rose**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Off Axis Paint**
**208 Overhill Dr**
**Mooresville, NC 28117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office Depot**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office Max**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,838.65 |
|---|---|---|---|

**Office Solutions**
**23303 La Palma Ave**
**Yorba Linda, CA 92887**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office Supply**
**302 Industrial Drive**
**Columbus, WI 53925**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office Timeline**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 484 of 675

| 3.296 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ohio Bureau of Workers' Compensation**
**PO Box 89492**
**Cleveland, OH 44101-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olbin Maradiaga**
**605 Depot Street**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Old Navy**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Old Republic National Title**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olga Guerrero**
**1250 S Brookhurst St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olga Munoz**
**24688 Va Buena Suerte**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Arce Ortiz**
**1315 Evergreen Ave**
**Apt. H2**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 7 | **Nonpriority creditor's name and mailing address**<br>**Olivia Jennings**<br>**10220 Marsh Ln.**<br>**Dallas, TX 75229** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 8 | **Nonpriority creditor's name and mailing address**<br>**Olivia Rodriguez**<br>**1878 W Chanticleer Road**<br>**Anaheim, CA 92804** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 9 | **Nonpriority creditor's name and mailing address**<br>**Olivia Saludes**<br>**1503 E. Romney Dr.**<br>**Anaheim, CA 92805** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 0 | **Nonpriority creditor's name and mailing address**<br>**Omar Alvarez**<br>**22027 Ibex Ave.**<br>**Hawaiian Gardens, CA 90716** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 1 | **Nonpriority creditor's name and mailing address**<br>**Omar Gomez Valencia**<br>**1105 E. Katella Ave**<br>**Apt# 212**<br>**Anaheim, CA 92805** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 2 | **Nonpriority creditor's name and mailing address**<br>**Omar Hernandez Romero**<br>**1021 Cypress St**<br>**Placentia, CA 92870** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 3 | **Nonpriority creditor's name and mailing address**<br>**Omar Manriquez**<br>**2960 E Jackson Ave**<br>**#61**<br>**Anaheim, CA 92806** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 4 | **Nonpriority creditor's name and mailing address**<br>**Omega *Engineering**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 5 | **Nonpriority creditor's name and mailing address**<br>**On Time Messenger**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 6 | **Nonpriority creditor's name and mailing address**<br>**On-Site.Com**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 7 | **Nonpriority creditor's name and mailing address**<br>**One Day Signs**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 8 | **Nonpriority creditor's name and mailing address**<br>**One Logistics Network LLC**<br>**635 W. 7th Street**<br>**Suite 100**<br>**Cincinnati, OH 45203** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 9 | **Nonpriority creditor's name and mailing address**<br>**One Stop Leasing Inc.**<br>**4517 Monte Verde St**<br>**Montclair, CA 91763** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 0 | **Nonpriority creditor's name and mailing address**<br>**ONE6SPORT, INC**<br>**10900 Wilshire Blvd**<br>**#1200**<br>**Los Angeles, CA 90024** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Onelocal**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Onnit**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ontario Refrigeration**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Open Influence Inc**
**8455 Beverly Blvd**
**Suite 300**
**Los Angeles, CA 90048**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**OPTZZCHAIN Inc dba**
**Warehouse Exchange**
**11400 W. Olympic Blvd., Ste 1400**
**Los Angeles, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Orange County Foot & Ankle**

--

--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Orange County Health Care Agency**
**405 W. 5th St.**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.2988 | |

**Nonpriority creditor's name and mailing address**
**Orange County Health Department**
**770 The City Dr. S**
**#7300**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2989 | |

**Nonpriority creditor's name and mailing address**
**Orange County Overhead Door**
**2440 N. Glassell St**
**Unit D**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2990 | |

**Nonpriority creditor's name and mailing address**
**Orange County Sheriff'S Office**
**550 N. Flower St.**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2991 | |

**Nonpriority creditor's name and mailing address**
**Orange County Speech Services**
**7812 Edinger Ave**
**Ste 400**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2992 | |

**Nonpriority creditor's name and mailing address**
**Orbis**
**ORBIS Corporation**
**PO Box 856447**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2993 | |

**Nonpriority creditor's name and mailing address**
**Orchard Supply**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.2994 | |

**Nonpriority creditor's name and mailing address**
**Organic Spices Inc.**
**4180 Business Center Dr**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  for notice purposes **

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.299 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Organic Tree Juice** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Origen Bakery Equipment** | ☐ Contingent | |
| | **10441 Rush St.** | ☐ Unliquidated | |
| | **South El Monte, CA 91733** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Orlando Ray** | ☐ Contingent | |
| | **26220 Falsterbor Dr** | ☐ Unliquidated | |
| | **Sun City, CA 92586** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Osbaldo Martinez** | ☐ Contingent | |
| | **1250 S Brookhurst St** | ☐ Unliquidated | |
| | **Apt 2067** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Oscar Castillo** | ☐ Contingent | |
| | **10605 Parrot Ave** | ☐ Unliquidated | |
| | **Apt. E** | ☐ Disputed | |
| | **Downey, CA 90241** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Oscar Garcia Lopez** | ☐ Contingent | |
| | **307 North Newell Pl** | ☐ Unliquidated | |
| | **Fullerton, CA 92832** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Oscar Gonzalez** | ☐ Contingent | |
| | **1238 E. Oak Street** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 2 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Oscar Marin**
2852 W Lincoln Ave
Apt C
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 3 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Oscar Montiel Mendoza**
1710 S Diamond St
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 4 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Oscar Sanchez Uribe**
17081 Alta Dena Dr
Apt B
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 5 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Oscar Serrano**
213 1/2  S Broden St
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 6 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Oshatoes.Com**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Osmar Murguia**
1202 East Opal Ave
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|---|

**Ostudio**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,639.65 |
|---|---|---|---|

**Otis Mcallister, Inc.**
P.O. Box 8255
Pasadena, CA 91109-8255

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Overstock**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Overwerk Media**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Owyhee Produce LLC**
34325 Apple Valley Rd
Parma, ID 83660

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**P.W. Stephens Environmental, Inc.**
15201 Pipeline Lane
Huntington Beach, CA 92649

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pablo Duran**
1251 Deerpark Dr
#91
Fullerton, CA 92831

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pablo Fernandez**
120 W Stueckle Ave
Apt D
Anaheim, CA 92805

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pablo Perez**
2108 Cotter St
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pablo Torres Morales**
518 E Pine St
Apt 320
Santa Ana, CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Premier Bank**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Spice Company Inc**
6430 E Slauson Ave
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Trial Attorneys,**
 A Professional
4100 Newport Place Dr, Ste 800
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacifica Foods**
13415 Estelle St
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,630.15 |
|---|---|---|---|

**Packaging Corp. of America**
PO Box 51584
Los Angeles, CA 90051-5884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** **Packers Sanitation Services, Inc dba PSS** **PO Box 7435** **Carol Stream, IL 60197-7435** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** **Packit** **30501 Agoura Rd.** **Suite 110** **Agoura Hills, CA 91301** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 5 | **Nonpriority creditor's name and mailing address** **Paddle.Net** **--** **--, -- --** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 6 | **Nonpriority creditor's name and mailing address** **Paez Packaging** **2061 Third St** **Suite E** **Riverside, CA 92507** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,010.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 7 | **Nonpriority creditor's name and mailing address** **Pak West Paper And Packaging** **4042 W. Garry Ave** **Santa Ana, CA 92704-6300** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 8 | **Nonpriority creditor's name and mailing address** **Palisades at Waters Edge** **--** **--, -- --** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 9 | **Nonpriority creditor's name and mailing address** **Pallet Jacks Repair & Sales Inc** **619 Findlay Ave** **Los Angeles, CA 90022** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,143.00 |
|---|---|---|---|

**Palumbo Foods LLC**
**8794 Gap Newport Pike**
**Avondale, PA 19311**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pamela Cruz**
**615 Moosic St**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pamela Kleinsasser**
**13608 Ramsey Dr**
**La Mirada, CA 90638**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pamela Sipraseuth**
**1713 Gardenia Ave**
**Long Beach, CA 90813**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Panera Bread**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paola Cervantes**
**222 N Muller St.**
**#102**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Papa Cantella's Inc.**
**3341 E. 50th St**
**Vernon, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303<br>7 | Nonpriority creditor's name and mailing address<br>**Papa Johns Pizza**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.303<br>8 | Nonpriority creditor's name and mailing address<br>**Papier Inc.**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.303<br>9 | Nonpriority creditor's name and mailing address<br>**Paradise Construction Inc.**<br>**7271 Garden Grove Blvd.**<br>**Suite G**<br>**Garden Grove, CA 92841** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.304<br>0 | Nonpriority creditor's name and mailing address<br>**Paradoxlabs, Inc.**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.304<br>1 | Nonpriority creditor's name and mailing address<br>**Paragon Print Systems INC.**<br>**2021 Paragon Dr**<br>**Erie, PA 16510** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,891.72** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.304<br>2 | Nonpriority creditor's name and mailing address<br>**Parchem Nutrition**<br>**415 Huguenot St.**<br>**New Rochelle, NY 10801** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.304<br>3 | Nonpriority creditor's name and mailing address<br>**Paris Foods Corp**<br>**3965 Ocean Gateway**<br>**Trappe, MD 21673** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,840.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.304<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Parker Printing Inc.**
11240 Young River Ave
Fountain Valley, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Parmela Foods**
9849 Foothill Blvd. #J
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Parts Town**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Party City**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Pascha Chocolate**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Pathward OLD**
5480 Corporate Drove
Suite 350
Troy, MI 48098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Patricia Cabrera**
222 N Muller Ave
#102
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Nieto**
**1812 East Santa Ana Street**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Orlachia Colunga**
**10261 Antigua St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patricia Sandoval**
**12638 La Reina Avenue**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Chavarin**
**2014 West La Palma Ave**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Ponce**
**PO Box 1123**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Williams**
**300 N Rampart St**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Foster**
**300 N Bayport Cir**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.305 8** | |

**Nonpriority creditor's name and mailing address**
**Paul Goodman**
**7305 Oakridge Ave**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| | |
|---|---|
| **3.305 9** | |

**Nonpriority creditor's name and mailing address**
**Paul Khap**
**3142 W Coolidge Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 0** | |

**Nonpriority creditor's name and mailing address**
**Paul Mueller Company**
**28154 Network Place**
**Chicago, IL 60673-1281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 1** | |

**Nonpriority creditor's name and mailing address**
**Pavilions**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 2** | |

**Nonpriority creditor's name and mailing address**
**Paws Chicago**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 3** | |

**Nonpriority creditor's name and mailing address**
**Pax Spices & Labs Inc**
**550 N Rimsdale Ave**
**Covina, CA 91722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 4** | |

**Nonpriority creditor's name and mailing address**
**PayHandy.com**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.306 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,347.16 |
|---|---|---|---|

**Paylocity**
**Dept #2007**
**PO Box 87844**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paypal**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PBFY Flexible Packaging**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PCA Atlanta**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peak Power Electric**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pearl Crop, Inc**
**1550 Industrial Dr.**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Buendia**
**801 N Loara St**
**#180**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| 3.307 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Mateo**
**414 Adam Ave**
**#325**
**Scranton, PA 18510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Muniz rentas**
**120 N Grant Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Rivera**
**108 W Wilken Way**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Sanchez**
**1262 E Sycamore St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro Trevino**
**1723 S Nutwood St**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peerspace, Inc.**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pegasus Auto Racing**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.71 |
| --- | --- | --- | --- |

**Pegasus Industronics, Llc**
PO Box 220936
Newhall, CA 91322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Peloton Document Solutions Llc**
3428 Stoneridge Ct
Calabasas, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pena-Plas Company**
1249 Mid Valley Dr
Jessup, PA 18434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,553.83 |
| --- | --- | --- | --- |

**Pengate Handling System**
PO Box 643031
Pittsburgh, PA 15264-3031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.53 |
| --- | --- | --- | --- |

**Pennsylvania American Water**
-6982
PO Box 371412
Pittsburgh, PA 15250-7412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,541.54 |
| --- | --- | --- | --- |

**Pennsylvania American Water**
-8049
PO Box 371412
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pennsylvania American Water -**
1331 PA House
PO Box 371414
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pennsylvania Dept. of Agriculture**
2301 N. Cameron St.
Room 112
Harrisburg, PA 17110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,387.13** |
|---|---|---|---|

**Pennsylvania Paper & Supply Company, LLC**
PO Box 7411030
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pennsylvania Turnpike Commission PTC**
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Penny Chhaing**
3441 Locust Ave
Long Beach, CA 90807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pep Boys**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,400.00** |
|---|---|---|---|

**Perfect Earth Llc**
5 Corinthian Court #32
Tiburon, CA 94920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Perfect Pallets Inc.**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perfect Parking**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perfection Cleaning Services LLC**
324 5th Ave
Scranton, PA 18505

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Performance Fire Systems Inc**
11612 Knott St #18
Garden Grove, CA 92841

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perisa Brown**
110 Stepping Stone
Irvine, CA 92603

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perla Sanchez De Hernandez**
2130 West Dogwood Ave
Anaheim, CA 92801

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pet Supplies Plus**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.00 |
|---|---|---|---|

**Peter Kallinteris Talent Agency Inc.**
1438 N. Gower St, Box 69
Hollywood, CA 90028

Date(s) debt was incurred __
Last 4 digits of account number __

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 0 | **Nonpriority creditor's name and mailing address**<br>**Petersen Insurance**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 1 | **Nonpriority creditor's name and mailing address**<br>**Petr Krivanek**<br>**4901 Harlene Cir**<br>**Huntington Beach, CA 92649** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 2 | **Nonpriority creditor's name and mailing address**<br>**Petra Anselmo**<br>**939 Emerald Street**<br>**Anaheim, CA 92804** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 3 | **Nonpriority creditor's name and mailing address**<br>**Petrossian Catalog**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 4 | **Nonpriority creditor's name and mailing address**<br>**Philbert Acosta**<br>**3416 1/2 9th Ave**<br>**Los Angeles, CA 90018** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 5 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Flower Shops**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 6 | **Nonpriority creditor's name and mailing address**<br>**Phoenix/Packaging Inc**<br>**1160 East Main St**<br>**Mount Joy, PA 17552** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.310 7** | |

**Nonpriority creditor's name and mailing address**

**Phong Le**
14071 Rondeau St
Apt. 4
Westminster, CA 92683

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.310 8** | |

**Nonpriority creditor's name and mailing address**

**Photo Express**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.310 9** | |

**Nonpriority creditor's name and mailing address**

**Photoaid**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.311 0** | |

**Nonpriority creditor's name and mailing address**

**Physicians Immunodiagnostic
Laboratory, Inc**
512 South Verdugo Drive
Burbank, CA 91502

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.311 1** | |

**Nonpriority creditor's name and mailing address**

**Picture Perfect Music**
10917 Vanowen St
Suite 200
North Hollywood, CA 91605

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.311 2** | |

**Nonpriority creditor's name and mailing address**

**Pilot Travel Center**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.311 3** | |

**Nonpriority creditor's name and mailing address**

**Pilot Travel Centers LLC**
5508 Lonas Drive
Knoxville, TN 37909

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.311 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Pineapple LLC** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Pink Ribbon Girls** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Pinterest** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Pitman Family Farms** | ☐ Contingent | |
| | 1075 North Ave | ☐ Unliquidated | |
| | Sanger, CA 93657-3539 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **PJ Lemoncelli** | ☐ Contingent | |
| | 1201 Prescott Ave | ☐ Unliquidated | |
| | Dunmore, PA 18510 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Pks-Subtech Llc** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Plan International USA** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

**3.312 1**

**Nonpriority creditor's name and mailing address**

**Planet 121 LLC**
**5889 Oberlin Dr**
**#100**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**

**Planet Express**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**Planet Professional Llc**
**34 Crosby Dr**
**Suite 400**
**Bedford, MA 01730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**Planet Technology Llc**
**800 Hillgrove Ave**
**Suite 201**
**Western Springs, IL 60558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Platform**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

**Platino Graphics Uniforms**
**230 N Crescent Way**
**Suite C**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Platinum Prop Rentals**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.312 8 | Nonpriority creditor's name and mailing address **Playbill** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 9 | Nonpriority creditor's name and mailing address **Playvox** **530 Lawrence Expy** **#905** **Sunnyvale, CA 94085** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $21,040.31 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 0 | Nonpriority creditor's name and mailing address **PMMI** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 1 | Nonpriority creditor's name and mailing address **Pocono Mountain Dairies** **PO Box 1006** **Blakeslee, PA 18610** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $15,499.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 2 | Nonpriority creditor's name and mailing address **Podcastone** **335 N Maple Dr** **Ste 127** **Beverly Hills, CA 90210** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 3 | Nonpriority creditor's name and mailing address **Poe And Co. Llc.** **182 Chickasaw St.** **Ventura, CA 93001** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 4 | Nonpriority creditor's name and mailing address **Pollfish** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 5 | **Nonpriority creditor's name and mailing address**<br>**Polsinelli**<br>**P.O. Box 87868**<br>**Kansas City, MO 64187-8681** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$348,845.68** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 6 | **Nonpriority creditor's name and mailing address**<br>**Pond5 Inc**<br>**251 Park Ave S**<br>**7th Floor**<br>**New York, NY 10010** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 7 | **Nonpriority creditor's name and mailing address**<br>**Popshadow Decals**<br>**8 Bridget Ct**<br>**Burr Ridge, IL 60527** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 8 | **Nonpriority creditor's name and mailing address**<br>**Porchlight**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 9 | **Nonpriority creditor's name and mailing address**<br>**Porsche Financial**<br>**--**<br>**--, -- --** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 0 | **Nonpriority creditor's name and mailing address**<br>**Porsha Smith**<br>**610 West School St**<br>**Compton, CA 90220** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 1 | **Nonpriority creditor's name and mailing address**<br>**Port-A-Cool**<br>**P.O. Box 460822**<br>**Escondido, CA 92046** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.314 2**

**Nonpriority creditor's name and mailing address**

**Portable Depot**
--
--, -- --

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 3**

**Nonpriority creditor's name and mailing address**

**Porto's Bakery**
--
--, -- --

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 4**

**Nonpriority creditor's name and mailing address**

**Post Precision Services**
**7474 Lion Street**
**Rancho Cucamonga, CA 91730**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 5**

**Nonpriority creditor's name and mailing address**

**Postman**
--
--, -- --

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**Postman Inc.**
**201 Mission Street**
**Suite 2375**
**San Francisco, CA 94105**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**Postmates**
--
--, -- --

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**Potatocommerce**
--
--, -- --

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.314 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pottery Barn**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Powers Pavalone**
**517 Edith St**
**Unit 1**
**Old Forge, PA 18518**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Powr-Flite (Tacony Corp)**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PPL Electric Utilities -**
- 07028 Sanderson
**P.O. Box 419054**
**St. Louis, MO 63141-9054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.75 |
|---|---|---|---|

**PPL Electric Utilities 12019**
**PO Box 419054**
**ST. Louis, MO 63141-9054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.05 |
|---|---|---|---|

**PPL Electric Utilities 22019**
**PO Box 419054**
**St. Louis, MO 63141-9054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PPL Electric Utilities 23069**
- Apt (CLOS
**PO Box 419054**
**St. Louis, MO 63141-9054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 6 | **Nonpriority creditor's name and mailing address**<br>**PPL Electric Utilities 23253 - Apt**<br>**PO Box 419054**<br>**St. Louis, MO 63141-9054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211.94** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 7 | **Nonpriority creditor's name and mailing address**<br>**PPL Electric Utilities 25012**<br>**PO Box 419054**<br>**St. Louis, MO 63141** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49,625.53** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 8 | **Nonpriority creditor's name and mailing address**<br>**Pr Newswire Association LLC**<br>**G.P.O Box 5897**<br>**New York, NY 10087-5897** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 9 | **Nonpriority creditor's name and mailing address**<br>**Precise Personnel**<br>**2781 W. MacArthur Blvd**<br>**B176**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 0 | **Nonpriority creditor's name and mailing address**<br>**Precision Scales, Inc**<br>**1300 E. 223rd St**<br>**Ste. 408**<br>**Carson, CA 90745** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 1 | **Nonpriority creditor's name and mailing address**<br>**Precision Sheet Metal Company**<br>**1420 Heart Lake Rd**<br>**Scott Twp, PA 18433** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 2 | **Nonpriority creditor's name and mailing address**<br>**Preferred Employers Insurance Co**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.316 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premier Food Safety**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premier Locksmith**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premier Meats**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,940.90 |
|---|---|---|---|

**Premier Packaging LLC**
**3900 Produce Rd**
**Louisville, KY 40218**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premier Proteins, LLC**
**105 S. Jefferson**
**Suite C-3 #101**
**Kearney, MO 64060**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premium Health OC**
--
--, -- --

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Preqin**
**P.O. Box 200918**
**Pittsburg, PA 15251-0918**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pressed Paperboard Technologies**
**115 Bentley Court**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prestige Medical Group**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prime Inc.**
**14433 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prime Now**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prime Video**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prime Video***
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Primelabel Consultants**
**536 7th Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317.7**

**Nonpriority creditor's name and mailing address**
**Primenowmktp**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317.8**

**Nonpriority creditor's name and mailing address**
**Primenowtips**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317.9**

**Nonpriority creditor's name and mailing address**
**Primera Technology Inc.**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318.0**

**Nonpriority creditor's name and mailing address**
**Primo Water**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318.1**

**Nonpriority creditor's name and mailing address**
**Prisma Rubalcava**
**329 W. Ralston Street**
**Ontario, CA 91762**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318.2**

**Nonpriority creditor's name and mailing address**
**PRO Fitness Club**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318.3**

**Nonpriority creditor's name and mailing address**
**Pro Pacific Pest Control**
**P.O. Box 3350**
**Escondido, CA 92033**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.318 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Refrigeration**
13089 Peyton Dr.
Ste C-152
Chino Hills, CA 91709

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Seal**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Solutions**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Tech Plumbing**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pro Transport**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Produce International**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Professional Liability Insurance
  Service**
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,398.00 |
|---|---|---|---|

**Professional Plumbing & Drain Cleaning, Inc.**
2292 N Batavia St., Ste. B
Orange, CA 92865-3100

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Progressive**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Progressive Produce LLC**
15130 Northam St
La Mirada, CA 90638

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Promontory Llc**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prospect Law LLP**
120 North LaSalle St
Suite 2000
Chicago, IL 60602

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prosperity Funding, Inc.**
PO Box 601959
Charlotte, NC 28260

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Publix**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pure Barre**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,477.22 |
|---|---|---|---|

**QBE**
PO Box 5438
New York, NY 10087-5438

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QR CODE Generator**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Queen of ABS Fitness, LLC**
832 Old Plank Square
Duluth, GA 30097

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quest Diagnostics**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quest Engineering Solutions**
10 Cook Street
Billerica, MA 01821

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quickbooks**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.320 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Quinyx Ab**
**Vattugatan 17**
**Stockholm, Sweden --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320 6**

**Nonpriority creditor's name and mailing address**
**Quuu Promote**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320 7**

**Nonpriority creditor's name and mailing address**
**R&S Overhead Doors of So. Cal Inc**
**1617 N. Orangethorpe Way**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,425.00**

---

**3.320 8**

**Nonpriority creditor's name and mailing address**
**R.S Quality Products**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320 9**

**Nonpriority creditor's name and mailing address**
**R2 Global**
**1655 Cherry Blossom Ter**
**Heathrow, FL 32746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321 0**

**Nonpriority creditor's name and mailing address**
**Race Pace**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321 1**

**Nonpriority creditor's name and mailing address**
**Racers Edge**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 2 | Nonpriority creditor's name and mailing address **RaceTrac** **--** **--, -- --** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 3 | Nonpriority creditor's name and mailing address **Rachall McElroy** **2686 56th Way** **Long Beach, CA 90805** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 4 | Nonpriority creditor's name and mailing address **Rachel Ramos** **1727 Prospect Ave** **Scranton, PA 18505** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 5 | Nonpriority creditor's name and mailing address **Rad Power Bikes** **--** **--, -- --** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 6 | Nonpriority creditor's name and mailing address **Radwell International LLC** **1 Millennium Drive** **Willingboro, NJ 08046** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 7 | Nonpriority creditor's name and mailing address **Rafael Alonso** **407 Butler St** **Dunmore, PA 18512-2811** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 8 | Nonpriority creditor's name and mailing address **Rafael Caloca Vargas** **911 West La Palma Ave** **Anaheim, CA 92801** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Espinal**
**607 Pittston Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Lemus**
**342 Granada St**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Montero**
**679 Hayes St**
**Gersinton, PA 18201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Ortiz**
**724 Court St**
**#2**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Roman**
**411 Cherry St**
**Ph**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Ruiz**
**648 W 4th St**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Salas**
**1208 N Dresden Pl**
**#B**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **RahQuann Agho** | ☐ Contingent | |
| | **3 Butler St** | ☐ Unliquidated | |
| | **#1A** | ☐ Disputed | |
| | **Pittston, PA 18640** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Raiber Cuello** | ☐ Contingent | |
| | **73 Prospect St** | ☐ Unliquidated | |
| | **Wilkes Barre, PA 18702** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rakeem Thompson** | ☐ Contingent | |
| | **621 Birch St** | ☐ Unliquidated | |
| | **Scranton, PA 18505** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ralphs** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ramcast Ornamental Supply** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ramiro Lagunas** | ☐ Contingent | |
| | **2152 W Alameda Ave** | ☐ Unliquidated | |
| | **Apt 2** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ramon Cruz Maldonado** | ☐ Contingent | |
| | **155 Keyser Ave** | ☐ Unliquidated | |
| | **#2** | ☐ Disputed | |
| | **Taylor, PA 18517** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 3 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramon Gonzalez**
**959 W Lamark Ln**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 4 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramon H Gonzalez**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 5 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ramon Mercado**
**1126 W Fay Ln #8**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 6 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rancho Sierra Vista**
**Equestrian Center**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 7 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randall  Gene Evans**
**307 Gore Rd**
**Raymore, MO 64083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 8 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy R Ruiz**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.323 9 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Roman Chavez**
**827 S Hamptstead St**
**Anaheim, CA 92802-1738**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 0 | **Nonpriority creditor's name and mailing address** |

**Randy Ruiz**
**834 Beech St**
**#1**
**Scranton, PA 18505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 1 | **Nonpriority creditor's name and mailing address** |

**Raphaela Medina Celli Paes**
**1068 Elkgrove Ave #2**
**Venice, CA 90291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 2 | **Nonpriority creditor's name and mailing address** |

**Rapid Window Tinting**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 3 | **Nonpriority creditor's name and mailing address** |

**Raquel Larios**
**1628 W Juno Ave**
**Apt #6**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 4 | **Nonpriority creditor's name and mailing address** |

**Raquel Perez**
**790 S. San Antonio Ave.**
**Pomona, CA 91766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 5 | **Nonpriority creditor's name and mailing address** |

**Raquel Sanchez**
**1126 Placid Dr.**
**Corona, CA 92878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.324 6 | **Nonpriority creditor's name and mailing address** |

**Raquel Suarez**
**609 Storrs St**
**Dickson City, PA 18519**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.324<br>7 | **Nonpriority creditor's name and mailing address**<br>**Rashawn Williams**<br>**1019 Clay Ave**<br>**Apt 2**<br>**Scranton, PA 18510** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.324<br>8 | **Nonpriority creditor's name and mailing address**<br>**Rathana Chhin**<br>**1527 Cherry Ave**<br>**Long Beach, CA 90813** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.324<br>9 | **Nonpriority creditor's name and mailing address**<br>**Raul Arambula**<br>**121 South Edward Ave**<br>**Fullerton, CA 92833** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.325<br>0 | **Nonpriority creditor's name and mailing address**<br>**Raul Bonilla**<br>**2775 N. Roadrunner Pkwy**<br>**#1003**<br>**Las Cruces, NM 88011** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.325<br>1 | **Nonpriority creditor's name and mailing address**<br>**Raul Luna**<br>**1017 N Wright St.**<br>**Santa Ana, CA 92701** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.325<br>2 | **Nonpriority creditor's name and mailing address**<br>**Raul Marquez**<br>**1142 W North Street**<br>**Anaheim, CA 92801** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.325<br>3 | **Nonpriority creditor's name and mailing address**<br>**Raul Rivera**<br>**523 Sycamore Ave.**<br>**Anaheim, CA 92805** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _for notice purposes_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325 4**

**Nonpriority creditor's name and mailing address**

**Raul Sanchez**
**115 Main St**
**#2A**
**Child, PA 18407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325 5**

**Nonpriority creditor's name and mailing address**

**Raul Sapien**
**10434 Miranda Ave.**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325 6**

**Nonpriority creditor's name and mailing address**

**Raul Vazquez**
**3574 W Cornelia Cir**
**#3**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325 7**

**Nonpriority creditor's name and mailing address**

**Ray Tarrant**
**1054 Spring Brook Ave**
**Lot 21**
**Moosic, PA 18507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325 8**

**Nonpriority creditor's name and mailing address**

**Raymond Aponte Ortiz**
**230 Pittston Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325 9**

**Nonpriority creditor's name and mailing address**

**Raymond Benedito-Pham**
**12907 Geronimo Lane**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 0**

**Nonpriority creditor's name and mailing address**

**Raymond D Murguia**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.326 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Raymond Garcia Baez**
**1127 Washburn St**
**Rear**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Martinez**
**1240 E. Glenwood Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Medina**
**1553 W 7th St**
**#220**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Murguia**
**1735 S. Stoneman St.**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Rodriguez**
**3201 Yorba Linda Blvd**
**#163**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Roman**
**10201 Central Ave**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond West Intralogistics**
**Solutions**
**9939 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raymound Roman**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raymundo Lopez**
120 W Stueckle Ave
Unit D
Anaheim, CA 92805

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,848.75 |
|---|---|---|---|

**Razco Inc**
150 Business Center Dr.
Corona, CA 92880

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,800.00 |
|---|---|---|---|

**RAZCOTRANS LLC c/o RTS**
**Financial Service, Inc**
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RC Apodaca**
15212 Jupiter St
Whittier, CA 90603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,329.87 |
|---|---|---|---|

**RCN Imports Inc.**
299 Hillside Ave
Livingston, NJ 07039

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Real World React**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RealNetworks.Com**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.327 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Rebecca Mendieta**
**11717 Coldbrook Ave.**
**Apt. A**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.327 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Recess Inc**
**509 S. Francisca Ave**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.327 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Red Chamber Co.**
**1912 E Vernon Ave**
**Vernon, CA 90058-1611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$83,835.00

---

| 3.327 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Red Frog Networks LLC**
**1078 Wyoming Ave**
**#132**
**Wyoming, PA 18644**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Red Mill Farms LLC**
**590 Rocky Glen Rd**
**Moosic, PA 18507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,591.00

---

| 3.328 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Red Mountain Trading Company**
**5055 E 41st Ave**
**Denver, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.328 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

**Red Plains Surveying Company**
1917 S. Harvard Ave
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Red Street Ventures**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Redbird**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reforge**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,440.70 |
|---|---|---|---|

**Refrigeration Design & Service LLC**
352 Newbold Rd
Fairless Hills, PA 19030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reggie Chamberlain**
1033 E Hill St
Long beach, CA 90806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Registrar Corp**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.328 9**

**Nonpriority creditor's name and mailing address**
**REI**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 0**

**Nonpriority creditor's name and mailing address**
**Reichman & Associates P.C.**
**6420 Wilshire Blvd**
**Ste. 720**
**Los Angeles, CA 90048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 1**

**Nonpriority creditor's name and mailing address**
**Reid Miller Creative Group, LLC**
**Dba 3 Mad Fish**
**91R First Ave.**
**Atlantic Highlands, NJ 07716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 2**

**Nonpriority creditor's name and mailing address**
**Reina Najera**
**351 Lemon St**
**La Habra, CA 90631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 3**

**Nonpriority creditor's name and mailing address**
**Reiser**
**725 Dedham St**
**Canton, MA 02021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329 4**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred _
Last 4 digits of account number **7070**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$21,713.77**

---

**3.329 5**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred _
Last 4 digits of account number **9652**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.329 6 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Republic Services**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number **8931**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Republic Services**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number **9999**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Restaurant Depot**
**1611 E. Washington Blvd.**
**Los Angeles, CA 90021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | | | $4,850.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Reuther & Bowen P.C.**
**326 Ward St**
**Dunmore, PA 18512**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Rey Ramos**
**303 1/2 N Rose St**
**#D**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Rey Ugalde**
**22020 Claretta Ave**
**#B**
**Hawaiian Gardens, CA 90716**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 2 | | | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Reyes Romero**
**571 N Park Ave.**
**Rialto, CA 92376**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Reyna Quinteros**
235 W Orangewood
Apt 9B
Anaheim, CA 92802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Reynaldo Ordonez Palacios**
1005 Valencia St
Apt 3
Costa Mesa, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Rhina Valdiviezo**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Rhina Valdiviezo Avalos**
12697 George Reyburn Rd
Garden Grove, CA 92845

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Rhonald Santiago Vinas**
574 S Franklin St
Wilkes Barre, PA 18702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Ribet & Silver**
1901 Avenue of the Stars
Suite 680
Los Angeles, CA 90067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---------|---------|---------|---------|

**Ricardo Garcia**
491 N Crescent Dr
Orange, CA 92868

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number _(if known)_ | **1:24-bk-01672** |
|---|---|---|---|

Name

| 3.331 0 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Ricardo Olvera**
**215 E 15th St**
**Apt. 10**
**Santa Ana, CA 92701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 1 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Rich Wilson**
**20 Marcie Terrace**
**Covington Township, PA 18424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Richard Bourne**
**16787 Beach Blvd**
**#309**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 3 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Richard Hernandez**
**512 N Raitt St**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Richard Jackson**
**332 Bridge Street**
**#1**
**Old Forge, PA 18518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 5 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Richard Wilson**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 6 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Rikki Pate**
**809 Alder Street**
**#1**
**Scranton, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331 7**

**Nonpriority creditor's name and mailing address**
**Ring Central**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 8**

**Nonpriority creditor's name and mailing address**
**Rino Viado**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 9**

**Nonpriority creditor's name and mailing address**
**Risk Placement Services (RPS)**
**550 W. Van Buren**
**Suite 1200**
**Chicago, IL 60607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,742.80**

---

**3.332 0**

**Nonpriority creditor's name and mailing address**
**Rita Leon**
**1919 E Romneya Dr**
**#449**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 1**

**Nonpriority creditor's name and mailing address**
**Rite Aid**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 2**

**Nonpriority creditor's name and mailing address**
**River Direct Inc.**
**P.O. Box 57499**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 3**

**Nonpriority creditor's name and mailing address**
**Riverside Express**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document          Page 536 of 675

| 3.332 4 | Nonpriority creditor's name and mailing address<br>**Rivington Partners**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.332 5 | Nonpriority creditor's name and mailing address<br>**RKM Studios**<br>**9857 Dreams Ave**<br>**Mission Hills, CA 91345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.332 6 | Nonpriority creditor's name and mailing address<br>**RL Food Testing Laboratory, Inc.**<br>**30721 Russell Ranch Rd**<br>**Ste 140**<br>**Westlake Village, CA 91362-7383**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,496.00** |
| 3.332 7 | Nonpriority creditor's name and mailing address<br>**Road Scholar Transport Inc**<br>**130 Monahan Ave**<br>**Dunmore, PA 18512**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,150.00** |
| 3.332 8 | Nonpriority creditor's name and mailing address<br>**Rob Maynor**<br>**167 Glendale Rd**<br>**Pittston, PA 18640**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.332 9 | Nonpriority creditor's name and mailing address<br>**Rob Petras**<br>**814 Landis Street**<br>**Scranton, PA 18504**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.333 0 | Nonpriority creditor's name and mailing address<br>**Robert Andrews**<br>**2046 Margaret Ave**<br>**Scranton, PA 18508**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.333<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Andrews**<br>**1415 Washburn St**<br>**Scranton, PA 18504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Bonilla**<br>**11627 Painter Ave.**<br>**Whittier, CA 90605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Callahan**<br>**2033 E. Whitton Ave**<br>**Phoenix, Arizona 85016-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Gomez**<br>**2107 Tehachapi Dr**<br>**Corona, CA 92879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Half Technology**<br>**P.O. Box 743295**<br>**Los Angeles, CA 90074-3295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Montgomerie**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Robert Resendez Jr**<br>**301 Terrace Manor**<br>**#301**<br>**Scranton, PA 18505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 515 of 631

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document    Page 538 of 675

| 3.3338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Rowe**
**11982 Walnut St G**
**Los Angeles, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,492.50 |
|---|---|---|---|

**Robert Zalewski dba Eastern**
**Produce Distributors LLC**
**168 Commerce Rd**
**Pittston, PA 18640**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roberta Mukul**
**895 S Olive St**
**#C**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roberto Munoz**
**7731 Jackson Way**
**Apt A**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roberto Pedroza**
**1136 N Leisure Ct**
**Apt 7**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roberto Rodriguez**
**2305 E. Ball Rd**
**Anaheim, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robin Asseo**
**2750 Park Newport**
**Newport Beach, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,651.50** |
|---|---|---|---|

**Robinson Bradshaw**
**101 N. Tryon St.**
**Suite 1900**
**Charlotte, NC 28246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robinson Fresh**
**14701 Charlson Rd**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rocio Bravo Cielo**
**1321 E Rosewood Ave**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rocio Monarrez**
**831 S Ross St**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rocio Ortiz**
**4617 Sunswept Ave**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rocio Tellez**
**140 N Holly St**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rockstar Pro Movers**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rockwell Automation Inc dba Fiix**
**1201 S Second St**
**Milwaukee, WI 53204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Roderick Gauta**
**2133 W. Cris Ave.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rodolfo Palacios**
**924 N Lemon St**
**#A**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rodolfo Reyes**
**323 Hughes St**
**#1**
**Swoyersville, PA 18704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rodolfo Rodriguez**
**1412 Prospect Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rodolfo Solano**
**555 E Harrison Ave.**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Rodrigo Hernandez**
**4812 W Mc Fadden Ave**
**#77**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rogelio Diaz**
**1026 N Acacia St**
**Apt F4**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rogelio Gutierrez**
**501 Janice Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Roger Rocha**
**1020 N Patt St**
**Apt 1020**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rogers Poultry**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rogue Fitness**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rolando Felix**
**5306 Carmelita Ave**
**Maywood, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rolando Lopez-Bermudez**
**4901 Green River Rd**
**spc 278**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Rollbar.Com
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.336 7

**Nonpriority creditor's name and mailing address**
Roman Garcia
2208 West Wilshire Ave
Santa Ana, CA 92704

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.336 8

**Nonpriority creditor's name and mailing address**
Ronald Clark
5331 La Luna Dr.
La Palma, CA 90623

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.336 9

**Nonpriority creditor's name and mailing address**
Ronald Johnson
1000 N Kraemer Pl
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.337 0

**Nonpriority creditor's name and mailing address**
Ronald Webster
18685 Main St.
#335
Huntington Beach, CA 92648

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.337 1

**Nonpriority creditor's name and mailing address**
Ronny Jimenez
1411 N Washington
#3
Scranton, PA 18510

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.337 2

**Nonpriority creditor's name and mailing address**
Roosevelt II Porter
1820 W Florence Ave
Apt 294
Los Angeles, CA 90047

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.337 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rootways.com** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa Alvarez** | ☐ Contingent | |
| | **814 N Van Ness** | ☐ Unliquidated | |
| | **#5** | ☐ Disputed | |
| | **Santa Ana, CA 92701** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa Chico** | ☐ Contingent | |
| | **315 N. Bush Street** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa De La Cruz** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa DeLa Cruz** | ☐ Contingent | |
| | **405 E Center St** | ☐ Unliquidated | |
| | **Apt 104** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa Delgado** | ☐ Contingent | |
| | **330 S Melrose St** | ☐ Unliquidated | |
| | **Apt 101** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rosa Garcia** | ☐ Contingent | |
| | **440 E Main St** | ☐ Unliquidated | |
| | **#440** | ☐ Disputed | |
| | **Wilkes Barre, PA 18705** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **for notice purposes** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Guzman** | ☐ Contingent | |
| | **717 N Gunther St** | ☐ Unliquidated | |
| | **Santa Ana, CA 92703** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Leyva** | ☐ Contingent | |
| | **15405 S. Washington Ave.** | ☐ Unliquidated | |
| | **Compton, CA 90221** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Mendoza Perez** | ☐ Contingent | |
| | **11089 Cynthia Circle** | ☐ Unliquidated | |
| | **#28** | ☐ Disputed | |
| | **Garden Grove, CA 92843** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Nunez De Navarro** | ☐ Contingent | |
| | **9861 Lullaby Lane** | ☐ Unliquidated | |
| | **Anaheim, CA 92804** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Perez** | ☐ Contingent | |
| | **1241 North East St** | ☐ Unliquidated | |
| | **Anaheim, CA 92805** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Sotoy** | ☐ Contingent | |
| | **2178 W Brownwood Ave.** | ☐ Unliquidated | |
| | **#1** | ☐ Disputed | |
| | **Anaheim, CA 92801** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Rosa Suriel** | ☐ Contingent | |
| | **137 S Caneron Ave** | ☐ Unliquidated | |
| | **Scranton, PA 18504** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **for notice purposes** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:24-bk-01672-HWV   Doc 36   Filed 08/19/24   Entered 08/19/24 17:19:02   Desc
Main Document     Page 545 of 675

| 3.338 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosa Tolento**
2111 W 17st
Apt C3
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosa Torres**
164 N Holly St
Orange, CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosalba Duran de Garcia**
410 E Florence Ave
La Habra, CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosalind Taylor**
1664 W Catalpa Drive
Apt 16
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosalio Perez Marquez**
1780 W Lincoln Ave.
Apt. #251
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosalva Lopez Gonzalez**
1758 W Neighbors Ave
#3
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosario Marquez**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339 4**

**Nonpriority creditor's name and mailing address**

**Rosario Marquez Gutierrez**
**1127 Casa Grande Ave**
**Apt 4**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 5**

**Nonpriority creditor's name and mailing address**

**Rosaury Estevez**
**613 Main Street**
**Peckville, PA 18452**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 6**

**Nonpriority creditor's name and mailing address**

**Rose Weber**
**525 Neptune Ave**
**#11D**
**Brooklyn, NY 11224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 7**

**Nonpriority creditor's name and mailing address**

**Rosemarie Soto**
**317 E Jululianna St**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 8**

**Nonpriority creditor's name and mailing address**

**Rosewood Miramar**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 9**

**Nonpriority creditor's name and mailing address**

**Rosey Estrada**
**655 S Velare St**
**#210**
**Anaheim, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340 0**

**Nonpriority creditor's name and mailing address**

**Rosio Antunez Magana**
**1248 N Lombard Dr**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340**
**1**

Nonpriority creditor's name and mailing address
**Ross**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340**
**2**

Nonpriority creditor's name and mailing address
**Ross Industries, Inc**
**P.O. Box 677817**
**Dallas, TX 75267-7817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,297.83**

---

**3.340**
**3**

Nonpriority creditor's name and mailing address
**Rossi Rooter LLC**
**2040 Cedar Ave**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.340**
**4**

Nonpriority creditor's name and mailing address
**Roth Staffing Companies, LP**
**450 E. State College Blvd.**
**Orange, CA 92868**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340**
**5**

Nonpriority creditor's name and mailing address
**Rotmano Neang**
**1610 N Stanton Place**
**Unit B**
**Long Beach, CA 90804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340**
**6**

Nonpriority creditor's name and mailing address
**Rowena Bejasa**
**3300 W Lincoln Ave**
**#135**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.340**
**7**

Nonpriority creditor's name and mailing address
**Royal Flavor, LLC**
**2655 Melksee St.**
**San Diego, CA 92154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.340 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royal Food Import Corporation**
**5 Hutchings Dr**
**Ste 117**
**Hollis, NH 03049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royal Wholesale Electric**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Royce Starks**
**8218 Coral Bell Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruben Aguirre**
**8458 Peony Cir**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruben Cabrera**
**912 Tate St**
**Clarksville, AR 72830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruben Carranza Dominguez**
**13102 Partridge St**
**Unit 55**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruben Diaz**
**1414 S Sycamore St**
**Apt B**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.341 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ruben Ixtecoc Morales**
**801 Fairview St**
**Apt N3**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rubi Lara Lozano**
**108 W. Wilken Way**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ruby Mendoza**
**9871 Aldgate Ave**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ruby Sanchez**
**206 Vienna Dr**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rudy Arthur Caraveo**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rudy Caraveo**
**14509 Carmenita Rd**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rudy Martinez**
**14331 Cabrillo Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruperto Alvarado**
810 Sulivan St.
#M3
Santa Ana, CA 92704

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Russell Belisario**
310 Mooney St
#2
Olyphant, PA 18447

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruth Caal**
12052 Pierce St
Sylmar, CA 91342

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruth Lugo**
2106 W Alameda Ave
#3
Anaheim, CA 92801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruth Quituizaca**
1720 Prospect
#2
Scranton, PA 18505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rvshare Copley Oh**
--
--, -- --

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Carson**
209 Cozumel
Laguna Beach, CA 92651

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ryan Walsh**<br>**134 Sussex St**<br>**Old Forge, PA 18518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>for notice purposes</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,724.26 |
|---|---|---|---|
| | **Ryder Transportation**<br>**Lockbox File 056347**<br>**Los Angeles, CA 90074-6347** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>Trade debt</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **S & S Structural Consultants Inc**<br>**PO Box 11412**<br>**Spring, TX 77391** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>for notice purposes</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.60 |
|---|---|---|---|
| | **S&S Printers**<br>**2100 W. Lincoln Ave**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>Trade debt</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **S. Katzman Produce Inc**<br>**213 New York City Terminal**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>for notice purposes</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sabatinos**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>for notice purposes</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sabio Printing**<br>**2511 W. La Palma #H**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: <u>for notice purposes</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sabrina Guzman**
**300 Main St**
**#1**
**Moosic, PA 18505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sadie Campbell**
**14238 Cullen St**
**Whittier, CA 90605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sadie OBanion**
**2065 S. Margie Lane**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Saed Hussien**
**1415 W North St**
**#422**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Saed M Hussein**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Safa Nasser**
**150 N. Muller St #104**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Safe Quality Foods Institute**
**2345 Crystal Dr**
**Suite 800**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Saison Restaurant**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salena Ortiz**
**409 Laconia Blvd**
**Los Angeles, CA 90061**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sali Saleh**
**16390 Colegio Dr.**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sally Possinger**
**1646 Capouse Ave**
**Ph**
**Scranton, PA 18509**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salomon Licon**
**12709 Camilla St**
**Whittier, CA 90601**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salvador Hernandez**
**11965 Barnwall St**
**Norwalk, CA 90650**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salvador Mendoza**
**9871 Aldgate Ave**
**Garden Grove, CA 92841**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.345 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Salvador Rincon Dominguez** | ☐ Contingent | |
| | **327 S Rose St** | ☐ Unliquidated | |
| | **Apt C** | ☐ Disputed | |
| | **Anaheim, CA 92805** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sam's Club** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Samantha Fernandez** | ☐ Contingent | |
| | **1108 Rundle St** | ☐ Unliquidated | |
| | **Scranton, PA 18504** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Samantha Juarez** | ☐ Contingent | |
| | **N Lido 1024** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Samantha Maria** | ☐ Contingent | |
| | **1351 E Young St** | ☐ Unliquidated | |
| | **Wilmington, CA 90744** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sameday Health** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.345 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Samet Nak** | ☐ Contingent | |
| | **15218 Bechard Ave** | ☐ Unliquidated | |
| | **Norwalk, CA 90650** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  for notice purposes ** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samira Moniz**
**100 Rinaldi Dr**
**Taylor, PA 18517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.345<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samira Aguilera**
**7782 Adams Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.345<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sammy Sar**
**4200 E 10th St #1**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samoeut Nak**
**15218 Bechard Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samuel Anderson II**
**302 South Locust Ave**
**California, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samuel Cortes**
**2516 S Rosewood Ave**
**Apt C**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samuel Kamber**
**205 E Acacia St**
**#D**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samuel Morales**
1649 W. Dadley Ave
Apt. B
Anaheim, CA 92802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samuel Willis**
2175 S Mallul Dr
#154
Anaheim, CA 92802

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samy's Camera**
--
--, -- --

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sandra Banegas Cruz**
--
--, -- --

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sandra Garcia**
11216 Kadota Ave.
Pomona, CA 91766

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sandra Lala**
1402 Prospect Ave
Scranton, PA 18505

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sandra Lizeth Banegas Cruz**
3256 Greenwood Ave
#3256
Scranton PA, PA 18505

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Lopez**
**12560 Haster St**
**SPC 99**
**Garden Grove, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sang Min Lim**
**790 N Euclid St**
**Apt 219**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanne Vloet Fitness**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Santa Chak**
**5217 Silver Dr**
**Santa Ana, CA 92703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Santiago Gutierrez**
**2130 S. Mountain View**
**Apt 1**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Santos Lares**
**15150 Magnolia St**
**Unit 236**
**Westminster, CA 92683**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Santos Linares**
**1221 N Dresden Pl**
**#2**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sanven Corp** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sapphire Systems Inc**<br>The Chrysler Bldg, Flr 49<br>405 Lexington Ave<br>New York, NY 10174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sara Ashrafi**<br>516 S Orange Grove Ave<br>Los Angeles, CA 90036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sara Chappell Photos**<br>1951 Eaton Rd<br>Hamilton, OH 45013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sara Rodriguez**<br>410 S Clementine St<br>Apt 204<br>Anaheim, CA 92805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sarafina Ofisa**<br>1606 S Calle Del Mar<br>#B<br>Anaheim, CA 92802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sarah Reyes**<br>12910 Priscilla St<br>Norwalk, CA 90650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Nutrition Corp, Inc. | Case number (if known) | 1:24-bk-01672 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.348 5** | **Nonpriority creditor's name and mailing address**<br>**Sariah Campbell**<br>**1025 S McCloud St**<br>**Anaheim, CA 92805** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.348 6** | **Nonpriority creditor's name and mailing address**<br>**SATO America LLC**<br>**PO Box 602542**<br>**Charlotte, NC 28260-2542** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,374.34** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.348 7** | **Nonpriority creditor's name and mailing address**<br>**Saul Elizarraraz**<br>**2810 E. Frontera St.**<br>**Unit B**<br>**Anaheim, CA 92806** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.348 8** | **Nonpriority creditor's name and mailing address**<br>**Saul Rocha Gomez**<br>**12705 Detra Ln**<br>**Unit B**<br>**Garden Grove, CA 92840** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.348 9** | **Nonpriority creditor's name and mailing address**<br>**Saul Sanchez**<br>**2113 E Blanchard Ave**<br>**Anaheim, CA 92806** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.349 0** | **Nonpriority creditor's name and mailing address**<br>**Savandara Phon**<br>**21819 1/2 Bonita Street**<br>**Carson, CA 90745** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.349 1** | **Nonpriority creditor's name and mailing address**<br>**SBK Paint.com/**<br>**Moto Farina**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,322.95** |
|---|---|---|---|

**Schiff's Food Service Inc**
7 Stauffer Industrial Park
Taylor, PA 18517

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,000.28** |
|---|---|---|---|

**Schreiber Foods International, Inc.**
600 E Crescent Ave
#103
Upper Saddle River, NJ 07458

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SCICO Supply, LLC**
PO Box 736407
Dallas, TX 75373-6407

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Score More Sales, Llc**
333 Central Ave #309
Dover, NH 03820-6064

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Brown**
532 Alder St
#4
Scranton, PA 18505

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Davenport**
6343 Lincoln Ave
#F1
Buena Park, CA 90620

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Heather**
525 W. Third St. Unit B
Tustin, CA 92780

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Sillcocks**
**228 Charles St**
**Old Forge, PA 18518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,112.90 |
|---|---|---|---|

**Scotts Plumbing & Heating Inc**
**PO Box 394**
**Waymart, PA 18472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,011.71 |
|---|---|---|---|

**Scranton Laminated Label Inc**
**dba Scranton Label Inc**
**1949 Newton Ransom Blvd**
**Clarks Summit, PA 18411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scranton Printing Co.**
**1225 Penn Ave**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCS Global Services**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sea Salt Superstore LLC**
**1106 Shuksan Way #300**
**Everett, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220,465.69 |
|---|---|---|---|

**Sealed Air Corporation**
**26081 Network Place**
**Chicago, IL 60673-1260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document     Page 562 of 675

| 3.350 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,999.99 |
|---|---|---|---|

**Sean Dylan Kelly**
**1618 Wiley Street**
**Hollywood, FL 33020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean Fahey**
**4273 Paseo De Plata**
**Cypress, CA 90630**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean Hughes**
**1206 W Woodcrest Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sebastian Damasco**
**1139 W Chateau Ave.**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sebastian Roca**
**4242 Francis Ave**
**Chino, CA 91710**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Selanne Steak Tavern**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Selena Vilchis**
**1126 W Fay Ln**
**#6**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Selina Bravo de Rueda** <br> **10541 Lowden St** <br> **#H** <br> **Stanton, CA 90680** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Semrush.com** <br> **--** <br> **--, -- --** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Senneca Holdings** <br> **--** <br> **--, -- --** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **SenovvA Inc** <br> **1401 East 3rd St** <br> **Los Angeles, CA 90033** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,634.00 |
|---|---|---|
| **Sentry Insurance** <br> **PO Box 8048** <br> **Stevens Point, WI 54481** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Insurance**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **SEOM Interactive** <br> **--** <br> **--, -- --** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.351 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Serena Hernandez** <br> **2201 W Broadway** <br> **#B202** <br> **Anaheim, CA 92804** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes**  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Chavez**
**14181 Springdale St**
**Apt 1**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Flores**
**414 East 90th Street**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Franco**
**11621 Brookhurst St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Hernandez**
**324 E. Wakefield Ave**
**#3**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Lopez**
**108 W. Wilken Way**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Perez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sergio Perez Arevalo**
**226 N Berniece Dr**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.352 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Service Caster** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.352 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Seth McCooey** | ☐ Contingent | |
| | **1512 Olive St** | ☐ Unliquidated | |
| | **Room 4** | ☐ Disputed | |
| | **Scranton, PA 18510** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.352 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shaeye Bosley** | ☐ Contingent | |
| | **322 11th Street** | ☐ Unliquidated | |
| | **Apt 1** | ☐ Disputed | |
| | **Seal Beach, CA 90740** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.353 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shakas Distributing** | ☐ Contingent | |
| | **18230 Hawthorne Ave** | ☐ Unliquidated | |
| | **Bloomington, CA 92316** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.353 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shalwonda Moore** | ☐ Contingent | |
| | **3030 E Jackson Ave** | ☐ Unliquidated | |
| | **Apt S44** | ☐ Disputed | |
| | **Anaheim, CA 92806** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.353 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shane Setlock** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.353 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shane Thomas** | ☐ Contingent | |
| | **2031 Spieth St** | ☐ Unliquidated | |
| | **Granbury, TX 76048** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:  for notice purposes ** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shane Walsh**
**4845 Stonehaven Dr**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shanique Jackson**
**1011 W. 108th St**
**#1**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shanni Reid**
**5485 N Paramount Blvd**
**Apt 202**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shareasale**
**167 N Green St.**
**Office No. 04A-117**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharegrid.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharemycoach.Com**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharon Friday**
**625 N Washington Ave**
**Unit 4G**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharon Little**
**827 Mandolin Way**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharq Skinz**
**1991 Industrial Blvd**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Shaw's Southern Belle Frozen**
 **Foods, Inc**
**P.O. Box 628378**
**Orlando, FL 32862-8378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawn Benk**
**8611 W Feathered Nest Run**
**Bentonville, AR 72713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shayland Bush**
**1632 N Stanton Pl**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheetz**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shelf Master, Inc.**
**2837 E. Coronado St**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 8 | Nonpriority creditor's name and mailing address **Shell** -- --, -- -- | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 9 | Nonpriority creditor's name and mailing address **Shelsy Velazquez** 1240 N Fulton St Anaheim, CA 92801 | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 0 | Nonpriority creditor's name and mailing address **Shepard Bros., Inc.** 503 S. Cypress St La Habra, CA 90631 | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $8,010.20 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 1 | Nonpriority creditor's name and mailing address **Sherman and Sherman APC** 751 N. Fair Oaks Ave Ste 101 Pasadena, CA 91103 | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 2 | Nonpriority creditor's name and mailing address **Shindig Llc** 4667 W 141st St Hawthrone, CA 90250 | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 3 | Nonpriority creditor's name and mailing address **Shop W/ Mr Pts** -- --, -- -- | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 4 | Nonpriority creditor's name and mailing address **Shopify** -- --, -- -- | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.355 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,669.75** |
| | **Shorr Packaging Corp**<br>**P.O. Box 773252**<br>**Chicago, Il 60677-3252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.355 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Showmark**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.355 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shutterstock**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.355 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Shyquan Butler**<br>**407 10th Ave**<br>**Scranton, PA 18504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.355 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Sidney Dawson**<br>**1112 Springbrook Ave**<br>**#C**<br>**Moosic, PA 18507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.356 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Signature Jeweler's Inc.**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.356 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Signature Newport**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __for notice purposes__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Signature Party Rental**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silicon Valley Bank**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silverstate Locksmith Ltd**
**800 N Rainbow Blvd.**
**#148**
**Las Vegas, NV 89107**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silvestre Roman Jurado**
**2071 S Sprauge Ln**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silvia Briseno**
**9071 Pacific Avenue**
**Apt 6**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silvia Vicente-Bertin**
**8900 Pacific Ave**
**Apt C**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silvio Garcia Hernandez**
**645 N Main Ave**
**Scranton, PA 18504**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simone Christian**
**8236 Hamilton Green**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simple Cleaning Solutions Inc**
 **Dba Simple**
**13758 Crewe St**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Singer Equipment Company Inc**
**150 S Twin Valley Rd**
**Elverson, PA 19520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siria Velasco**
**12210 Leahy Drive**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sirius Radio**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SiriusXM**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sirob Imports Inc**
**21 Gear Ave**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.357 6 | **Nonpriority creditor's name and mailing address**<br>**Sixt Rent A Car LLC**<br>P.O. BOX 8188<br>Fort Lauderdale, FL 33310 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.357 7 | **Nonpriority creditor's name and mailing address**<br>**Sixth Man Promotions Inc.**<br>2885 E Citadel Ct<br>Gilbert, AZ 85298 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,525.50** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.357 8 | **Nonpriority creditor's name and mailing address**<br>**Sixto Villarreal Munoz**<br>11602 Beta Ave<br>Garden Grove, CA 92840 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.357 9 | **Nonpriority creditor's name and mailing address**<br>**Skillshare**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.358 0 | **Nonpriority creditor's name and mailing address**<br>**SkinTruth**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.358 1 | **Nonpriority creditor's name and mailing address**<br>**Sky Castaneda**<br>174 N Muller St<br>#307<br>Anaheim, CA 92801 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.358 2 | **Nonpriority creditor's name and mailing address**<br>**Sky Zone**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Skye Villalobos**
**8920 Academy Dr.**
**#A**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Slack**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SLB Printing Inc**
**2818 S. Robertson Blvd**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smallrig**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smart & Final**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smart Levels Media**
**1650 N Kraemer Blvd**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249,166.01 |
|---|---|---|---|

**SmartPay - QBE**
**500 W. 2nd St**
**Suite 1900**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smartsheet Inc**
**500 108th Ave NE**
**Suite 200**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SmartSign**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,696.61 |
|---|---|---|---|

**Smirk's Ltd**
**17601 US Highway 34**
**Fort Morgan, CO 80701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smith Air Center INC**
**26 Sams Rd**
**Scott Township, PA 18447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Snapchat**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**So Cal Cryogenic Services**
**229 E. Reed St**
**Covina, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**So Cal Edison**
**Service Acct: 8005005300**
**P.O. Box 600**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Socal Nitrous And Race**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Socal Track**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SoCalGas - Euclid**
P.O. BOX C
Monterey Park, CA 91756

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.04 |
|---|---|---|---|

**SoCalGas - Penhall**
P.O. BOX C
Monterey Park, CA 91756

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Socorro Castro**
922 S Kenmore St
Anaheim, CA 92804

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Softonomika Limited**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Soley.Inc Donations**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 576 of 675

| 3.360 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sonia Hernandez**
**10231 Stanford Ave**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sonia Magana**
**212 N. Citron St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sonia Ramirez**
**325 N Hyde Park Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,993.17** |
|---|---|---|---|

**Sonoran Capital Advisors, LLC**
**1733 N. Greenfield Rd.**
**Suite 104**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Restructuring Advisory**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,737.50** |
|---|---|---|---|

**Sonsray Rentals And Leasing, Inc.**
**PO Box 51173**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sophia Aujay**
**19692 Constellation Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**South Bay Document**
**Destruction, Inc.**
**15001 S. San Pedro St**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.361<br>1 | **Nonpriority creditor's name and mailing address**<br>**South City Kitchen**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>2 | **Nonpriority creditor's name and mailing address**<br>**South Coast Air Quality**<br>**Management District**<br>**PO BOX 4943**<br>**Diamond Bar, CA 91765-0943** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.56** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>3 | **Nonpriority creditor's name and mailing address**<br>**South Coast Emergency**<br>**Med Grp**<br>**PO Box 4419**<br>**Woodland Hills, CA 91365-4419** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>4 | **Nonpriority creditor's name and mailing address**<br>**Southeastern Equipment**<br>**1919 Old Dunbar Rd**<br>**West Columbia, SC 29172** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>5 | **Nonpriority creditor's name and mailing address**<br>**Southwest Airlines**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>6 | **Nonpriority creditor's name and mailing address**<br>**Soya International LLC**<br>**100 Duffy Avenue**<br>**Suite 510**<br>**Hicksville, NY 11801** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>7 | **Nonpriority creditor's name and mailing address**<br>**SP Zura**<br>--<br>--, -- -- | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** _for notice purposes_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|--------|----------|----------|----------|
| | Name | | |

| 3.361<br>8 | **Nonpriority creditor's name and mailing address**<br>**Sparkletts**<br>**P.O. Box 660579**<br>**Dallas, Tx 75266** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$214.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361<br>9 | **Nonpriority creditor's name and mailing address**<br>**Spartan Race, Inc.**<br>**234 Congress St**<br>**Boston, MA 02110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362<br>0 | **Nonpriority creditor's name and mailing address**<br>**Special T Water Systems Inc**<br>**11934 Washington Blvd**<br>**Whittier, CA 90606-2608** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$877.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362<br>1 | **Nonpriority creditor's name and mailing address**<br>**Specialson Jackson II McNair**<br>**125 E 20th St**<br>**#10**<br>**Long Beach, CA 90806** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362<br>2 | **Nonpriority creditor's name and mailing address**<br>**Spectrum Business**<br>**PO Box 60074**<br>**City of Industry, CA 91716-0074** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362<br>3 | **Nonpriority creditor's name and mailing address**<br>**Speed Demon Motorcycles**<br>**23133 Yvette Lane**<br>**Valencia, CA --** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362<br>4 | **Nonpriority creditor's name and mailing address**<br>**Speedway**<br>**--**<br>**--, -- --** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3625 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Spire Law, PLLC** | ☐ Contingent | |
| **2572 W State Road 426** | ☐ Unliquidated | |
| **Suite 2088** | ☐ Disputed | |
| **Oviedo, FL 32765** | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3626 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Spl*Facial Lounge** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3627 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sportbiketrackgear.Com** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3628 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Spotify** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3629 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Spotify USA** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3630 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sprout Social** | ☐ Contingent | |
| **Suite 700** | ☐ Unliquidated | |
| **Chicago, IL 60603** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3631 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sprouts** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.363 2**

**Nonpriority creditor's name and mailing address**
**Sps Commerce Inc**
**333 S. 7th.,**
**Ste.1000**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**
**SQF Institute**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 4**

**Nonpriority creditor's name and mailing address**
**Square Hardware**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**
**St. Charles Trading Inc**
**1400 Madeline Ln**
**Elgin, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 6**

**Nonpriority creditor's name and mailing address**
**Stacey Villela**
**949 S Roberts St**
**#4**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 7**

**Nonpriority creditor's name and mailing address**
**Stacy Amaya**
**1156 Cornell St**
**Scranton, PA 18504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 8**

**Nonpriority creditor's name and mailing address**
**Stacy Fabian Salas**
**2228 N Earl Ave**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Staffmark Investment, Llc**
PO Box 734575
Chicago, IL 60673-4575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stamps.Com**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stanley Rembish**
40 Chestnut Lake Dr.
Beach Lake, PA 18405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stanton & Company Llc - Influencer**
212 Main Street
Venice, CA 90291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stape, INC.**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Staphany Gonzalez**
915 S Loara St.
Apt 4
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Staples**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 6 | Nonpriority creditor's name and mailing address **Starbucks** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 7 | Nonpriority creditor's name and mailing address **Starr Auman** **398 Hague Dr** **Duncan, SC 29334** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 8 | Nonpriority creditor's name and mailing address **Stat Logistics International, Inc.** **26330 Corporate Ave** **Hayward, CA 94545** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 9 | Nonpriority creditor's name and mailing address **State Food Safety** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 0 | Nonpriority creditor's name and mailing address **State of California** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 1 | Nonpriority creditor's name and mailing address **State of New Jersey - PART** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 2 | Nonpriority creditor's name and mailing address **Stater Bros** -- --, -- -- | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.365 3**

**Nonpriority creditor's name and mailing address**

**Statesville Bovine**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365 4**

**Nonpriority creditor's name and mailing address**

**Stay Dry Roofing Company**
**3442 Pine Street**
**Riverside, CA 92501**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365 5**

**Nonpriority creditor's name and mailing address**

**Stealth Venture Labs Inc**
**5940 S Rainbow Blvd**
**Ste 400**
**Las Vegas, NV 89118**

Date(s) debt was incurred __
Last 4 digits of account number  **0585**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$140,404.75

---

**3.365 6**

**Nonpriority creditor's name and mailing address**

**Stefanie Ramsey**
**310 E. Foothill Blvd**
**#144**
**Pomona, CA 91767**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365 7**

**Nonpriority creditor's name and mailing address**

**Stephanie Garnica**
**6302 Los Robles Ave**
**Buena Park, CA 90621**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365 8**

**Nonpriority creditor's name and mailing address**

**Stephanie Jacinto**
**1925 W Greenleaf Ave**
**Apt 39**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365 9**

**Nonpriority creditor's name and mailing address**

**Stephanie Lopez**
**1417 W McFadden Ave**
**Santa Ana, CA 92704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Rodriguez**
7381 Franklin St.
Apt. C
Buena Park, CA 90621

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Torres**
1139 Casa Grande Ave
Unit B
Anaheim, CA 92802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Townson**
7500 El Campo Circle
Buena Park, CA 90620

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Villela**
949 S Roberts St
#4
Anaheim, CA 92802

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Barron**
7250 Milton Ave
#16
Whittier, CA 90602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Macaraeg**
11611 Old Fashion Way
Garden Grove, CA 92840

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Skeen**
45 Orchard St
Carbondale, PA 18407

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.366 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Brizuela**
**11279 Hoback St**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Cervantes**
**921 S Park Cir**
**#15**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Luna**
**752 W La Jolla St**
**Apt 62C**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Minjares**
**1502 N Ash Ave.**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Victor Passmore**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sticker Mule**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Stitcher**
**P.O. Box 22560**
**New York, NY 10087-2560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367 4**

**Nonpriority creditor's name and mailing address**
**StonCor Group Inc dba Stonhard**
**PO Box 931947**
**Cleveland, OH 44193**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 5**

**Nonpriority creditor's name and mailing address**
**Strategic Employment Partners**
**3200 Park Center Dr**
**14th Floor**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 6**

**Nonpriority creditor's name and mailing address**
**Stretch Lab**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 7**

**Nonpriority creditor's name and mailing address**
**Strom Lamorena**
**1503 South Coast Dr.**
**Suite 316**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 8**

**Nonpriority creditor's name and mailing address**
**Subway**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 9**

**Nonpriority creditor's name and mailing address**
**Suchat J Ruengsri**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.368 0**

**Nonpriority creditor's name and mailing address**
**Suchat Ruengsri-Bramasco**
**2860 W Ball Rd**
**#A-6**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.368 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,175.63** |
| | **Sullivan & Worcester LLP** PO Box 847423 Boston, MA 02284-7423 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Summas Hardware** -- --, -- -- | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Summer Garcia** 2077 S Jetty Dr Apt 2 Anaheim, CA 92802 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Sun Basket** -- --, -- -- | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Sun Life Financial** PO Box 807009 Kansas City, MO 64184 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Sun Terra Produce Traders, Inc.** P.O. Box 5435 Newport Beach, CA 92662 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Sunbelt Rentals** -- --, -- -- | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,919.00** |
|---|---|---|---|

**Sunny Gem, Llc**
**500 North F St**
**Wasco, CA 93280**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sunoco**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,833.00** |
|---|---|---|---|

**Sunrich Foods International Corp.**
**1240 N Barsten Way**
**Anaheim, CA 92806**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,321.69** |
|---|---|---|---|

**Sunrise Produce Company**
**500 Burning Tree Rd**
**Fullerton, CA 92833**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Super Massage**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Super Star Plumbing, Inc**
**6447 Clara St**
**Bell Gardens, CA 90201**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Superfine Station**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Superior Court California**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Supermetrics**
**Kaivokatu 10 A**
--, Helsinki --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Supherb Farms**
**P.O. Box 7739**
**San Francisco, CA 94120-7739**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Supreme 88 Foods dba Supreme**
**Trading Com**
**15210 Nelson Ave**
**City Of Industry, CA 91744**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Ott**
**242 Backs Lane**
**Placentia, CA 92870**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzann's Flowers**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,738.62 |
|---|---|---|---|

**Sweetener Supply Corporation**
**PO Box 6778**
**Carol Stream, IL 60197-6778**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.370 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,310.00 |
|---|---|---|---|

**Swift Fence Inc.**
**4000 4th St**
**Moosic, PA 18507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sxm Sirius**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Synergy Micro Solutions**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sysco Corporation**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sysco Los Angeles**
**20701 E. Currier Rd**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sysco of Central PA**
**3905 Corey Rd**
**Harrisburg, PA 17109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**T&E Electric Inc**
**9724 Samoline Ave**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,368.00 |
|---|---|---|---|

**T-Mobile USA, Inc.**
PO BOX 94503
Seattle, WA 98124-6803

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**T. Rowe Price Investment**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taco Bell**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tafisi Gauta**
2133 W Cris Ave
Anaheim, CA 92804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tai Lavulo**
3370 E Andy St.
#4
Long Beach, CA 90805

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tamaya Williams**
830 S Westlake Ave
Apt 303
Los Angeles, CA 90057

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tanaka Farms Llc**
5380 3/4 University Drive
Irvine, CA 92612

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.3716**

Nonpriority creditor's name and mailing address

**Tania Ojeda**
**1245 W 90th Place**
**Los Angeles, CA 90044**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3717**

Nonpriority creditor's name and mailing address

**Tanya Alvarez**
**408 North Jackson St**
**Santa Ana, CA 92703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3718**

Nonpriority creditor's name and mailing address

**Tanya Flores**
**5601 Lincoln Ave**
**#219**
**Cypress, CA 90630**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3719**

Nonpriority creditor's name and mailing address

**Tao Of Wellness**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3720**

Nonpriority creditor's name and mailing address

**Tara Primus**
**8101 Plaza Way**
**Apt A14**
**Stanton, CA 90680**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3721**

Nonpriority creditor's name and mailing address

**Target**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3722**

Nonpriority creditor's name and mailing address

**Tarra Campbell**
**1616 S Euclid St**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.372 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TASC**
**PO Box 88278**
**Milwaukee, WI 53288-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Task Rabbit**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,410.00 |
|---|---|---|---|

**Tatari, Inc**
**100 Bush Street**
**Suite 950**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tatiana Aguilar**
**9501 Cerritos Ave**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tavita Jimmerson**
**1827 N Viola St**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tawatha King**
**11017 Cynthia Circle**
**Garden Grove, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tax Act**
**--**
**--, -- --**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,555.78 |
|---|---|---|---|

**Taza Chocolate**
**561 Windsor Street**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,550.10 |
|---|---|---|---|

**TCP Reliable Manufacturing Inc**
**DBA Cryopak**
**551 Raritan Center Pkwy**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,060.00 |
|---|---|---|---|

**TDI Packsys LLC**
**974 Corporate Woods Pkwy**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tee It Up for the Troops**
**PO Box 3358**
**Huntington Beach, CA 92605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Telt Gordon**
**1642 E 90th St**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tempano Seafood, Inc.**
**261 W. Pomona Blvd.**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,253.78 |
|---|---|---|---|

**Temperpack Technologies, Inc.**
**4447 Carolina Ave**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Teneille Higgins**
PO Box 945
2817 Penrith Ave
Cumberland, BC V0R 1S0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Tenesha Murphy**
1270 E.Lincoln Ave
#305
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Terell Danner**
809 Court St
Scranton, PA 18508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Castaneda**
1540 W. Ball Rd.
#B22
Anaheim, CA 92802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Cormier**
406 Mortimer St
Dunmore, PA 18512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Hernandez de Padilla**
600 Benjamin Ave
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Terra Bella Farms Llc**
5500 Ming Ave
Suite 110
Bakersfield, CA 93309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _ _

**Basis for the claim:** __for notice purposes__

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrance Hunter**
**1527 Pittston Ave**
**#3**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrance Witcher**
**856 Herbert St**
**#30E**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrell Lamb**
**1415 West Ball Rd**
**Apt 120**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrence Eason**
**1007 W Bennington St**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrence Witcher**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tesla**
**13101 Harold Green Rd**
**Austin, TX 78725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Test Dome**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

**3.375**
**1**

**Nonpriority creditor's name and mailing address**
**Test Standard Labs**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375**
**2**

**Nonpriority creditor's name and mailing address**
**TetherTools.com**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375**
**3**

**Nonpriority creditor's name and mailing address**
**Tevita Hola**
**621 Old County Road**
**Apt 17**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375**
**4**

**Nonpriority creditor's name and mailing address**
**Texaco**
**--**
**--, -- --**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375**
**5**

**Nonpriority creditor's name and mailing address**
**Texel Technologies Inc.**
**17 Campton Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$86,751.55**

---

**3.375**
**6**

**Nonpriority creditor's name and mailing address**
**TGW International dba Edge**
**Industrial Technologies**
**5 Braco Blvd**
**Wilder, KY 41076**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,044.62**

---

**3.375**
**7**

**Nonpriority creditor's name and mailing address**
**Thaddeus Martin**
**3010 Associated Rd**
**Apt132**
**Fullerton, CA 92832**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.375 8 | **Nonpriority creditor's name and mailing address**<br>**Thai Body Works - Tustin**<br>**--**<br>**--, -- --**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.375 9 | **Nonpriority creditor's name and mailing address**<br>**Thalia J Yanez**<br>**--**<br>**--, -- --**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.376 0 | **Nonpriority creditor's name and mailing address**<br>**Thalia Yanez**<br>**18415 Sordello St**<br>**Rowland Heights, CA 91748**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.376 1 | **Nonpriority creditor's name and mailing address**<br>**That's Great News**<br>**900 Northrop Rd**<br>**Wallingford, CT 06492**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.376 2 | **Nonpriority creditor's name and mailing address**<br>**The Active Workplace**<br>**73 Liberty St**<br>**Acton, MA 01720**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.376 3 | **Nonpriority creditor's name and mailing address**<br>**The Broken Yolk Cafe**<br>**--**<br>**--, -- --**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

| 3.376 4 | **Nonpriority creditor's name and mailing address**<br>**The Check Depot**<br>**--**<br>**--, -- --**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---------|---|---|---|

---

| 3.376 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Chefs' Warehouse
West Coast, Llc
PO Box 601154
Pasadena, CA 91189-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Coffee Bean
--
--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Creative Group
P.O. Box 743295
Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Data Council Llc
PO Box 744482
Atlanta, GA 30374-4482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,474.07 |
|---|---|---|---|

**The Dot Printer, INC.
2424 McGaw Avenue
Irvine, CA 92614-5834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Event Spot
30767 Gateway Place #103
Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Flame Broiler
--
--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Flying Locksmiths**
2115 W Crescent Ave
Ste 224
Anaheim, CA 92801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Fresh Market**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Gluten Free Shoppe**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Habit**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hanover Insurance Group**
PO Box 580045
Charlotte, NC 28258-0045

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,890.00 |
|---|---|---|---|

**The Hemisphere Group, Inc.**
221 Mount Pleasant Rd
Smithtown, NY 11787

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Herbal Chef**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,143.59 |
|---|---|---|---|

**The Label Shoppe**
1121 Fullerton Rd
Industry, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Lamb Cooperative Inc**
LBX# 1563
P.O. Box 95000
Philadelphia, PA 19195-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Law Offices of Maribel Ullrich, Inc.**
20042 Beach Blvd, Ste 100
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Luupe, Inc**
228 Park Ave S
PMB 23198
New York, NY 10003-1502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,575.16 |
|---|---|---|---|

**The Morning Star Packing Company, LP**
PO Box 884480
Los Angeles, CA 90088-4480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,274.50 |
|---|---|---|---|

**The Neil Jones Food Company**
PO Box 842476
Dallas, TX 75284-2476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Salad Farm Llc**
P.O. Box 2107
Watsonville, CA 95077-2107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Sculpt Society**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Spice Guy, Co**
**3568 Peoria St.**
**Suite 605**
**Aurora, CO 80010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Thomas Colace Company Inc**
**PO BOX 3088**
**Immokalee, FL 34143**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Toll Roads**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Toner Guy**
**11811 3/4 Slauson Ave**
**Sante Fe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Viking Truck Llc**
**1729 N Concerto**
**Anaheim, CA 92807**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Village Store**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,008.62** |
|---|---|---|---|

**The Wasserstrom Company**
P.O. Box 933469
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thermoworks**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ThermoWorks Inc.**
741 E. Utah Valley Drive
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TheVegBoss, LLC**
201 South Broadway
Ste. 145
Orcutt, CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thiago - Sushi Chef**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Thirty & Co, Inc Dba Whole30**
4001 South 700 East
#500
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thomas Asseo**
1000 W. 5th St # 4605
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Thomas Asseo** | ☐ Contingent | |
| **1000 W. 5th St # 4605** | ■ Unliquidated | |
| **Los Angeles, CA 90017** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Loans to Company** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thomas Blaise Caputo** | ☐ Contingent | |
| **dba Caputo Ice** | ☐ Unliquidated | |
| **190 South Pine St Rear** | ☐ Disputed | |
| **Hazleton, PA 18201** | | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thomas De La Cerda** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thomas Flores** | ☐ Contingent | |
| **950 South Mancos Pl** | ☐ Unliquidated | |
| **Anaheim, CA 92806** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,190.28** |
| **Thomas Foods International USA** | ☐ Contingent | |
| **PO Box 780532** | ☐ Unliquidated | |
| **Philadelphia, PA 19178-0532** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thomas Sydnor** | ☐ Contingent | |
| **414 Main Ave** | ☐ Unliquidated | |
| **Avoca, PA 18641** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Thompson Industrial** | ☐ Contingent | |
| **--** | ☐ Unliquidated | |
| **--, -- --** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **for notice purposes** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Threadworks**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tiana Aguirre**
141 W Ridge St
#141
Nanticoke, PA 18634

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.380 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ticketmaster**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tiera Hardaway**
15524 Sonora St
Tustin, CA 92782

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TikTok**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Booker Jr**
752 Olive Ave
Long Beach, CA 90813

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Main**
7-5661 Ladner Trunk Rd
Delta, British Columbia V4K 1X3

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.381 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy Rutherford**
**6881 Campus Dr**
**Apt A**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy Sam**
**939 East 19th St**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tjawss LLC dba Jaworski Sign Co.**
**913-15 South Main Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**TLC Communications**
**5532 Sugar Maple Wy**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**TLP Education LLC**
**26895 Aliso Creek Rd**
**#589**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tolin Amezca-Antunez**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tolin Amezcua-Antunez**
**904 North Harbor Blvd**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  for notice purposes __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.382 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tonny Kristianto**
**410 Crown Ave**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony  Veloz**
**107 South Agate**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Maxwell**
**3517 1st Street**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Ponce**
**3614 W Camile St**
**#1/2**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Urrutia**
**819 Hibiscus Way**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Veloz**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tooth Love**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 8 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Top Golf**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.382 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Tossware**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Total Quality Logistic, Llc.**
P.O. Box 634558
Cincinnati, OH 45263-4558

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Tower Of Power**
8585 Etiwanda Ave
Rancho Cucamonga, CA 91739

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Traboh Inc dba Hobart Sales Service**
**ITW Food Equipment Group LLC**
P.O. Box 2517
Carol Stream, IL 60132-2517

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Tracegains**
P.O. Box 913222
Denver, CO 80291

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$16,218.00

---

| 3.383 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Track Rental Program**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TrackRabbit.com**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 6 | Nonpriority creditor's name and mailing address |

**Tractor Supply**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 7 | Nonpriority creditor's name and mailing address |

**Trader Joe's**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.383 8 | Nonpriority creditor's name and mailing address |

**Tradex Holdings LLC**
10900 Research Blvd
Suite 160C
Austin, TX 78759

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,355.00

---

| 3.383 9 | Nonpriority creditor's name and mailing address |

**Traffix USA Inc**
141 W. Jackson Blvd
Suite 2010A
Chicago, IL 60604

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$152,894.56

---

| 3.384 0 | Nonpriority creditor's name and mailing address |

**Tranpak Inc.**
1209 Victory Lane
Madera, CA 93637

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.384 1 | Nonpriority creditor's name and mailing address |

**Transperfect Translations Intl**
1250 Broadway
32nd Floor
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.384 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.384**
**2**

**Nonpriority creditor's name and mailing address**
**Travel**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384**
**3**

**Nonpriority creditor's name and mailing address**
**Travelers Insurance**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384**
**4**

**Nonpriority creditor's name and mailing address**
**Travis Lee Gordon Query**
**104 Grand Bay Drive**
**Mooresville, NC 28117**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.384**
**5**

**Nonpriority creditor's name and mailing address**
**Trayvione Wilson**
**11450 Lampson Ave**
**Apt 210**
**Garden Grove, CA 92840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384**
**6**

**Nonpriority creditor's name and mailing address**
**Trayvon Walker**
**2520 E 135th St**
**Compton, CA 90222**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384**
**7**

**Nonpriority creditor's name and mailing address**
**Treehouse California Almonds, Llc**
**6914 Road 160**
**Earlimart, CA 93219**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,551.50**

---

**3.384**
**8**

**Nonpriority creditor's name and mailing address**
**Trevor Hooks**
**111 W Orangewood Ave.**
**Apt. H3**
**Anaheim, CA 92802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.384 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trevor Marquez**
**16809 Olive St**
**Fountain Valley, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trey Thomas**
**1604 NW Riverscape St**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trichilo Food Service**
**25 Trichilo Drive**
**Carbondale, PA 18407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trifecta Inc.**
**428 J Street**
**Suite #800**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trina Gonzales**
**12222 Peacock Ct**
**#5**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trina M Gonzales**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,240.00 |
|---|---|---|---|

**Triple 7 Public Relations, Llc**
**1920 Adelicia St, #300**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.385 6**

**Nonpriority creditor's name and mailing address**

**Triple A Coating, Inc.**
**2015 Chico Ave.**
**So. El Monte, CA 91733**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**

**Triple A Pumping & Jetting**
**Services, Inc**
**1035 N. Batavia Street**
**Orange, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,920.00**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**

**Triple T Transport**
**433 Lewis Center Rd**
**Lewis Center, OH 43035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**

**Tristan Stennett**
**4443 W Slauson Ave**
**Windsor Hills**
**Los Angeles, CA 90043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386 0**

**Nonpriority creditor's name and mailing address**

**Tristin Barnes**
**7922 Day Creek Blvd.**
**Apt. 6211**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386 1**

**Nonpriority creditor's name and mailing address**

**Tropic Colour**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386 2**

**Nonpriority creditor's name and mailing address**

**Troy Lee Designs, Llc**
**155 E Rincon St**
**Corona, CA 92879**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.75**

---

| 3.386 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trung Vu**
**2503 Easton Place**
**Apt 44**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trustpilot**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Turo Inc**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Twitter**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332,949.00 |
|---|---|---|---|

**Tychons USA, Llc**
**1785 Secretariat Gait Way**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler  Reardon**
**2871 South County Tr**
**West Kingston, RI 02892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Carey**
**2879 Monterey Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tyler Han**<br>**3154 E Palm Dr**<br>**Unit 52**<br>**Fullerton, CA 92831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tyler Jones**<br>**15 Taggert**<br>**Irvine, CA 92603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tyler McLean**<br>**1532 Valencia Place**<br>**Pomona, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tyler Pleines**<br>**1931 E.Meats Ave #106**<br>**Orange, CA 92865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tyler Stirewalt**<br>**6365 Cold Mountain Way**<br>**San Bernardino, CA 92407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Tymeshift.Com**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Typeform**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.387 7 | **Nonpriority creditor's name and mailing address**<br>**U-Haul**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.387 8 | **Nonpriority creditor's name and mailing address**<br>**U.S Patent And Trademark- Uspto**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.387 9 | **Nonpriority creditor's name and mailing address**<br>**U.S. Bank Equipment Finance**<br>**P.O. BOX 790448**<br>**St. Louis, MO 63179-0448**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.388 0 | **Nonpriority creditor's name and mailing address**<br>**Uber**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.388 1 | **Nonpriority creditor's name and mailing address**<br>**Uber Eats**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.388 2 | **Nonpriority creditor's name and mailing address**<br>**Uberconference**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.388 3 | **Nonpriority creditor's name and mailing address**<br>**Udemy**<br>**--**<br>**--, -- --**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.388<br>4 | Nonpriority creditor's name and mailing address<br><br>**UGI Utilities - Gas**<br>**PO BOX 15503**<br>**Wilmington, DE 19850-5503**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,715.40** |
|---|---|---|

| 3.388<br>5 | Nonpriority creditor's name and mailing address<br><br>**UGI Utilities - Gas**<br>**PA House - 9873**<br>**PO BOX 15503**<br>**Wilmington, DE 19886-5503**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.388<br>6 | Nonpriority creditor's name and mailing address<br><br>**UHaul**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.388<br>7 | Nonpriority creditor's name and mailing address<br><br>**Uinise Chong**<br>**6952 Sandburg Dr**<br>**Buena Park, CA 90620**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.388<br>8 | Nonpriority creditor's name and mailing address<br><br>**Ujet**<br>**535 Mission St.**<br>**14th Floor**<br>**San Francisco, CA 94105**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,657.96** |
|---|---|---|

| 3.388<br>9 | Nonpriority creditor's name and mailing address<br><br>**Ulices Ramirez**<br>**1007 E Santa Ana St**<br>**#102**<br>**Anaheim, CA 92805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.389<br>0 | Nonpriority creditor's name and mailing address<br><br>**Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,544.82** |
|---|---|---|

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document      Page 617 of 675

| 3.389<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ulises Auto Detail**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>2 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Ulises Benitez**
**200 East Clifton Ave**
**Apt 2**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>3 | **Nonpriority creditor's name and mailing address** | | **$16,430.52** |
|---|---|---|---|

**Umpqua Bank - Columbia Bank**
**3455 S. 344th Way**
**Ste 300**
**Federal Way, WA 98001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>4 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Unified Office Equipment**
**1030 Rutter Ave**
**Forty Fort, PA 18704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>5 | **Nonpriority creditor's name and mailing address** | | **$39,174.74** |
|---|---|---|---|

**UniFirst Corporation**
**PO Box 650481**
**Dallas, TX 75265**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>6 | **Nonpriority creditor's name and mailing address** | | **$1,453.16** |
|---|---|---|---|

**UniFirst First Aid Corp**
**3499 Rider Trail S**
**St. Louis, MO 63045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389<br>7 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|---|---|---|---|

**Union 76**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,663.72 |
|---|---|---|---|

**Union Jack Tools, Llc**
**5448 Apex Peakway,**
**#223**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Airlines**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Black Car LLC**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Construction Company**
**5300 Mill Street**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Heating & Air**
**Conditioning**
**180 Import Rd**
**Pittston, PA 18640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Pacific**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Rentals**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** _for notice purposes_

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390<br>5 | **Nonpriority creditor's name and mailing address**<br>**Universal Print**<br>--<br>--, -- --<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.390<br>6 | **Nonpriority creditor's name and mailing address**<br>**Uplift Desk**<br>--<br>--, -- --<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.390<br>7 | **Nonpriority creditor's name and mailing address**<br>**UPrinting.com**<br>8000 Haskell Ave.<br>Van Nuys, CA 91406<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.390<br>8 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>--<br>--, -- --<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** for notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.390<br>9 | **Nonpriority creditor's name and mailing address**<br>**UPS FNL CA 8Y652Y**<br>P.O. BOX 650116<br>Dallas, TX 75265-0116<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,150.54** |
| 3.391<br>0 | **Nonpriority creditor's name and mailing address**<br>**UPS FNL KY A61356**<br>P.O. BOX 650116<br>Dallas, TX 75265-0116<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,175.22** |
| 3.391<br>1 | **Nonpriority creditor's name and mailing address**<br>**UPS FNL TX EA9611**<br>P.O. BOX 650116<br>Dallas, TX 75265-0116<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,150.54** |

| 3.391<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,424.67** |
|---|---|---|---|

**UPS MH CA E69E07**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS MH KY E69A28**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS MH TX E68843**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,585.20** |
|---|---|---|---|

**UPS TRI CA E69F07**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS TRI KY E69A97**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS TRI TX E69A17**
**P.O. BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Upwork**
**2625 Augustine Dr**
**Suite 601**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391<br>9 | Nonpriority creditor's name and mailing address<br>**Urschel Laboratories Inc**<br>P.O. Box 856299<br>Minneapolis, MN 55485-6299 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,948.57 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>0 | Nonpriority creditor's name and mailing address<br>**USAbilityhub Pty Ltd**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>1 | Nonpriority creditor's name and mailing address<br>**UserBrain**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>2 | Nonpriority creditor's name and mailing address<br>**Usps**<br>--<br>--, -- -- | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>3 | Nonpriority creditor's name and mailing address<br>**Valentin Mendez**<br>261 Sunvalley Dr<br>Mesquite, NV 89027 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>4 | Nonpriority creditor's name and mailing address<br>**Valentina Toribio**<br>1022 Prospect Ave<br>Scranton, PA 18505 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392<br>5 | Nonpriority creditor's name and mailing address<br>**Valeriah Masoe**<br>1611 Wycliffe<br>Irvine, CA 92602 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 6 | **Nonpriority creditor's name and mailing address** **Valerie Vera** **325 Revere Lane** **Taylor, PA 18517** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 7 | **Nonpriority creditor's name and mailing address** **Valesca Sanchez** **630 South Knott Ave** **#80** **Anaheim, CA 92804** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 8 | **Nonpriority creditor's name and mailing address** **Valley Food Safety Llc** **6445 Mission Crest Ave** **Las Vegas, NV 89131** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 9 | **Nonpriority creditor's name and mailing address** **Valley Fruit & Produce Co.** **/Continental Sales Co.** **PO Box 6531** **Pasadena, CA 91109** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,938.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **Trade debt** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 0 | **Nonpriority creditor's name and mailing address** **Van Oorschot Law Group** **10513 Santa Monica Blvd** **Los Angeles, CA 90025** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 1 | **Nonpriority creditor's name and mailing address** **Vanderfilms** **3045 Imperial Circle** **Newbury Park, CA 91320** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 2 | **Nonpriority creditor's name and mailing address** **Vanessa Acosta** **10272 Dale Ave** **Stanton, CA 90680** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: **for notice purposes** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Esparza**
**8101 Plaza Way**
**A6**
**Stanton, CA 90680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Sanchez**
**216 W Guinida Lane**
**Apt C**
**Anaheim, CA 92805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Turner**
**655 Baker St**
**Apt T106**
**Costa Mesa, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vanessa Uribe**
**14965 Ritter Street**
**Victorville, CA 92394**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vans**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Vayner Baseball Llc**
**3187 Red Hill Ave,**
**Suite #110**
**Costa Mesa, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Veed Pro**
**--**
**--, -- --**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _for notice purposes_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,172.65 |
|---|---|---|---|

**Veg Fresh Farms Llc**
**1400 W. Rincon**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vega Us Llc**
**101 - 3001 Wayburne Dr**
**Burnaby BC, Canada V5G**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Venmo**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Verak Khieu**
**1626 East Market St**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Verified Wheels**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Veritiv Operating Company**
**1000 Abernathy Rd NE,**
**Bldg 400 Suite 1700**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,710.21 |
|---|---|---|---|

**Verizon - PA - 1691**
**P.O. Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address **Verizon Wireless** PO BOX 660108 Dallas, TX 75266-0108 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,998.41 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 8 | Nonpriority creditor's name and mailing address **Vero Solano** 555 E Harrison Ave. Pomona, CA 91767 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 9 | Nonpriority creditor's name and mailing address **Veronica Arias de Preciado** 1146 W Brook St Apt 3 Santa Ana, CA 92703 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 0 | Nonpriority creditor's name and mailing address **Veronica Estrada** 1214 S. Nakoma Dr. Santa Ana, CA 92704 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 1 | Nonpriority creditor's name and mailing address **Veronica Ortiz** 1019 S Malden Ave Apt-3 Fullerton, CA 92832 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 2 | Nonpriority creditor's name and mailing address **Veronica Ospina** 9671 Maureen Dr #B Garden Grove, CA 92841 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 3 | Nonpriority creditor's name and mailing address **Veronica Ramirez Garcia** 916 W Dickel St Anaheim, CA 92805 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 4 | **Nonpriority creditor's name and mailing address**<br>**Veronica Solano**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.395 5 | **Nonpriority creditor's name and mailing address**<br>**Vesta Foodservice**<br>**13527 Orden Drive**<br>**Santa Fe Springs, CA 90670**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.395 6 | **Nonpriority creditor's name and mailing address**<br>**Vicente Barajas**<br>**1179 N. Lombard Dr.**<br>**#A**<br>**Anaheim, CA 92801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.395 7 | **Nonpriority creditor's name and mailing address**<br>**Vicky IM**<br>**14076 Rondeau Street**<br>**Westminster, CA 92683**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.395 8 | **Nonpriority creditor's name and mailing address**<br>**Vicky Salgado Ortega**<br>**2538 E Park Ln**<br>**Apt A**<br>**Anaheim, CA 92806**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.395 9 | **Nonpriority creditor's name and mailing address**<br>**Victor Calderon**<br>**10400 Nashville Ave**<br>**Whittier, CA 90604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.396 0 | **Nonpriority creditor's name and mailing address**<br>**Victor Coronado**<br>**3605 E Anaheim St**<br>**Unit 421**<br>**Long Beach, CA 90804**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.396 1 | **Nonpriority creditor's name and mailing address** **Victor Fernandez** **1250 S. Brookhurst St.** **#1057** **Anaheim, CA 92804** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 2 | **Nonpriority creditor's name and mailing address** **Victor Gomez** **126 S Beth Circle** **Anaheim, CA 92806** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 3 | **Nonpriority creditor's name and mailing address** **Victor Hernandez** **129 W Guinida Ln** **Unit 10** **Anaheim, CA 92805** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 4 | **Nonpriority creditor's name and mailing address** **Victor Millan** **3101 S Fairview St** **Spc 77** **Santa Ana, CA 92704** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 5 | **Nonpriority creditor's name and mailing address** **Victor Pena** **1250 N State College Blvd** **Spc 82** **Anaheim, CA 92806** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 6 | **Nonpriority creditor's name and mailing address** **Victor Ramirez** **2158 W. Alameda Ave** **#2** **Anaheim, CA 92801** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 7 | **Nonpriority creditor's name and mailing address** **Victor Salgado** **31712 Canyon Estates Dr** **Lake Elsinore, CA 92532** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:**  for notice purposes  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 8 | **Nonpriority creditor's name and mailing address**<br>**Victor Tapia Jimenez**<br>**17432 Jacquelyn Ln**<br>**#4**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.396 9 | **Nonpriority creditor's name and mailing address**<br>**Victor Velasco**<br>**145 S. Western Ave.**<br>**Apt. 235**<br>**Anaheim, CA 92804**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.397 0 | **Nonpriority creditor's name and mailing address**<br>**Victor Vergara**<br>**13066 Blackbird St**<br>**Apt #2**<br>**Garden Grove, CA 92843**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.397 1 | **Nonpriority creditor's name and mailing address**<br>**Victoria Chagolla**<br>**15591 Boleyn Cir**<br>**Apt D**<br>**Tustin, CA 92780**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.397 2 | **Nonpriority creditor's name and mailing address**<br>**Victoria Pacific Trading Corp**<br>**12780 Schabarum Ave**<br>**Irwindale, CA 97106**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,569.70** |
|---|---|---|---|

| 3.397 3 | **Nonpriority creditor's name and mailing address**<br>**Victoria Valdez Benitez**<br>**1222 Maple St**<br>**Santa Ana, CA 92707**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.397 4 | **Nonpriority creditor's name and mailing address**<br>**Victory Packaging**<br>**PO Box 844138**<br>**Dallas, TX 75284-4138**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,009.57** |
|---|---|---|---|

| 3.397 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victra**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vidalia Pineda**
**1540 S Pomona Ave**
**#B40**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vidhika Bansal**
**7300 Craftown Rd**
**Fairfax Station, VI 22039**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,545.00 |
|---|---|---|---|

**Viking Farms LLC**
**70 Landmark Hill Drive**
**Brattleboro, VT 05301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vimeo**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vincent Losoya**
**8001 Coral Bellway**
**Buena Park, CA 90620**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vinh Mac**
**9621 Crosby Ave**
**Garden Grove, CA 92844**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document    Page 630 of 675

| 3.398 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Violeta Pacheco**
**1071 S. Clifpark Cir.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Virgina Avila**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Virginia Avila**
**210 East Montwood Ave**
**Apt 14**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.50** |
|---|---|---|---|

**Vision33**
**PO Box 849581**
**Los Angeles, CA 90084-9581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Visser Florist**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vistaprint**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,783.72** |
|---|---|---|---|

**Vita-Pakt Citrus Products Company**
**9530 Hageman Rd**
**Ste B#382**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**3.398 9**

**Nonpriority creditor's name and mailing address**
**Vivienne Somers**
**11080 Kenya Place**
**Porter Ranch, CA 91326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 0**

**Nonpriority creditor's name and mailing address**
**VJD Industrial Contractors Corp.**
**10341 Hildreth Ave**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 1**

**Nonpriority creditor's name and mailing address**
**Vogue Bash**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 2**

**Nonpriority creditor's name and mailing address**
**Vons**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 3**

**Nonpriority creditor's name and mailing address**
**VRBO**
**--**
**--, -- --**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 4**

**Nonpriority creditor's name and mailing address**
**Vy Nguyen**
**4117 W McFadden Ave**
**Spc 520**
**Santa Ana, CA 92704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.399 5**

**Nonpriority creditor's name and mailing address**
**Wageworks**
**PO Box 870725**
**Kansas City, MO 64187-0725**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.3996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wal-Mart**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walddy Cordero**
1012 Gibbons St
Scranton, PA 18505

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walgreens**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wallflower Management, LLC**
3809 Parry Ave
#105
Dallas, TX 75226

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walters Wholesale Electric**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wasserman Media Group, Llc**
10900 Wilshire Blvd.
Suite # 1200
Los Angeles, CA 90024

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Waste Management**
--
--, -- --

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400<br>3 | **Nonpriority creditor's name and mailing address**<br>**Wave Imaging**<br>--<br>--, -- --<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.400<br>4 | **Nonpriority creditor's name and mailing address**<br>**Wawa Store**<br>--<br>--, -- --<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.400<br>5 | **Nonpriority creditor's name and mailing address**<br>**Wayfair**<br>--<br>--, -- --<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.400<br>6 | **Nonpriority creditor's name and mailing address**<br>**Waynelehrer.Com**<br>811 Franklin St.<br>Santa Monica, CA 90403<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.400<br>7 | **Nonpriority creditor's name and mailing address**<br>**Weber Packaging Solutions, Inc**<br>711 W. Algonquin Rd<br>Arlington Heights, IL 60005<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.400<br>8 | **Nonpriority creditor's name and mailing address**<br>**Weber Scientific**<br>2732 Kuser Road<br>Hamilton, NJ 08691<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,701.17** |
| 3.400<br>9 | **Nonpriority creditor's name and mailing address**<br>**Webstaurant**<br>40 Citation Lane<br>Lititz, PA 17543<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.4010 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wegmans** | ☐ Contingent | |
| -- | ☐ Unliquidated | |
| --, -- -- | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4011 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wells Fargo Bank** | ☐ Contingent | |
| -- | ☐ Unliquidated | |
| --, -- -- | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4012 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wendy Bess Chiu** | ☐ Contingent | |
| **31 Spinnaker St** | ☐ Unliquidated | |
| **Apt 15A** | ☐ Disputed | |
| **Marina Del Rey, CA 90292** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4013 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wendy Carranza** | ☐ Contingent | |
| **13102 Partridge St** | ☐ Unliquidated | |
| **Apt 55** | ☐ Disputed | |
| **Garden Grove, CA 92843** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4014 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wendy Juarez** | ☐ Contingent | |
| **1024 N Lido St** | ☐ Unliquidated | |
| **Anaheim, CA 92801** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4015 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wendy Orellana** | ☐ Contingent | |
| **605 E Avon Pl** | ☐ Unliquidated | |
| **Apt A** | ☐ Disputed | |
| **Anaheim, CA 92805** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4016 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Wendy Simao** | ☐ Contingent | |
| **140 Cabrillo St** | ☐ Unliquidated | |
| **SPC 3** | ☐ Disputed | |
| **Costa Mesa, CA 92627** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** for notice purposes | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Wendy Stull**<br>**3901 Orangewood**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Wera Motorcyle**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Wesley Nelson**<br>**11750 Euclid St**<br>**Garden Grove, CA 92840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **West Central Produce**<br>**12840 Leyva St**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,060.40** |
| --- | --- | --- | --- |
| | **West Coast Prime Meats**<br>**P.O. Box 102189**<br>**Pasadena, CA 91189-2189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Western Repacking Lllp**<br>**PO Box 3088**<br>**Immokalee, FL 34143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Wework**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __for notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wheels On Trac**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**White's Mercantile**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whole Foods**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whole Foods Market Inc.**
**Attn: Mary Kirkland**
**311 Bowie St, 8th Flr**
**Austin, TX 78703-4644**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,213.97 |
|---|---|---|---|

**Wiberg Corporation Of California**
**790 E. Harrison Street**
**Corona, CA 92879**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilfredy Pichardo**
**23 Chestnut St**
**#2**
**Wilkes-Barre, PA 18702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilkin Castillo**
**64 Mundy St**
**#64**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Will Gibeley**
**132 Avenida Del Mar**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Will Oyola**
**811 Columbia Street**
**Scranton, PA 18509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Will Rivera**
**229 S. Gilbert St.**
**Apt.C**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Brown**
**30 Druid Hills Drive**
**Shavertown, PA 18708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Brozzoski**
**1200 W Orangethorpe Ave**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Gibeley**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Gray**
**9719 Baird Ave**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4038**

**Nonpriority creditor's name and mailing address**
**William Leonard**
**146 Tubeflower**
**Irvine, CA 92618**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4039**

**Nonpriority creditor's name and mailing address**
**William Sanchez**
**7972 Lampson Ave**
**Apt 44**
**Garden Grove, CA 92841**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4040**

**Nonpriority creditor's name and mailing address**
**William Trey Thomas**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4041**

**Nonpriority creditor's name and mailing address**
**William Valencia**
**15403 S Washington St**
**Compton, CA 90221**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4042**

**Nonpriority creditor's name and mailing address**
**Williams Sonoma**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4043**

**Nonpriority creditor's name and mailing address**
**Williams West & Witt's**
**Products Co dba I**
**3501 W. Dunes Hwy**
**Michigan City, IN 46360**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4044**

**Nonpriority creditor's name and mailing address**
**Willow Springs International**
**Raceway**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Nutrition Corp, Inc.** | Case number (if known) | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

| 3.404 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilshire Promenade**
**P.O. Box 82836**
**Goleta, CA 72194-8244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilson Ventura**
**230 Madison St**
**Wilkes Barre, PA 18705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,015.80 |
|---|---|---|---|

**Wind River Environmental LLC**
**PO Box 22074**
**New York, NY 10087-2074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Wingify**
**India**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wingstop**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wiser Partners, Llc**
**38 Edens Point Rd**
**Columbia, SC 29212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wish Chirosport**
**--**
**--, -- --**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 2 | **Nonpriority creditor's name and mailing address**<br>**Wix**<br>**--**<br>**--, -- --**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.405 3 | **Nonpriority creditor's name and mailing address**<br>**Wm Bolthouse Farms, Inc**<br>**PO Box 842237**<br>**Boston, MA 02284-2237**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,342.25** |
| 3.405 4 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services - 13002**<br>**PO BOX 13648**<br>**Philadelphia, PA 19101-3648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.405 5 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services - 43006**<br>**PO Box 13648**<br>**Philadelphia, PA 19101-3648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,403.79** |
| 3.405 6 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services - 53000**<br>**PO BOX 13648**<br>**Philadelphia, PA 19101-3648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.405 7 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services - 63005**<br>**PO BOX 13648**<br>**Philadelphia, PA 19101-3648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,874.36** |
| 3.405 8 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services - 63007**<br>**PO BOX 13648**<br>**Philadelphia, PA 19101-3648**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **for notice purposes** <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Case 1:24-bk-01672-HWV    Doc 36    Filed 08/19/24    Entered 08/19/24 17:19:02    Desc
Main Document        Page 641 of 675

| 3.405 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.08 |
|---|---|---|---|

**WM Corporate Services - 63008**
PO BOX 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WM Corporate Services - 73008**
PO BOX 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Woobox**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wooden Camera**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,655.81 |
|---|---|---|---|

**Woodland Foods**
3751 Sunset Ave
Waukegan, IL 60087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Worksite Labs, Inc.**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**World Market**
--
--, -- --

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __for notice purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **World Variety Produce, Inc.**<br>**PO BOX 514599**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Worldapp, Inc**<br>**222 Forbes Rd**<br>**#303**<br>**Braintree, MA 02184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WorldPay**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Worthy Harris**<br>**2630 W. Lincoln Ave**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WP Engine**<br>**--**<br>**--, -- --** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WRKCo Inc**<br>**1000 Abernathy Rd NE**<br>**Suite 125**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Wunderkind Corporation**<br>**285 Fulton Street**<br>**One World Trade Center, 74th Flr**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **for notice purposes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **WWW.Covidclinic.Org** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,710.00** |
|---|---|---|---|
| | **Wyoming Valley Pallets Inc** | ☐ Contingent | |
| | **PO Box 3089** | ☐ Unliquidated | |
| | **West Pittston, PA 18643** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Xavier Jordan** | ☐ Contingent | |
| | **1627 Pittston Ave** | ☐ Unliquidated | |
| | **Scranton, PA 18505** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Xavier Tellez** | ☐ Contingent | |
| | **12501 Saint Mark St** | ☐ Unliquidated | |
| | **Garden Grove, CA 92845** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Xiaodu Choi** | ☐ Contingent | |
| | **3066 E Stearns St** | ☐ Unliquidated | |
| | **Brea, CA 92821** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Xiomy Velazquez** | ☐ Contingent | |
| | **316 Church St** | ☐ Unliquidated | |
| | **Duryea, PA 18642** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XPO Logistics Freight, Inc.** | ☐ Contingent | |
| | **29559 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1295** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** for notice purposes | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.408 0**

**Nonpriority creditor's name and mailing address**
**Yadira Alcalan**
**1777 W Glencrest Ave**
**Apt 7**
**Anaheim, CA 92801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 1**

**Nonpriority creditor's name and mailing address**
**Yadira Rivera de Camarillo**
**313 S Sycamore St**
**Santa Ana, CA 92701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 2**

**Nonpriority creditor's name and mailing address**
**Yadley Marcellus**
**517 Birch St**
**#2**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 3**

**Nonpriority creditor's name and mailing address**
**Yaeli Vera**
**8811 Syracuse Ave**
**Anaheim, CA 92804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 4**

**Nonpriority creditor's name and mailing address**
**Yahely Soto**
**313 N Vine St**
**Apt A**
**Anaheim, CA 92805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 5**

**Nonpriority creditor's name and mailing address**
**Yamaha Motor**
**6555 Katella Ave**
**Cypress, CA 90630**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$340,000.00**

---

**3.408 6**

**Nonpriority creditor's name and mailing address**
**Yamame**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.408 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yaneidy Garcia Cortorreal**
**710 N Pennsylvania Ave**
**#710**
**Wilkes Barre, PA 18705**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yasirys Cesar**
**136 S Sonmer**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yazir Gomez**
**6175 Linden Ave**
**#17**
**Long Beach, CA 90805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yeimi Aleman**
**13148 Gaber St**
**Pacoima, CA 91331**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,110.00 |
|---|---|---|---|

**Yelp**
**P.O Box 204393**
**Dallas, TX 75320-4393**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yerfi Taveras**
**1121 Watson St**
**#1**
**Scranton, PA 18504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yesenia Ayala**
**9628 Croesus Ave**
**Los Angeles, CA 90002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yesenia Dector** | ☐ Contingent | |
| | **9321 Nichols Dr** | ☐ Unliquidated | |
| | **Garden Grove, CA 92841** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yesenia Legaspi** | ☐ Contingent | |
| | **420 Primrose Ave** | ☐ Unliquidated | |
| | **Placencia, CA 92870** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yesenia Rodarte** | ☐ Contingent | |
| | **--** | ☐ Unliquidated | |
| | **--, -- --** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yessica Banuelos** | ☐ Contingent | |
| | **31660 Saddle Ridge Dr** | ☐ Unliquidated | |
| | **Lake Elsinore, CA 92532-0411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yeuri Nunez** | ☐ Contingent | |
| | **1001 Hampton St** | ☐ Unliquidated | |
| | **#1001** | ☐ Disputed | |
| | **Scranton, PA 18504** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yoeun Chreng** | ☐ Contingent | |
| | **4830 Maybank Ave** | ☐ Unliquidated | |
| | **Lakewood, CA 90712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Yogeshkumar Raval** | ☐ Contingent | |
| | **2400 Prospect Ave** | ☐ Unliquidated | |
| | **Scranton, PA 18505** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.410**<br>**1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yohanna Gomez**
**1293 S Grant St**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yohanna Osoria alberto**
**PO Box1011**
**Kinsgton, PA 18704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**3** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yolanda Casales**
**1401 N Ross Street**
**Apt 202**
**Santa Ana, CA 92706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yolanda Cueva**
**115 North West St**
**Apt 207**
**Anaheim, CA 92801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yomo Media**
**4 Hutton Centre Dr**
**Suite 750**
**Santa Ana, CA 92707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yonatan Loaeza**
**10782 Ross St.**
**Stanton, CA 90680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.410**<br>**7** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Yonic Molina**
**705 W North Gate Ln**
**#6**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nutrition Corp, Inc.** | Case number *(if known)* | **1:24-bk-01672** |
|---|---|---|---|
| | Name | | |

---

| 3.4108 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yorleni Bueno**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4109 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yoshi Car Care**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4110 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yotpo.**
**233 Spring St**
**6th Floor**
**New York, NY 10013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4111 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Youtube**
**--**
**--, -- --**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4112 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ysabel Montemayor**
**4832 Winvale Ave.**
**Irvine, CA 92604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4113 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuliana Calixto Bailon**
**10791 Palma Vista Ave**
**Unit 6**
**Garden Grove, CA 92840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.4114 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yuritzi Rendon**
**6911 Sierra Ave**
**Fontana, CA 92336**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.411 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yuzo Nishihara**
P.O Box 8136
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yvette Flores**
1021 N. Laguna St
Anaheim, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yvonie Jones**
2027 Pittston Ave
#2
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yvonne Hurtado**
10714 Haledon Ave
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zacarias Quezada**
1339 Rundle St
Scranton, PA 18504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zachary Dollak**
100 Grove St
Exeter, PA 18643

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zack Grobel**
1040 N Wanda
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zaina Styffe**
2100 W Commonwealth Ave
#2114
Fullerton, CA 92833

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zakry Columbus**
460 N Armando St G50
Anaheim, CA 92806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zankou Chicken**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zappistore Inc**
PO Box 83438
Woburn, MA 01813-3438

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zara**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zaxby's**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zazzle**
--
--, -- --

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Zeida RODRIGUEZ**
1412 Academy St
#1
Scranton, PA 18504

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,760.00 |
| --- | --- | --- | --- |

**Zenb US Inc**
1661 Feehanville Drive, #100
Mt Prospect, IL 60056

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Zendesk, Inc.**
989 Market Street
San Francisco, CA 94103

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Zev Friedman**
6 Suncreek
Irvine, CA 92604

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ziad Bogalia**
S Danbrook Dr
Anaheim, CA 92804

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Zinc - Corona Del Mar**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Zion Market**
--
--, -- --

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zoho Corporation** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.413 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zoila Colin Mendoza** | ☐ Contingent | |
| | **920 S Nutwood St** | ☐ Unliquidated | |
| | **Unit 31** | ☐ Disputed | |
| | **Anaheim, CA 92804** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.413 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zones Inc** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.413 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zoom.Com** | ☐ Contingent | |
| | -- | ☐ Unliquidated | |
| | --, -- -- | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zoro** | ☐ Contingent | |
| | **909 Ashbury Drive** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ZTERS Inc** | ☐ Contingent | |
| | **13727 Office Park Drive** | ☐ Unliquidated | |
| | **Houston, TX 77070** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Zulman Villeda de Ramirez** | ☐ Contingent | |
| | **6082 Homewood Ave** | ☐ Unliquidated | |
| | **Apt G** | ☐ Disputed | |
| | **Buena Park, CA 90621** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **for notice purposes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 297,239.14 |
| **5b. Total claims from Part 2** | 5b. + $ | 16,426,217.03 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 16,723,456.17 |

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital**<br>**PO Box 11407**<br>**Birmingham, AL 35246-3059** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Rent**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bridge Leasing Group**<br>**8236 Douglas Ave.**<br>**Suite 720**<br>**Dallas, TX 75225** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Crown Equipment Corporation**<br>**PO Box 640352**<br>**Cincinnati, OH 45264** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **De Lage Landen Financial Services, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** |

| | |
|---|---|
| ▉ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hitachi Capital America Corp.**<br>**7808 Creekridge Circle**<br>**Suite 250**<br>**Edina, MT 55439** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pathward National Association**<br>**5480 Corporate Drove**<br>**Suite 350**<br>**Troy, MI 48098** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Providence Capital Funding, Inc.**<br>**3070 Saturn St**<br>**Suite 100**<br>**Brea, CA 92821** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Robert Resier & Co., Inc.**<br>**725 Dedham St**<br>**Canton, MA 02021** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **US Bank Equipment Finance**<br>**1310 Madrid St**<br>**Ste 106**<br>**Marshall, MN 56258** |

Fill in this information to identify the case:

Debtor name **Nutrition Corp, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:24-bk-01672**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nutrition Corp. Holco, Inc.** | **333 N. Euclid Way Anaheim, CA 92801** | **BSAC I, LLC dba FNL PF II, LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Nutrition Corp. Holco, Inc.** | **333 N. Euclid Way Anaheim, CA 92801** | **BSAC I, LLC dba FNL PF II, LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Scott Lepene** | **1270 Avenue of the Americas New York, NY 10020** | **BSAC I, LLC dba FNL PF II, LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Thomas Asseo** | **1000 W. 5th St # 4605 Los Angeles, CA 90017** | **Mariscos Bahia** | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $25,055,146.67 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $57,004,072.13 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $111,211,295.61 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Other Income & Interest Income - Shareholders** | $291,479.23 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **Other Income & Interest Income - Shareholders** | $2,063,023.15 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | **Other Income & Interest Income - Shareholders** | $1,414,583.81 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Anthem Blue Cross**<br>**PO Box 60007**<br>**Rancho Cordova, CA 95670** | **4/9/2024 -**<br>**7/8/2024** | **$111,075.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **Bridge Leasing Group**<br>**8236 Douglas Ave.**<br>**Suite 720**<br>**Dallas, TX 75225** | **4/9/2024 -**<br>**7/8/2024** | **$138,020.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. **ColdTrack**<br>**145 Talmadge Rd #4**<br>**Edison, NJ 08817** | **4/9/2024 -**<br>**7/8/2024** | **$305,012.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Dot Foods, Inc.**<br>**PO Box 854529**<br>**Minneapolis, MN 55485-4529** | **4/9/2024 -**<br>**7/8/2024** | **$462,610.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Eco Food Pak , Inc.**<br>**15578 Hellman Avenue**<br>**Chino, CA 91710** | **4/9/2024 -**<br>**7/8/2024** | **$277,001.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Great West Produce, Inc.**<br>**2600 S. Eastern Avenue**<br>**Commerce, CA 90040** | **4/9/2024 -**<br>**7/8/2024** | **$333,178.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Ingardia Bros. Produce, Inc.**<br>**700 S. Hathaway St.**<br>**Santa Ana, CA 92705** | **4/9/2024 -**<br>**7/8/2024** | **$51,930.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **Koch Foods Incorporated**<br>**PO Box 71245**<br>**Chicago, IL 60694-1245** | **4/9/2024 -**<br>**7/8/2024** | **$219,664.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.  **Lackawanna River Basin**<br>**Sewer Authority**<br>**PO Box 280**<br>**Olyphant, PA 18447-0280** | **4/9/2024 -**<br>**7/8/2024** | **$50,628.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **PPL Electric Utilities**<br>**827 Hausman Road**<br>**Allentown, PA 18104-9392** | **4/9/2024 -**<br>**7/8/2024** | **$180,094.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Razco Inc**<br>**1550 E Sahara Ave**<br>**Las Vegas, NV 89104** | **4/9/2024 -**<br>**7/8/2024** | **$24,185.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.12. **Red Chamber Co.**<br>**1912 E Vernon Ave**<br>**Vernon, CA 90058-1611** | **4/9/2024 -**<br>**7/8/2024** | **$81,640.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Sherman and Sherman APC**<br>**751 N. Fair Oaks Ave**<br>**Ste 101**<br>**Pasadena, CA 91103** | **4/9/2024 -**<br>**7/8/2024** | **$15,990.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Sirob Imports Inc**<br>**21 Gear Ave**<br>**Lindenhurst, NY 11757** | **4/9/2024 -**<br>**7/8/2024** | **$29,973.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **TCP Reliable Manufacturing Inc**<br>**DBA Cryopak**<br>**551 Raritan Center Pkwy**<br>**Edison, NJ 08837** | **4/9/2024 -**<br>**7/8/2024** | **$107,535.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **The Label Shoppe**<br>**1121 Fullerton Rd**<br>**Industry, CA 91748** | **4/9/2024 -**<br>**7/8/2024** | **$19,566.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017** | **4/9/2024 -**<br>**7/8/2024** | **$1,384,620.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Reimbursement** |
| 3.18. **Thomas Foods International USA**<br>**PO Box 780532**<br>**Philadelphia, PA 19178-0532** | **4/9/2024 -**<br>**7/8/2024** | **$290,084.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **UGI Utilities - Gas**<br>**PO BOX 15503**<br>**Wilmington, DE 19850-5503** | **4/9/2024 -**<br>**7/8/2024** | **$42,524.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Victory Packaging**<br>**PO Box 844138**<br>**Dallas, TX 75284-4138** | **4/9/2024 -**<br>**7/8/2024** | **$16,379.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **WM Corporate Services**<br>**800 Capitol Street**<br>**Suite 300**<br>**Houston, TX 77002** | **4/9/2024 -**<br>**7/8/2024** | **$14,030.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.22. **2 Industrial Drive LLC**<br>**325 W. Main St**<br>**Belleville, IL 62220** | **4/9/2024 -**<br>**7/8/2024** | **$199,999.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.23. **Acme Corrugated Box Co. Inc.**<br>**2700 Turnpike Dr**<br>**Hatboro, PA 19040** | **4/9/2024 -**<br>**7/8/2024** | **$66,360.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.24. | **Advanced Automation Inc.**<br>**339 SW 6th Street**<br>**Des Moines, IA 50309** | **4/9/2024 -**<br>**7/8/2024** | **$8,611.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. | **American Express Corp. Commercial**<br>**200 Vessey Street**<br>**New York, NY 10285** | **4/9/2024 -**<br>**7/8/2024** | **$200,744.46** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **American Express Corp. Corporate**<br>**200 Vessey Street**<br>**New York, NY 10285** | **4/9/2024 -**<br>**7/8/2024** | **$372,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **American Express Corp. Gold**<br>**200 Vessey Street**<br>**New York, NY 10285** | **4/9/2024 -**<br>**7/8/2024** | **$2,416,191.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **American Express Corp. Platinum**<br>**200 Vessey Street**<br>**New York, NY 10285** | **4/9/2024 -**<br>**7/8/2024** | **$1,290,355.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **Anaheim Public Utilities - Penhall**<br>**201 South Anaheim Blvd**<br>**PO Box 3069**<br>**Anaheim, CA 92803** | **4/9/2024 -**<br>**7/8/2024** | **$10,098.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. | **Andrew Nguyen**<br>**1837 Peninsula Pl**<br>**Costa Mesa, CA 92627** | **4/9/2024 -**<br>**7/8/2024** | **$729,568.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.31. | **Authnet** | **4/9/2024 -**<br>**7/8/2024** | **$18,720.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.32 | **Barclay**<br>**745 Seventh Avenue**<br>**New York, NY 10019** | **4/9/2024 -**<br>**7/8/2024** | **$45,000.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33 | **BrainTree**<br>**--**<br>**--, -- --** | **4/9/2024 -**<br>**7/8/2024** | **$5,324,881.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.34 | **Chino Commercial Bank** | **4/9/2024 -**<br>**7/8/2024** | **$37,378.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other___ |
| 3.35 | **Facebook**<br>**1 Hacker Way**<br>**Menlo Park, CA 94025** | **4/9/2024 -**<br>**7/8/2024** | **$22,355.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.36 | **Fidelity Paper & Supply Corp**<br>**901 Murray Road**<br>**East Hanover, NJ 07936** | **4/9/2024 -**<br>**7/8/2024** | **$45,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.37 | **Galley Solutions, Inc**<br>**18808 Stone Canyon Lane**<br>**Canyon Country, CA 91351** | **4/9/2024 -**<br>**7/8/2024** | **$8,349.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.38 | **Google**<br>**--**<br>**--, -- --** | **4/9/2024 -**<br>**7/8/2024** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.39 | **Highland Milling**<br>**601 East Kensington Road**<br>**Mount Prospect, IL 60056** | **4/9/2024 -**<br>**7/8/2024** | **$8,009.14** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.40. **Judy Jaik** 506 E Harrison Ave. Pomona, CA 91767 | **4/9/2024 - 7/8/2024** | **$346,130.67** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.41. **Judy Jaik** 506 E Harrison Ave. Pomona, CA 91767 | **4/9/2024 - 7/8/2024** | **$38,052.49** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Salary** |
| 3.42. **Laureen Asseo** 333 N. Euclid Way Anaheim, CA 92801 | **4/9/2024 - 7/8/2024** | **$16,000.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. **Lawrence Wholesale, LLC** 4353 Exchange Ave Vernon, CA 90058 | **4/9/2024 - 7/8/2024** | **$29,941.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.44. **Management Car** -- --, -- -- | **4/9/2024 - 7/8/2024** | **$13,007.74** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.45. **Megamont Manpower Svcs** 119 F Remollo St Municipality of San Jose Negros Orienta, Phillipines 6202 | **4/9/2024 - 7/8/2024** | **$27,236.23** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.46. **Merchant Service Group, Llc** -- --, -- -- | **4/9/2024 - 7/8/2024** | **$226,531.27** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.47. **Mike Mckinnon** 2157 Pacific Ave Apt B204 Costa Mesa, CA 92627 | **4/9/2024 - 7/8/2024** | **$58,551.53** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.48. **National Lecithin LLC**<br>**100 Duffy Ave**<br>**Suite 510**<br>**Hicksville, NY 11801** | **4/9/2024 -**<br>**7/8/2024** | **$12,301.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. **Nordic Ice**<br>**2705 Clemens Rd**<br>**Suite A-103**<br>**Hatfield, PA 19440** | **4/9/2024 -**<br>**7/8/2024** | **$12,498.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **Packers Sanitation Services, Inc dba**<br>**PSS**<br>**PO Box 7435**<br>**Carol Stream, IL 60197-7435** | **4/9/2024 -**<br>**7/8/2024** | **$12,280.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. **Palumbo Foods LLC**<br>**8794 Gap Newport Pike**<br>**Avondale, PA 19311** | **4/9/2024 -**<br>**7/8/2024** | **$26,911.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Paragon Print Systems INC.**<br>**2021 Paragon Dr**<br>**Erie, PA 16510** | **4/9/2024 -**<br>**7/8/2024** | **$9,891.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **RAZCOTRANS LLC c/o RTS**<br>**Financial Service, Inc**<br>**PO Box 840267**<br>**Dallas, TX 75284** | **4/9/2024 -**<br>**7/8/2024** | **$63,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.54. **RCN Imports Inc.**<br>**299 Hillside Ave**<br>**Livingston, NJ 07039** | **4/9/2024 -**<br>**7/8/2024** | **$15,691.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Robert Zalewski dba Eastern**<br>**Produce Distributors LLC**<br>**168 Commerce Rd**<br>**Pittston, PA 18640** | **4/9/2024 -**<br>**7/8/2024** | **$12,726.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.56 **Robin Asseo** 2750 Park Newport Newport Beach, CA 92677 | **4/9/2024 - 7/8/2024** | **$16,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.57 **T. Rowe Price Investment** -- --, -- -- | **4/9/2024 - 7/8/2024** | **$41,096.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.58 **Tatari, Inc** 100 Bush Street Suite 950 San Francisco, CA 94104 | **4/9/2024 - 7/8/2024** | **$37,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.59 **The Neil Jones Food Company** PO Box 842476 Dallas, TX 75284-2476 | **4/9/2024 - 7/8/2024** | **$9,286.50** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.60 **Thomas Asseo** 1000 W. 5th St # 4605 Los Angeles, CA 90017 | **4/9/2024 - 7/8/2024** | **$27,664.64** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Payroll** |
| 3.61 **Yesenia Rodarte** -- --, -- -- | **4/9/2024 - 7/8/2024** | **$33,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.62 **Zenb US Inc** 1661 Feehanville Drive, #100 Mt Prospect, IL 60056 | **4/9/2024 - 7/8/2024** | **$7,999.21** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Judy Jaik**<br>**506 E Harrison Ave.**<br>**Pomona, CA 91767**<br>**Chief Accounting Officer** | **7/8/2023 -**<br>**4/9/2024** | **$959,903.36** | **Loan Repayment** |
| 4.2. **Judy Jaik**<br>**506 E Harrison Ave.**<br>**Pomona, CA 91767**<br>**Chief Accounting Officer** | **7/8/2023 -**<br>**4/9/2024** | **$106,697.34** | **Salary** |
| 4.3. **Laureen Asseo**<br>**333 N. Euclid Way**<br>**Anaheim, CA 92801**<br>**Co-CEO and Director** | **7/8/2023 -**<br>**4/9/2024** | **$104,582.00** | **Loan Repayment** |
| 4.4. **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017**<br>**Co-CEO and Director** | **7/8/2023 -**<br>**4/9/2024** | **$2,877,740.00** | **Loan Repayment** |
| 4.5. **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017**<br>**Co-CEO and Director** | **7/8/2023 -**<br>**4/9/2024** | **$143,019.98** | **Salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

|      | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. | **Tee It Up 07/12** | **Donation to the troops** | **7/28/2022** | **$2,200.00** |
|      | Recipients relationship to debtor | | | |
| 9.2. | **Gofundme** | **Supporting Ana's Fight** | **3/8/2023** | **$1,000.00** |
|      | Recipients relationship to debtor | | | |
| 9.3. | **Judy Jaik** | **Patty funeral donation reimbursement** | **4/4/24** | **$1,000.00** |
|      | Recipients relationship to debtor **Employee** | | | |
| 9.4. | **Donated Inventory** | **Donated Food** | **7/28/2022 - 7/8/2024** | **$2,506,657.00** |
|      | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|---------------|------------------------|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. |  |  |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baker & Hostetler LLP** **Key Tower, 127 Public Square** **Ste. 2000** **Cleveland, OH 44114** | | **7/8/24** | **$8,000.00** |
| | Email or website address **https://bakerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Applied Business Strategy** **1100 Superior Ave. E** **Ste. 1750** **Cleveland, OH 44114** | | **6/17/24 -** **7/3/24** | **$58,469.92** |
| | Email or website address **www.appliedbusinessstrategy.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Sonoran Capital Advisors** **1733 E Greenfield Ave** **Mesa, AZ 85205** | | **6/21/24** | **$50,000.00** |
| | Email or website address **https://sonorancap.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Chapman Cutler LLP** **320 South Canal Street** **27th Floor** **Chicago, IL 60606** | | **6/17/24** | **$25,000.00** |
| | Email or website address **https://www.chapman.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **333 N Euclid Way** **Anaheim, CA 92801** | **Unknown** |
| 14.2. **1 Ampol Plaza** **Moosic, PA 18507** | **Unknown** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Email addresses and shipping addresses**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Silcon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **XXXX-2961** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Unknown** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Chase Gill**<br>**7811 Shaffer Cir.**<br>**Huntington Beach, CA 92648** | **9/6/2021 - 7/8/2024** |
| 26a.2. | **Judy Jaik**<br>**506 E. Harrison Ave.**<br>**Pomona, CA 91767** | **9/9/2014 - 7/8/2024** |
| 26a.3. | **Juan Rangel**<br>**12851 Haster St Apt 10B**<br>**Garden Grove, CA 92840** | **6/7/2021 - 7/8/2024** |
| 26a.4. | **Patricia Sandoval**<br>**12638 La Reina Avenue**<br>**Downey, CA 90242** | **7/30/2020 - 7/8/2024** |
| 26a.5. | **Elsa Schultz**<br>**27675 Bahamonde**<br>**Mission Viejo, CA 92692-3233** | **11/29/2021 - 7/8/2024** |
| 26a.6. | **Lauren Villatoro**<br>**7233 Pickering Ave #1**<br>**Whittier, CA 90602** | **3/28/2023 - 7/8/2024** |
| 26a.7. | **Thomas Asseo**<br>**1000 W 5th Street #4605**<br>**Los Angeles, CA 90017** | **Unknown to**<br>**7/5/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26a.8.   **Laureen Asseo**<br>**333 N. Euclid Way**<br>**Anaheim, CA 92801** | **Unknown to 6/21/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **De Lage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | **Unknown** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sonoran Capital Advisors**<br>**1733 N Greenfield Ave**<br>**Pomona, CA 91767** |  |
| 26c.2.   **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017** |  |
| 26c.3.   **Judy Jaik**<br>**506 E Harrison Ave.**<br>**Pomona, CA 91767** |  |
| 26c.4.   **Patricia Sandoval**<br>**12638 La Reina Avenue**<br>**Downey, CA 90242** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Unknown** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Foster | 1733 N Greenfield Rd<br>Mesa, AZ 85205 | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Pratt | 140 Broadway, 46th Flr<br>New York, NY 10005 | Independent Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Laureen Asseo | 333 N. Euclid Way<br>Anaheim, CA 92801 | Co-CEO and Director | Unknown to 6/21/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Asseo | 1000 W. 5th St # 4605<br>Los Angeles, CA 90017 | Co-CEO and Director | Unknown to 7/5/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Judy Jaik | 506 E Harrison Ave.<br>Pomona, CA 91767 | Chief Accounting Officer | 9/9/2014 to 7/5/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Judy Jaik**<br>**506 E Harrison Ave.**<br>**Pomona, CA 91767** | 1,306,034.03 | 7/8/2023 - 7/8/2024 | Loan Repayment |
| | Relationship to debtor<br>**Chief Accounting Officer** | | | |
| 30.2. | **Judy Jaik**<br>**506 E Harrison Ave.**<br>**Pomona, CA 91767** | $144,749.83 | 7/8/2023 - 7/8/2024 | Salary |
| | Relationship to debtor<br>**Chief Accounting Officer** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Laureen Asseo**<br>**333 N. Euclid Way**<br>**Anaheim, CA 92801** | **$120,582.00** | **7/8/2023 -**<br>**7/8/2024** | **Loan Repayment** |
| | **Relationship to debtor**<br>**Co-CEO and Director** | | | |
| 30.4. | **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017** | **$4,262,360.00** | **7/8/2023 -**<br>**7/8/2024** | **Loan Repayment** |
| | **Relationship to debtor**<br>**Co-CEO and Director** | | | |
| 30.5. | **Thomas Asseo**<br>**1000 W. 5th St # 4605**<br>**Los Angeles, CA 90017** | **$170,685.52** | **7/8/2023 -**<br>**7/8/2024** | **Salary** |
| | **Relationship to debtor**<br>**Co-CEO and Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Nutrition Corp. Holdco, Inc.** | **EIN:** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 19, 2024**

**/s/ Matthew Foster**                    **Matthew Foster**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes