IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC b/b/a FRESH N LEAN, Debtor | : : : : | CHAPTER 7 |
| ROBERT REISER & CO., INC., Movant v. KARA K. GENDRON, ESQUIRE, CHAPTER 7 TRUSTEE, Respondents | : : : : : : : : : : | CASE NO. 24-bk-01672 |

## **ORDER**

TO THE CLERK:

    I hereby certify that neither Kara K. Gendron, Chapter 7 Trustee, nor Robert E. Bittner, Esquire, attorney for Debtor concur on consideration of the Motion filed by Robert Reiser & Co., Inc., it is hereby

    ORDERED that the Motion for Relief is granted with respect to Movant's equipment as follows:

    Ross Tray Sealer machine with serial number 1151

    Ross Tray Sealer machine with serial number 1555

    Ross Tray Sealer machine with serial number 1601

    (2) Ross Tray Sealer machines with serial number 1600 and 1602

    and Movant may pursue any remedies available to it to regain possession of the equipment.