# EXHIBIT "A"

███████████

| | |
|---|---|
| **From:** | Jeff Walsh <jeff.walsh@roadscholar.com> |
| **Sent:** | Monday, February 6, 2023 3:10 PM |
| **To:** | Steve Passmore; Mike Mckinnon |
| **Cc:** | Alvin Hollister; Laureen Asseo; Matthew Barrett; Emilio Gentile |
| **Subject:** | RE: Offsite Storage |

Steve,

Payment terms would be 30 days.

The warehouse agreement would be for six months, after which we would require a 30-day notice.

Please let me know if you have any additional questions.

Thank you,

Jeff

**From:** Steve Passmore <steve.p@freshnlean.com>
**Sent:** Monday, February 6, 2023 2:59 PM
**To:** Jeff Walsh <jeff.walsh@roadscholar.com>; Mike Mckinnon <mike.m@freshnlean.com>
**Cc:** Alvin Hollister <alvin.h@freshnlean.com>; Laureen Asseo <laureen@freshnlean.com>; Matthew Barrett <matthew.barrett@roadscholar.com>; Emilio Gentile <emilio.g@nutritioncorp.com>
**Subject:** RE: Offsite Storage

Hi Jeff,

What is the proposed term for the warehouse?

Looping in our VP od Supply Chain @Mike Mckinnon

Thanks!

Steve

**From:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Sent:** Monday, February 6, 2023 8:02 AM
**To:** Richard Wilson <richard.w@freshnlean.com>; Matthew Barrett <matthew.barrett@roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>; Laureen Asseo <laureen@freshnlean.com>
**Subject:** RE: Offsite Storage

Al,

Just checking back in to see if you need any further information.

1

Thank you,

Jeff

**From:** Jeff Walsh
**Sent:** Friday, February 3, 2023 11:10 AM
**To:** Richard Wilson <richard.w@freshnlean.com>; Matthew Barrett <Matthew.Barrett@Roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>; Laureen Asseo <laureen@freshnlean.com>
**Subject:** RE: Offsite Storage

Rich,

Please let me know if the attached document is sufficient. As info, our Carbondale Warehouse operates as Emerald Isle North.

Thank you,

Jeff

**From:** Richard Wilson <richard.w@freshnlean.com>
**Sent:** Friday, February 3, 2023 10:36 AM
**To:** Jeff Walsh <jeff.walsh@roadscholar.com>; Matthew Barrett <matthew.barrett@roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>; Laureen Asseo <laureen@freshnlean.com>
**Subject:** RE: Offsite Storage

Good morning, Jeff,

Can you please send over a contract for review?

Thank you,



### Rich Wilson

**Materials/Warehouse Manager| Moosic PA |**
Cell |1 (570) 240-5325 |
richard.w@freshnlean.com

WEBSITE   

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Sent:** Thursday, February 2, 2023 9:11 AM
**To:** Richard Wilson <richard.w@freshnlean.com>; Matthew Barrett <matthew.barrett@roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** RE: Offsite Storage

2

Rich,

We appreciate the opportunity to bid on this project.

The 10,000 sq. feet would be $6825.00 per month.

The transportation would be $592.00 per load from Moosic to Carbondale and the same Carbondale back to Moosic.

Our unloading is charge is typically $20 per pallet, in and out. In this case as it will not all be palletized; we will charge a one time fee of $580 charged at time of unload.

Please let me know if you have any questions.

Thank you,

Jeff

**From:** Richard Wilson <richard.w@freshnlean.com>
**Sent:** Wednesday, February 1, 2023 1:17 PM
**To:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** RE: Offsite Storage

Yes. Some of it will be on pallets and the rest will be able to roll off.

Thank you,



**Rich Wilson**
Materials/Warehouse Manager | Moosic PA |
Cell |1 (570) 240-5325 |
richard.w@freshnlean.com

WEBSITE   

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Sent:** Wednesday, February 1, 2023 1:13 PM
**To:** Richard Wilson <richard.w@freshnlean.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** RE: Offsite Storage

Thank you, is it on pallets and easy to move from a trailer to the dock area?

**From:** Richard Wilson <richard.w@freshnlean.com>
**Sent:** Wednesday, February 1, 2023 1:10 PM
**To:** Jeff Walsh <jeff.walsh@roadscholar.com>

**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** RE: Offsite Storage

Correct. No food just equipment

Thank you,



**Rich Wilson**
Materials/Warehouse Manager| Moosic PA |
Cell |1 (570) 240-5325 |
richard.w@freshnlean.com

   

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Sent:** Wednesday, February 1, 2023 12:59 PM
**To:** Richard Wilson <richard.w@freshnlean.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** RE: Offsite Storage

Rich,

I'll get you some information by the end of the week. To be clear, there is no food involved correct?

I just want to be clear it does not need to be food grade.

Thank you,

Jeff

**From:** Richard Wilson <richard.w@freshnlean.com>
**Sent:** Wednesday, February 1, 2023 12:32 PM
**To:** Jeff Walsh <jeff.walsh@roadscholar.com>
**Cc:** Steve Passmore <steve.p@freshnlean.com>; Alvin Hollister <alvin.h@freshnlean.com>
**Subject:** Offsite Storage

Good afternoon, Jeff,

Per our conversation earlier today, we are looking for about 10,000 sq ft to house our surplus of equipment. Could you provide a quote for this amount of space and the cost of transportation and unloading?

Thank you,



## Rich Wilson

**Materials/Warehouse Manager| Moosic PA |**
Cell |1 (570) 240-5325 |
richard.w@freshnlean.com

**WEBSITE**   

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If this message contains spot quote information, be advised quotes are estimates based on the information provided by the requestor. Actual shipment weight, dimensions, class, and conditions are subject to review. by Road Scholar Transport.

---

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If this message contains spot quote information, be advised quotes are estimates based on the information provided by the requestor. Actual shipment weight, dimensions, class, and conditions are subject to review. by Road Scholar Transport.

---



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If this message contains spot quote information, be advised quotes are estimates based on the information provided by the requestor. Actual shipment weight, dimensions, class, and conditions are subject to review. by Road Scholar Transport.

---



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If this message contains spot quote information, be advised quotes are estimates based on the information provided by the requestor. Actual shipment weight, dimensions, class, and conditions are subject to review. by Road Scholar Transport.

**EMERALD ISLE NORTH WAREHOUSING CONTRACT**

Please accept the terms below as warehousing services provided by Emerald Isle North for Fresh and Lean, Moosic, PA.

10,000 sq. feet:  $6825.00 per month.

The transportation would be $522.00 per load from Moosic to Carbondale and the same Carbondale back to Moosic.

Our unloading is charge is typically $20 per pallet, in and out.  In this case as it will not all be palletized; we will charge a one time fee of $580 charged at time of unload.

_____                          _____

Fresh and Lean                                   Matthew Barrett

                                                 Emerald Isle North

# EXHIBIT "B"



**ROAD SCHOLAR TRANSPORT**

130 Monahan Ave
Dunmore, PA   18512
570-348-1155  ·  570-348-1995

| INVOICE NO<br>E782938 | BILLING DATE<br>02/25/2023 | PAGE<br>1 |
|---|---|---|
| PO NO | METHOD OF PAY<br>COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper:  EMECAR
　　　　　EMERALD ISLE NORTH
　　　　　1 ELECTRIC ST
　　　　　CARBONDALE,  PA   18407

Consignee:　FREMOO
　　　　　FRESH AND LEAN
　　　　　4135 BIRNEY AVENUE
　　　　　MOOSIC,  PA   18507

Bill To:　FREMOO
　　　　　FRESH AND LEAN
　　　　　4135 BIRNEY AVENUE
　　　　　MOOSIC,  PA   18507

| PIECE/PLT HM  DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE | |
|---|---|---|---|
| | | Rated as: | |
| | | | Discount at |
| IN CHAREGS | 2.00 | 580.00 | 1,160.00 |
| WAREHOUSING | 1.00 | 1,706.25 | 1,706.25 |

-  PCS
-  PLT

**TOTALS**　　　　　0 LBS　　　　Total Charges:　**$2,866.25**

**Submit Payment Upon Receipt to Avoid Late Charges**
Payment Due Upon Receipt:　**$2,866.25**
If Paid After 4/1/2023 Total Due:　**$2,909.24**
If Paid After 5/1/2023 Total Due:　**$2,952.88**
If Paid After 5/31/2023 Total Due:　**$2,997.18**

References:
　　Vessel Name
　IN SERVICE AREA

Notes:

FEBRUARY 2023 WAREHOUSE CHARGES

2 INBOUND LOADS
IN/OUT CHARGE  580.00
6825/ MONTH PRORATED FOR 1 WEEK 1706.25

---

8/9/2024　　**Road Scholar Transport is going green!**  We encourage all customers to sign up for　　　1
email invoices by January 31st.  Please be advised we will be assessing a $4.00
surcharge per paper invoice starting February 1st.  Contact us today at
gogreen@roadscholar.com to sign up!



ROAD SCHOLAR
R/S
TRANSPORT

130 Monahan Ave
Dunmore, PA 18512
570-348-1155 · 570-348-1995

| INVOICE NO E785183 | BILLING DATE 03/27/2023 | PAGE 1 |
|---|---|---|
| PO NO | METHOD OF PAY COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA 18407

Consignee: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

Bill To: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507



| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE | |
|---|---|---|---|
| | | Rated as: | Discount at |
| IN CHAREGS | 9.00 | 580.00 | 5,220.00 |
| WAREHOUSE LABOR CAHRGES | 5.00 | 69.30 | 346.50 |
| WAREHOUSING | 1.00 | 6,825.00 | 6,825.00 |

| | | | |
|---|---|---|---|
| - PCS | TOTALS | | |
| - PLT | | 0 LBS | Total Charges: $12,391.50 |

Submit Payment Upon Receipt to Avoid Late Charges
Payment Due Upon Receipt: $12,391.50
If Paid After 5/1/2023 Total Due: $12,577.37
If Paid After 5/31/2023 Total Due: $12,766.03
If Paid After 6/30/2023 Total Due: $12,957.52

References:
Vessel Name
IN SERVICE AREA

Notes:

MARCH 2023 WAREHOUSE CHARGES

9 INBOUND LOADS
IN/OUT CHARGE 580.00
6825

5 HOURS LABOR PULLING XRAY MACHINES

---

8/9/2024     **Road Scholar Transport is going green!** We encourage all customers to sign up for email invoices by January 31st. Please be advised we will be assessing a $4.00 surcharge per paper invoice starting February 1st. Contact us today at gogreen@roadscholar.com to sign up!     1



**ROAD SCHOLAR TRANSPORT**

130 Monahan Ave
Dunmore, PA 18512
570-348-1155 · 570-348-1995

| INVOICE NO E787774 | BILLING DATE 04/28/2023 | PAGE 1 |
|---|---|---|
| PO NO | METHOD OF PAY COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA 18407

Consignee: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

Bill To: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|
| | Rated as: | Discount at |
| WAREHOUSING | 1.00 6,825.00 | 6,825.00 |
| - PCS | | |
| - PLT **TOTALS** | 0 LBS | Total Charges: **$6,825.00** |

Submit Payment Upon Receipt to Avoid Late Charges

| Payment Due Upon Receipt: | $6,825.00 |
|---|---|
| If Paid After 6/2/2023 Total Due: | $6,927.38 |
| If Paid After 7/2/2023 Total Due: | $7,031.29 |
| If Paid After 8/1/2023 Total Due: | $7,136.75 |

References:
Vessel Name
IN SERVICE AREA

Notes:

MARCH 2023 WAREHOUSE CHARGES

9 INBOUND LOADS
IN/OUT CHARGE 580.00
6825

5 HOURS LABOR PULLING XRAY MACHINES

8/9/2024   **Road Scholar Transport is going green!** We encourage all customers to sign up for email invoices by January 31st. Please be advised we will be assessing a $4.00 surcharge per paper invoice starting February 1st. Contact us today at gogreen@roadscholar.com to sign up!   1



ROAD SCHOLAR
R/S
TRANSPORT

130 Monahan Ave
Dunmore, PA    18512
570-348-1155  ·  570-348-1995

| INVOICE NO E790431 | BILLING DATE 05/31/2023 | PAGE 1 |
|---|---|---|
| PO NO | METHOD OF PAY COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE,   PA     18407

Consignee:   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,   PA     18507

Bill To:   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,   PA     18507

| PIECE/PLT HM  DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|
| | Rated as: | |
| | | Discount at |
| WAREHOUSING | 1.00        6,825.00 | 6,825.00 |
| -  PCS | | |
| -  PLT     TOTALS | 0 LBS | Total Charges:    $6,825.00 |

**Submit Payment Upon Receipt to Avoid Late Charges**
Payment Due Upon Receipt:        $6,825.00
If Paid After 7/5/2023 Total Due:   $6,927.38
If Paid After 8/4/2023 Total Due:   $7,031.29
If Paid After 9/3/2023 Total Due:   $7,136.75

References:
Vessel Name
IN SERVICE AREA

Notes:

MAY 2023 WAREHOUSE CHARGES

6825

8/9/2024    **Road Scholar Transport is going green!** We encourage all customers to sign up for
email invoices by January 31st.  Please be advised we will be assessing a $4.00
surcharge per paper invoice starting February 1st.  Contact us today at
gogreen@roadscholar.com to sign up!

1



130 Monahan Ave
Dunmore, PA 18512
570-348-1155 · 570-348-1995

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA 18407

Consignee: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

Bill To: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE | |
|---|---|---|---|
| | | Rated as: | |
| | | | Discount at |
| WAREHOUSE LABOR CAHRGES | 6.00 | 69.30 | 415.80 |
| WAREHOUSING | 1.00 | 6,825.00 | 6,825.00 |
| - PCS | | | |
| - PLT **TOTALS** | 0 LBS | Total Charges: | **$7,240.80** |

Submit Payment Upon Receipt to Avoid Late Charges
**Payment Due Upon Receipt:** $7,240.80
**If Paid After 8/4/2023 Total Due:** $7,349.41
**If Paid After 9/3/2023 Total Due:** $7,459.65
**If Paid After 10/3/2023 Total Due:** $7,571.55

References:
Vessel Name
IN SERVICE AREA

Notes:

JUNE 2023 WAREHOUSE CHARGES

6825

6 HRS LABOR

**Road Scholar Transport is going green!** We encourage all customers to sign up for email invoices by January 31st. Please be advised we will be assessing a $4.00 surcharge per paper invoice starting February 1st. Contact us today at gogreen@roadscholar.com to sign up!



ROAD SCHOLAR
TRANSPORT

130 Monahan Ave
Dunmore, PA   18512
570-348-1155  ·  570-348-1995

Shipper:  EMECAR
          EMERALD ISLE NORTH
          1 ELECTRIC ST
          CARBONDALE,   PA    18407

Consignee:   FREMOO
             FRESH AND LEAN
             4135 BIRNEY AVENUE
             MOOSIC,   PA    18507

Bill To:   FREMOO
           FRESH AND LEAN
           4135 BIRNEY AVENUE
           MOOSIC,   PA    18507

| PIECE/PLT HM  DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE | |
|---|---|---|---|
| | | Rated as: | Discount at |
| WAREHOUSE LABOR CAHRGES | 4.00 | 69.30 | 277.20 |
| WAREHOUSING | 1.00 | 6,825.00 | 6,825.00 |

- PCS
- PLT

| TOTALS | 0 LBS | Total Charges: | **$7,102.20** |

**Submit Payment Upon Receipt to Avoid Late Charges**
**Payment Due Upon Receipt:**  $7,102.20
**If Paid After 9/5/2023 Total Due:**  $7,208.73
**If Paid After 10/5/2023 Total Due:**  $7,316.86
**If Paid After 11/4/2023 Total Due:**  $7,426.62

References:
  Vessel Name
  IN SERVICE AREA

Notes:

  JUNE 2023 WAREHOUSE CHARGES

  6825

  4 HRS LABOR PULLING SPECIFIC EQUIPMENT

8/9/2024      **Road Scholar Transport is going green!**  We encourage all customers to sign up for      1
email invoices by January 31st.  Please be advised we will be assessing a $4.00
surcharge per paper invoice starting February 1st.   Contact us today at
gogreen@roadscholar.com to sign up!



**ROAD SCHOLAR TRANSPORT**

130 Monahan Ave
Dunmore, PA 18512
570-348-1155 · 570-348-1995

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA 18407

Consignee: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

Bill To: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|
| | | Rated as: |
| | | Discount at |
| WAREHOUSING | 1.00 | 6,825.00 | 6,825.00 |
| - PCS **TOTALS** | 0 LBS | **Total Charges:** $6,825.00 |
| - PLT | | |

**Submit Payment Upon Receipt to Avoid Late Charges**
**Payment Due Upon Receipt:** $6,825.00
**If Paid After 10/5/2023 Total Due:** $6,927.38
**If Paid After 11/4/2023 Total Due:** $7,031.29
**If Paid After 12/4/2023 Total Due:** $7,136.75

References:
| Vessel Name |
|---|
| IN SERVICE AREA |

Notes:

AUG 2023 WAREHOUSE CHARGES

6825

8/9/2024     **Road Scholar Transport is going green!** We encourage all customers to sign up for
email invoices by January 31st.  Please be advised we will be assessing a $4.00
surcharge per paper invoice starting February 1st.  Contact us today at
gogreen@roadscholar.com to sign up!



ROAD SCHOLAR TRANSPORT

130 Monahan Ave
Dunmore, PA   18512
570-348-1155  ·  570-348-1995

| INVOICE NO E800616 | BILLING DATE 09/28/2023 | PAGE 1 |
|---|---|---|
| PO NO | METHOD OF PAY COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE,  PA   18407

Consignee:   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,  PA   18507

Bill To:   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,  PA   18507

| PIECE/PLT HM  DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|
| | | Rated as: |
| | | Discount at |
| WAREHOUSING | 1.00      6,825.00 | 6,825.00 |

| -  PCS | | |
| -  PLT | **TOTALS** | 0 LBS |

**TOTALS**      0 LBS      Total Charges:   **$6,825.00**

Submit Payment Upon Receipt to Avoid Late Charges

| Payment Due Upon Receipt: | $6,825.00 |
|---|---|
| If Paid After 11/2/2023 Total Due: | $6,927.38 |
| If Paid After 12/2/2023 Total Due: | $7,031.29 |
| If Paid After 1/1/2024 Total Due: | $7,136.75 |

References:
Vessel Name
IN SERVICE AREA

Notes:

SEPT 2023 WAREHOUSE CHARGES

6825

**Road Scholar Transport is going green!**  We encourage all customers to sign up for email invoices by January 31st.  Please be advised we will be assessing a $4.00 surcharge per paper invoice starting February 1st.  Contact us today at gogreen@roadscholar.com to sign up!

| INVOICE NO. | BILLING DATE | PAGE |
| E803292 | 10/31/2023 | 1 |
| PO NO. | METHOD OF PAY |
| | COLLECT |
| SHIPPER'S B/L | TRAILER(S) |

**EMERALD ISLE NORTH**
130 Monahan Ave
Dunmore, PA 18512
570-348-1155  570-348-1995

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA    18407

Consignee:  FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA    18507

Bill To:  FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA    18507

*1295791*                    **SYNE13E15E16**

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
| --- | --- | --- |
| | | Discount at |
| | | WAREHOUSING    6,825.00 |

| | - PCS | | | |
| 21 | PLT | **TOTALS** | 0 LBS | Total Charges: | **$6,825.00** |

due upon receipt to avoid late charges
Due upon receipt:  $ 6,825.00
If Paid After 12/5/2023 Total Due:  $ 6,927.38
If Paid After 1/4/2024 Total Due:  $ 7,031.29
If Paid After 2/3/2024 Total Due:  $ 7,136.75

References:
Vessel Name
IN SERVICE AREA

Notes:

OCT 2023 WAREHOUSE CHARGES

6825

11/9/2023                                                                                                    1

***WE WILL NEVER COMMUNICATE BANKING INFORMATION VIA EMAIL ***
If you receive an email indicating a change in our banking information, consider this
information fraudulent, and inform Kellie immediately at 570-348-1155.



130 Monahan Ave
Dunmore, PA   18512
570-348-1155 · 570-348-1995

**Shipper:** EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA    18407

**Consignee:** FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA    18507

| INVOICE NO | BILLING DATE | PAGE |
|---|---|---|
| E806120 | 11/30/2023 | 1 |
| PO NO | METHOD OF PAY | |
| | COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

**Bill To:** FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA    18507

\*1301113\*                    \*\*SYNE13E15E16\*\*

| PIECE/PLT | HM | DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|---|---|

Rated as:
Discount at

| | | WAREHOUSING | 1.00 | 12,500.00 | | 12,500.00 |
|---|---|---|---|---|---|---|
| - PCS | | | | | | |
| - PLT | | **TOTALS** | 0 LBS | | Total Charges: | **$12,500.00** |

Submit Payment Upon Receipt to Avoid Late Charges
Payment Due Upon Receipt:     $ 12,500.00
If Paid After 1/4/2024 Total Due:     $ 12,687.50
If Paid After 2/3/2024 Total Due:     $ 12,877.81
If Paid After 3/4/2024 Total Due:     $ 13,070.98

References:
| Vessel Name |
|---|
| IN SERVICE AREA |

Notes:

NOV 2023 WAREHOUSE CHARGES

NEW RATE $12,500 DUE TO BOUNCED CHECK #12127 FOR $13650.00

**Road Scholar Transport is going green!** We encourage all customers to sign up for
email invoices by January 31st.  Please be advised we will be assessing a $4.00
surcharge per paper invoice starting February 1st.  Contact us today at
gogreen@roadscholar.com to sign up!

| EMERALD ISLE NORTH | 130 Monahan Ave<br>Dunmore, PA 18512<br>570-348-1155 · 570-348-1995 |
|---|---|

| INVOICE NO<br>E807844 | BILLING DATE<br>12/26/2023 | PAGE<br>1 |
|---|---|---|
| PO NO | METHOD OF PAY<br>COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE, PA 18407

Consignee: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

Bill To: FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC, PA 18507

*1304446*  **SYNE13E15E16**

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|
| | | Discount at<br>WAREHOUSING 12,500.00 |
| - PCS<br>- PLT  **TOTALS** | 0 LBS | **Total Charges:** **$12,500.00** |

due upon receipt to avoid late charges
Due upon receipt: $ 12,500.00
If Paid After 1/30/2024 Total Due: $ 12,687.50
If Paid After 2/29/2024 Total Due: $ 12,877.81
If Paid After 3/30/2024 Total Due: $ 13,070.98

References:
Vessel Name
IN SERVICE AREA

Notes:

NOV 2023 WAREHOUSE CHARGES

NEW RATE $12,500 DUE TO BOUNCED CHECK #12127 FOR $13650.00

1/3/2024

1

***WE WILL NEVER COMMUNICATE BANKING INFORMATION VIA EMAIL ***
If you receive an email indicating a change in our banking information, consider this
information fraudulent, and inform Kellie immediately at 570-348-1155.

REDACTED

**EMERALD ISLE NORTH**

130 Monahan Ave
Dunmore, PA   18512
570-348-1155  ·  570-348-1995

| INVOICE NO | BILLING DATE | PAGE |
|---|---|---|
| E810913 | 01/30/2024 | 1 |
| PO NO | METHOD OF PAY | |
| | COLLECT | |
| SHIPPER'S B/L | TRAILER(S) | |

Shipper: EMECAR
EMERALD ISLE NORTH
1 ELECTRIC ST
CARBONDALE,   PA      18407

Consignee:   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,   PA      18507

Bill To :   FREMOO
FRESH AND LEAN
4135 BIRNEY AVENUE
MOOSIC,   PA      18507

*1310480*                              **SYNE13E15E16**

| PIECE/PLT HM DESCRIPTION OF ARTICLES | WEIGHT OR QUANTITY | RATE |
|---|---|---|

Discount at
WAREHOUSING        12,500.00

- PCS
- PLT          **TOTALS**              0 LBS         Total Charges:   $12,500.00

due upon receipt to avoid late charges
Due upon receipt:   $ 12,500.00
If Paid After 3/5/2024 Total Due:   $ 12,687.50
If Paid After 4/4/2024 Total Due:   $ 12,877.81
If Paid After 5/4/2024 Total Due:   $ 13,070.98

References:
Vessel Name
IN SERVICE AREA

Notes:

NOV 2023 WAREHOUSE CHARGES

NEW RATE $12,500 DUE TO ████████████████

2/6/2024                                                                                    1

***WE WILL NEVER COMMUNICATE BANKING INFORMATION VIA EMAIL ***
If you receive an email indicating a change in our banking information, consider this
information fraudulent, and inform Kellie immediately at 570-348-1155.

**EXHIBIT "C"**

REDACTED



NBT BANK, N.A.                                          12-01-2023
52 SOUTH BROAD STREET                                   PAGE     1
NORWICH NY                        13815

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR
THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE DEPT.
1-800-628-2265. BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

MAKER                            AMOUNT        CHECK#    RETURN REASON
FRESH N LEAN                     13,650.00               Insufficient Funds
                TOTAL:           13,650.00
       TOTAL FEE CHARGED:            20.00

ROAD SCHOLAR TRANSPORT                  DEMAND DEPOSIT ACCOUNT
PO BOX 599                              OFFICER                    PSC
CLARKS SUMMIT PA 18411-0599

NSF                                                              NSF

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.
RETURN REASON - A
NOT SUFFICIENT
FUNDS

FRESH N LEAN. Nutrition Corp, Inc.
1740 W Forball Way
Anaheim, CA 92801

Chino Commercial Bank
1334 PIPELINE AVENUE
CHINO, CA 91710-3642
(909) 393-8880
90-7006/3224

11/10/2023

PAY
TO THE
ORDER OF     Road Scholar Transport Inc                    $  **13,650.00

Thirteen thousand six hundred fifty and 00/100                      DOLLARS

Road Scholar Transport Inc
130 Monahan Ave
Dunmore, PA 18512

MEMO                                        AUTHORIZED SIGNATURE



FRESH
'N LEAN

Nutrition Corp., Inc.
1745 W Penhall Way
Anaheim, CA 92801

14345 PIPELINE AVENUE
CHINO, CA 91710-5542
(909) 393-8880
90-4367/1222

Chino
Commercial
Bank

11/10/2023

PAY
TO THE
ORDER OF        Road Scholar Transport Inc

Thirteen thousand six hundred fifty and 00/100**************************    $   **13,650.00

Road Scholar Transport Inc
130 Monahan Ave
Dunmore, PA 18512

                                                            DOLLARS

MEMO

                                                AUTHORIZED SIGNATURE

Security features included. Details on back.

ENDORSE HERE
X

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Padlock design is a certification mark of the Check Payment Systems Association.
The security features listed below as well as those not listed, exceed
industry guidelines. Absence of these features may indicate alteration.