IN THE UNITED SATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC. d/b/a FRESHNLEAN | : | 1-24-BK-01672 |
| Debtor | : | Chapter 7 |
| EMERALD ISLE NORTH, LLC | : | |
| Movant | : | |
| v. | : | |
| NUTRITION CORP, INC. d/b/a/ FRESH N LEAN, and KARA K. GENDRON, Chapter 7 Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF CONCURRENCE

Myers, Brier & Kelly, LLP, counsel for Emerald Isle North, LLC (the "Creditor"), hereby certifies that it has sought concurrence in its Motion for Relief from the Automatic Stay from the Debtor's attorney, Alexis C. Beachdell, Esquire, and that she stated that she takes no position on the Movant's Motion for Relief from the Automatic Stay.

/s/ John B. Dempsey
John B. Dempsey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Dated: November 8, 2024

IN THE UNITED SATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NUTRITION CORP, INC.** | : | 1-24-BK-01672 |
| **d/b/a FRESHNLEAN** | : | |
| | : | |
| **Debtor** | : | Chapter 7 |
| | : | |
| **EMERALD ISLE NORTH, LLC** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **NUTRITION CORP, INC.** | : | |
| **d/b/a/ FRESH N LEAN, and** | : | |
| **KARA K. GENDRON,** | : | |
| **Chapter 7 Trustee** | : | |
| **Respondents** | : | |

## CERTIFICATE OF CONCURRENCE

Myers, Brier & Kelly, LLP, counsel for Emerald Isle North, LLC (the "Creditor") , hereby certifies that it has sought concurrence in its Motion for Relief from the Automatic Stay from the Chapter 7 Trustee, Kara K. Gendron, Esquire, and that she has no objections to the entry of an Order granting the Creditor's Motion for Relief from Automatic Stay with respect to the financed equipment as defined in the Motion.

Dated: November 8, 2024

/s/ John B. Dempsey
John B. Dempsey
Myers, Brier & Kelly, LLP
425 Biden Street, Ste 200
Scranton, PA 18503