# IN THE UNITED SATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NUTRITION CORP, INC.** : | 1-24-BK-01672 |
| **d/b/a FRESHNLEAN** : | |
| : | |
| **Debtor** : | Chapter 7 |
| : | |
| **EMERALD ISLE NORTH, LLC** : | |
| : | |
| **Movant** : | |
| : | |
| v. : | |
| : | |
| **NUTRITION CORP, INC.** : | |
| **d/b/a/ FRESH N LEAN, and** : | |
| **KARA K. GENDRON,** : | |
| **Chapter 7 Trustee** : | |
| **Respondents** : | |

## CERTIFICATE OF SERVICE

I, John B. Dempsey, Esq., certify that on November 8, 2024 a true and correct copy of Emerald Isle North, LLC's Motion for Relief from Automatic Stay was sent via CM/ECF to the following:

Robert Edward Bittner
Baker and Hostetler LLP
1735 Market Street, Ste 3300
Philadelphia, PA 19103-7501
rbittner@bakerlaw.com
(Counsel for Debtor)

Alexis Beachdell
Baker and Hostetler, LLP
127 Public Square, Ste. 2000
Cleveland, OH 44114-1214
abeachdell@bakerlaw.com
(Counsel for Debtor)

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
[karagendron@gmail.com](mailto:karagendron@gmail.com)
(Chapter 7 Trustee)

Gregory Benjamin Schiller
US Department of Justice
Office of the US Trustee
228 Walnut Street, Room 1190
Harrisburg, PA 17101
[Gregory.B.Schiller@usdoj.gov](mailto:Gregory.B.Schiller@usdoj.gov)
(Office of the United States Trustee)

/s/ John B. Dempsey
John B. Dempsey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Dated: November 8, 2024