IN THE UNITED SATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NUTRITION CORP, INC.** | : | 1-24-BK-01672 |
| **d/b/a FRESHNLEAN** | : | |
| | : | |
| **Debtor** | : | Chapter 7 |
| | : | |
| **EMERALD ISLE NORTH, LLC** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **NUTRITION CORP, INC.** | : | |
| **d/b/a/ FRESH N LEAN, and** | : | |
| **KARA K. GENDRON,** | : | |
| **Chapter 7 Trustee** | : | |
| **Respondents** | : | |

## ORDER

Upon consideration of the Motion of Emerald Isle North, LLC for Relief from the Automatic Stay, Doc. ___ and no objections having been filed, it is

**ORDERED** that Emerald Isle North, LLC (the "Movant") is granted relief from the automatic stay under 11 U.S.C. §362 for the purpose of enforcing its rights as the holder of a warehouse lien and/or as the holder of abandoned property (as defined in the Movant's Motion for Relief from Automatic Stay), as to allow Movant to enforce its rights and remedies, including without limitation, repossession and sale of the Equipment. It is further

**ORDERED** that this Order shall bind the Debtor and any Trustee hereafter appointed, regardless of the dismissal, withdrawal, consolidation, or conversion of this case.