IN THE UNITED SATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NUTRITION CORP, INC. d/b/a FRESHNLEAN | : | 1-24-BK-01672 |
| Debtor | : | Chapter 7 |
| EMERALD ISLE NORTH, LLC | : | |
| Movant | : | |
| v. | : | |
| NUTRITION CORP, INC. d/b/a/ FRESH N LEAN, and KARA K. GENDRON, Chapter 7 Trustee | : | |
| Respondents | : | |

## NOTICE

Emerald Isle North, LLC filed a Motion for Relief from the Automatic Stay on November 8, 2024.

If you object to the relief requested, you must file your objection/response by **November 22, 2024** with the Clerk of Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, Harrisburg, Pennsylvania 17102, and serve a copy on the appropriate parties.

If you file and serve an objection/response within the time permitted, a hearing will be held on **November 26, 2024 at 9:30 a.m. – 1501 North 6th Street, Harrisburg, Pennsylvania.** If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

/s/ John B. Dempsey
John B. Dempsey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Dated: November 8, 2024