# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 11/25/2024 |
| Case: 1:24–bk–01672–HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     John B. Dempsey     jdempsey@mbklaw.com
aty     Kara Katherine Gendron     karagendron@gmail.com
aty     Robert Edward Bittner     rbittner@bakerlaw.com

TOTAL: 3