# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>Debtor. | Chapter 7<br><br>Case No. 1:24-bk-01672-HWV |

**ORDER AUTHORIZING EXAMINATION OF 2 INDUSTRIAL DRIVE, LLC AND SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the amended motion (the "<u>Amended Motion</u>")[1] of Kara Katherine Gendron, as the chapter 7 trustee (the "<u>Trustee</u>") for the above-captioned debtor, for entry of an order, pursuant to Bankruptcy Rules 2004 and 9016 and Local Rule 2004-1, authorizing service of subpoena on 2 Industrial Drive, LLC. (the "<u>Respondent</u>") to produce all documents and other materials responsive to, and to examine Respondent with regard to, the Document Requests; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2); and proper and adequate notice of the Amended Motion having been given; and no other or further notice being necessary; and this Court having reviewed the Amended Motion; and it appearing that the legal and factual bases set forth in the Amended Motion establish just cause for the relief granted herein; and this Court having determined that the relief sought in the Amended Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Amended Motion is GRANTED to the extent set forth herein;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Amended Motion.

2. The Trustee is authorized to serve a subpoena on Respondent to compel the production of documents and other materials pursuant to on the Document Requests;

3. Respondent shall produce all documents and other materials responsive to the Document Requests, subject to anything withheld under a claim of privilege, and shall provide the Trustee with a privilege log, to the extent the Respondent withholds the production of any documents or other materials under a claim of privilege, no later than **April 15, 2025, at 5:00 p.m. (Eastern).**

4. Respondent shall be directed to appear for oral examination under oath in accordance with the subpoena, and pursuant to Rule 45 of the Federal Rules of Civil Procedure and Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure on **May 20, 2025, at 10:00 a.m. (Eastern)** at a location to be mutually agreed upon by Trustee and Respondent.

5. This Order is without prejudice to the rights of the Trustee to bring additional motions or proceedings in this case, including to compel discovery in accordance with Bankruptcy Rule 2004 and Local Rule 2004-1; and

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order, including any discovery disputes that may arise between the parties.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 7, 2025