**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>Debtor. | Chapter 7<br><br>Case No. 1:24-bk-01672 (HWV) |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Eco Food Pak, Inc.,<br><br>Defendant. | Adv. Pro. No. 1:26-ap-00017 (HWV) |

**ORDER**

Upon consideration of the motion (the "Motion")[1] of Kara K. Gendron, solely in her capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Nutrition Corp, Inc. d/b/a FreshNLean (the "Debtor"), for entry of an order pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9019 approving the Settlement Agreement and Mutual General Release (the "Settlement Agreement") between the Trustee and Eco Food Pak, Inc. ("EFP"), and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper pursuant to 28 U.S.C. § 1409, and due and adequate notice of the Motion having been given under the circumstances, and no other or further notice being required, and no

[1] Capitalized words not otherwise defined shall have the meaning ascribed to them in the Motion.

objections having been filed, and the Court having determined that approval of the Settlement Agreement is in the best interests of the estate, creditors, and parties in interest, it is

**ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement by and between the Trustee and EFP, a true and correct copy of which was attached to the Motion as Exhibit B, is approved in its entirety.

3. The Trustee and EFP are authorized and directed to take all actions reasonably necessary or appropriate to effectuate the terms and conditions of the Settlement Agreement.

4. EFP shall submit the Settlement Payment to the Trustee within five (5) business days of the Effective Date of this Order.

5. Upon the Trustee's receipt of the Settlement Payment and the Effective Date of this Order, and without further order of the Court, the mutual releases set forth in the Settlement Agreement shall be effective in accordance with its terms.

6. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Settlement Agreement.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 20, 2026